UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

ROBERT MENENDEZ,
NADINE MENENDEZ,
  a/k/a "Nadine Arslanian,"
WAEL HANA,
  a/k/a "Will Hana,"
JOSE URIBE, and
FRED DAIBES,

            Defendants.

Unsealing Order

23 Cr. 490

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Eli J. Mark, Daniel C. Richenthal, Paul M. Monteleoni, and Lara Pomerantz;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action shall be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
             September 22, 2023

                                                        HONORABLE JENNIFER E. WILLIS
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        SOUTHERN DISTRICT OF NEW YORK