AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cr-490 |
| ROBERT MENENDEZ, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wael Hana                                                                                                                                      .

Date:       09/25/2023

s/ Christina M. LaBruno
*Attorney's signature*

Christina M. LaBruno No. (5991815)
*Printed name and bar number*
Gibbons P.C.
One Gateway Center
Newark, NJ  07102

*Address*

clabruno@gibbonslaw.com
*E-mail address*

(973) 596-4500
*Telephone number*

(973) 596-0545
*FAX number*