AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-490 |
| ROBERT MENENDEZ, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wael Hana                                                                                   .

Date:   09/26/2023

s/ Anne M. Collart
*Attorney's signature*

Anne M. Collart (AC0821)
*Printed name and bar number*

Gibbons P.C.
One Gateway Center
Newark, NJ  07102

*Address*

acollart@gibbonslaw.com
*E-mail address*

(973) 596-4500
*Telephone number*

(973) 639-8389
*FAX number*