UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

          Plaintiff,

      1:23-cr-00490-SHS

-against-

**ORDER FOR ADMISSION PRO HAC VICE**

Robert Menendez, et al.

          Defendant.

The motion of Danny C. Onorato, Esq., for admission to practice Pro Hac Vice in the above captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of California, and that his contact information is as follows:

> Danny Onorato, Esq.
> Schertler Onorato Mead & Sears
> 555 13th Street, N.W., Suite 500 West
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177
> Email: donorato@schertlerlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nadine Menendez in the above entitled action;

**IT IS HEREBY ORDERED** that Danny Onorato is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                                     United States District Judge