UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

           Plaintiff,

                                    1:23-cr-00490-SHS

-against-

                              **ORDER FOR ADMISSION**

Robert Menendez, et al.                     **PRO HAC VICE**

_____ Defendant.

      The motion of David Schertler, Esq., for admission to practice Pro Hac Vice in the above captioned action is hereby GRANTED.

      Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of Illinois, and that his contact information is as follows:

> David Schertler, Esq.
> Schertler Onorato Mead & Sears
> 555 13th Street, N.W., Suite 500 West
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177
> Email: dschertler@schertlerlaw.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nadine Menendez in the above entitled action;

      **IT IS HEREBY ORDERED** that David Schertler is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____
                                                                      United States District Judge