SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  23CR490 |
| NADINE MENENDEZ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ NADINE MENENDEZ _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of _____ .  (   ) Cosigned by _____ FRP.

( X ) (3)  This is a secured bond of  $ 250,000.00 ____ , secured by:

(   ) (a)  _____ , in cash deposited with the court.

( X ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

PERSONAL RESIDENCE IN ENGLEWOOD CLIFFS, NEW JERSEY

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

(   ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

23CR490

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   09/27/2023

X _Nadine Menendez_
*Defendant's Signature* NADINE-MENENDEZ

| | |
|---|---|
| *Interpreter's Initials* | |

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*    *Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*    *Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*    *Interpreter's Initials*

CLERK OF COURT

Date:   09/27/2023

_____
*Signature of Deputy Clerk*

Approved.

Date:   9/27/23

_____
*AUSA's Signature* ELI MARK

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>## NADINE MENENDEZ<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.  **23CR490** |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

_____

on  _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                        NADINE MENENDEZ                     23CR490

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )   (6)   The defendant is placed in the custody of:
          Person or organization _____
          Address *(only if above is an organization)* _____
          City and state _____     Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                                           Signed: _____
                                                                        *Custodian*                            *Date*

( ☑ )   (7)   The defendant must:
   ( ☑ )   (a)   submit to supervision by and report for supervision to the     PRETRIAL SERVICES FOR   ☐ Regular;   ☐ Strict;   ☑ As Directed
                  telephone number _____ , no later than _____ .
   ( ☐ )   (b)   continue or actively seek employment.
   ( ☐ )   (c)   continue or start an education program.
   ( ☑ )   (d)   surrender any passport to:     PRETRIAL SERVICES
   ( ☑ )   (e)   not obtain a passport or other international travel document.
   ( ☑ )   (f)   abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY/DNJ/DDC AND POINTS
                  IN-BETWEEN/AND SDFL TO SEE FAMILY AND TEMPORARY ADD'L TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
   ( ☐ )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                  including:   NO CONTACT WITH CO-DEFENDANTS (EXCEPT SPOUSE) OR WITNESES OUTSIDE PRESENCE OF COUNSEL

   ( ☐ )   (h)   get medical or psychiatric treatment: _____

   ( ☐ )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
                  or the following purposes: _____

   ( ☐ )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                  necessary.
   ( ☐ )   (k)   not possess a firearm, destructive device, or other weapon.
   ( ☐ )   (l)   not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   ( ☐ )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                  medical practitioner.
   ( ☐ )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
                  random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
                  prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
                  of prohibited substance screening or testing.
   ( ☐ )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                  supervising officer.
   ( ☐ )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
                  ( ☐ )  (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                                directed by the pretrial services office or supervising officer; or
                  ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                                medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                                activities approved in advance by the pretrial services office or supervising officer; or
                  ( ☐ )  (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                                court appearances or other activities specifically approved by the court; or
                  ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                                you must comply with the location or travel restrictions as imposed by the court.
                                **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                    NADINE MENENDEZ                    23CR490

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)   Voice Recognition; or
      ( ☐ ) (iii)  Radio Frequency; or
      ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  _____

$250,000 PRB SECURED BY PERSONAL RESIDENCE IN ENGLEWOOD CLIFFS, NJ;  TRAVEL RESTRICTED TO SDNY/.EDNY/DNJ/DDC AND POINTS IN-BETWEEN AND SDFL TO SEE FAMILY; TEMPORATY ADDITIONAL TRAVEL UPON CONSENT OF THE AUSA AND APPROVAL OF PRETRIAL SERVICES;  SURRENDER TRAVEL DOCUMENTS & NO NEW APPLICATIONS;  NO CONTACT WITH CO-DEFENDANTS (EXCEPT FOR HER SPOUSE) OR WITNESSES OUTSIDE PRESENCE OF COUNSEL.  SUPERVISION AS DIRECTED BY PRETRIAL SERVICES; DEFENDANT TO BE RELEASED ON OWN SIGNATURE PLUS SURRENDER OF PASSPORT WITH REMAINING CONDITIONS TO BE MET BY 10/11/23.

Defense Counsel Name: DANNY ONORATO

Defense Counsel Telephone Number: 202-628-4199

Defense Counsel Email Address: donorato@schertlerlaw.com

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **NADINE MENENDEZ**          Case No. 23CR490

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date: 09/27/2023          _Defendant's Signature_ NADINE MENENDEZ

☑ **DEFENDANT RELEASED**          _City and State_

### Directions to the United States Marshal

(  ) The defendant is ORDERED released after processing.

(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____          _Judicial Officer's Signature_

_AUSA's Signature_ ELI MARK

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Page 6 of 7

AO 199C  (Rev. 09/08)  Advice of Penalties



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

2nd Time: _____
Proceeding via: ☐CourtFlow☐AT&T

DOCKET No. 23 Cr. 490 _____     DEFENDANT Menendez, Nadine _____

AUSA Eli Mark _____     DEF.'S COUNSEL Danny Onorato _____
                                  ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                  ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST 9/27/23 _____     ☑ VOL. SURR.
                                                          TIME OF ARREST _____           ☐ ON WRIT
☐ Other: _____                                 TIME OF PRESENTMENT 11:26 am

---

## BAIL DISPOSITION

                                                                              ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE          ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $250,000 _____ PRB  ☐ _____ FRP
☑ SECURED BY $_____ CASH/PROPERTY:  Personal residence in Englewood Cliffs, New Jersey _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/DNJ/DDC and points in between/ and SDFL to see family _____
☑ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: Surrender of Passport _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 10/11/23

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

No contact with co-defendants (except for her spouse) or witnesses outside presence of counsel.

---

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY               ☑ CONFERENCE BEFORE D.J. ON 10/2/23 2:30pm
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/2/23 _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED               ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: 9/27/23 _____

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016