End Time:
Proceeding via: ☐ CourtFlow ☐ AT&T

DOCKET No. 23 Cr. 490     DEFENDANT Daibes, Fred

AUSA Eli Mark     DEF.'S COUNSEL Roberto Finzi
☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST 9/27/23     ☒ VOL. SURR.
                                                           TIME OF ARREST _____     ☐ ON WRIT
☐ Other: _____                                   TIME OF PRESENTMENT 11:26 am

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $2,000,000     PRB  ☐ _____ FRP
☒ SECURED BY $ _____     CASH/PROPERTY: Commercial property at 500 Route 340, Sparkill, NY 10876
☒ TRAVEL RESTRICTED TO SDNY/EDNY/DNJ/SDFL
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: Surrender of Personal Passport _____; REMAINING CONDITIONS TO BE MET BY: 10/11/23

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

No contact with co-defendants and witnesses he does business with regarding the case except in the presence of counsel. No contact with other co-defendants or witnesses outside presence of counsel.
If and when the bond in USA v. Fred Daibes, 18 Cr. 655 (SDW) (D.N.J.) may be exonerated, then the monetary conditions of that bond will continue to apply to this matter, i.e., the S.D.N.Y. bond will be modified to carry over the $10M PRB and accompanying security from the DNJ bond.

*Verify to PTS that firearms and purchase IDs have already been given to son. /OTW*

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☒ CONFERENCE BEFORE D.J. ON 10/2/23 2:30pm
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/2/23

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED               ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: 9/27/23                          _____
                                       UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016