UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
        v.                                                  :   Case No. 1:23-cr-490 (SHS)
                                                            :
ROBERT MENENDEZ, NADINE                                     :
MENENDEZ, WAEL HANA, JOSE URIBE,                            :   **NOTICE OF APPEARANCE**
and FRED DAIBES,                                            :
                                                            :
                Defendants.                                 :
                                                            :
———————————————————————x

      PLEASE TAKE NOTICE that the undersigned attorney, Seth C. Farber, of Winston & Strawn LLP, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and further requests that copies of all papers in this action be served upon the undersigned. I hereby certify that I am admitted to practice in this Court.

Dated:  New York, New York                           Respectfully submitted,
        September 29, 2023

                                                                                   /s/ *Seth C. Farber*
                                                                             Seth C. Farber
                                                                             WINSTON & STRAWN LLP
                                                                             200 Park Avenue
                                                                             New York, New York 10166
                                                                             Tel.: (212) 294-4611
                                                                             Fax: (212) 294-4700
                                                                             SFarber@winston.com

                                                                             *Attorney for Robert Menendez*