UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x
                                            :
UNITED STATES OF AMERICA                    :
                                            :
     v.                                     :   Case No. 1:23-cr-490 (SHS)
                                            :
ROBERT MENENDEZ, NADINE                     :
MENENDEZ, WAEL HANA, JOSE URIBE,            :   NOTICE OF APPEARANCE
and FRED DAIBES,                            :
                                            :
                    Defendants.             :
                                            :
───────────────────────────────x

PLEASE TAKE NOTICE that the undersigned attorney, David A. Kolansky, of Winston & Strawn LLP, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and further requests that copies of all papers in this action be served upon the undersigned. I hereby certify that I am admitted to practice in this Court.

Dated:  New York, New York                  Respectfully submitted,
        September 29, 2023

                                            /s/ David A. Kolansky
                                            David A. Kolansky
                                            WINSTON & STRAWN LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            Tel.: (212) 294-2636
                                            Fax: (212) 294-4700
                                            dkolansky@winston.com

                                            *Attorney for Robert Menendez*