

Lawrence S. Lustberg

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731
llustberg@gibbonslaw.com

October 1, 2023

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United Stated District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: *United States of America v. Menendez, et al.,*
Dkt. No. 23-cr-490-SHS

Dear Judge Stein:

This Firm represents defendant Wael Hana in the above-captioned matter. Mr. Hana was arraigned and released on bail last week, and he has been working out of his U.S. offices in New Jersey since that time. We write to request that Mr. Hana be excused from personally appearing at the status conference currently scheduled for tomorrow, Monday, October 2, 2023, at 2:30 p.m..

As this is the first status conference in this matter, counsel anticipates that the matters to be discussed will be primarily scheduling in nature and that the presence of defendants, including Mr. Hana, will not be necessary. Of course, counsel will be present on Mr. Hana's behalf. We understand that the Court has already excused defendant Senator Menendez and that a request is pending to waive the appearance of defendant Nadine Menendez. *See* ECF Nos. 34, 35. Therefore, we respectfully join in that pending request and ask that Mr. Hana also be excused from appearing at the forthcoming status conference. Defendants have consulted with the Government, which takes no position with respect to any defendants' personal appearance.

We thank the Court for its kind consideration of this matter.

Respectfully,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg

cc: All counsel of record (via ECF)

Dated: New York, New York
October 2, 2023

Request denied
SO ORDERED:

Sidney H. Stein, U.S.D.J.

New Jersey  New York  Pennsylvania  Delaware  Washington, DC  Florida

gibbonslaw.com