# Exhibit B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America

                 Plaintiff,

      -against-

Robert Menendez, et al.

_____Defendant.

1:23-cr-00490-SHS

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

      I, Paola Pinto, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

      1.     I am an attorney with the law firm of Schertler Onorato Mead & Sears in Washington, DC.

      2.     I am a member in good standing of the bars of the District of Columbia and the State of Florida.

      3.     I have never been convicted of a felony.

      4.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

5.       There are no pending disciplinary proceedings against me in any state or federal

court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____10/3/2023_____

Paola Pinto, Esq.
Schertler Onorato Mead & Sears
555 13th Street, NW, Suite 500 West
Washington, DC  20004
202-628-4199, Facsimile:  202-628-4177
ppinto@schertlerlaw.com

Sworn to and subscribed before me this 4th day of October, 2023

_____
Notary Public

PENNY FRYE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2023