UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERT MENENDEZ,
NADINE MENENDEZ,
  a/k/a "Nadine Arslanian,"
WAEL HANA,
  a/k/a "Will Hana,"
JOSE URIBE, and,
FRED DAIBES,

                     Defendants.

Case No. 1:23-cr-00490-SHS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Fred Daibes in the above-captioned case.

Dated:  New York, New York
        October 3, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  */s/ Roberto Finzi*
     Roberto Finzi
     1285 Avenue of the Americas
     New York, New York 10019
     (212) 373-3000
     rfinzi@paulweiss.com

     *Attorney for Fred Daibes*