UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERT MENENDEZ,
NADINE MENENDEZ,
　a/k/a "Nadine Arslanian,"
WAEL HANA,
　a/k/a "Will Hana,"
JOSE URIBE, and,
FRED DAIBES,

　　　　　　　　　　Defendants.

Case No. 1:23-cr-00490-SHS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Fred Daibes in the above-captioned case.

Dated:　New York, New York
　　　　　October 3, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:　*/s/ Richard Tarlowe*
　　　Richard Tarlowe
　　　1285 Avenue of the Americas
　　　New York, New York 10019
　　　(212) 373-3000
　　　rtarlowe@paulweiss.com

　　　*Attorney for Fred Daibes*