UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

                Plaintiff,

                                      1:23-cr-00490-SHS

    -against-

                                      ORDER FOR ADMISSION

Robert Menendez, et al.                        PRO HAC VICE

_____ Defendant.

The motion of Paola Pinto, Esq., for admission to practice Pro Hac Vice in the above captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the state of Florida, and that her contact information is as follows:

> Paola Pinto, Esq.
> Schertler Onorato Mead & Sears
> 555 13th Street, N.W., Suite 500 West
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177
> Email:  ppinto@schertlerlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nadine Menendez in the above entitled action Paola Pinto Schertler is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                                                                       United States District Judge