**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3311

WRITER'S DIRECT FACSIMILE

(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS

rfinzi@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
GERALD BRANT
ROBERT A. BRITTON
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG

DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW N. LEIST*
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. McCOLM
JEAN M. McLOUGHLIN
MARK M. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 5, 2023

**By ECF**

The Honorable Sidney H. Stein
U.S. District Judge, Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: *United States* v. *Menendez et al.*,
            1:23-cr-00490-SHS

Dear Judge Stein:

      We write on behalf of all defendants in this case and in response to the government's letter to the Court sent yesterday afternoon regarding a proposed protective order. In particular, we write to respectfully propose two small but important modifications that the defendants raised with the government but that the government rejected after otherwise productive discussions. The first modification is consistent with language the government has agreed to in other cases. The second arises out of the *sui generis* nature of the allegations raised in the Indictment. In making these proposals, we note that separate arrangements will be required for classified material, which is beyond the scope of this order.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Sidney H. Stein                                                                                              2

Our two proposals—reflected in the attached redline to the government's proposed order, (Ex. A), and clean draft (Ex. B)—are as follows:

1.      We ask that the language of Paragraph 11 be amended to include language (as shown in the attached redline, Ex. A) that makes explicit that, if there is a dispute as to the designation of a particular document that cannot be resolved by the parties, the government bears the burden of establishing "good cause" for the restrictions sought. This language is consistent with established law and with multiple protective orders sought by the government and entered by courts in this district. *See, e.g.*, Protective Order ¶ 7, *United States* v. *Vieser*, No. 22-cr-101-JMF (S.D.N.Y. Mar. 2, 2022), ECF No. 12 ("The Government shall bear the burden of establishing good cause for its designation of the disputed materials."); Protective Order ¶ 9, *United States* v. *Marte*, No. 16-cr-740-GHW (S.D.N.Y. Mar. 25, 2021), ECF No. 274 ("The Government shall bear the burden of establishing good cause for its designation of the disputed materials as Confidential Material or Attorneys' Eyes Only Material."); Protective Order ¶ 10, *United States* v. *Delo*, No. 20-cr-500-JGK (S.D.N.Y. Mar. 18, 2021), ECF No. 41 ("The Government shall bear the burden of establishing good cause for its designation of the disputed materials as Confidential Material or Sensitive Disclosure Material."); Protective Order ¶ 1(b), *United States* v. *Lopez*, No. 19-cr-323-JSR (S.D.N.Y. Nov. 26, 2019), ECF No. 52 ("The Government thereupon will have the burden of justifying the continuation of that designation.").

As Judge Furman explained in denying the government's application to expand a protective order in *United States* v. *Tokhtakhounov*, "[under] Rule 16(d)(1), the Government bears the burden of showing 'good cause,' which 'is established on a showing that disclosure will work a clearly defined and serious injury to the party seeking closure. The injury must be shown with specificity. Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning, do not support a good cause showing." No. 13-cr-268-JMF, 2020 WL 1032880, at *3 (S.D.N.Y. Mar. 3, 2020) (quoting *United States* v. *Wecht*, 484 F.3d 194, 211(3d Cir. 2007)); *see also United States* v. *Ramirez*, No. 21-cr-41-AJN, 2021 WL 914457, at *1 (S.D.N.Y. Mar. 10, 2021) ("The party seeking to restrict disclosure bears the burden of showing good cause." (citing *Gambale* v. *Deutsche Bank AG*, 377 F.3d 133, 142 (2d Cir. 2004))). Without the language requested by the defendants, the protective order proposed by the government would eliminate this requirement and improperly shift the burden to the defendants.

2.      The government's version of the protective order provides, at Paragraph 15, that the defense may not show any foreign person or entity any "Protected Material" without leave of the Court. As reflected in the attached redline, Ex. A, we request that this provision—which imposes a significantly higher burden on the defense in dealing with foreign individuals and/or entities—be amended to apply only to material designated as "Attorney's Possession Only" or "Attorney's Eyes Only." We respectfully submit that—particularly in a case that includes allegations of conduct involving foreign actors on foreign soil—a provision covering all foreign nationals or entities should be narrowly tailored, and therefore propose that it be limited to documents that the government truly believes are sensitive. *See Ramirez*, 2021 WL 914457, at *1 (The determination of whether the government has established good cause for the entry of a protective order "requires courts to balance several interests, including . . . whether the imposition of the protective order would prejudice the defendant"); *United States* v. *Smith,* 985 F. Supp. 2d

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Sidney H. Stein						3

506, 524 (S.D.N.Y. 2013) ("courts should take care to ensure that the protection afforded to [discovery] information is no broader than is necessary to accomplish the [proffered] goals" of the protective order (citing *United States* v. *Lindh*, 198 F. Supp. 2d 739, 741–42 (E.D. Va. 2002))).

  Again, we note that nothing in these proposed changes affects classified information, which will be subject to a different regime under CIPA.

          Respectfully submitted,

          Roberto Finzi

Enclosures

cc: All Counsel (by ECF)