UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | ORDER |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : | |
| Defendants. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having received defendants' objections to the proposed protective order [Doc. No. 47], the government is directed to file its reply on or before noon on Friday, October 6.

Dated: New York, New York
      October 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.