## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3311

WRITER'S DIRECT FACSIMILE
(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

# MEMO ENDORSED

October 10, 2023

### By ECF

The Honorable Sidney H. Stein
U.S. District Judge, Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States* v. *Menendez et al.*,
1:23-cr-00490-SHS

Dear Judge Stein:

    We represent Fred Daibes in connection with the above-referenced case. We write with the consent of the government (and without objection from Pretrial services) to respectfully request a brief extension of the time within which Mr. Daibes must meet one particular condition of his bail. Specifically, we have been working with the government on completing the paperwork necessary to post a particular property as security for Mr. Daibes' bond. Accordingly, and in order to complete and file the necessary forms, we respectfully

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Sidney H. Stein 2

request that the time within which Mr. Daibes be required to satisfy the conditions of his bail be enlarged to this Friday, October 13, 2023.

Respectfully submitted,

*Roberto Finzi*

Roberto Finzi

cc: Pretrial Services Officer Francesca Tessier-Miller
All Counsel of Record

The request for an extension of time for Mr. Daibes to satisfy his bail condition until October 13 is granted.

Dated: New York, New York
October 10, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.