# SCHERTLER ONORATO MEAD & SEARS

October 11, 2023

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

     Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

     We represent defendant Nadine Menendez in the above captioned matter. We write with the consent of the government (and without objection from Pretrial services) to respectfully request a brief extension of the time within which Ms. Menendez must meet one condition of her bail. Specifically, we have been working with the government on completing the paperwork necessary to post Ms. Menendez' home as security for Ms. Menendez' bond. In order to complete and file the necessary forms, we respectfully request that the time within which Ms. Menendez be required to satisfy the conditions of her bail be extended to Wednesday, October 18, 2023.

     Respectfully,

     /s/ Danny Onorato
     Danny Onorato
     David Schertler
     Paola Pinto
     *Counsel for Nadine Menendez*

cc: All Counsel (via ECF)

ATTORNEYS AT LAW | 555 13TH STREET, NW, SUITE 500 WEST, WASHINGTON, DC 20004 | 202.628.4199 | 202.628.4177 FAX | WWW.SCHERTLERLAW.COM