UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

ROBERT MENENDEZ,
NADINE MENENDEZ,
 a/k/a "Nadine Arslanian,"
WAEL HANA,
 a/k/a "Will Hana,"
JOSE URIBE, and
FRED DAIBES,
      Defendants.

No. 23 Cr. 490 (SHS)

NOTICE OF APPEARANCE

---

  Please take notice that the undersigned, Nicholas J. Lewin of Krieger Kim & Lewin LLP, hereby enters his appearance as counsel for Jose Uribe in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: October 11, 2023

                Respectfully submitted,

                Nicholas J. Lewin
                KRIEGER KIM & LEWIN LLP
                350 Fifth Avenue, 77th Floor
                New York, New York 10118
                (212) 390-9555
                Nick.Lewin@KKLllp.com