UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | ORDER |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : : | |
| Defendants. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendants will be arraigned on the (S1) Superseding Indictment [ECF No. 65] on Wednesday, October 18, at 2:00 p.m. in Courtroom 23A.

Dated: New York, New York
       October 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.