UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
   UNITED STATES OF AMERICA                                  :
                                                             :   Case No. 1:23-cr-490 (SHS)
                                                             :
        v.                                                   :
                                                             :   **NOTICE OF APPEARANCE**
                                                             :
                                                             :
   ROBERT MENENDEZ, NADINE                                   :
   MENENDEZ, WAEL HANA, JOSE URIBE,                          :
   and FRED DAIBES.                                          :
                                                             :
              Defendants.                                    :
                                                             :
------------------------------------------------------------ x

     **PLEASE TAKE NOTICE** that Marc E. Kasowitz of Kasowitz Benson Torres LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Jose Uribe in the above-captioned action and respectfully requests that all further papers and correspondence be served upon him.

Dated:  New York, New York
        October 16, 2023

                                                           KASOWITZ BENSON TORRES LLP

                                                           By:  /s/Marc E. Kasowitz
                                                                  Marc E. Kasowitz

                                                           1633 Broadway
                                                           New York, NY 10019
                                                           (212) 506-1700
                                                           MKasowitz@kasowitz.com

                                                           *Attorney for Defendant Jose Uribe*