UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
UNITED STATES OF AMERICA            :
:  Case No. 1:23-cr-490 (SHS)
:
   v.                               :
:  **NOTICE OF APPEARANCE**
:
ROBERT MENENDEZ, NADINE             :
MENENDEZ, WAEL HANA, JOSE URIBE,    :
and FRED DAIBES.                    :
:
         Defendants.                :
:
------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that Fria R. Kermani of Kasowitz Benson Torres LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Jose Uribe in the above-captioned action and respectfully requests that all further papers and correspondence be served upon her.

Dated:  New York, New York
       October 16, 2023

                                                                   KASOWITZ BENSON TORRES LLP

                                                                   By:  */s/Fria R. Kermani*
                                                                            Fria R. Kermani

                                                       1633 Broadway
                                                     New York, NY 10019
                                                     (212) 506-1700
                                                     FKermani@kasowitz.com
                                                     *Attorney for Defendant Jose Uribe*