UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA

     v.

ROBERT MENENDEZ, NADINE
MENENDEZ, WAEL HANA, JOSE URIBE,
and FRED DAIBES.

          Defendants.

------------------------------------------------------------ x

Case No. 1:23-cr-490 (SHS)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Daniel J. Fetterman of Kasowitz Benson Torres LLP, who

is admitted to practice before this Court, hereby appears as counsel of record for Defendant Jose

Uribe in the above-captioned action and respectfully requests that all further papers and

correspondence be served upon him.

Dated:  New York, New York
      October 16, 2023

          KASOWITZ BENSON TORRES LLP

          By:  */s/Daniel J. Fetterman*
              Daniel J. Fetterman

          1633 Broadway
          New York, NY 10019
          (212) 506-1700
          DFetterman@kasowitz.com

          *Attorney for Defendant Jose Uribe*