UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ,<br>NADINE MENENDEZ,<br>    a/k/a "Nadine Arslanian,"<br>WAEL HANA,<br>    a/k/a "Will Hana,"<br>JOSE URIBE, and<br>FRED DAIBES,<br><br>                                    Defendants. | No. S2 23 Cr. 490 (SHS)<br><br>NOTICE OF MOTION<br>TO WITHDRAW |

PLEASE TAKE NOTICE that, upon the accompanying declaration of Nicholas J. Lewin, dated October 16, 2023, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, Defendant Jose Uribe respectfully requests the withdrawal of the appearance of Nicholas J. Lewin as counsel on his behalf. Mr. Uribe further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address nick.lewin@KKLllp.com.com be removed from the ECF service notification list for this case.

Pursuant to the Notices of Appearance filed by even date, Mr. Uribe shall be represented by counsel Marc E. Kasowitz, Fria Rohinton Kermani and Daniel J. Fetterman from the law firm Kasowitz Benson Torres LLP.

Dated: October 17, 2023

                                              Respectfully submitted,

                                              Nicholas J. Lewin
                                              KRIEGER KIM & LEWIN LLP
                                              350 Fifth Avenue, 77th Floor
                                              New York, New York 10118
                                              (212) 390-9559
                                              Nick.Lewin@KKLllp.com