UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ,
NADINE MENENDEZ,
   a/k/a "Nadine Arslanian,"
WAEL HANA,
   a/k/a "Will Hana,"
JOSE URIBE, and
FRED DAIBES,
Defendants.

</td><td>

No. S2 23 Cr. 490 (SHS)

<u>DECLARATION IN
SUPPORT OF MOTION
TO WITHDRAW</u>

</td></tr>
</table>

### DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

I, Nicholas J. Lewin, declare and state as follows:

1.     On October 11, 2023, I filed a Notice of Appearance (ECF No. 61) on behalf of Defendant Jose Uribe.

2.     On October 16, 2023, Marc E. Kasowitz, Fria Rohinton Kermani and Daniel J. Fetterman from the law firm Kasowitz Benson Torres LLP filed their Notices of Appearance on behalf of Mr. Uribe.  (*See* ECF Nos. 73, 74 & 75.)

3.     Therefore, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Mr. Uribe.

4.     This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Government. I am not asserting a retaining or charging lien.

Dated: October 17, 2023                              Respectfully submitted,

Nicholas J. Lewin
KRIEGER KIM & LEWIN LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9559
Nick.Lewin@KKLllp.com