UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : : | |
| Defendants. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Nicholas J. Lewin's motion to withdraw as counsel [ECF Doc. No. 76] is granted. The Clerk of Court is directed to terminate Mr. Lewin's appearance on ECF in this matter.

Dated: New York, New York
        October 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.