UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, a/k/a "Nadine Arslanian," WAEL HANA, a/k/a "Will Hana,"  JOSE URIBE, AND FRED DAIBES,<br><br>Defendants. | 23-cr-490<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendant Wael Hana, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., Anne M. Collart, Esq., and Ricardo Solano, Esq., appearing), and the United States, by Damian Williams, United States Attorney for the Southern District of New York (Eli Mark, Paul Monteleoni, Lara Pomerantz, and Daniel Richenthal, Assistant United States Attorneys, appearing) having opposed the request, and the Court having considered the submissions of counsel, for good cause shown,

**IT IS** on this _____ day of October, 2023,

**ORDERED** that defendant Wael Hana's conditions of release, as set forth in the September 26, 2023 Order Setting Conditions of Release, ECF No. 15, and as modified by further order of this Court, ECF No. 59, are hereby further modified to remove the requirements for GPS and location monitoring.

_____
Hon. Sidney H. Stein
United States District Judge