AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cr-490 (SHS) |
| ROBERT MENENDEZ, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America   .

Date:   10/20/2023

/s/ Christina A. Clark
*Attorney's signature*

Christina A. Clark (DC 995326)
*Printed name and bar number*

National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

christina.clark3@usdoj.gov
*E-mail address*

(202) 233-0701
*Telephone number*

(202) 233-0770
*FAX number*