UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                :
UNITED STATES OF AMERICA         :
                :    Case No. 1:23-cr-490 (SHS)
                :
    v.                        :
                :    **MOTION FOR ADMISSION**
                :    *PRO HAC VICE*
ROBERT MENENDEZ, NADINE        :
MENENDEZ, WAEL HANA, JOSE URIBE, :
and FRED DAIBES.                   :
                :
    Defendants.              :
                :
------------------------------------------------------------- x

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ann M. St. Peter-Griffith, hereby move this Court for an Order of admission *pro hac vice* to appear as counsel for Jose Uribe in the above-captioned criminal matter.

      I am a member in good standing of the bars of the State of Florida and the State of Maine, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 31, 2023                              Respectfully submitted,

                                                            Ann M. St. Peter-Griffith
                                                             KASOWITZ BENSON TORRES LLP
                                                             1441 Brickell Ave, Suite 1420
                                                             Miami, FL 33131
                                                             (T): 786-587-1054
                                                            (F): 305-377-1664
                                                           astpetergriffith@kasowitz.com
                                                           *Counsel for Jose Uribe*