UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
:
UNITED STATES OF AMERICA :
: Case No. 1:23-cr-490 (SHS)
:
v. :
:
: **AFFIDAVIT OF ANN M. ST.**
ROBERT MENENDEZ, NADINE : **PETER-GRIFFITH IN SUPPORT**
MENENDEZ, WAEL HANA, JOSE URIBE, : **OF MOTION FOR ADMISSION**
and FRED DAIBES. : ***PRO HAC VICE***
:
Defendants. :
:
---------------------------------------------------------- x

State of Florida         )

County of Miami-Dade )

      I, Ann M. St. Peter-Griffith, declare under oath as follows:

    1.    I am a partner at Kasowitz Benson Torres LLP, counsel to Jose Uribe.

    2.    I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned action. I am an attorney in good standing of the bars of the State of Florida and the State of Maine. *See* Exhibits A & B hereto (certificates of good standing).

    3.    I have never been convicted of a felony.

    4.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

    5.    There are no disciplinary proceedings against me in any State or Federal court.

    6.    As such, there are no facts and circumstances surrounding any affirmative response to (3) through (5) above.

I hereby declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Dated: October 31, 2023

_____
Ann M. St. Peter-Griffith

Sworn to and affirmed and subscribed before me in Miami-Dade County, Florida, by the means of Physical Presence this 31st day of October, 2023 by Ann M. St. Peter-Griffith, who is personally known to me.



_____
Notary Public – State of Florida