UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
                                                                   :

UNITED STATES OF AMERICA          :
                                                                   :         Case No. 1:23-cr-490 (SHS)
                                                                   :
       v.                                                :
                                                                   :         **MOTION FOR ADMISSION**
                                                                   :              **PRO HAC VICE**
ROBERT MENENDEZ, NADINE        :
MENENDEZ, WAEL HANA, JOSE URIBE, :
and FRED DAIBES.                           :
                                                                   :
          Defendants.                       :
                                                                   :
--------------------------------------------------------- x

       The motion of Ann M. St. Peter-Griffith for admission to practice *pro hac vice* in the above-captioned case is granted.

       Applicant has declared that she is a member in good standing of the bars of the State of Florida and the State of Maine, and that her contact information is as follows:

> Ann M. St. Peter-Griffith
> KASOWITZ BENSON TORRES LLP
> 1441 Brickell Ave, Suite 1420
> Miami, FL 33131
> (T):  786-587-1054
> (F):  305-377-1664
> astpetergriffith@kasowitz.com

       Applicant having requested admission *pro hac vice*  to appear for all purposes as counsel for Jose Uribe in the above-captioned case;

1

2

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Judge Sidney H. Stein
United States District Judge