UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, a/k/a "Nadine Arslanian," WAEL HANA, a/k/a "Will Hana," JOSE URIBE, AND FRED DAIBES,<br><br>Defendants. | 23-cr-490<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendant Wael Hana, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., Anne M. Collart, Esq., and Ricardo Solano, Esq., appearing), and the United States, by Damian Williams, United States Attorney for the Southern District of New York (Eli Mark, Paul Monteleoni, Lara Pomerantz, and Daniel Richenthal, Assistant United States Attorneys, appearing) having opposed the request, and the Office of Pretrial Services for the Southern District of New York (Officer Jonathan Lettieri) and the District of New Jersey (Officer Erika DePalma) having consented to the request; and the Court having considered the submissions of counsel, for good cause shown,

**IT IS** on this _____ day of November, 2023,

**ORDERED** that defendant Wael Hana's conditions of release, as set forth in the September 26, 2023 Order Setting Conditions of Release, ECF No. 15, and as modified by further order of this Court, ECF No. 59, are hereby further modified such that the "Curfew (8pm – 8am)" is modified, as follows: "Curfew with location monitoring (GPS), hours to be set by Pretrial Services."

                                                                                    _____
                                                                                    Honorable Sidney H. Stein
                                                                                    United States District Judge