UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,         :        23-Cr-490 (SHS)

          -v-                              :        ORDER

ROBERT MENENDEZ, NADINE           :
MENENDEZ, WAEL HANA, JOSE
URIBE, and FRED DAIBES,           :

          Defendants.             :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hold a telephone conference for oral argument on defendant Hana's application for a modification of his conditions of pretrial release [ECF Doc. # 84] on Monday, November 13, 2023, at 12:45 p.m. The parties shall dial 646-453-4442 and use ID: 72419642#. The public and members of the press may dial in in audio only mode.

Dated: New York, New York
       November 8, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.