UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,           :      23-Cr-490 (SHS)

            -v-                               :      ORDER

WAEL HANA,                          :

            Defendant.                :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A teleconference having been held today regarding defendant Hana's request for a modification of his bail conditions [ECF Doc. No. 84], with counsel for all parties and defendant participating,

     IT IS HEREBY ORDERED that the defendant's conditions of release are modified to provide that his curfew with location monitoring (GPS) is extended from 9:00 p.m. to 8:00 a.m. daily, with limited extensions to be approved in advance by pretrial services. Defendant shall provide his pretrial services officer with the specific reason for any requested extension.

Dated: New York, New York
       November 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.