UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>          Defendants. | 23-cr-490 (SHS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Adam Fee of Paul Hastings LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and respectfully requests that all further papers and correspondence be served upon him. The undersigned counsel is available on the current trial date of May 6, 2024.

Dated: New York, New York
       November 16, 2023

PAUL HASTINGS LLP

By: /s/ *Adam Fee*
    Adam Fee
    200 Park Avenue
    New York, New York 10166
    1999 Avenue of the Stars
    Los Angeles, California 90067
    Telephone: 1(310) 620-5719
    Facsimile: 1(310) 620-5899
    adamfee@paulhastings.com

*Attorney for Defendant Robert Menendez*