UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>    Defendants. | 23-cr-490 (SHS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Avi Weitzman of Paul Hastings LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and respectfully requests that all further papers and correspondence be served upon him. The undersigned counsel is available on the current trial date of May 6, 2024.

Dated: New York, New York
   November 16, 2023

PAUL HASTINGS LLP

By: /s/ *Avi Weitzman*
  Avi Weitzman
  200 Park Avenue
  New York, New York  10166
  Telephone:  1(212) 318-6920
  Facsimile:  1(212) 752-3620
  aviweitzman@paulhastings.com

  *Attorney for Defendant Robert Menendez*