UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                    :
UNITED STATES OF AMERICA         :
                                                    :
    v.                                            :
                                                    :  Case No. 1:23-cr-490 (SHS)
ROBERT MENENDEZ, NADINE    :
MENENDEZ, WAEL HANA, JOSE URIBE,  :
and FRED DAIBES,                      :
                                                    :
                    Defendants.            :
                                                    :
———————————————————————— x

**<u>MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD</u>**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned attorneys, Seth C. Farber and David A. Kolansky, respectfully request the withdrawal of Winston & Strawn LLP as counsel of record for Defendant Robert Menendez. As set forth in the accompanying Declaration of Seth C. Farber, Avi Weitzman and Adam Fee of Paul Hastings LLP have entered appearances in this matter and will continue as counsel of record for Senator Menendez. Senator Menendez has consented to this withdrawal.

1

2

Dated:  November 16, 2023  
       New York, New York

Respectfully submitted,

/s/ *Seth C. Farber*  
Seth C. Farber  
David A. Kolansky  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, New York 10166  
Tel.: (212) 294-4611  
Fax: (212) 294-4700  
SFarber@winston.com  
DKolansky@winston.com  

*Attorneys for Robert Menendez*

SO ORDERED:

_____  
Honorable Sidney H. Stein  
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2023, I served the foregoing Motion and the accompanying Declaration of Seth C. Farber in Support of the Motion on Defendant Robert Menendez via electronic mail on consent.

/s/ *Seth C. Farber*
Seth C. Farber

3