UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────── x
                                :
UNITED STATES OF AMERICA        :
                                :
    v.                          :
                                :  Case No. 1:23-cr-490 (SHS)
ROBERT MENENDEZ, NADINE         :
MENENDEZ, WAEL HANA, JOSE URIBE,:
and FRED DAIBES,                :
                                :
            Defendants.         :
                                :
─────────────────────────────── x

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned attorneys, Seth C. Farber and David A. Kolansky, respectfully request the withdrawal of Winston & Strawn LLP as counsel of record for Defendant Robert Menendez. As set forth in the accompanying Declaration of Seth C. Farber, Avi Weitzman and Adam Fee of Paul Hastings LLP have entered appearances in this matter and will continue as counsel of record for Senator Menendez. Senator Menendez has consented to this withdrawal.

Dated: November 16, 2023
       New York, New York

Respectfully submitted,

/s/ Seth C. Farber
Seth C. Farber
David A. Kolansky
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 294-4611
Fax: (212) 294-4700
SFarber@winston.com
DKolansky@winston.com

*Attorneys for Robert Menendez*

Dated: New York, New York
       November 17, 2023

SO ORDERED:

_____
Honorable Sidney H. Stein, U.S.D.J.