UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, AND FRED DAIBES,

Defendants.

23-cr-490 (SHS)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert D. Luskin of Paul Hastings LLP, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Robert Menendez in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 22, 2023

Respectfully submitted,

By: _____
Robert D. Luskin
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: 1(202) 551-1966
Facsimile: 1(202) 551-0466
robertluskin@paulhastings.com

*Attorney for Defendant Robert Menendez*