UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, AND FRED DAIBES,<br><br>                  Defendants. | 23-cr-490 (SHS)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

    The motion of Robert D. Luskin, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and his contact information is as follows:

Robert D. Luskin
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: 1 (202) 551-1966
Fascimile: 1 (202) 551-0466
robertluskin@paulhastings.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Robert Menendez in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

    DATED: _____

Honorable Sidney H. Stein
United States District Judge
