## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2023, I served the foregoing Motion to Withdraw and the accompanying Declaration of Roberto Finzi in Support of the Motion to Withdraw on Defendant Fred Daibes via electronic mail on consent.

*/s/ Roberto Finzi*
Roberto Finzi