NAN5menA

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,              New York, N.Y.

             v.                        23 Cr. 490 (SHS)

ROBERT MENENDEZ,


             Defendants.

------------------------------x
                                       October 23, 2023
                                       3:20 p.m.

Before:

                HON. SIDNEY H. STEIN,

                                       U.S. District Judge



                     APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  PAUL M. MONTELEONI
     ELI J. MARK
     DANIEL C. RICHENTHAL
     Assistant United States Attorneys
CHRISTINA A. CLARK
     NATIONAL SECURITY DIVISION, DOJ


WINSTON & STRAWN, LLP
     Attorneys for Defendant R. Menendez
BY: RICHARD WEBER
    DAVID A. KOLANSKY



ALSO PRESENT: RYAN LARKIN, Special Agent, FBI
              JENNIFER BREITENBACH, Special Agent, FBI
```

1           (Case called)
2           THE DEPUTY CLERK:  Counsel, please state your names
3   for the record.
4           MR. MONTELEONI:  Good afternoon, your Honor.  Paul
5   Monteleoni for the government, and with me at counsel table are
6   my colleagues Eli Mark and Daniel Richenthal, as well as
7   Christina Clark from the National Security Division, and
8   Special Agents Ryan Larkin and Jennifer Breitenbach from the
9   FBI.
10          THE COURT:  Please, be seated in the back of the
11  courtroom.  Good afternoon, sir.
12          MR. WEBER:  Good afternoon, your Honor.  Richard Weber
13  from Winston & Strawn for the defendant Robert Menendez.
14          MR. KOLANSKY:  Good afternoon, your Honor.  David
15  Kolansky also from Winston & Strawn, counsel of record for
16  Robert Menendez.
17          THE COURT:  Good afternoon.  Please, be seated.
18          We are here for the arraignment of Mr. Menendez.
19  Mr. Menendez, would you rise, sir, please, and state your full
20  name.
21          THE DEFENDANT:  Robert Menendez.
22          THE COURT:  Mr. Menendez, have you received a copy of
23  superseding indictment 23 CR 490, sir?
24          THE DEFENDANT:  I have, your Honor.
25          THE COURT:  Have you read it?

NAN5menA

1           THE DEFENDANT:  I have, your Honor.
2           THE COURT:  Did you discuss it with your attorneys?
3           THE DEFENDANT:  I have, your Honor.
4           THE COURT:  Did they answer any questions you may have
5    had about it, sir?
6           THE DEFENDANT:  They did, your Honor.
7           THE COURT:  You have the right, sir, to have me read
8    that superseding indictment in open court, but if you don't
9    want me to read it, I won't.  What's your pleasure?
10          THE DEFENDANT:  I waive the reading, your Honor.
11          THE COURT:  I accept that as a knowing and voluntary
12   waiver of the right to have the superseding indictment read in
13   open court.  How do you plead to the charges in that
14   superseding indictment, sir; guilty or not guilty?
15          THE DEFENDANT:  Not guilty, your Honor.
16          THE COURT:  I accept your plea of not guilty,
17   Mr. Menendez.  Thank you.  You may be seated.
18          That's the sole purpose of this conference unless
19   there is anything else.  Defense, is there anything else I can
20   do for you?
21          MR. KOLANSKY:  No, your Honor?
22          THE COURT:  Government?
23          MR. MONTELEONI:  No thank you, your Honor.
24          THE COURT:  Mr. Menendez, because you were not here
25   earlier at the earlier proceeding I excused you for, for the

1  other business, I do wish to inform you what I told them, that
2  is, I have set a trial date here.  And if, for any reason, you
3  decide that you want new counsel, what I am telling you is that
4  I'm asking you, directing you, to let me know as far in advance
5  as possible because I am not going to adjourn that set trial
6  date solely for the purpose of your obtaining new counsel.  And
7  if you can't afford new counsel, you will have the right to
8  have that counsel appointed at no charge to you.
9            Do you understand those rights, sir?
10           THE DEFENDANT:  Yes, your Honor.
11           THE COURT:  Thank you.  Since we have nothing else, I
12  thank everybody.
13                              o0o