UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  -against-<br><br>ROBERT MENENDEZ et al.,<br><br>  Defendants. | Case No. 23-cr-490 (SHS) |

### NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Avi Weitzman and Exhibits thereto, Defendant Senator Robert Menendez will and hereby does respectfully move this Court before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Granting Senator Menendez's First Motion to Dismiss the Second Superseding Indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3), or, in the alternative, striking pursuant to Federal Rule of Criminal Procedure 7(d) those allegations that either offend the Speech and Debate Clause of the United States Constitution or concern acts that cannot constitute "official acts" under the Supreme Court's decision in *McDonnell v. United States*, 579 U.S. 550 (2016).

**PLEASE TAKE FURTHER NOTICE** that by Order of the Court (ECF No. 112), any opposition papers shall be filed on or before February 5, 2024, and any reply shall be filed on or before February 12, 2024.

Dated: January 10, 2024                                Respectfully submitted,

Yaakov M. Roth (*pro hac vice* pending)                By: /s/ Adam Fee
JONES DAY                                                  Adam Fee
51 Louisiana Avenue N.W.                                   PAUL HASTINGS LLP
Washington, D.C. 20001                                     1999 Avenue of the Stars
Telephone: (202) 879-3939                                  Los Angeles, CA 90067
Facsimile: (202) 626-1700                                  Telephone: 1(310) 620-5719
                                                           Facsimile: 1(310) 620-5819

                                                           Avi Weitzman
                                                           PAUL HASTINGS LLP
                                                           200 Park Avenue
                                                           New York, NY 10166
                                                           Telephone: 1(212) 318-6000
                                                           Facsimile: 1(212) 725-3620

                                                           Robert D. Luskin
                                                           PAUL HASTINGS LLP
                                                           2050 M Street NW
                                                           Washington, D.C. 20036
                                                           Telephone: 1(202) 551-1966
                                                           Facsimile: 1(202) 551-0466

                                                           *Attorneys for Defendant Robert Menendez*