UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ROBERT MENENDEZ et al.,

Defendants.

Case No. S2 23-cr-490 (SHS)

---

**NOTICE OF PRETRIAL MOTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Avi Weitzman, and the Declaration of Adam Fee and Exhibits attached thereto, Defendant Senator Robert Menendez will and hereby does respectfully move this Court, before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, pursuant to Federal Rules of Criminal Procedure 12, 14(a), and/or 21(b), for an Order (1) dismissing the Second Superseding Indictment ("Indictment") for improper venue or, in the alternative, transferring this matter to the District of New Jersey in the interests of justice; (2) dismissing the Indictment as improperly duplicitous, or, in the alternative, requiring a special jury verdict form; and (3) severing the trial of Senator Menendez from the trial of his co-defendants.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court (ECF No. 112), any opposition papers shall be filed on or before February 5, 2024, and any reply papers shall be filed on or before February 12, 2024.

1

Dated: January 15, 2024                                Respectfully submitted,

By: /s/  Adam Fee
    Adam Fee
Yaakov M. Roth, *pro hac vice*            PAUL HASTINGS LLP
JONES DAY                                        1999 Avenue of the Stars
51 Louisiana Avenue N.W.              Los Angeles, CA 90067
Washington, D.C. 20001                Telephone: 1(310) 620-5719
Telephone: (202) 879-3939            Facsimile: 1(310) 620-5819
Facsimile: (202) 626-1700

    Avi Weitzman
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: 1(212) 318-6000
    Facsimile: 1(212) 725-3620

    Robert D. Luskin
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C. 20036
    Telephone: 1(202) 551-1966
    Facsimile: 1(202) 551-0466

    *Attorneys for Defendant Robert Menendez*