# Attachment 1

[to be filed under seal]