# Attachment 2

[to be filed under seal]