# Attachment 3

[to be filed under seal]