# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

DANIEL J. FETTERMAN
DIRECT DIAL: (212) 506-1934
DIRECT FAX: (212) 500-3434
DFETTERMAN@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

January 22, 2024

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Menendez, et al.*, 1:23-Cr-00490 (SHS)

Dear Judge Stein:

      We represent Jose D. Uribe in the above-captioned case and respectfully write in response to the Court's order dated January 17, 2024, directing the parties to respond to the letters filed by the *Inner City Press* [Doc. No. 125] and *The New York Times* [Doc. No. 145] (the "Letters") by today. Mr. Uribe takes no position with respect to the relief requested in the Letters.

                                            Respectfully submitted,

                                            Daniel J. Fetterman

cc:     All Counsel (by ECF)