# Schertler Onorato Mead & Sears

January 22, 2024

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

We represent Nadine Menendez in the above-captioned matter. We respectfully write in response to the Court's Order dated January 17, 2024, (Dkt. 147) directing the parties to respond to the letters filed by Inner City Press (Dkt. 125) and The New York Times (Dkt. 145). Ms. Menendez takes no position with respect to the letters.

Respectfully,

/s/ Danny Onorato
Danny Onorato
David Schertler
Paola Pinto
*Counsel for Nadine Menendez*

CC:   All Counsel (by ECF)

ATTORNEYS AT LAW | 555 13TH STREET, NW
SUITE 500 WEST
WASHINGTON, DC 20004 | 202.628.4199
202.628.4177 FAX
WWW.SCHERTLERLAW.COM