UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT MENENDEZ et al.,

Defendants.

Case No. S2 23-cr-490 (SHS)

## NOTICE OF MOTION TO SUPPRESS SEARCH WARRANT RETURNS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Avi Weitzman and Exhibits thereto, and the Declaration of Senator Robert Menendez, Defendant Senator Robert Menendez will and hereby does respectfully move this Court before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, pursuant to Federal Rule of Criminal Procedure 12, for an Order (i) convening an evidentiary hearing pursuant to the Supreme Court's decision in *Franks v. Delaware*, 438 U.S. 154 (1978); and (ii) suppressing evidence obtained pursuant to the search warrants identified in the Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that by Order of the Court (ECF No. 144), any opposition papers shall be filed on or before February 12, 2024, and any reply shall be filed on or before February 19, 2024.

1

Dated: January 22, 2024                                    Respectfully submitted,

Yaakov M. Roth, *pro hac vice*                             By: */s/  Adam Fee*
JONES DAY                                                       Adam Fee
51 Louisiana Avenue N.W.                                        PAUL HASTINGS LLP
Washington, D.C. 20001                                          1999 Avenue of the Stars
Telephone: (202) 879-3939                                       Los Angeles, CA 90067
Facsimile: (202) 626-1700                                       Telephone: 1(310) 620-5719
                                                                Facsimile: 1(310) 620-5819

                                                                Avi Weitzman
                                                                PAUL HASTINGS LLP
                                                                200 Park Avenue
                                                                New York, NY 10166
                                                                Telephone: 1(212) 318-6000
                                                                Facsimile: 1(212) 725-3620

                                                                Robert D. Luskin
                                                                PAUL HASTINGS LLP
                                                                2050 M Street NW
                                                                Washington, D.C. 20036
                                                                Telephone: 1(202) 551-1966
                                                                Facsimile: 1(202) 551-0466

                                                                *Attorneys for Defendant Robert Menendez*