## ARLEO & DONOHUE, L.L.C.

| | |
|---|---|
| Frank P. Arleo<br>Timothy M. Donohue<br>Jo Ann K. Dobransky<br>_____<br>Kamron A. Sharif | 622 Eagle Rock Avenue<br>West Orange, NJ  07052<br>Telephone:  (973) 736-8660<br>Fax:  (973) 736-1712 |

January 23, 2024

**<u>Via ECF</u>**
Hon. Sidney H. Stein, United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      **Re: United States v. Robert Menendez et al**., Case No. 23-cr-00490-SHS

Dear Judge Stein:

      We represent Fred Daibes in the above-captioned matter. We respectfully write in response to the Court's Order dated January 17, 2024, directing the parties to respond to the letters filed by Inner City Press (Dkt. 125) and The New York Times (Dkt. 145). We take no position with respect to the letters.

                                    Respectfully,

                                      <u>/s/ Timothy M. Donohue</u>
                                      Timothy M. Donohue

CC: All Counsel (by ECF)