# Exhibit B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America

                Plaintiff,

                              1:23-cr-00490-SHS

-against-

                              **AFFIDAVIT IN SUPPORT OF**

Robert Menendez, et al.                   **MOTION FOR ADMISSION**

                                     **PRO HAC VICE**

                Defendant.

      I, Mark J. MacDougall, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

      1.     I am a Partner with the law firm of Schertler Onorato Mead & Sears in Washington, DC.

      2.     I am a member in good standing of the bars of the District of Columbia and the States of Maryland and Massachusetts.

      3.     I have never been convicted of a felony.

      4.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

5.       There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 24, 2024

Mark J. MacDougall, Esq.
Schertler Onorato Mead & Sears
555 13th Street, NW, Suite 500 West
Washington, DC  20004
202-628-4199, Facsimile:  202-628-4177
mmacdougall@schertlerlaw.com

Sworn to and subscribed before me this 24th day of January, 2024.

_____
Notary Public

EVERETT A. WAJID-ALI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2028