UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

                 Plaintiff,

                                         1:23-cr-00490-SHS

-against-

                                         **ORDER FOR ADMISSION**

Robert Menendez, et al.                          **PRO HAC VICE**

_____Defendant.

The motion of Mark J. MacDougall, Esq., for admission to practice Pro Hac Vice in the above captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the states of Maryland and Massachusetts, and that his contact information is as follows:

> Mark J. MacDougall, Esq.
> Schertler Onorato Mead & Sears
> 555 13th Street, N.W., Suite 500 West
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177
> Email: mmacdougall@schertlerlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nadine Menendez in the above entitled action;

**IT IS HEREBY ORDERED** that Mark J. MacDougall is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                                             United States District Judge