AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cr-00490 |
| Menendez, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nadine Menendez                                                                                              .

Date: 01/30/2024                                             /s/ Mark J. MacDougall
                                                                           *Attorney's signature*

                                                                 Mark J. MacDougall
                                                              *Printed name and bar number*
                                                          Schertler Onorato Mead & Sears
                                                        555 13th Street, NW, Suite 500 West
                                                                 Washington, DC 20004
                                                                           *Address*

                                                          mmacdougall@schertlerlaw.com
                                                                       *E-mail address*

                                                                     (202) 628-4199
                                                                    *Telephone number*

                                                                     (202) 628-4177
                                                                       *FAX number*