# **<u>Exhibit B</u>**

[to be filed under seal]

**Sent:**     Thur 7/26/2018 4:49:42 PM (UTC-04:00)
**Subject:**  Final Schedule & Stats
**From:**     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**To:**       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Final Schedule.doc
Final - stats.doc

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Egyptian Defense Office
2590 L St. NW
Washington, DC 20037
▓▓▓▓▓▓▓▓▓

SDNY_R11_00465275

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 20, 2018**

| July 16, Monday | July 17, Tuesday | July 18 Wednesday | July 19, Thursday | July 20, Friday |
|---|---|---|---|---|
| 8:00 a.m. EDO Meeting ■■■ | 10:00 a.m.     Bring passport/ID Cong. Mario Diaz-Balart  R-FL Appropriations Com ■■■ | 9:00 a.m. Roundtable ■■■ Middle East Institute ■■■ | 9:00  a.m. Cong. Paul Cook R-CA Armed Services/Foreign Affairs Com ■■■ | 9:30 -10:30 a.m. ■■■ Vice Director, JDO ■■■ |
| 10:00-10:45 a.m.    River Entrance Bring Passports ■■■ Pentagon ■■■ | 11:00 a m ■■■ Foreign Relations Com ■■■ | 11:15  a.m. Cong. Ed Royce  R-CA Chairman Foreign Affairs Com ■■■ | 10:00  a.m. Sen. John Boozman R-AR Appropriations Com. ■■■ | 12:00 noon ■■■ Dept. of State Lunch meeting |
| 12:00  noon ■■■ staff of  Sen. Ted Cruz R-TX Armed Services  Com ■■■ | 1:00 p.m. Cong.  Lois Frankel D-FL Foreign Affairs Com ■■■ | 12:30 p.m. Cong. Daniel Donovan R-NY Foreign Affairs Com ■■■ | 11:30  a m ■■■ Bureau of Counterterrorism and  Countering Violent Extremism Dept. of State ■■■ | 2:30 p m ■■■ Middle East Policy Analyst Congressional Research Service ■■■ |
| 1:00 p.m. Mitchel Hochberg - Legislative Asst of Cong.Jackie Speier D-CA Armed Services Com ■■■ | 2:00 p.m.    max of 4 persons only arrive 5 mins  before meeting Cong. Austin Scott R-GA Armed Services Com ■■■ | 2:00 p.m. Cong. Louie Gohmert R-TX Natural Resources/Judiciary Com ■■■ | 2:00  p.m. Roundtable US Chamber of Commerce ■■■ | 3:45 p m ■■■ Staff  of  Sen. Thom Tillis R-NC Armed Services Com ■■■ |
| 2:00 p m ■■■ Cong. Lee Zeldin R-NY | 3:00 p.m. Cong. Brian Mast  R-FL Foreign Affairs Com | 3:00 p.m. Cong. Eliot Engel D-NY RM,Foreign Affairs Com | 4:00 p.m. Sen. Ben Cardin D-MD RM Foreign Relations Com. | 4:30  p m ■■■ , LA of  Cong. Mark |

SDNY_R11_00465276

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
July 16- 20, 2018



| July 16, Monday | July 17, Tuesday | July 18, Wednesday | July 19, Thursday | July 20, Friday |
|---|---|---|---|---|
| Foreign Affairs Com | | | | Meadows R- NC<br>Foreign Affairs Com |
| 3:00 p.m.<br>staff of Sen. James Inhofe R-OK<br>Armed Services Com | 4:00 p.m.<br>Cong. Joe Wilson R-SC<br>Armed Services Com | 4:00 p.m.<br>Cong. Steve Chabot R-OH<br>Foreign Affairs Com | 5:00 p.m.<br>LA of<br>of Sen. John Cornyn R-TX<br>Foreign Relations Com | 6:00 - 6:20 p.m.<br>Egyptian Defense Office |
| 3:45 p.m.<br>Senate Armed Services Majority &<br>Minority Lead Staff | 5:00 p.m.<br>Cong. Jody Hice R-GA<br>Armed Services Com | 5:00 p.m.<br>Cong. Brad Schneider D-IL<br>Foreign Affairs Com | 6:30 p.m.<br>Meeting<br>Egyptian Community<br>Egyptian Defense Office | 7:00 p.m.<br>Dinner hosted by |
| 5:00 p.m.   max of 8<br>Cong. Hal Rogers R-KY<br>Chair - Appropriations Com | 6:00 - 8:00 p.m.<br>Dinner hosted by<br><br>Chief National Guard Bureau | 5:45 p.m<br>, Legislative Fellow<br>of Cong. Jim Cooper D-TN<br>Armed Services Com | | |
| 5:45 p.m.<br>Cong. Doug Lamborn R-CO<br>Armed Services Com | | 6:30 p.m.<br>Meeting<br>London Center for Policy Research | | |

SDNY_R11_00465276

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

| | | | |
|---|---|---|---|
| | | | |

| July 23, Monday | July 24, Tuesday | July 25 Wednesday | July 26 Thursday |
|---|---|---|---|
| 8:45 a m<br><br>CSIS<br>███ | 9:15 a m<br><br>Distinguished Fellow<br>███ | 8:15 a m<br><br>Eqyptian Defense Office<br>███ | 9:00 a m  entrance    River Entrance<br><br>Deputy Under Secretary of the Air Force for International Affairs<br>███ |
| 10:00 a.m.-12:00 noon<br>Roundtable<br>National US-Arab  Chamber of Commerce (NUSACC)<br>███ | 11:00 a m     met by<br>         Asst Secretary<br>for Pol-Mil Affairs, Dept of State | 9:30 a.m.<br>Cong. Tulsi Gabbard D-HI<br>Armed Services/Foreign Affairs Com<br>███ | 11:00 – 12:00 noon   Passport needed<br><br>National Intelligence Manager for Near East Office of the Director of National Intelligence (ODNI)<br>███ |
| 12:30 p m -2:00 p.m.<br><br>Center for American Progress<br>███ | 12:30 p.m.<br>Cong. Jeff Fortenberry<br>Appropriations Com<br>███ | 10:45 a.m. (20 Mins)<br>Sen. Roger Wicker R-MS<br>Armed Services Com<br>███ | 12:15 p.m. - 1:15 p.m.<br>Lunch hosted by<br><br>I Gilberis Restaurant |
| 3:30 p.m. (15 mins only)<br>Cong. John Rutherford R-FL<br>a. Nicholas Vance - LA<br>Appropriations Com<br>███ | 1:15 p m<br><br>Military LA of  Sen. Tim Scott  R-SC<br>Armed Services Com<br>███ | 12:15  p.m.<br>Sen. Bob Menendez D-NJ<br>RM Senate Foreign Relations Com<br>528 Hart Senate Bldg<br>POC Wael Hana<br>███ | 2:30 p m<br><br>Eqyptian Defense Office<br>███ |
| 4:30 p.m. | 2:30 p.m. | 1:30: p.m. | 3:15 p.m. |

SDNY_R11_00465276

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

| | | | |
|---|---|---|---|
| Cong. Liz Cheney R-WY<br>Armed Services Com<br>[redacted] | [redacted]<br>staff of Sen. Angus King I-ME<br>Intelligence Com<br>[redacted] | Deputy Assistant  Secretary<br>Bureau of Near East Affairs, Dept of State<br>[redacted] | [redacted], Deputy CoS<br>of Sen. Steve Daines – R-MT<br>Appropriations Com<br>[redacted] |
| **July 23, Monday** | **July 24, Tuesday** | **July 25 Wednesday** | **July 26 Thursday** |
| 6:30 p.m.<br>Reception hosted<br>Business Council for International<br>Understanding (BCIU)<br>St. Regis Hotel, George Washington Room<br>[redacted] | 3:30 p.m.<br>Sen. Ron Johnson R-WI<br>Foreign Relations Com<br>[redacted] | 2:45 p.m.<br>Roundtable<br>Egyptian Caucus<br>[redacted] | 4:00 p.m<br>[redacted] Staffer of<br>Sen. Patrick Leahy D-VT<br>Appropriations  Com<br>[redacted] |
| | 4:30 p.m<br><br>IINSA<br>[redacted] | 5:00 p.m<br><br>Director, DSCA<br>[redacted] | 6:00  p.m    Bring Passport<br>[redacted]<br>Sr. Director for Gulf Affairs & Egypt,<br>[redacted] - Central Levant Dir, Egypt &<br>Jordan<br>National Security Council<br>[redacted] |
| | 7:30 p.m.<br>Dinner  hosted by<br>[redacted]<br>Dumbarton & Conservatory Rooms<br>Four Seasons Hotel | 7:30 p.m.<br>Dinner Hosted by<br>[redacted] | |

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

Senate
House
Admin/DoD
Think Tanks

SDNY_R11_00465276

**Egyptian Military White Paper Delegation**
**July 16-25 , 2018**

|  | Congress | Staffer | total |
|---|---|---|---|
| Senate | 5 | 10 | 15 |
| House | 19 | 4 | 23 |
| Pentagon | 8 |  | 8 |
| Admin | 5 |  | 5 |
| Think Tank | 8 |  | 8 |
| Others | 10 |  | 10 |
| Total |  |  | 69 |

| Senator | Staff |
|---|---|
| John Boozman | ███████ - Sen. Cruz |
| Ben Cardin |  |
| Ron Johnson | ████ - Sen. Tillis |
| Bob Menendez | ██████ – Sen. Inhofe |
| Roger Wicker | ██████ |
|  | - Sen. Scott |
|  | ██ - Sen. King |
|  | - Sen. Cornyn |
|  | ██ – Sen. Leahy |
|  | – Sen. Daines |

| House | Staff |
|---|---|
| Steve Chabot | ████████ - Cong.Meadows |
| Liz Cheney | - Cong. Speier |
| Paul Cook | ████ - Cong. Zeldin |
| Mario Diaz-Balart | ███ - Cong. Cooper |
| Daniel Donovan |  |
| Eliot Engel |  |
| Tulsi Gabbard |  |
| Jeff Fortenberry |  |
| Lois Frankel |  |
| Louie Gohmert |  |
| Jody Hice |  |
| Doug Lamborn |  |
| Brian Mast |  |
| Hal Rogers |  |
| Ed Royce |  |
| John Rutherford |  |
| Brad Schneider |  |
| Austin Scott |  |
| Joe Wilson |  |

| Pentagon | Admin | Think Tanks | Others |
|---|---|---|---|
| █████ | █████ | █████ | US Chamber of Commerce |
| | | | Egyptian Community |
| | | | BCIU |
| | | | NUSACC |
| | | | London Centerfor Policy Res. |
| █████ | █████ | █████ | █████████ |
| | | Egyptian Caucus | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

SDNY_R11_00465280