# SCHERTLER ONORATO MEAD & SEARS

January 24, 2024

<u>VIA ECF</u>
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS
Nadine Menendez's Motion to Join Motion Filed By Co-Defendant

Dear Judge Stein:

Defendant Nadine Menendez, through counsel, respectfully moves to join Senator Menendez' Motion to Supress Search Warrant Return filed on January 22, 2024. *See* ECF Nos. 157 (Motion), 158 (Memorandum in Support), 159 and 163 (Declarations). Specifically, Ms. Menendez' joins in Senator Menendez' arguments with respect to (1) Mag. 22-10273 (D.N.J.): A June 15, 2022 warrant authorizing a search of the Menendez's home; and (2) the seizure of certain electronics and "movable things of value," among other items and Mag. 22-10284 (D.N.J.): A June 16, 2022 warrant authorizing a second search of the Menendez's home and seizure of certain documents. Ms. Menendez has standing to join Senator Menendez' arguments with respect to the searches of her home because she has a legitimate expectation of privacy in her home.

Respectfully submitted,

/s/ Danny Onorato
Danny Onorato
David Schertler
Paola Pinto
*Counsel for Nadine Menendez*

CC: All counsel via ECF

Dated: New York, New York
February 5, 2024

Defendant Nadine Menendez's request to join Robert Menendez's motion to suppress search warrant return as set forth above is granted.

SO ORDERED:

Sidney H. Stein, U.S.D.J.

ATTORNEYS AT LAW | 555 13TH STREET, NW
SUITE 500 WEST
WASHINGTON, DC 20004
202.628.4199
202.628.4177 FAX
WWW.SCHERTLERLAW.COM