

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez et al.,*
            S2 23 Cr. 470 (SHS)

Dear Judge Stein:

      The Government respectfully writes in the above-captioned matter to notify the Court and counsel for the defendants that the undersigned today submitted, via the Classified Information Security Officer, a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

Hon. Sidney H. Stein
United States District Judge
February 9, 2024
Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Eli J. Mark
Eli J. Mark
Daniel C. Richenthal
Paul M. Monteleoni
Assistant United States Attorneys
(212) 637-2431/2109/2219

MATTHEW G. OLSON
Assistant Attorney General
National Security Division

By: s/ Christina A. Clark
Christina A. Clark
Trial Attorney
(202) 307-5191

cc: (by ECF)

Counsel of Record