# Exhibit B

[to be filed under seal]

**Sent:** Thu 6/28/2018 12:28:38 PM (UTC-04:00)
**Subject:** Dinner Invite - July 25, 2018
**From:** [redacted]
**To:** [redacted]

[Invite.pdf](Invite.pdf)

Dear Senator Menendez,

The Egyptian Defense Attache, Major General & Mrs. Khaled Shawky have the pleasure of inviting you and your guest to a dinner in honor of the Assistant Minister of Defense for International Relations and the Military White Paper Delegation Members. The dinner will be held on Wednesday, 25th of July at 7:30 in the evening at [redacted] Please see attached invite.

Kindly advise if you are available to attend.

Looking forward to your positive response.

Best regards.

[redacted]
Egyptian Defense Office
2590 L St. NW
Washington, DC 20037
[redacted]

SDNY_R11_00468397



Major General & Mrs. Khaled Shawky
Egyptian Defense, Military, Naval & Air Attache

Request the pleasure of your company

To honor the
Assistant Minister of Defense for International Relations
and
the Military White Paper Delegation Members

To a Dinner

On Wednesday, 25th of July 2018

at 7:30 in the evening

at ███████████

RSVP:
███████████

Attire:
Business

SDNY_R11_00468398