

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 26, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Robert Menendez, et. al*,**
**S2 23 Cr. 490 (SHS)**

Dear Judge Stein:

The Government respectfully submits the enclosed proposed protective order for the Court's consideration, which concerns the Government's anticipated production of certain classified information to the defendants pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"). The Government circulated the proposed protective order to the defendants on February 9, 2024, but has not received a response.

The Government cannot produce classified information to cleared counsel until there is a protective order in place governing classified materials, as provided for by Section 3 of CIPA, *see* 18 U.S.C. App. 3 § 3 ("[u]pon motion of the United States, the court shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case"). To the extent the defendants have any objections to the proposed protective order, the Government requests the opportunity to respond.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Eli J. Mark
Eli J. Mark
Daniel C. Richenthal
Paul M. Monteleoni
Lara Pomerantz
Assistant United States Attorneys
(212) 637-2431/2109/2219/2343

MATTHEW G. OLSON
Assistant Attorney General
National Security Division

By: s/ Christina A. Clark
Christina A. Clark
Trial Attorney
(202) 307-5191

Enclosure

cc: (by ECF)

Counsel of Record