# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>Robert Menendez, et. al., )<br>*Defendant* ) | Case No.  23 Cr. 490 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRED DAIBES

Date:  02/28/2024

*Attorney's signature*

Seth Agata 1845940
*Printed name and bar number*

The Law Firm of Cesar de Castro, P.C.
111 Fulton Street - 602
New York, New York 10038
*Address*

sagata@cdecastrolaw.com
*E-mail address*

(518) 821-1947
*Telephone number*

(646) 839-2682
*FAX number*