AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▾

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Robert Menendez, et. al., | ) |
| *Defendant* | ) |

Case No.   23 Cr. 490

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRED DAIBES                                                                                                      .

Date:      02/28/2024

_____
*Attorney's signature*

Shannon McManus 5881750
*Printed name and bar number*

The Law Firm of Cesar de Castro, P.C.
111 Fulton Street - 602
New York, New York 10038
*Address*

smcmanus@cdecastrolaw.com
*E-mail address*

(201) 572-9234
*Telephone number*

(646) 839-2682
*FAX number*