AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Cr. 490 |
| Robert Menendez, et. al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRED DAIBES.

Date: 02/28/2024

*Attorney's signature*

Valerie Gotlib 4827192
*Printed name and bar number*

The Law Firm of Cesar de Castro, P.C.
111 Fulton Street - 602
New York, New York 10038
*Address*

vgotlib@cdecastrolaw.com
*E-mail address*

(917) 536-8171
*Telephone number*

(646) 839-2682
*FAX number*