# <u>EXHIBIT A</u>



SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003277



2

12.06.2018

SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003279



2

12.06.2018

SUBJECT TO PROTECTIVE ORDER
SDNY_R_00003280



12.06.2018

3

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003281



4

12.06.2018

SUBJECT TO PROTECTIVE ORDER                                        SDNY_R_00003282



12.06.2018

5

SUBJECT TO PROTECTIVE ORDER



6

12.06.2018

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003284



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

3

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003287



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



5

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003289



12.06.2018

6

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



7

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003291



12.06.2018

8

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



9

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



10

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003294



11

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY  SDNY_R_00003295



12

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003296



13

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003297



14

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003298



15

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



16

12.06.2018

SDNY_R_00003300



17

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003301



12.06.2018

18

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003302



19

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



20

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

21

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

22

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



23

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



24

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



27

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003311



12.06.2018

28

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003312



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



32

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



33

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY          SDNY_R_00003317



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



35

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY     SDNY_R_00003319



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



43

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



44

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY        SDNY_R_00003328



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



46

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003330



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



48

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

50

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

51

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

# EXHIBIT A

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



- 78 -

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



– 79 –

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00003415

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Search Warrant for
All Content and Other Information
Associated with the Email Account
███████████████████████

███████████████████████

USAO No. 2018R00086

# 20 MAG 13682

## SEARCH WARRANT AND NON-DISCLOSURE ORDER

TO: ███████████████████████

Federal Bureau of Investigation ("Investigative Agency")

**1. Warrant.** Upon an Affidavit of a federal law enforcement officer in connection with an investigation being conducted by the Investigative Agency, and pursuant to the provisions of the Stored Communications Act, 18 U.S.C. § 2703(b)(1)(A) and § 2703(c)(1)(A), and the relevant provisions of Federal Rule of Criminal Procedure 41, the Court hereby finds there is probable cause to believe the email account ███████████ maintained at premises controlled by ███████████ contain evidence, fruits, and instrumentalities of crime, all as specified in Attachment A hereto. Accordingly, the Provider is hereby directed to provide to the Investigative Agency, within 14 days of the date of service of this Warrant and Order, the records specified in Section II of Attachment A hereto, for subsequent review by law enforcement personnel as authorized in Section III of Attachment A. The Government is required to serve a copy of this Warrant and Order on the Provider within 14 days of the date of issuance. The Warrant and Order may be served via electronic transmission or any other means through which the Provider is capable of accepting service.

SUBJECT TO PROTECTIVE ORDER

**2. Non-Disclosure Order.** Pursuant to 18 U.S.C. § 2705(b), the Court finds that there is reason to believe that notification of the existence of this warrant will result in destruction of or tampering with evidence, flight from prosecution, and/or intimidation of potential witnesses, or otherwise will seriously jeopardize an ongoing investigation.  Accordingly, it is hereby ordered that the Provider shall not disclose the existence of this Warrant and Order to the listed subscriber(s) or to any other person for a period of one year from the date of this Order, subject to extension upon application to the Court if necessary, except that Provider may disclose this Warrant and Order to an attorney for Provider for the purpose of receiving legal advice.

**3. Sealing.** It is further ordered that this Warrant and Order, and the Affidavit upon which it was issued, be filed under seal, except that the Government may without further order of this Court serve the Warrant and Order on the Provider; provide copies of the Affidavit or Warrant and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated:  New York, New York

_____12/23/20_____     _____1:54 pm_____
Date Issued                            Time Issued

_____
THE HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
Southern District of New York

2

12.06.2018

**Attachment A**

**I.    Subject Account and Execution of Warrant**

This warrant is directed to █████████████████████████████

███████████████████████████ nd applies to all content and other information

within the Provider's possession, custody, or control associated with the email account

████████████████ (the "Subject Account").

A law enforcement officer will serve this warrant by transmitting it via email or another

appropriate manner to the Provider. The Provider is directed to produce to the law enforcement

officer an electronic copy of the information specified in Section II below.  Upon receipt of the

production, law enforcement personnel will review the information for items falling within the

categories specified in Section III below.

**II.    Information to be Produced by the Provider**

To the extent within the Provider's possession, custody, or control, the Provider is directed

to produce the following information associated with the Subject Account for the time period

January 1, 2014 through the date of this warrant:

a.  *Email content.*  All emails sent to or from, stored in draft form in, or otherwise

associated with the Subject Account, including all message content, attachments, and header

information (specifically including the source and destination addresses associated with each

email, the date and time at which each email was sent, and the size and length of each email).

b.  *Address book information.*  All address book, contact list, or similar information

associated with the Subject Account.

c.  *Subscriber and payment information.*  All subscriber and payment information

regarding the Subject Account, including but not limited to name, username, address, telephone

number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment, and payment history.

d. *Transactional records.* All transactional records associated with the Subject Account, including any IP logs or other records of session times and durations.

e. *Customer correspondence.* All correspondence with the subscriber or others associated with the Subject Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

f. *Preserved or backup records.* Any preserved or backup copies of any of the foregoing categories of records, whether created in response to a preservation request issued pursuant to 18 U.S.C. § 2703(f) or otherwise.

## III.   Review of Information by the Government

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, interpreters, and outside vendors or technical experts under government control) are authorized to review the records produced by the Provider in order to locate evidence, fruits, and instrumentalities of violations of one or more of (i) 18 U.S.C. §§ 951 and 371 (acting and conspiring to act as an agent of a foreign government without prior notification to the Attorney General); (ii) 22 U.S.C. §§ 612 and 618(a)(1) and 18 U.S.C. § 371 (acting and conspiring to act as an agent of a foreign principal without registering with the Attorney General as required by FARA); (iii) 18 U.S.C. §§ 201 and 371 (bribing or offering to bribe or demanding or accepting a bribe, and conspiring to do the same, with respect to a United States Senator); (iv) 18 U.S.C. §§ 1343, 1346 and 1349 (honest services wire fraud and conspiring to commit honest

SUBJECT TO PROTECTIVE ORDER                                                                                                     SDNY_R_00003419

services wire fraud); and (v) 18 U.S.C. § 1951 (extortion under color of right and conspiring to do the same) (collectively, the "Subject Offenses"), including the following:

- Communications between or involving one or more of Nadine Arslanian, Robert Menendez, Wael Hana, and/or others regarding (i) interactions between Hana and Menendez or others acting on Menendez's behalf; (ii) interactions between Aslanian, acting at the direction of, or on behalf of, Hana or Egyptian Government officials or affiliates, with Mendendez or others acting on Menendez's behalf; and (iii) interactions between others acting at the direction of, or on behalf of, Hana or Egyptian Government officials or affiliates with Menendez or others acting on Menendez's behalf;

- Communications, photographs, or other documents or records in furtherance of or otherwise concerning action taken on behalf of, at the direction of, or to benefit the Egyptian Government and/or its officials and affiliates;

- Communications relating to taskings, requests, instructions, or directions from the Egyptian Government or its officials and affiliates to Wael Hana and/or Nadine Arslanian, and information, updates, or reports provided by Wael Hana and/or Nadine Arslanian to the Egyptian Government or its officials and affiliates;

- Communications, photographs, or other documents or records concerning the goals or policies of the Egyptian Government;

- Communications, photographs, or other documents or records concerning ███████ and/or a New Jersey state criminal case against ██████ including communications with or regarding the New Jersey Attorney General's office, any attorney for ████ or any person acting at Menendez's direction to resolve that case or otherwise assist ██████

3

SUBJECT TO PROTECTIVE ORDER

- Communications, photographs, or other documents or records concerning any gifts and/or money offered or provided to Arslanian and/or to Menendez by Hana, ███, or persons acting on their behalf, and/or receipt or solicitation of the same;

- Communications, photographs, or other documents or records concerning the location of any such gifts and/or money;

- Communications, photographs, or other documents or records concerning a potential disclosure of such gifts and/or money;

- Communications, photographs, or other documents or records concerning a search warrant executed on or about November 25, 2019, including communications concerning a federal investigation involving Hana;

- Communications, photographs, or other documents or records concerning the use of alternative methods of communications believed to be less easily accessed or intercepted by law enforcement;

- Communications, photographs, documents, records, or other media evidencing the background and nature of the relationship between Menendez, Hana, Arslanian, and/or ███, or persons acting on their behalf;

- Information, including geolocation information, concerning the timing or location of communications or actions in furtherance of one or more of the Subject Offenses (*e.g.*, information that places Hana, Arslanian, Menendez, and/or others in particular locations or communicating at particular times and locations in connection with the Subject Offenses);

- Information concerning the identity of the user(s) of the Subject Accounts at times relevant to one or more of the Subject Offenses;

4

12.06.2018

SUBJECT TO PROTECTIVE ORDER

- Information concerning the identities and locations of co-conspirators (including, for example, communications with co-conspirators, photos or other attachments, and address book information); and

- Information concerning passwords or other information needed to access a user's computer, electronic devices or other online accounts used in furtherance of one or more of the Subject Offenses.

12.06.2018

5

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003422



SUBJECT TO PROTECTIVE ORDER



2

12.06.2018

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003424



SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003425



2

12.06.2018

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003426



3

12.06.2018

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003427



4

12.06.2018

SUBJECT TO PROTECTIVE ORDER



5

12.06.2018

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00003429