# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 23 MAG 1206

In re: Warrant and Order For Historical Location Information for the Cellphones Assigned Call Numbers [redacted]

**SEALED AGENT AFFIDAVIT**

**23 Mag. __________**

## Agent Affidavit in Support of Warrants and Orders for Historical Cellphone Location Information

[redacted]

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006472



2

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006473



3

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006474



4

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006475



### A. Probable Cause Regarding the Subject Offenses

4. As set forth below, the Subject Offenses relate to a suspected scheme by several individuals to provide things of value to Nadine Arslanian, a/k/a Nadine Menendez ("Arslanian"), the now wife of U.S. Senator Robert Menendez,[3] in exchange for Menendez's influence attempting to secure a favorable resolution of a New Jersey state criminal prosecution then pending against one of the individuals and a state criminal investigation then pending against another, as well as his influence in obtaining municipal COVID-19 testing contracts and/or other authorization to a company owned by one of the bribe-payors, and in exchange for Menendez taking other official acts as well.[4]

7. was at all relevant times a businessman associated with the company , and as set forth in paragraph 20 below, was prosecuted by the State of New Jersey

[3] As set forth below, the things of value were provided both before and after Arslanian married Menendez. Because the majority of the events recounted herein took place before Arslanian married Menendez and changed her name to Nadine Menendez, she is referred to as "Arslanian" herein.

[4] The facts set forth herein are drawn from case documents and information known to law enforcement agents and other government personnel involved in the investigation, of which I have knowledge based on my review of materials and discussions with those involved in the investigation.

for workers' compensation insurance fraud related to this company. In addition, at all relevant times, [redacted] was also associated with the company [redacted] (the "[redacted] Trucking Company"), for which he has been listed on the company's website as its President.

6

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006477



13. [REDACTED] is a business associate of Uribe who, as discussed in paragraphs 44.y, 44.z, and 51, was involved in Uribe's making payments on the loan for the Mercedes-Benz Automobile.

14. [REDACTED] is the owner and CEO of [REDACTED], a biomedical testing company. As set forth in paragraphs 57-58, [REDACTED] apparently worked with [REDACTED] (an individual described in the next paragraph below) in 2020 and 2021 to have [REDACTED] pay tens of thousands of dollars to Arslanian and the Arslanian Company, apparently in exchange for Menendez using his influence to secure for [REDACTED] contracts and/or other authorization with various New Jersey municipalities to perform COVID-19 testing.

---

15. [REDACTED] was at relevant time periods a business associate of both Hana and [REDACTED]. As set forth below, [REDACTED] appears to have provided carpeting, home improvement services, and tangible gifts to Arslanian and Menendez; in August 2019, [REDACTED] described aspects of the bribery scheme to a confidential source (the "CS") in a recorded conversation; and [REDACTED] received funds from [REDACTED] and apparently was involved in making certain of [REDACTED]'s payments to the Arslanian Company.

[REDACTED]

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



9

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006480

21. Based on my conversations with other law enforcement personnel and my review of law enforcement reports, I have learned that in or about August 2019, *i.e.*, shortly after the plea and sentencing described above,[8] the CS met with [REDACTED] and the following conversation, which was consensually recorded by the CS at the direction of law enforcement, occurred, in substance and in part:

a. [REDACTED] told the CS that Hana arranged for Arslanian to receive a ring and a Mercedes-Benz automobile in exchange for Menendez's assistance in resolving criminal charges for insurance fraud pending against an American male.[9]

[8] It appears, based on the investigation, that [REDACTED] and Hana had a financial dispute prior to this conversation.

[9] These communications took place mainly in Arabic, and the description of them is based on a review of a draft summary and translation, subject to revision.

b. ██████ discussed how the criminal case "needed a push," and "without" the push the man "would have gotten three years imprisonment," but the "push made the man avoid the three years."

c. ██████ further told the CS that the American male gave Hana $150,000 and that Hana then purchased the engagement ring for Menendez's girlfriend, along with a car, and kept the remaining money for himself. As detailed further below, I understand that the "American male" is a reference to ████ and the reference to Menendez's girlfriend is a reference to Arslanian.[10]

[10] Based on my conversations with other law enforcement personnel and my review of interview notes and an FBI report, I am aware that ██████ was interviewed by the FBI on June 16, 2022, and claimed, among other things, not to be aware of Hana having provided a ring or car to Arslanian, and not to be aware of Hana attempting to assist ████ with his criminal case. As noted in footnote 54, below, Arslanian sent text messages indicating that Menendez planned to exchange an engagement ring Menendez owned for a new engagement ring to give to Arslanian, and a jeweler who provided an engagement ring to Arslanian stated that he did so in exchange for an engagement ring.



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006483



13

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY                    SDNY_R_00006484



14

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006485



15

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006486



16

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006487



37. Based on my conversations with other law enforcement personnel and my review of documents obtained during the investigation through grand jury subpoenas and of the contents of the Prior Hana Cellphone, the Arslanian Cellphone, the Uribe Cellphone, the Arslanian iCloud Account, the Arslanian Email Account, and the First Hana Email Account, along with other information I have learned during my participation in the investigation, I believe that discussion regarding the scheme, as it pertains to the [redacted] criminal case, appears to have begun in at least early 2018. Based on these sources, I have learned the following:



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



e. Later on April 4, 2018, Uribe messaged Hana, writing, "The deal is to kill and stop all investigation. I am talking to [REDACTED] and he is falling sleep" and then, "If this shit about truckers workers compensation keeps going. How you going to move the containers out of port." Based on Uribe's March 28, 2018 message providing Hana with information about [REDACTED]'s defense lawyer described in paragraph 37, above, the nature of the criminal charges against [REDACTED] (involving workers' compensation fraud relating to his trucking company), the nature of the suspected bribery scheme, including as outlined by [REDACTED] in the August 2019 conversation with the CS described in paragraph 21, above, and [REDACTED]'s retention of [REDACTED] as described in paragraph 37.a, above, I believe that, in these messages, Uribe was referring to the criminal case against [REDACTED] and/or the investigative steps involving [REDACTED].

i. The contents of the First Uribe Email Account and the [REDACTED] Email Account reveal that both Uribe and [REDACTED] are affiliated with multiple companies related to the trucking industry. The First Uribe Email Account's email address is [REDACTED], and is used, among other

---

[REDACTED]

2023-02-13

things, to conduct the business of [redacted], a trucking company. The First Uribe Email Account also contains numerous communications between Uribe and [redacted] regarding trucking insurance for which [redacted] ("[redacted]"), a company [redacted] appears to be employed by, apparently serves as an insurance broker servicing the trucking industry. The contents of the Uribe iCloud Account show Uribe repeatedly directing [redacted] to provide insurance certificates for [redacted], to third parties. As set forth below, I believe that Uribe is also affiliated with trucking companies [redacted] (*see* paragraph 51.i) and [redacted] (*see* paragraph 51.d.i).[14]

---

[14] Uribe appears to be affiliated with another company not apparently in the insurance or trucking industry as well. The contents of the First Uribe Email Account show Uribe sending bank and corporate documents for [redacted] to other individuals. The contents of the Uribe iCloud Account include a photograph of an insurance card for an Acura automobile where [redacted] is listed as the company issuing the card and [redacted] is listed as the insured.



21

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006492

[redacted]

---

[redacted]

23

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006494



24

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006495



25

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006496

26

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006497



27

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006498



28

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006499



29

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006500



30

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006501



31

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006502



32

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006503



33

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006504

42. On or about June 22, 2022, I participated in an interview of [REDACTED], who stated, among other things, in substance and in part:

a. Prior to the COVID-19 pandemic, Menendez called the [REDACTED] Cellphone and asked [REDACTED] to meet Menendez in Menendez's office in Newark, New Jersey, to which [REDACTED] agreed.

b. During this meeting, which [REDACTED] attended with a [REDACTED] from the [REDACTED], Menendez claimed that a constituent of his was being prosecuted by New Jersey authorities for insurance fraud in what Menendez claimed was an allegedly selective prosecution.[37]

c. Menendez stated that this constituent's defense attorney was [REDACTED].

Based on my participation in the investigation and the interview with [REDACTED] as well as my review of the materials cited above indicating that [REDACTED] was represented by [REDACTED], I believe the constituent Menendez claimed was being selectively prosecuted by New Jersey authorities was [REDACTED].

---

[37] I am aware based on my conversations with other law enforcement personnel that representatives of the [REDACTED]'s office were unable to locate any calendar entries for [REDACTED] reflecting a meeting with Menendez in early 2019. However, as noted in paragraph 50.m.i, below, [REDACTED]s calendar reflects a meeting with Menendez on September 6, 2019—*i.e.*, after the resolution of [REDACTED]'s criminal prosecution but several weeks after the request for an interview of [REDACTED] in connection with an ongoing criminal investigation described in paragraph 50.a, below.

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

d. [redacted] thought it was highly inappropriate for Menendez to talk to him about a criminal case brought by his office, and [redacted] did not communicate with the prosecution team regarding [redacted] prosecution.[38]

43. As set forth below, I understand that following the January 29, 2019 call from Menendez to [redacted] described in paragraph 41.o, above, [redacted] pled guilty in New Jersey state court to a plea agreement recommending a non-incarceratory sentence and was ultimately sentenced to no jail time, and Arslanian received a series of things of value, including carpeting services by [redacted], the Mercedes-Benz Automobile, direct payments to a company she created, and payments to her mortgage company to reinstate her home mortgage.

[38] Based on my discussions with other law enforcement personnel and my review of interview notes, I have learned that on June 30, 2022, the [redacted] was interviewed by the FBI, and stated that he remembered that at the meeting, in addition to raising two policy matters, Menendez asked [redacted] to "look into" a criminal case in which the defendant was represented by [redacted]. The [redacted] felt this request was unseemly.

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



36

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006507



37

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006508



38

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY                    SDNY_R_00006509



39

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006510



40

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006511



41

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006512



42

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006513



43

2023-02-13



44

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006515



45

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006516



46

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006517



47

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006518



48

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006519



49

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006520



50

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006521



51

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006522



52

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006523



[redacted]

49. As set forth below, I have learned that following text conversations between Uribe and Arslanian in which Uribe expressed concern apparently about the [redacted] investigation, Menendez made a second call to then-[redacted] in September 2019, and that in late October 2019, Uribe expressed gratitude to Arslanian and Menendez following apparently good news, and subsequently set up automatic payment for the monthly payments on the Mercedes-Benz Automobile, which payments apparently have continued up through in or about the present.

[redacted]



54

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006525



55

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006526



56

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006527



57

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006528



51. As set forth below, based on my conversations with other law enforcement personnel and my review of Mercedes-Benz Financial Services records, the contents of the Uribe iCloud Account, and non-content information provided by Google, together with information obtained pursuant to grand jury subpoenas, I have learned that on November 9, 2019, Uribe set up automatic payments on the automotive loan for the Mercedes-Benz Automobile and initially used the ████

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006529

Email Account to do so before creating a new email account for that purpose.[65] Specifically, based on those sources I have learned the following:

a. At approximately 8:29 p.m. on November 9, 2019, the [redacted] Email Account[66] was added as a contact account in Mercedes-Benz Financial Services records associated with the loan on the Mercedes-Benz Automobile.

b. At approximately 8:30 p.m. that night—*i.e.*, one minute later—Uribe texted [redacted], "Chequea tu email", which roughly translates from Spanish to "Check your email." Based on context, and my review of records obtained in the investigation, I believe Uribe was referring to an email that [redacted] would have received at the [redacted] Email Account from Mercedes-Benz Financial Services.

c. At approximately 8:32 p.m. that night—*i.e.*, two minutes after sending that text message—the Uribe Cellphone called a phone used by [redacted] The call lasted approximately 14 minutes and 48 seconds.

d. At approximately 8:47 p.m. that night—*i.e.*, approximately when the call between the Uribe Cellphone and [redacted]s cellphone was ending—the account [redacted] (the "Second Uribe Email Account") was created. The recovery phone number for the Second Uribe Email Account is the number of the Uribe Cellphone.

i. The contents of the First Uribe Email Account show that [redacted] is a company that is registered to the name of [redacted] (who I believe from information in law enforcement databases to be a relative of Uribe); that [redacted] is 90% owned by [redacted] and 10% owned by [redacted] and that [redacted] using the First Uribe Email Account, sends emails on behalf of [redacted] and

---

[65] [redacted] is a business associate of Uribe, and, as noted in paragraph 37.l.iii, above, was identified by Uribe to Mendendez Campaign Advisor-1 as a "friend" who would be attending the July 2018 fundraiser for Menendez.

[66] The contents of the First Uribe Email Account include emails attaching documents listing [redacted] as a freight carrier.

is listed on documents as associated with [redacted] The [redacted] Email Account was also copied on multiple pieces of correspondence concerning [redacted] Documents found in the First Uribe Email Account also show that [redacted] was created in 2010, suspended by the New Jersey Division of Revenue and Enterprise Services on or about November 16, 2013 for failure to file annual reports, and was reinstated on or about September 12, 2019.

e. At approximately 8:50 p.m. that night—*i.e.*, several minutes after the call between the Uribe Cellphone and [redacted]'s cellphone ended—[redacted] texted Uribe, "Ya lo hice", which roughly translates from Spanish to "I already did".

f. At approximately 8:52 p.m. that night—*i.e.*, approximately 5 minutes after the Second Uribe Email Account was created—the Second Uribe Email Account was updated as the contact account for the loan on the Mercedes-Benz Automobile, replacing the [redacted] Email Account.

g. Approximately half an hour later, [redacted] texted Uribe, "Cuando puedo llamame", which roughly translates from Spanish to "when you can call me".

h. Several hours later, Uribe texted [redacted] "Excelente noticias. Vamos a orar.", which roughly translates from Spanish to "Excellent news. Let's pray."[67]

i. Beginning on or about November 9, 2019, the monthly payments to Mercedes-Benz Financial Services were paid by automated clearing house transfers from a bank account owned by [redacted]. Uribe is one of the two signatories on the [redacted] Through early June 2022, the [redacted] had made over $25,000 in payments toward the Mercedes-Benz Automobile.

---

[67] From speaking to other law enforcement personnel and reviewing an FBI report, I know that on June 16, 2022, [redacted] was interviewed by telephone and denied providing Uribe with his email address to use to purchase or make payments on any vehicle.

j. Documents provided by Mercedes-Benz Financial Services reflect that in or about late June 2022—*i.e.*, after the service of subpoenas on and execution of search warrants regarding, among other individuals, Menendez, Arslanian, and Uribe—Arslanian contacted Mercedes-Benz Financial Services, changed the contact email address from the Second Uribe Email Account to the Arslanian Email Account, and made a $4,000 payment on the Mercedes-Benz Automobile directly.

61

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006532



54. The contents of the Hana Cellphone, the Arslanian Cellphone, the [REDACTED] Cellphone, the Arslanian iCloud Account, the Arslanian Email Account, and the [REDACTED] iCloud Account, together with information provided in response to grand jury subpoenas, show that [REDACTED] apparently participated in providing carpeting services to Arslanian, including purportedly paid for by Hana, and received assistance for the immigration case of [REDACTED]'s brother. For example:

a. On or about February 16, 2019, Arslanian emailed Menendez, among other things, "The basement guy and Billy will be here at 8 am tomorrow".

b. On or about March 2, 2019, Arslanian texted [REDACTED] "I forgot to ask your brother's name," to which [REDACTED] responded "[REDACTED]". The next day, [REDACTED] emailed Arslanian attaching photographs of a Board of Immigration Appeals decision dismissing the appeal of [REDACTED] from an order of removal entered by an Immigration Judge.[69]

[69] From speaking to other law enforcement personnel, I know that on June 30, 2022, [REDACTED] was interviewed by the FBI and prosecutors from the Southern District of New York, and stated, in substance and among other things, that [REDACTED] requested assistance from Menendez, through Arslanian, to enable his brother to travel abroad to visit their ailing mother, and this was the only favor [REDACTED] asked Arslanian or Menendez for.

c. On or about March 24, 2019, Arslanian texted [REDACTED], "Hi [REDACTED] it is very kind of you to tell me I can call anytime but you have not been answering any of my text messages or voicemails please let me know about tomorrow Bob just went downstairs and asked me again why the basement is not finished. I understand you are busy if you cannot do it please let me know as I will have Home Depot come and do it." [REDACTED] texted Arslanian, "Hi naden i will be at the office tomorrow I will let you know when i see will".[70] The next day, Arslanian responded, in part, "Good morning . no problem I did not know he was coming with the guys for the carpet. But that's not a problem please let me know." and "I am sorry I reached out to you . I did not realize I had to go through Will to talk to you."

d. On or about April 1, 2019, Arslanian texted Hana via WhatsApp, "You did not have one minute to text me on the way to the airport? It's Monday you promised the guy would come for the carpet. But I'm sure you'll be able to answer the phone about next Monday's meetings and dinner".

i. Based on text messages exchanged between Arslanian and Hana in which Arslanian said that "Bob" was asking about the plan for the following Monday and who he would be meeting, and Hana listed several Egyptian officials, I believe that Arslanian's reference to "next Monday's meetings and dinner" referred to, potentially among other things, then-planned meetings involving Menendez, Hana, and Egyptian officials.

e. The next day, [REDACTED] texted Arslanian, in part, "I'm just I'm gonna go Home Depot get it the stuff I'm going to come into your house". Later that day, [REDACTED] texted, "I'm outside".

f. Shortly after midnight on April 26, 2019, Arslanian texted Hana, "I got of the phone with him about an hour ago. I'm sorry to text you late but he left all of tomorrow free so he can help me in the house because he thought the carpet would already down. I text [REDACTED] twice

[70] Based on the context, it appears that "will" refers to Hana.

today no answer once yesterday no answer he keeps telling me he will get back to me and never does I I asked him if he could at least drop the carpet off. could you please let me know tomorrow what is going on with it because now he's really really pissed that he left the whole day free to help me move things from the garage and nothing can be done. I arranged for dinner tomorrow".

g. On or about April 27, 2019, Arslanian texted Hana multiple pictures of what appeared to be a basement.

h. On or about April 28, 2019, Arslanian texted Hana pictures of what appeared to be a sketch of a basement with measurements, and wrote, "[REDACTED] measured it. I remeasured it yesterday."

i. On or about April 30, 2019, Arslanian texted [REDACTED], in part, "A guy just called me that he is coming in 30-40 minutes to measure the basement and to look to see what kind of carpet is needed . I thought we did all this two months ago. I hope he is still going to do the carpet today." [REDACTED] responded, "Call you after are meeting Wael he confirmed yesterday with the guy to do it and give him the invoice I do get the carpet home but don't worry about what I have Wael he is playing anyway". Based on context, I believe "playing" is a typographical error for "paying," and that [REDACTED] was referring to Hana paying for the basement carpeting renovations.[71]

[71] Arslanian also corresponded with Uribe concerning the carpet. For example, also on April 30, 2019, Arslanian texted Uribe, "Good morning. I have my car back. THANK YOU I've been emptying the basement with my son all morning hopefully they will put the carpet by noon as I was told yesterday and the day before yesterday." Uribe responded, "Good morning girl. Enjoy your car. Let's hope on your carpet." That afternoon, Arslanian texted Uribe, "LMAO [*i.e.*, Laughing My Ass Off] … no carpet". Uribe then texted "Call Neden" and "I do not have his number". I believe based on the context that when Uribe was stating "I do not have his number," he was referring to not having [REDACTED]'s number.

j. On or about June 24, 2019, Arslanian texted [REDACTED] the name and phone number of an attorney, and wrote, "He is the best immigration lawyer. Bob spoke to him today. Tell him senator Bob Menendez told you to call him".[72]

k. On or about July 11, 2019, Arslanian texted [REDACTED], "I changed the lawyer's appointment for tomorrow. She is very very unhappy . She does not think I am serious. Please make sure I have every single possible paper tonight." [REDACTED] responded, "I just speak to Andy Andy going to bring it with him every single thing he have". Later that day, Arslanian texted [REDACTED], "VSRY VERY VERY important to get bank picture." [REDACTED] responded, "I'm gonna try make it happen tomorrow", and Arslanian replied, "That is going to make it the case in two weeks go away". [REDACTED] responded, "Who case" "?", and Arslanian replied "Your brother". [REDACTED] then wrote, "Thanks so much" followed by a thumbs-up and a prayer emoji.

55. Based on the contents of the Hana Cellphone, the Arslanian Cellphone, the [REDACTED] Cellphone, the Arslanian iCloud Account, the Arslanian Email Account, and the [REDACTED] iCloud Account, together with information provided in response to grand jury subpoenas, I have learned that [REDACTED] provided additional home improvement services and gifts to Menendez and Arslanian. For example, based on those sources, I have learned the following:

a. On March 11, 2020, Arslanian texted [REDACTED], in part, "Is it possible to put cement in the hole in front of the front door?" [REDACTED] responded, "No problem I'm gonna be there for o'clock we fix it for you".

b. On April 18, 2020, [REDACTED] texted Arslanian, "Hi Nadeen please can you open the front door I leave something for you". Later that day, Arslanian texted [REDACTED], in part, "Good

---

[72] As noted in footnote 88, below, this attorney was also the [REDACTED] New Jersey at all relevant times.

morning [REDACTED] . just saw this . it is amazing I love love love taking pictures. How did you know?" and, "I can't wait for Bob to wake up for me to show it to him. Thank you [REDACTED] so much."

c. On May 16, 2020, Arslanian texted [REDACTED], "Last night the mantle on the fireplace broke and fell if you find two brackets to hold the shelf up can you please get them I will pay you for everything when you get here".

56. Based on the contents of the Arslanian Cellphone, the [REDACTED] Cellphone, the Arslanian iCloud Account, and the [REDACTED] iCloud Account, together with information provided in response to grand jury subpoenas, I have learned that in or around May and June 2020, [REDACTED] performed some home improvement services for Arslanian and Menendez,[73] and proposed an arrangement of some sort with Menendez. Based on those sources, I have learned the following:

a. On May 22, 2020, Arslanian texted [REDACTED], "Thank you so much [REDACTED] You are God sent. I will ask him tonight." [REDACTED] responded, "Thank you and God bless you." The next day, Arslanian wrote, in part, "Good morning . I spoke to him last night and he said it's a very good idea and he will help you with that." Shortly after that, Arslanian wrote, "He said he could not believe what a perfect job you did a professional could not have made it look any better than what you did thank you". Several minutes later, [REDACTED] responded, in part, "Thank you for asking about my favor thank you so much".

b. On May 24, 2020, Arslanian texted [REDACTED], "Do you have some thing to unscrew these two screws? Bob wants to clean the window but he cannot take the outside window off . If you are available today or Tuesday to help him he does not know how to take this window

[73] Based on my participation in the investigation, including my review of messages between [REDACTED] and Arslanian, as well as documents produced by financial institutions in response to grand jury subpoenas, I believe that Menendez, who was at that point engaged to Arslanian, had moved into Arslanian's house and lived in her house as of at least in or about May 2020.

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

out. Tomorrow he is not here." [REDACTED] responded, "Hi Nadeen don't worry I have all the tools Can I come in to you Tuesday I do for you And I bring in the corner with me and the extension two". Later that day Arslanian texted, "If you have a power washer can you bring it with you or else if you can rent it we will pay you for it for the day Bob wants to power wash the back". Approximately half an hour later, [REDACTED] wrote, "Don't worry I'm gonna bring it everything I'm gonna clean all the house from outside".

c. On May 26, 2020, Arslanian, using the Arslanian Cellphone, left [REDACTED] a voice message in which she said, "Hi [REDACTED] it's Nadine, I'm sorry to bother you, um, Bob was gonna do a CNN interview and he canceled it because he wanted to do the work outside with you. I wanted to know if you had an emergency. Please let me know so I can tell him 'cause he's been waiting outside. I'm sorry to bother you and I appreciate everything you're doing, I just wanted to know the schedule. Thank you [REDACTED]" Later that day, Menendez, using the Arslanian Cellphone, left [REDACTED] a voice message in which he said, "Hey [REDACTED], it's Mr. Menendez, I hope you're OK, uh, I'm not sure if you got stuck at something or had some emergency but just let us know, 'cause I'm here waiting for you and I don't want to lose the day. Thanks [REDACTED] uh, give us a call, bye."

d. On May 27, 2020, Arslanian texted [REDACTED] "He is on Tv interviews today from 12-5 pm . Don't worry we will get it done ." and "I can't believe how much you do . He was walking around yesterday and was so happy ."

e. On June 5, 2020, Arslanian texted [REDACTED], "Good morning [REDACTED] we are home. Today's the only day Bob is home all day. He was asking what time is good for you to come over?" [REDACTED] responded, "Any time I am home today let me know when it's good for you to come in". Arslanian then replied, "Do you have a small can of black paint? Bob wants to paint the bottom of the front door. It's supposed to rain around 6 pm so if you can come now it's great. Whatever

papers you have also for the liquor store I don't know if you need papers also bring them with you." and, "Thank you so very very much [REDACTED]'. [REDACTED] replied, "Can I coming around 2:30," and Arslanian wrote back, "Great . Thank you [REDACTED]"

f. On June 7, 2020, [REDACTED] texted Arslanian, "I think the reception is very bad here can you talk when I come and see you after 45 minutes".

g. On June 11, 2020, Menendez, from the Menendez Office Number—*i.e.*, the same phone number that called [REDACTED] on January 29, 2019, as described in paragraph 41.o—left a voice message for [REDACTED] in which he said, "Hey [REDACTED] it's Bob Menendez, hope you're well, just wanted to call and say thank you so much, uh, when I got back, the paint job looks fantastic, the stairs and the solarium, uh, look great, uh, the front looks great, really helped, uh, transform the house so thank you so much for all of, uh, your work, and, uh, I am working on what we talked about, I put out a bunch of feelers let's see what happens, and I look forward to seeing you in the future. Take care."

i. At 3:02 p.m. that day, Arslanian texted [REDACTED], "Hi [REDACTED] I hope all is well. Bob left you a voicemail this morning ." [REDACTED] responded, "Hi [REDACTED] I just got bop,s massage tell him any time and whatever you need.."

h. On June 27, 2020, Arslanian, using the Arslanian Cellphone, left a voice message for [REDACTED] in which she said, "Hi [REDACTED] It's Nadine. I hope you are well, the whole family is well. Bob was asking if you had any updates, if you got in touch with the guy. Any updates, anything happened. He's been asking me yesterday and today about how it's going. So I hope it's going well and the family are well."

i. Between approximately July 3, 2020 and August 12, 2020, Arslanian and [REDACTED] exchanged a number of texts regarding [REDACTED] fixing Arslanian's garage door and bringing a friend to cut down tree branches from Arslanian's property, including a text from

[REDACTED] on August 12, 2020 saying, "Hi Nadine I'm outside". On August 13, 2020, Arslanian texted, "Bob is soo happy that the car is in the garage especially with all the rain we are having. Because it's a soft top sometimes water comes in."[74] and "I forgot to ask you I was in the shower how much it cost for the garage door please you have to tell me when you come and how much for the tree cutter people." and "Thank you for everything." [REDACTED] responded, "You're very welcome call me anytime".

i. On September 3, 2020, Arslanian texted [REDACTED], "Hi [REDACTED] I just wanted to let you know that the man that you got the garage parts from please get a refund from him . do not pay the bill . the garage has not been working the belt is broken again so I called somebody they're going to come and change the whole unit tomorrow but please get your money back for the garage doors thank you [REDACTED]'. [REDACTED] responded, "I'm sorry for her than a gene but I already paid the company don't worry about it".[75]

ii. On October 22, 2020, Arslanian texted Menendez, "You got an envelope delivered from the people who cleaned up the branches after we cut the trees down".[76]

57. From my review of materials, I have learned that the contents of the [REDACTED] iCloud Account and Arslanian iCloud Account, together with information provided in response to grand jury subpoenas, show that beginning in or around at least August 2020, [REDACTED] and [REDACTED] who is identified on [REDACTED]s website as the company's owner and CEO, both participated in seeking Menendez's use of his influence to obtain COVID-19 testing contracts and/or other authorization

---

[74] Based on context, I believe the "car" with the "soft top" that Arslanian referred to is the Mercedes-Benz Automobile that Uribe was paying for. Based on conversations with an FBI agent who conducted surveillance outside of Arslanian and Menendez's residence on or about May 12, 2022, and my review of a photograph taken by the FBI during that surveillance, on that date a Mercedes-Benz convertible with a soft top was parked outside the residence.

[75] I believe that "I'm sorry for her than a gene" might be an inaccurate voice-to-text software rendition of "I'm sorry to hear that Nadine."

[76] From speaking to other law enforcement personnel and reviewing an FBI report, I have learned that on June 16, 2022, [REDACTED] was interviewed by the FBI and claimed that he had provided Arslanian, among other things, a lawnmower, and that when Menendez learned of the lawnmower, he became angry and told Arslanian she had to pay [REDACTED]

for Fusion with various New Jersey municipalities, apparently in exchange for, as described in paragraph 58, tens of thousands of dollars which [redacted] and [redacted] participated in paying to Arslanian and her company. Specifically:

a. On August 14, 2020, the [redacted] Cellphone engaged in multiple telephone calls with the [redacted] Cellphone, and multiple calls with the Arslanian Cellphone.

b. On August 16, 2020, Arslanian texted [redacted], in part, "Hi [redacted]. It's two days now I arm waiting for an answer. Your friend said he would let us know that same day . It's been two days. Did you hear back from him?". [redacted] then forwarded this text message to [redacted]

c. On September 21, 2020, the Arslanian Cellphone called the [redacted] Cellphone. On September 23, 2020 (*i.e.*, two days later), the Arslanian 007 Phone called the [redacted] Cellphone. The Arslanian Cellphone and the Arslanian 007 Phone engaged in multiple calls and several text messages with the [redacted] Cellphone over the ensuing months.

d. On October 8, 2020, [redacted] texted [redacted] "Hi Nadine , hope you are well and safe in this crazy Pandemic. I miss you guys so I said let me check if you need anything I can do for you or Bob .hope to hear from you soon". Approximately two minutes later, [redacted] sent this message verbatim to Arslanian.

e. On October 12, 2020, [redacted] texted Arslanian, "Hi Nadine I can't coming today for the backyard because it's raining tell me what date is good for to come in ? My friend he doesn't receive phone call today". Arslanian responded, "Tomorrow we are not home . any other day that's good for you we are home Wednesday or Thursday." [redacted] replied, "Ok", and then wrote, "My friend he doesn't receive any phone calls".

f. On October 26, 2020, [redacted] texted Arslanian, "My friend he doesn't receive anything".

g. On November 2, 2020, [redacted] texted Arslanian, "I'm outside". Approximately 2 hours later, Arslanian texted [redacted], "Can't thank you enough for today".

h. On November 23, 2020, the Menendez Cellphone initiated calls with the personal cellphones of the [redacted], and the [redacted]. These were the first telephone contacts reflected in the available records between the Menendez Cellphone and the [redacted], and the first telephone contacts reflected in the available records since 2019 between the Menendez Cellphone and the [redacted]. Through December 16, 2021, the Menendez Cellphone engaged in two calls with the [redacted] and several calls with the [redacted][77]

i. On November 23, 2020—*i.e.*, the same day as the Menendez Cellphone contacted the [redacted] and the [redacted]—Arslanian texted [redacted] "[redacted] from the office of the [redacted] will be contacting you for [redacted]" and "Please call me [redacted]"[78] and "I have 5 additional cities for you as well but I will call you about them later. That is five other ones than the ones we spoke about earlier this morning."[79]

j. On December 6, 2020, Arslanian texted [redacted] "Hi. Out of these three machines what is the earliest that you have been able to get a delivery and if you have any contacts please let me know. I'm trying to do this on my own first. Because people are upset with him that he promised them all the testing and he told me that I never told him we did not have the machines

---

[77] Additionally, the Menendez Cellphone has had a number of contacts with the personal cellphone of the [redacted], dating back to at least 2018 and through at least 2021.

[78] I believe [redacted] is a misspelling of [redacted] the [redacted] at the time and an immigration attorney, as referenced in footnotes 72 and 88.

[79] The investigative team does not have access to calling records for Menendez's office phones for November 23, 2020.

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

ready" and two crying emoji, and "It was two weeks almost a face-to-face meetings with every single mayor to get all these OK for us and he is very upset and embarrassed so I'm trying to do everything I can to see how we can get the machines." Based on the context—including that this text came almost two weeks after the November 23, 2020 calls and text messages about contacts with [REDACTED] described in paragraphs 57.h and 57.i, above—I believe that the "he" Arslanian is referring to is Menendez, and that when she states "It was two weeks almost a face-to-face meetings with every single [REDACTED] to get all these OK for us and he is very upset and embarrassed," Arslanian is referring to Menendez's contacts to [REDACTED] to secure authorization for [REDACTED] to perform testing.

k. On December 19, 2020, [REDACTED] texted Arslanian, "Hi Nadine, how's everything? I received the camera system. If you have a chance we can meet today, let me know. Thank you!"[80] Arslanian responded, "I told Bob he is so so happy. He says now he doesn't have to worry all the time about me. I am going at 6o'clock to go pick up my son. But I will be home all day tomorrow and all day Monday if that works for you." and "Thank you so so much". Later that day, [REDACTED] wrote, "Okay, I'm gonna give you a call before I come tomorrow. I'll install the camera system for you and I'll get everything and if you need anything let me know."

l. On December 22, 2020, [REDACTED] texted Arslanian, "I forgot to ask you do you want me to bring it [REDACTED] with me tomorrow?" I believe, based in part on the context that much of the content on the [REDACTED] iCloud account is in Arabic, that [REDACTED] may be an incorrect

[80] I believe, based on context, that "the camera system" refers to a home surveillance camera system for Arslanian and Menendez's home.

rendering of "[redacted]".[81] The next day, Arslanian wrote to [redacted] writing, "He said He will have to meet him sometime this weekend out somewhere."

m. On January 8, 2021, Arslanian texted [redacted], "I mailed the check ." [redacted] responded, "This check for what ?" Arslanian replied, "[redacted] laboratory for the blood work he did". [redacted] then wrote, "Don't send this bill I will take care of this check don't worry about it". Arslanian wrote, "No no I already mailed it 2 days ago." [redacted] responded, "Oh my God I already took care of it" and "Can you please stop the check".

n. On January 11, 2021, [redacted] texted [redacted] "Hi [redacted] Just to let you know I didn't receive any calls or emails today also I txted [redacted] because he asked me to let him know if I didn't receive anything till Monday".[82]

o. On January 13, 2021, [redacted] texted Arslanian, "Hi Nadine I hope everything is okay I want to let you Know my friend doesn't receive any phone call no e-mail for right now Let me know if I have to do anything".

p. On January 16, 2021, Arslanian texted [redacted], "He LOVES the bottle . Thank you." [redacted] responded, "You're very welcome".

q. On February 15, 2021, Arslanian, using the Arslanian Cellphone, left a voice message for [redacted] stating, "Hi [redacted], *how are you?* I hope I am not waking you up. I wanted to tell you *that my husband came yesterday, and worked until* two *O'clock and woke up* at 6:30. The only thing he said to me is the [redacted] *called him on the phone twice and is very mad*

---

[81] [redacted] phone number is saved in the [redacted] iCloud Account under the name "[redacted]" and in other portions of the [redacted] iCloud Account [redacted] refers to "[redacted]" such as paragraph 57.w.

[82] Based on public information and other references to calling a [redacted] in the [redacted] iCloud Account, I believe that "[redacted]" refers to [redacted] a New Jersey-based health insurance company.

*at him, because no one called him* for the COVID test. He wants the COVID testing done. So, *I do not know if* [REDACTED] *has the number or not* but it is in [REDACTED] NJ. So *if you do not have the number, I will give it to you in the afternoon, but if he has it have him give him a call. I do not know if they are open today,* it is a holiday, *but* tomorrow for [REDACTED] the [REDACTED] [REDACTED]."[83]

r. On February 16, 2021, [REDACTED] texted Arslanian, "What time u wanna me to come and install the tv for u". Later that day, he texted, "Iam outside". The next day, Arslanian texted [REDACTED], "Bob Just saw the sink and the pink cigar lighter filled with fluid gas. He is so so happy. Thank you very very very very very very very very very very very very much". [REDACTED] responded, "You are very welcome" and sent a thumbs-up and a prayer emoji.

s. On February 19, 2021, Arslanian texted [REDACTED] "If you have the Tv and bracket let me know. Will be home by 9 pm. Need to speak to you". [REDACTED] responded, "Hi Nadine, please before you get home by 30 mins let me know. I have everything ready for you and get home safe!" Later that day, [REDACTED] texted, "I am going be there Do you want me to bring [REDACTED] with me today or not".[84] Arslanian responded, "Let me ask Bob . He is still speaking".

t. On February 22, 2021, [REDACTED] texted [REDACTED], "I spoke to the [REDACTED] he said I am busy now call me in an hour" and "I called [REDACTED] and left him a voicemail". Based on the context and public information, I believe that the reference to [REDACTED] refers to [REDACTED] [REDACTED], at the time. [REDACTED] forwarded both of these messages to Arslanian. Within a minute of receiving the forwarded message concerning leaving a voice message for [REDACTED] Arslanian responded to [REDACTED] "Ok" with a thumbs-up emoji, and

---

[83] The italicized portions in this paragraph represent preliminary draft translations, subject to revision, of portions of the voice message that were spoken in Arabic.

[84] [REDACTED] then forwarded, by text message, this response to [REDACTED]

"Did you leave him your number so he could call you back? Thank you for all you do" with a prayer emoji. [REDACTED] forwarded Arslanian's message to [REDACTED], and responded "Yes" to Arslanian.

u. On February 23, 2021, an individual in the [REDACTED] [REDACTED][85] texted [REDACTED] "Sorry, I can't talk right now." [REDACTED] responded, "My name is [REDACTED] Please give me a call when you have a chance". The [REDACTED] replied, "How did you get my number". Several minutes later, [REDACTED]—who had exchanged a series of short telephone calls with [REDACTED] leading up to this message—texted [REDACTED], "Hi my name is [REDACTED] I am from [REDACTED] and I been refereed to you by senator bob Mendez to do COVID testing". [REDACTED] then sent this text verbatim (including the typographical errors) to the [REDACTED]

v. On March 5, 2021, Arslanian texted [REDACTED] "Also please Don't forget to speak to the [REDACTED] he thinks you did the 700. So please tell him that you did only 51 and that you wanna do the rest of the 650." and "Bob asked me first thing if you did [REDACTED] please let me know if you did it and what they". I believe, based on context, that "the 700" refers to 700 patients planned to be administered COVID-19 tests, and that the "51" refers to the patients who had already been tested.[86]

w. On March 6, 2021, Arslanian texted [REDACTED] "Hi [REDACTED]. . He walked in 10 minutes ago and the first thing he said to me is how many did you do in [REDACTED]? and what did [REDACTED] say about the police. ? I had no answer and he turned around and went to a meeting. I

---

[85] Arslanian had previously texted [REDACTED] this individual's number and identified him as an employee in the office of [REDACTED] which I believe from public information to be a typographical error for [REDACTED] the [REDACTED]

[86] I know from public information that by this time, the federal government had passed legislation to provide billions of dollars in funding to pay for costs associated with COVID-19 tests.

cannot believe what this is costing in terms of personal sacrifices. I I don't know what the answer is I have not heard from anybody today." I believe, based on the context and my participation in the investigation, that the "he" Arslanian is referring to is Menendez. [REDACTED] forwarded this text to [REDACTED] and responded to Arslanian, "Hi Nadine We take it 59 patients and the guy [REDACTED] call [REDACTED] and tell him He said take 23$ each patient and [REDACTED] say no I can do this [REDACTED] say if you want to work with us you have to pay me 72k a year [REDACTED] say let think about it and I will give you a callback".

x. On March 9, 2021, [REDACTED] texted Arslanian, "Good morning Nadine This church in [REDACTED] we start today 9:00am until 3:30 pm". Arslanian wrote, "Today?" and [REDACTED] responded, "Yes". Arslanian replied, "Bravo . I'm so happy"

y. On March 10, 2021, [REDACTED] texted Arslanian, "Hi Nadine We did [REDACTED] today, we did 11 patients today and 59 patients yesterday". Arslanian responded, "Thank you for letting me know. I am driving I will call you when I get home."

z. On March 12, 2021, [REDACTED] texted [REDACTED], [REDACTED] been calling since November 9 times last time was 3 days ago and the [REDACTED] and she keeps blocking us so we never got the chance to talk to him . [REDACTED] same thing till finally I spoke to him and after that he never answered Union city we got one day a week and we did 2 weeks each time around 90-95 resident [REDACTED] the [REDACTED] keeps giving the run around since December till finally [REDACTED] pushed him so hard and we got one remote church and we are there every day with a total number of people Swabed every day around 10-15 only [REDACTED] said ill do this and that and nothing till now also he referred us to [REDACTED] which I called him and as soon as introduced my self he said I am busy call me tomorrow. I called next day same thing I am busy and I don't have time call me after a week Spoke to [REDACTED]    

and after a while I checked agin as he requested he even txted and said I gave your information and it their call".[87] [redacted] then forwarded this message to Arslanian.[88]

aa. On March 14, 2021, Arslanian texted [redacted], "I am so happy [redacted] came and he got to tell Bob himself about the different cities. Bob is so upset with the People working in the cities. I am so happy he got to talk to Bob himself". [redacted] responded, "Very good and thank you for let [redacted] talk to him and tall him everything".

bb. On March 15, 2021, Arslanian texted [redacted], "You have three days in Union city this week."[89]

[redacted]

---

[87] From speaking with other law enforcement personnel and reviewing an FBI report, I have learned that the [redacted] (the [redacted]") was interviewed on June 16, 2022, and stated, in substance and in part, that, although he coordinated the physical spaces where COVID-19 testing sites were located, companies that wanted to conduct COVID-19 testing were not required to go through the city, and could just come into Plainfield and start testing. He also stated that while the [redacted] recommended [redacted] to the [redacted] and did not recommend any other testing companies, the [redacted] did not personally feel any pressure to use [redacted] On August 24, 2022, the [redacted] was interviewed again and stated, in substance and in part, that the [redacted] had the authority to bar companies from conducting COVID-19 testing, but as a practical matter, during the relevant time periods, the City of Plainfield wanted more testing providers and was not turning testing providers away.

[88] Based on public information, I know that the [redacted], New Jersey is a practicing lawyer, and appears to be the attorney whose contact information Arslanian provided to [redacted] as described in paragraph 54.j, above.

[89] Based on my conversations with law enforcement personnel and my review of interview notes and an FBI report, I have learned that [redacted] was interviewed by FBI agents on June 16, 2022 and claimed that neither he nor [redacted] ever asked Menendez to help [redacted] that he asked Arslanian to help; and that Arslanian asked [redacted] to tell various officials that Menendez had sent them, and (b) [redacted] was interviewed by FBI agents on June 16, 2022 and denied that Menendez had made calls on [redacted]'s behalf.

78

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006549



79

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006550



80

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006551



81

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006552



61. As set forth below, I have learned that Hana sent Arslanian documents requesting assistance from Menendez with respect to two proceedings—a United States Department of Agriculture ("USDA") investigation of the Hana Halal Company, and a personal injury lawsuit by a plaintiff seeking to access Egyptian assets. Specifically, based on my review of the contents of the Hana Cellphone and the contents of the Arslanian Email Account, another email account used by Hana (the "Second Hana Email Account"), and the Hana iCloud Account, I have learned the following:



83

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006554

[redacted]

e. From talking to other law enforcement personnel, I know that on November 16, 2022, a former senior USDA official (the "Senior USDA Official") was interviewed by members of the investigative team, and stated, in substance and relevant part, the following:

[redacted]

iii. Subsequently, Menendez called the Senior USDA Official's cellphone and objected to the USDA's alleged interference with the business of the Hana Halal Company.

f. At approximately 7:54 a.m. on June 3, 2019, Hana texted Arslanian images of an apparent legal demand letter (the "Demand Letter") from an attorney representing an individual (the "Plaintiff") seeking a $13.5 million settlement in compensation for what her attorney described as "Egypt's liability".[96] From public information, I know that the Plaintiff publicly claimed that Egyptian armed forces injured her while she was traveling in Egypt and sought compensation from Egypt, and that there was significant congressional interest in the resolution of the case. The Demand Letter also stated, "Although we accept your representation that we are

---

therefore, I believe it was deleted sometime after the Government obtained the search warrant of the Arslanian iCloud Account.

[96] I know from the contents of the Hana iCloud Account that on or about May 30, 2019, an individual I believe from the contents of the Arslanian iCloud Account (in which he was referred to in text messages and in a contact entry to have a government title) to be an Egyptian official had sent Hana images of the Demand Letter, which he subsequently forwarded to Arslanian.

currently dealing with a private entity that is not the Government of Egypt, it's not lost on anyone – whether [the Plaintiff], the Congress or the Administration – that this situation is Egypt's liability alone. It's also not lost on anyone that Egypt could easily supplement any amount offered by any party to ensure [the Plaintiff] is properly compensated and Egypt's involvement would not need to be disclosed." The Demand Letter further claimed that Congress was considering legislative action to withhold financial aid from Egypt if it did not achieve a fair and "commensurate" settlement with the Plaintiff.[97]

[97] From public information, I know that on March 29, 2019, approximately two months earlier, two senior members of Congress wrote a letter to the [redacted] requesting that he "inform Egyptian authorities that" the sale of Apache helicopters (and other lethal equipment) to Egypt for $1 billion that had been approved on November 28, 2018 by the State Department, but had not yet been finalized, "not move forward until [Plaintiff's] case is satisfactorily resolved. To do otherwise would be seen as rewarding the Egyptian armed forces with more of the same lethal equipment that they used to recklessly injure an American tourist, despite the Egyptian government's failure to provide her fair compensation."



86

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006557



87

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006558



88

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006559



69. Based on my review of the contents of the Hana Cellphone, the Arslanian Email Account, the Second Hana Email Account, and the Hana iCloud Account, I have learned that Hana

[101] Although Hana apparently misspelled Daibes's last name as "Dabies" in the body of the email, he included the correctly spelled hyperlink to www.daibes.com, which I understand was the website of Daibes Enterprises. That website appears to be no longer active.

89

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006560

and Arslanian discussed other meetings between Menendez and Egyptian government officials and matters concerning the relations between the United States and the Government of Egypt. For example:

c. On July 26, 2018—*i.e.*, the day after the scheduled meeting with Egyptian officials described in paragraph 69.b, above—Arslanian texted Hana, "I am going to sign off this sale to Egypt today. Egypt: 46,000 120MM Target Practice Rounds and 10,000 Rounds Tank Ammunition: $99 million NOTE: These tank rounds are for tanks they have had for many years. They are using these in the Sinai for the counter-terrorism campaign." Based on the context and on a message between Arslanian and Menendez, I believe that this text represented Arslanian forwarding Menendez's words to Hana. Later that day, Hana forwarded that text to an Egyptian official,[102] who replied with a thumbs-up emoji.[103]

[102] This individual was among those Egyptian officials referred to in the Arslanian iCloud Account as attending the March and June 2018 meetings referred to in paragraphs 69.a and 69.b, above.

[103] Based on my review of public information, I have learned that on or about September 18, 2018, the State Department made a determination approving a possible Foreign Military Sale to Egypt of forty-six thousand (46,000) M831A1 and M865 rounds and ten thousand (10,000) APFSDS-T rounds for an estimated cost of $99 million, which corresponds to the amount of munitions and estimated contract amount discussed in the sale that was signed off (apparently by Menendez) in the text messages that Arslanian had sent to Hana, and Hana had then forwarded to an Egyptian official approximately two months earlier, as described in paragraph 69.c.



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006562



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006563



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006564



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006565



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006566



96

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006567



97

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006568



98

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006569



/s/ Mary Jo Corkery, by SDA with permission

Mary Jo Corkery
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of this Sealed Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this 14th day of February 2023

HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

99

2023-02-13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006570

# Exhibit A

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006571



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006572



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006573



3

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006574



4

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006575



5

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY          SDNY_R_00006576



6

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY   SDNY_R_00006577



7

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006578



8

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006579



9

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY
SDNY_R_00006580



10

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006581



11

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006582



12

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY    SDNY_R_00006583



13

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006584



14

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006585



15

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006586



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006588



18

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006589



19

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006590



20

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006591



21

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006592



22

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY
SDNY_R_00006593



23

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006594



24

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006595



25

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006596



26

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006597



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



28

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006599



29

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006600

30

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006601



31

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006602



32

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006603



33

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006604



34

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006605



35

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY                    SDNY_R_00006606



36

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006607



37

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006608



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006609



39

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006610



40

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006611



41

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006612



12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006613



43

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006614



44

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006615

45

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006616



46

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006617



47

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006618



48

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006619



49

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006620



50

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006621



51

12.06.2018

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006622

# EXHIBIT A

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006623



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006624



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006625



- 3 -

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006626



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006627



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006628



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006629



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006630



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006631



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006632



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006633



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006634



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006635



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006636



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006637



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006638

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006639



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006640



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006641



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006642



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006643



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006644



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006645



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006646



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006647



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006648



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006649



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006650



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006651



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006652



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006653



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006654



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006655



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006656



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006657



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006658



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006659



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006660



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006661



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006662



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006663



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006664



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006665



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006666



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY
SDNY_R_00006667



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006668



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006669



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006670



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006671



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006672



[redacted]

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006673



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006674



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006675



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006676



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006677



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00006678



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006679



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006680



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006681



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006682



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006683



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006684



- 62 -

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY
SDNY_R_00006685



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006686



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006687



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006688



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006689



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006690



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006693



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006694

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006695



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006696



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006697



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006698



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006699



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00006700



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



1

2023-02-13

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00006703



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006704



3

2023-02-13

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00006705



4

2023-02-13

SUBJECT TO PROTECTIVE ORDER SDNY_R_00006706



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006707



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006708



3

2023-02-13

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00006709



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006710



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006711



3

2023-02-13

SUBJECT TO PROTECTIVE ORDER SDNY_R_00006712



SUBJECT TO PROTECTIVE ORDER SDNY_R_00006713



2

2023-02-13

SUBJECT TO PROTECTIVE ORDER SDNY_R_00006714



3

2023-02-13

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00006715