UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, a/k/a "Nadine Arslanian," WAEL HANA, a/k/a "Will Hana," JOSE URIBE, AND FRED DAIBES,<br><br>Defendants. | No. 23-cr-490<br><br>**DECLARATION OF WAEL HANA IN SUPPORT OF OMNIBUS PRETRIAL MOTIONS TO DISMISS** |

I, **WAEL HANA**, being of full age, do hereby certify under penalty of perjury that the following facts are true:

1. I am a defendant in the above-captioned matter and submit this affidavit in support of my omnibus pretrial motion to dismiss seeking, among other relief, the suppression of evidence derived from court-authorized search warrants under the following dockets: 20 Mag. 13682; 21 Mag. 11317; 22 Mag. 242; 22 Mag. 10186; 23 Mag. 370; 23 Mag. 1206; and 23 Mag. 6481.

2. From December 23, 2020 through September 20, 2023, I owned and operated the following accounts in my business and personal capacity:

- The email account ▉▉▉▉▉▉▉▉▉▉▉;

- The iCloud account associated with ▉▉▉▉▉▉▉ and registration email ▉▉▉▉▉▉▉▉▉▉;

- The email account ▉▉▉▉▉▉▉▉▉▉▉;

- The email account ▉▉▉▉▉▉▉▉▉▉▉;

- The email account ▉▉▉▉▉▉▉▉▉

- The iCloud account associated with ▮▮▮▮▮▮ and registration email ▮▮▮▮▮▮.

3.   On February 14, 2023, I was the owner and operator of a cellphone assigned call number ▮▮▮▮▮▮.

I swear and subscribe to the foregoing statements made. I understand that if any of the foregoing statements made are false, I am subject to the penalty of perjury.

*[signature]*
Wael Hana

Dated: January 15, 2024