UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE URIBE,<br><br>　　　　　Defendant. | **WAIVER OF INDICTMENT**<br><br>S3 23 Cr. 490 (SHS) |

The above-named defendant, who is accused (1) in two counts of violating Title 18, United States Code, Section 371, (2) in one count of violating Title 18, United States Code, Section 1349; (3) in one count of violating Title 18, United States Code, Sections 1343, 1346, and 2, (4) in one count of violating Title 18, United States Code, Sections 1503 and 2; (5) in one count of violating Title 26 United States Code, Section 7201 and Title 18, United States Code, Section 2, and (6) in one count of violating Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jose Uribe
Defendant

_____
Witness

_____
Daniel J. Fetterman, Esq.
Attorney for Defendant

Dated: New York, New York
　　　March 1, 2024