

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Robert Menendez, et. al*,
              **S2 23 Cr. 490 (SHS)**

Dear Judge Stein:

      The Government respectfully submits the enclosed proposed revised protective order for the Court's consideration, which concerns the Government's anticipated production of certain classified information to the defendants pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"). The proposed order has been revised to reflect the names of additional cleared defense counsel, as confirmed by the Classified Information Security Officer since the order was originally submitted to the Court, and that the protective order is now on consent. The enclosed protective order is otherwise identical to the proposed protective order circulated to the defendants on February 9, 2024, and previously submitted to the Court on February 26, 2024.

Honorable Sidney H. Stein
March 3, 2024
Page 2

                                                         Respectfully submitted,

                                                         DAMIAN WILLIAMS
                                                         United States Attorney

By:    s/ Eli J. Mark
           Eli J. Mark
           Daniel C. Richenthal
           Paul M. Monteleoni
           Lara Pomerantz
           Assistant United States Attorneys
           (212) 637-2431/2109/2219/2343


           MATTHEW G. OLSON
           Assistant Attorney General
           National Security Division

By:    s/ Christina A. Clark
           Christina A. Clark
           Trial Attorney
           (202) 307-5191

Enclosure

cc:    (by ECF)

       Counsel of Record