UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MENENDEZ, et als,<br><br>Defendants. | : : : : : : : : : : : : | Case No. 1:23-cr-00490 (SHS) |

**MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned attorney Timothy M. Donohue, respectfully requests the withdrawal of Arleo & Donohue, LLC, as counsel of record for the defendant, Fred Daibes. As set forth in the accompanying Declaration of Timothy M. Donohue, Cesar DeCastro and Shannon McManus have entered appearances in this matter and will continue as counsel of record for Fred Daibes. Fred Daibes has consented to this withdrawal.

Dated: March 5, 2024

              Respectfully submitted,

              ARLEO & DONOHUE, LLC.

              By: /s/ Timothy M. Donohue
                 Timothy M. Donohue
                 622 Eagle Rock Avenue
                 West Orange, NJ 07052
                 Tel. (973) 736-8660
                 Tim.donohue@arleodonohue.com
                 Counsel for Fred Daibes

SO ORDERED:

_____
Hon. Sidney H. Stein, U.S.D.J.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of March, 2024, I served the foregoing Motion and accompanying Declaration of Timothy M. Donohue in support of the Motion on defendant Fred Daibes via electronic mail on consent.

                */s/ Timothy M. Donohue*
                Timothy M. Donohue