UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | (S4) 23-Cr-490 (SHS) |
| -v- | |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES, | |
| Defendants. | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendants will be arraigned on the (S4) Indictment on Monday, March 11, 2024, at 11:00 a.m., in Courtroom 23A.

Dated: New York, New York
       March 7, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.