# Exhibit C

AO 93C (08/18) SDNY Rev. Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. Mag. 22-10273
the Premises Known and Described as ▮▮▮▮▮ )
▮▮▮▮▮▮▮▮▮▮ Which is More Particularly )
Described in Attachment A1 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Jersey
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

The search and seizure are related to violation(s) of *(insert statutory citations)*:

See Attachment B1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B1

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 27, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Michael A. Hammer _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 06/15/2022  10:40am       _____ /s/ Michael Hammer _____ Judge
                                                              *Judge's signature*

City and state: Newark, NJ                        Hon. Michael A. Hammer
                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>Mag. 22-10273 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                                                                                          SDNY_R_00005324

## ATTACHMENT A1

### Premises to be Searched

The premises to be searched ("Subject Premises-1") is described as follows:

█████████████████████████████████ and any locked and closed containers, including the garage and any safes, found therein. Subject Premises-1 is a white, two-story residence and is pictured below:



## ATTACHMENT B1

### A. Evidence, Fruits, and Instrumentalities of the Specified Federal Offenses

This Warrant authorizes law enforcement to enter the premises specified in Attachment A1 ("Subject Premises-1"), including, where appropriate, by means of trespass over private property, and to search for and seize evidence, fruits, and/or instrumentalities of violations of (i) 18 U.S.C. §§ 201 and 371 (bribing or offering to bribe or demanding or accepting a bribe, and conspiring to do the same); (ii) 18 U.S.C. §§ 1343, 1346 and 1349 (wire fraud, honest services wire fraud and conspiring to commit wire fraud and honest services wire fraud); (iii) 18 U.S.C. § 1951 (extortion under color of right and conspiring to do the same); and/or (iv) 18 U.S.C. §§ 1956 and 1957 (money laundering, engaging in a financial transaction in criminally-derived property, and conspiracy to do one or both of the same) (collectively, the "Specified Federal Offenses") consisting of the following:

- The cellphone assigned call number ▮▮▮▮▮, with service provided by AT&T (the "Subject 1212 Cellphone").
- All movable things of value appearing to be provided by Wael Hana, Jose Uribe, ▮▮▮▮ Fred Daibes, 
    - Cash;
    - Jewelry;
    - Automobiles;
    - Television sets;
    - Security camera systems;
    - Exercise bicycles; and
    - Air purifiers.
- Evidence (including photographs or video or other recordings taken, or inspection conducted, by law enforcement officers executing the search pursuant to this Warrant) of the condition of any portion of the interior or exterior of Subject Premises-1 for the purposes of ascertaining the existence or nonexistence of any improvements, upgrades, or alterations to Subject Premises-1, including:
    - Interior or exterior repairs or cleaning;
    - Pruning or landscaping services in the exterior areas of Subject Premises-1;
    - Carpeting;
    - Painting; and
    - Installation of any television sets, security camera systems; or any other appliances; and
- Evidence of occupancy of Subject Premises-1, including but not limited to photographs and keys.

Law enforcement may also make video recordings and/or take photographs of Subject Premises-1 and the items contained therein during the execution of the search.

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00005327