# Exhibit D

## **ATTACHMENT C**

### **UNITED STATES DISTRICT COURT**
### **FOR THE DISTRICT OF NEW JERSEY**

In the Matter of the Search of the Premises Known and Described as ▮ ▮ ▮, ▮ ▮ Which is More Particularly Described in Attachment A1, and Any Closed Containers/Items Contained Therein ("Subject Premises-1")



**TO BE FILED UNDER SEAL**

**Agent Affidavit in Support of Application for Search and Seizure Warrants**

**Hon. Michael A. Hammer**

> **Mag. No. 22-10273**
> **Mag. No. 22-10274**
> **Mag. No. 22-10275**
> **Mag. No. 22-10276**
> **Mag. No. 22-10277**
> **Mag. No. 22-10278**
> **Mag. No. 22-10279**
> **Mag. No. 22-10280**
> **Mag. No. 22-10281**
> **Mag. No. 22-10282**
> **Mag. No. 22-10283**

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



Mary Jo Corkery, being duly sworn, deposes and says:



2



3

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

4.      This affidavit is based upon my personal knowledge; my review of documents and other evidence; my conversations with other law enforcement personnel; and my training, experience and advice received concerning the use of computers in criminal activity and the forensic analysis of electronically stored information ("ESI"). Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.



5



9. Wael Hana is an individual who, as set forth in part below, is suspected of arranging a scheme to provide Arslanian with things of value in exchange for official action by Menendez, including official action to assist in securing a favorable resolution to Parra's criminal prosecution. Although the Specified Federal Offenses for the requested Orders involve only the bribery-related offenses described herein, Hana is also believed to have illegally acted as an unregistered agent of the Government of Egypt. Since 2018, Hana has been operating a halal certification business called IS EG Halal Certified, Inc. (the "Hana Halal Company"). As set forth in paragraph 39, below, Hana provided tens of thousands of dollars to Strategic International Business Consultants, LLC, an apparent shell company set up for Arslanian during the course of the scheme (the "Arslanian Company").

6



7

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

19.     Based on my conversations with other law enforcement personnel and my review of law enforcement reports, I have learned that in or about August 2019, *i.e.*, shortly after the plea and sentencing described above,[6] the CS met with ▮▮▮ and the following conversation, which was consensually recorded by the CS at the direction of law enforcement, occurred, in substance and in part:

a.      ▮▮▮ told the CS that Hana arranged for Arslanian to receive a ring and a Mercedes automobile in exchange for Menendez's assistance in resolving criminal charges for insurance fraud pending against an American male.[7]

b.      ▮▮▮ discussed how the criminal case "needed a push," and "without" the push the man "would have gotten three years imprisonment," but the "push made the man avoid the three years."

c.      ▮▮▮ further told the CS that the American male gave Hana $150,000 and that Hana then purchased the engagement ring for Menendez's girlfriend, along with a car, and kept the remaining money for himself. As detailed further below, I understand that the "American male" is a reference to ▮▮▮ and the reference to Menendez's girlfriend is a reference to Arslanian.

---

[6] It appears, based on the investigation, that ▮▮▮ and Hana had a financial dispute, possibly prior to this conversation.

[7] These communications took place mainly in Arabic, and the description of them is based on a review of a draft summary and translation, subject to revision.

10

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

33.

next day, Uribe texted

Hana, "Morning sir. Please be sure that your friend knows about this. Just as a last favor."

19

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

███████████████████████████████████████████████

46.     As set forth below, I believe that         provided a series of things of value to

Arslanian and Menendez, first in the form of household services and gifts, including in conjunction

with Hana, and beginning in or about May 2020, appears to have participated in a plan to have

        pay Arslanian, including through the Arslanian Company, in exchange for Menendez

influencing the municipal authorities in various New Jersey cities, including Plainfield and Union

City, to grant         contracts and/or other authorization to perform COVID-19 testing.

47.     The contents of the Hana Cellphone, the Arslanian iCloud Account, the Arslanian

Email Account, and the         iCloud Account, together with information provided in response

to grand jury subpoenas, show that Moussa apparently participated in providing carpeting services

to Arslanian, including purportedly paid for by Hana, and received assistance for the immigration

case of         s brother. For example:

_____

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

47

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



      d.     On or about April 1, 2019, Arslanian texted Hana via WhatsApp, "You did

not have one minute to text me on the way to the airport? It's Monday you promised the guy

would come for the carpet. But I'm sure you'll be able to answer the phone about next Monday's

meetings and dinner".

> i. Based on text messages exchanged between Arslanian and Hana in which
> Arslanian said that "Bob" was asking about the plan for the following
> Monday and who he would be meeting, and Hana listed several Egyptian
> officials, I believe that Arslanian's reference to "next Monday's meetings

---

[49] Based on the context, it appears that "will" refers to Hana.

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

and dinner" referred to, potentially among other things, then-planned meetings involving Menendez, Hana, and Egyptian officials.



49

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY SDNY_R_00005143



57.    From reviewing U.S. Department of Homeland Security ("DHS") travel records, I know that Arslanian and Menendez flew together from JFK International Airport in New York to Doha, Qatar on or about October 8, 2021 and then flew from Cairo, Egypt to JFK International Airport on or about October 17, 2021. From public reporting, I know that Menendez, while in Cairo, met with the President of Egypt and other senior Egyptian government officials on or about October 14, 2021. From DHS travel records, I know that Hana traveled from JFK International Airport to Cairo on or about September 24, 2021, and traveled from Cairo to JFK International Airport on or about October 15, 2021—*i.e.*, the day after Menendez's meeting with Egyptian government officials in Cairo and two days before Menendez's return flight from Cairo.

69