# Exhibit E

AO 93C (08/18) SDNY Rev. Warrant by Telephone or Other Reliable Electronic Means       ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the Premises Known and Described as ▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮ Which is More Particularly<br>Described in Attachment A1 | )<br>)<br>)   Case No.  Mag. 22-10284<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Jersey _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

The search and seizure are related to violation(s) of *(insert statutory citations):*

See Attachment B1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B1

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 27, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Michael A. Hammer _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   06/16/2022   5:25pm
                                                                    _____
                                                                         *Judge's signature*

City and state:   Morris County, NJ
                                                                    Hon. Michael A. Hammer
                                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  Mag. 22-10284 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER

## **ATTACHMENT A1**

### **Premises to be Searched**

The premises to be searched ("Subject Premises-1") is described as follows:

████████████████████████████ and any locked and closed containers, including the garage and any safes, found therein. Subject Premises-1 is a white, two-story residence, the exterior of which is pictured below:



SUBJECT TO PROTECTIVE ORDER

## ATTACHMENT B1

### A. Evidence, Fruits, and Instrumentalities of the Specified Federal Offenses

This Warrant authorizes law enforcement to enter or remain in the premises specified in Attachment A1 ("Subject Premises-1"), including, where appropriate, by means of trespass over private property, and to search for and seize evidence, fruits, and/or instrumentalities of violations of (i) 18 U.S.C. §§ 201 and 371 (bribing or offering to bribe or demanding or accepting a bribe, and conspiring to do the same); (ii) 18 U.S.C. §§ 1343, 1346 and 1349 (wire fraud, honest services wire fraud and conspiring to commit wire fraud and honest services wire fraud); (iii) 18 U.S.C. § 1951 (extortion under color of right and conspiring to do the same); and/or (iv) 18 U.S.C. §§ 1956 and 1957 (money laundering, engaging in a financial transaction in criminally-derived property, and conspiracy to do one or both of the same) (collectively, the "Specified Federal Offenses") consisting of the following:

1. A rose colored iPhone 7 Plus, model number A1784 ("Subject Cellphone-1");
2. A silver Sanyo flip cellphone bearing a Sprint logo ("Subject Cellphone-2");
3. A silver Samsung flip cellphone bearing an AT&T logo ("Subject Cellphone-3");
4. A Vodaphone SIM card (the "Subject SIM Card," and together with Subject Cellphone-1, Subject Cellphone-2, and Subject Cellphone-3, collectively, the "Subject Devices");
5. A USPS Priority Mail envelope found in a duffel bag (the "Subject Envelope");
6. A folder marked with the logo of the U.S. Senate found in a duffel bag ("Subject Folder-1");
7. A manila file folder found in a duffel bag ("Subject Folder-2," together with the Subject Envelope and Subject Folder-2, collectively, the "Subject Documents"); and
8. The following items stored on the Subject Devices:

   a. Communications between or involving one or more of Nadine Arslanian a/k/a Nadine Menendez ("Arslanian"), Robert Menendez, Wael Hana, Jose Uribe, ███████████████████████████████████████ ██████████████████████████████████████████, and/or others, or photographs or other documents, reflecting or concerning interactions between Hana, Uribe, ████████████████████████ Fred Daibes, ███████████████████████████████████ on the one hand, and Menendez or others acting on Menendez's behalf, on the other hand;

   b. ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████



c.

d.

e.

f.

g.

h.

i.

j.

k.

2

SUBJECT TO PROTECTIVE ORDER

SDNY_R_00005623



### B. Review of ESI

Following seizure of any of the Subject Devices, and/or the creation of forensic image copies, law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, interpreters, and outside vendors or technical experts under government control) are authorized to review the electronically stored information ("ESI") contained therein for information responsive to the warrant.

In conducting this review, law enforcement personnel may use various techniques to locate information responsive to the warrant, including, for example:

- surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);

- opening or cursorily reading the first few "pages" of such files in order to determine their precise contents;

- scanning storage areas to discover and possibly recover recently deleted files or deliberately hidden files;

- performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation; and

- reviewing metadata, system information, configuration files, registry data, and any other information reflecting how, when, and by whom the computer was used.

3

Law enforcement personnel will make reasonable efforts to search only for files, documents, or other electronically stored information within the categories identified in Section A of this Attachment. However, law enforcement personnel are authorized to conduct a complete review of all the ESI from the Subject Devices to evaluate their contents and to locate all data responsive to the warrant.

4

SUBJECT TO PROTECTIVE ORDER                                    SDNY_R_00005625