# Exhibit F

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the Premises Known and Described as ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮ Which is More Particularly<br>Described in Attachment A1 | )<br>)<br>)<br>)<br>)<br>)     Case No. Mag 22-10284 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

located in the _____ District of _____New Jersey_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 201, 1343, 1346,<br>1349, 1951, 1956, 1957, 371 | See Attachment C |

The application is based on these facts:

See Attachment C

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Mary Jo Corkery, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: 06/16/2022 5:28pm

_____
*Judge's signature*

City and state: Morris County, NJ

Hon. Michael A. Hammer
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY      SDNY_R_00005378

## ATTACHMENT C

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

In the Matter of the Search of the Premises
Known and Described as ▮▮▮▮▮▮
▮▮▮▮▮▮ Which is More
Particularly Described in Attachment A1, and
Any Closed Containers/Items Contained Therein
("Subject Premises-1")

**TO BE FILED UNDER SEAL**

**Agent Affidavit in Support of
Application for Search and Seizure
Warrant**

**Hon. Michael A. Hammer
Mag. No. 22-10284**

STATE OF NEW JERSEY :

                   ss.

COUNTY OF ESSEX :

      Mary Jo Corkery, being duly sworn, deposes and says:

### I. Introduction



SDNY_R_00005379



2

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



3

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



    a.  Agent-1 observed a large room in the basement of Subject Premises-1. On one side of the wall was a large rack of clothes hangers with a shelving unit on top of the hangers. On top of the shelving unit were two bags each containing large amounts of cash, potentially approximately $100,000 per bag.



4

 SDNY_R_00005382



5

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



6

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



7

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



---

[1] I understand that the agents executing the search have not opened or reviewed the contents of the Subject Documents.

8



9

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



10

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



11

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



12

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



UNITED STATES MAGISTRATE JUDGE

13

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY

SDNY_R_00005391

19.     Based on my conversations with other law enforcement personnel and my review of law enforcement reports, I have learned that in or about August 2019, *i.e.*, shortly after the plea and sentencing described above,[6] the CS met with ▇▇▇▇ and the following conversation, which was consensually recorded by the CS at the direction of law enforcement, occurred, in substance and in part:

a.     ▇▇▇▇ told the CS that Hana arranged for Arslanian to receive a ring and a Mercedes automobile in exchange for Menendez's assistance in resolving criminal charges for insurance fraud pending against an American male.[7]

b.     ▇▇▇▇ discussed how the criminal case "needed a push," and "without" the push the man "would have gotten three years imprisonment," but the "push made the man avoid the three years."

c.     ▇▇▇▇ further told the CS that the American male gave Hana $150,000 and that Hana then purchased the engagement ring for Menendez's girlfriend, along with a car, and kept the remaining money for himself. As detailed further below, I understand that the "American male" is a reference to Parra and the reference to Menendez's girlfriend is a reference to Arslanian.

_____

[6] It appears, based on the investigation, that ▇▇▇▇ and Hana had a financial dispute, possibly prior to this conversation.

[7] These communications took place mainly in Arabic, and the description of them is based on a review of a draft summary and translation, subject to revision.

10

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY