# Exhibit H

AO 93  (SDNY Rev. 01/17) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>See Attachment A | )<br>)<br>)<br>)<br>)<br>) |

Case No.

## 23 MAG 6481

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:

18 U.S.C. §§ 201, 219, 371, 641, 951, 1001, 1503, 1512, 1343, 1344, 1346, 1349, 1951, 1956, 1957; 22 U.S.C. §§ 612 and 618(a)(1)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                        *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.
☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court.

*USMJ Initials*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                 ☐until, the facts justifying, the later specific date of _____.

Date and time issued:  ___9/20/23  10:26 AM___           _____
                                                                                                     *Judge's signature*

City and state:    New York, NY _____          The Honorable Jennifer E. Willis
                                                                                             *Printed name and title*

SUBJECT TO PROTECTIVE ORDER

AO 93  (SDNY Rev. 01/17) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
| |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment A**

## I. Devices Subject to Search and Seizure

The devices that are the subject of this search and seizure warrant (the "Subject Devices") are described as follows:



a.

b.

c.

d.

e.

f.

g.

h.

2022.01.31

i.



j.

k.

l.   Media containing content and other information associated with the email account
     _____ ("Menendez Email Account-1") obtained pursuant
     to Search Warrant No. 22 Mag. 748 (S.D.N.Y.) (the "Menendez Email Account-1
     Media");

m.   Media containing content and other information associated with the iCloud account
     ID  1311657499  and  registration  email  _____  (the
     "Menendez iCloud Account") obtained pursuant to Search Warrant No. 22 Mag.
     748 (S.D.N.Y.) (the "January 2022 Menendez iCloud Account Media");

n.



o.

p.

q.

r.

s.   The cellphone assigned call number _____ seized pursuant to Search
     Warrant Nos. 22-sw-173 and 22-sw-174 (D.D.C.) (the "Seized Menendez
     Cellphone");

t.

2017.08.02

2

SUBJECT TO PROTECTIVE ORDER                                        SDNY_R03_00000314

u. 

v.

w.

x.

y.

z.

aa.

bb.

cc. Media containing content and other information associated with the email account ██████████████ ("Menendez Email Account-2") obtained pursuant to Search Warrant No. 22 Mag. 5801 (S.D.N.Y.) (the "Menendez Email Account-2 Media");

dd. 

ee.

ff.

3

2017.08.02

gg. 

hh. Media containing content and other information associated with the iCloud account with the Menendez iCloud Account obtained pursuant to Search Warrant No. 22 Mag. 5801 (S.D.N.Y.) (the "July 2022 Menendez iCloud Account Media");

ii.

jj.

kk.

ll.

mm

nn.

oo.

pp.

4

2017.08.02

qq.

rr.

ss.

tt.

uu.

vv.



## II.  Review of ESI on the Subject Devices

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, interpreters, and vendors and outside technical experts under government control) are authorized to review the ESI contained on the Subject Devices for evidence, fruits, and instrumentalities of violations of (i) 18 U.S.C. §§ 201 and 371 (bribing or offering to bribe or demanding or accepting a bribe, and conspiring to do the same, with respect to a United States Senator); (ii) 18 U.S.C. §§ 1343, 1346, and 1349 (wire fraud and honest services wire fraud, and conspiring to commit wire fraud and honest services wire fraud); (iii) 18 U.S.C. § 1951 (extortion under color of official right and conspiring to do the same); (iv) 18 U.S.C. §§ 1956 and 1957 (money laundering, engaging in a financial transaction in criminally-derived property, and conspiracy to do one or both of the same); (v) 18 U.S.C. §§ 1001 and 371 (making false statements and conspiring to do the same); (vi) 18 U.S.C. §§ 1503, 1512, and 371 (obstruction of justice and conspiring to do the same); (vii) 18 U.S.C. §§ 219 and 371 (public official acting as a foreign agent and conspiring to do the same); (viii) 18 U.S.C. §§ 951 and 371 (acting and

2017.08.02

5

SUBJECT TO PROTECTIVE ORDER                                              SDNY_R03_00000317

conspiring to act as an agent of a foreign government without prior notification to the Attorney General); (ix) 22 U.S.C. §§ 612 and 618(a)(1) and 18 U.S.C. § 371 (acting and conspiring to act as an agent of a foreign principal without registering with the Attorney General as required by FARA); (x) 18 U.S.C. §§ 1344 and 1349) (bank fraud and conspiring to commit bank fraud); and (xi) 18 U.S.C. §§ 641 and 371 (theft of government property and conspiring to do the same) (collectively, the "Subject Offenses"), described as follows:



a. Communications between or involving one or more of Nadine Arslanian, a/k/a Nadine Menendez ("Arslanian"), Robert Menendez, Wael Hana, Jose Uribe, Fred Daibes, █████ and/or others, or photographs or other documents, reflecting or concerning interactions between Hana, Uribe, █████ Fred Daibes, █████ or others acting on their behalf on the one hand, and Menendez or others acting on Menendez's behalf, on the other hand;



b.

c.

d.

e.

6

2017.08.02

SUBJECT TO PROTECTIVE ORDER

f.

g.

h.

i.

j.

k.

l.

7

2017.08.02

SUBJECT TO PROTECTIVE ORDER

SDNY_R03_00000319

m.

n.

o.

p.

q.

r.

s.



8

2017.08.02

SUBJECT TO PROTECTIVE ORDER

SDNY_R03_00000320



t.  Evidence of, or evidence tending to identify, the deletion of data that is or was contained in the Subject Devices, or the withholding of data that is or was contained in the Subject Devices from production pursuant to subpoena or other lawful process, during the course of, in furtherance of, or in an attempt to conceal any fact regarding, the Subject Offenses;

u.  Other evidence of the consciousness of guilt of Menendez, Arslanian, Hana, Uribe, ███████ Fred Daibes, ████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████ or any persons acting on their behalf with respect to the Subject Offenses, such as evidence that their conduct with respect to the Subject Offenses deviated from their conduct in other relevant circumstances in ways intended to conceal the nature of, or their involvement in, the Subject Offenses;

v.  Evidence of any pecuniary, penal, or other motive Menendez, Arslanian, Hana, Uribe, ████████████████████████████ Fred Daibes, ████████████

████████████████████████████████████████████████████████████

████████████████ or any persons acting on their behalf had in participating in the Subject Offenses, such as evidence establishing their financial circumstances or actual, potential, or believed criminal exposure, at any time relevant to the Subject Offenses;

w.

x.

y.

2017.08.02

SUBJECT TO PROTECTIVE ORDER                                    SDNY_R03_00000321