# Exhibit K

Case 1:23-cr-004[redacted]/24 Page 2 of 6

-1 of 5-

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 08/09/2022

[redacted]

Investigation on 07/14/2022 at New York, New York, United States (In Person)

File # [redacted] Date drafted 07/19/2022

by CORKERY MARY JO, IORIO NICHOLAS DAVID

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY SDNY_00103714

FD-302a (Rev. 5-8-10) Case 1:23-cr-00490-SHS Document 245-11 Filed 03/10/24 Page 3 of 6
58C-NY-3313313 Serial 217

[redacted]

Continuation of FD-302 of (U) [redacted] , On 07/14/2022 , Page 2 of 5

[redacted]

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY SDNY_00103715

[redacted]

[redacted] ARSLANIAN and MENENDEZ came to [redacted] a few times to look at rings. ARSLANIAN also came into [redacted] a few times with WAEL HANA. "They (referring to HANA and ARSLANIAN) had their own ring," that they wanted to exchange. The ring they had was a princess cut diamond that they wanted to exchange for a round stone. [redacted]

[redacted]

[redacted]

Continuation of FD-302 of (U) ███████, On 07/14/2022, Page 4 of 5

███████████████████████████████████████
[Page content fully redacted]

58C-NY-3313313 Serial 217

FD-302a (Rev. 5-8-10) Case 1:23-cr-00490-SHS Document 245-11 Filed 03/10/24 Page 6 of 6

Continuation of FD-302 of (U) , On 07/14/2022 , Page 5 of 5

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY SDNY_00103718