# Exhibit L

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:**
**Date:** 06/27/2019
**Case Agent Name:**
**Field Office/Division:** New York
**Squad:**

## SOURCE REPORTING

**Date of Contact:** 06/25/2019

**List all present including yourself (do not include the CHS):**

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New York
**State:** New York

**Date of Report:** 06/27/2019

| Substantive Case File Number |
|---|
| |

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY SDNY_00103550

[redacted]

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[redacted]

[redacted] According to [redacted], Hana has greatly exaggerated his relationship with Senator Robert Menendez. [redacted]

[redacted]

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | [redacted] | Thu, 27 Jun 2019 17:40:19 -0400 |
| First Level Approved By | | Tue, 2 Jul 2019 09:15:57 -0400 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

[redacted]

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY SDNY_00103551