# Exhibit M

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** ▮
**Date:** 06/01/2021
**Case Agent Name:** ▮
**Field Office/Division:** New York
**Squad:** ▮

## SOURCE REPORTING

**Date of Contact:** 05/20/2021

**List all present including yourself (do not include the CHS):**
▮

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New York
**State:** New York

**Date of Report:** 06/01/2021

**Substantive Case File Number**
▮

**Substantive Case File Number**
▮

**Substantive Case File Number**
▮

**Substantive Case File Number**
▮

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in** ▓▓▓
No

**Source Reporting:**

▓▓▓ CHS, ▓▓▓

▓▓▓

▓▓▓ U.S. Senator in exchange for that Senator intervening in a criminal case involving Unnamed Man 1. Hana had, in turn, given some of this money to ▓▓▓ for the purposes of renting out office space for IS EG Halal and Hana's New Jersey apartment.

▓▓▓

**SIGNATURE**

Submitted By ▓▓▓         Thu, 3 Jun 2021 17:52:02 -04:00
First Level Approved By ▓▓▓   Fri, 4 Jun 2021 12:20:28 -04:00

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY                    SDNY_00103626