# Exhibit N

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| HEADER |
|---|

**Source ID:** ██████████

**Date:** 08/04/2021

**Case Agent Name:** ████████████

**Field Office/Division:** New York

**Squad:** ████

██████████ ████████████

██████████████████████

██████████ ████████

| SOURCE REPORTING |
|---|

**Date of Contact:** 08/01/2021

**List all present including yourself (do not include the CHS):**
N/A

**Type of Contact:** Other

    **Other Contact Type:** ██████

**Date of Report:** 08/03/2021

**Substantive Case File Number**

████████████

**Substantive Case File Number**

████████████

**Substantive Case File Number**

██████████████

**Substantive Case File Number**

████████████

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

████████████

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---------|-----------------------------------------------------------|-----------------|

**Check here if additional reporting is in** ████

No

████

████ ████ indicated that EGIS had concluded that Hana was completed burned due to FBI activity and that the service wanted to put a separate and identified EGIS asset in charge of IS EG Halal. ████

**Synopsis:**

████

| SIGNATURE | |
|-----------|--|
| Submitted By ████ | Wed, 4 Aug 2021 12:13:09 -04:00 |
| First Level Approved By ████ | Wed, 4 Aug 2021 13:17:40 -04:00 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---------|-------------|---------------------------------|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY