# Exhibit O

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮
**Date:** 09/07/2021
**Case Agent Name:** ▮▮▮▮▮
**Field Office/Division:** New York
**Squad:** ▮

## SOURCE REPORTING

**Date of Contact:** 09/01/2021

**List all present including yourself (do not include the CHS):**
▮▮▮▮▮

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New York
**State:** New York

**Date of Report:** 09/07/2021

**Substantive Case File Number**
▮▮▮▮▮

**Substantive Case File Number**
▮▮▮▮▮

**Substantive Case File Number**
▮▮▮▮▮

**Substantive Case File Number**
▮▮▮▮▮

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY     SDNY_00103633

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Check here if additional reporting is in** ███
No

**Source Reporting:**

███████████████████████████████████████████████████
████████████████████████████████████

███████████████████████████ recently made a series of statements pertaining to EGIS asset Wael Hana. ████ indicated that EGIS still considered Hana to be burned and likely working for the FBI or another entity in the U.S. Government. ████ also made statements indicating that EGIS was looking to seize Hana's assets in Egypt, and the assets of his family, to include property, but could not touch his assets in the United States. ████
████████████████████████████████████████████████████
████████████████████████████

**Synopsis:**
████████████████████████████████████████

| **SIGNATURE** |
|---|

| Submitted By | ████████ | Tue, 7 Sep 2021 17:25:59 -04:00 |
| First Level Approved By | ████████ | Wed, 8 Sep 2021 13:22:01 -04:00 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|