# Exhibit P

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

| | |
|---|---|
| **Source ID:** | ▇▇▇▇▇ |
| **Date:** | 02/07/2020 |
| **Case Agent Name:** | ▇▇▇▇▇▇▇ |
| **Field Office/Division:** | New York |
| **Squad:** | ▇ |
| ▇▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇▇ | ▇▇▇▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇ |

## SOURCE REPORTING

| | |
|---|---|
| **Date of Contact:** | 02/05/2020 |

**List all present including yourself (do not include the CHS):**

▇▇▇▇

| | |
|---|---|
| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | New York |
| **State:** | New York |
| **Date of Report:** | 02/07/2020 |

**Substantive Case File Number**
▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇▇

**Substantive Case File Number**
▇▇▇▇▇▇

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Check here if addtitional reporting is i**▮
No

**Source Reporting:**

▮

▮ had instructed at least one identified EGIS asset to cease all contact with Wael Hana. ▮

**Synopsis:**
▮

---
**SIGNATURE**

Submitted By  ▮          Mon, 10 Feb 2020 13:32:20 -05:00
First Level Approved By  ▮

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY                    SDNY_00103600