# Exhibit R



Date of entry  06/23/2022

[Body of report redacted]

Investigation on 06/16/2022 at Closter, New Jersey, United States (In Person)

File # [redacted]                                                         Date drafted 06/21/2022

by CORKERY MARY JO, AGESTA ANGEL LUIS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                    SDNY_00103837

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ███████████ , On 06/16/2022 , Page 2 of 3

███ was asked if HANA and/or URIBE offered to assist ███ with his workman's compensation case in any way. ███ stated, "What could they do? They're not lawyers." Agents reminded ███ to be truthful, and that lying to the agents was a crime.

███ never gave HANA nor URIBE any money for their help with his case. ███ never paid anyone to bring his case to a conclusion favorable to ███

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY     SDNY_00103838

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 06/16/2022 , Page 3 of 3



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                                    SDNY_00103839