# Exhibit S

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/28/2022



**UNCLASSIFIED//FOUO**

Investigation on  06/16/2022  at  Carteret, New Jersey, United States (In Person)

File # ███████████████████████████████████████    Date drafted  06/17/2022

by  IORIO NICHOLAS DAVID, LEWIS II DANIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY        SDNY_00103815



▮▮▮▮ advised that the only jewelry HANA ever provided to ARSLANIAN was a $20 bracelet with an Egyptian symbol on it. ARSLANIAN did not mention anything to ▮▮▮▮ about her engagement ring coming from HANA.

▮▮▮▮ advised he was not aware of HANA attempting to assist ▮▮▮▮ with his criminal case.

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of ▮▮▮▮ , On 06/16/2022 , Page 4 of 10



UNCLASSIFIED//FOUO

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                SDNY_00103818

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ███████ , On 06/16/2022 , Page 5 of 10

[Page content fully redacted]

**UNCLASSIFIED//FOUO**

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY    SDNY_00103819

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ███████ , On 06/16/2022 , Page 7 of 10

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ▮▮▮▮▮ , On 06/16/2022 , Page 8 of 10



**UNCLASSIFIED//FOUO**

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                    SDNY_00103822

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ▓▓▓▓▓▓▓▓▓ , On 06/16/2022 , Page 9 of 10

**UNCLASSIFIED//FOUO**

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY        SDNY_00103823

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ▓▓▓▓▓▓▓ , On 06/16/2022 , Page 10 of 10

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY          SDNY_00103824