# Exhibit U

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  07/14/2022

[content redacted]

Investigation on 06/16/2022 at Morristown, New Jersey, United States (In Person)

File # [redacted]                                                                 Date drafted  06/16/2022

by  Jennifer Breitenbach, SHAFER NICHOLAS A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                                   SDNY_00103678

███████

███████

███████

███████ MENENDEZ never made calls on behalf of ███████ or ███████

███████

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103679



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103680



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

Continuation of FD-302 of (U) Interview of ████████████ , On 06/16/2022 , Page 5 of 5

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY          SDNY_00103682