# Exhibit V

Date of entry 06/24/2022



[redacted] was the Director of Health and Social Services in Plainfield, NJ.

Investigation on 06/16/2022 at Plainfield, New Jersey, United States (In Person)

File # [redacted]    Date drafted 06/16/2022

by Jennifer Breitenbach, IORIO NICHOLAS DAVID

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY      SDNY_00103719



58C-NY-3313313 Serial 177
Case 1:23-cr-00490-SHS Document 245-22 Filed 03/10/24 Page 3 of 5
FD-302a (Rev. 5-8-10)
Continuation of FD-302 of (U) ▮▮▮ , On 06/16/2022 , Page 2 of 4

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY
SDNY_00103720

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 06/16/2022 , Page 3 of 4



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

Continuation of FD-302 of ▮▮▮▮▮ , On 06/16/2022 , Page 4 of 4



▮▮▮ felt no pressure to use ▮▮▮ ▮▮▮ or to continue to use ▮▮▮ from anyone at all.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY          SDNY_00103722