# Exhibit Z

# Use iCloud to transfer data from your previous iOS or iPadOS device to your new iPhone, iPad, or iPod touch

Transfer your personal data and purchased content to your new device using your previous device's iCloud backup.

## How to transfer your iCloud backup to your new device

1. Turn on your new device. A "Hello" screen should appear. If you've already set up your new device, you need to erase it before you can use these steps.*
2. Follow the steps until you see the Wi-Fi screen.
3. Tap a Wi-Fi network to join. Follow the steps until you see the Apps & Data screen, then tap Restore from iCloud Backup.



4. Sign in to iCloud with your Apple ID and password.

5. When asked, choose a backup. Make sure that it's the correct one by checking the date and size of each. Learn what to do if you're asked to update to a newer version of iOS or iPadOS.

6. If you purchased iTunes or App Store content using multiple Apple IDs, sign in to each. If you can't remember the passwords, you can skip this step by tapping "Don't have an Apple ID or forgot it."

7. Stay connected and wait for the restore process to finish, then complete the rest of the onscreen setup steps. If possible, keep your device connected to Wi-Fi and plugged into power after setup. This allows content like your photos, music, and apps stored in iCloud to automatically download back to your device.

\* To erase your device that's using iOS or iPadOS 15 or later, tap Settings > General > Transfer or Reset [Device] > Erase All Content and Settings. On iOS or iPadOS 14 or earlier, tap Settings > General > Reset > Erase All Content and Settings. This erases all data on your device. After you erase it, your device restarts and the "Hello" screen appears.

## Finish up

After you transfer to your new iOS or iPadOS device, you might need to complete a few more steps to finish the process. If you have an Apple Watch, learn how to restore it from a backup and pair it with your new iPhone.

## Still need help?

- Find out what to do before you sell or give away your iOS or iPadOS device.
- If you can't activate your iPhone, learn what to do.
- If you need more help, contact Apple Support.

Published Date: December 22, 2023

| Helpful? | Yes | No |



**Related topics**

What does iCloud back up? ›

How to back up your iPhone or iPad with iCloud ›

Get temporary iCloud storage when you buy a new iPhone or iPad ›



**Explore Apple Support Community**

Find what's been asked and answered by Apple customers.

Search the Community

Submit



**Contact Apple Support**

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›

Support   Use iCloud to transfer data from your previous iOS or iPadOS device to your new iPhone, iPad, or iPod touch

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Site Map   United States