UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court will conduct a sealed, *ex parte* hearing pursuant to Section 4 of the Classified Information Procedures Act on Thursday, March 28, 2024, at 11:30 a.m. in Courtroom 23A.

Dated:  New York, New York
        March 25, 2024

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.