# Schertler Onorato Mead & Sears

April 4, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

      We represent Nadine Menendez in the above referenced case, and submit this letter on behalf of all the defendants, and with the consent of the Government, to request a modification to the Court's pre-trial schedule. Specifically, the Defendants request that the current deadline of April 5, 2024 to submit proposed jury charges to the Court be adjourned by one week to April 12, 2024. We do not expect that this one-week extension will result in any prejudice to the Parties or the Court. As stated above, the Government consents to this request.

      Respectfully,

/s/ David Schertler
David Schertler
Danny Onorato
Paola Pinto
*Counsel for Nadine Menendez*

ATTORNEYS AT LAW

555 13TH STREET, NW
SUITE 500 WEST
WASHINGTON, DC 20004

202.628.4199
202.628.4177 FAX
WWW.SCHERTLERLAW.COM