# SCHERTLER ONORATO MEAD & SEARS

April 4, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      **Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS**

Dear Judge Stein:

    We represent Nadine Menendez in the above referenced case. On March 21, 2024, the Court held a *Curcio* hearing with regard to Ms. Menendez and potential conflicts involving her current attorneys. At the conclusion of that hearing, the Court asked the parties to report back to him on the status of a possible stipulation that would obviate the need for the attorneys' testimony at trial. Based on recent circumstances, Ms. Menendez requests one additional day, until April 5, 2024, for the parties to provide the Court with a report as to the status of a possible stipulation. Counsel for Ms. Menendez has advised the government that they are making this request but have not yet received a response from the government as to its position.

              Respectfully,

              /s/ David Schertler
              Danny Onorato
              David Schertler
              Paola Pinto
              *Counsel for Nadine Menendez*

ATTORNEYS AT LAW | 555 13TH STREET, NW
SUITE 500 WEST
WASHINGTON, DC 20004

202.628.4199
202.628.4177 FAX
WWW.SCHERTLERLAW.COM