**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, et al.<br><br>Defendants. | Case No. 23-cr-00490 (SHS) |

<u>**MEDIA COALITION'S MOTION TO INTERVENE AND UNSEAL**</u>
<u>**DEFENDANT SENATOR ROBERT MENENDEZ'S SEVERANCE MOTION**</u>

NBCUniversal Media LLC d/b/a NBCUniversal News Group; Cable News Network,

Inc.; American Broadcasting Companies, Inc. d/b/a ABC News; Gannett Satellite Information

Network, LLC d/b/a Bergen Record; Politico, LLC; Fox News Network, LLC; New Jersey

Globe; WP Company LLC d/b/a The Washington Post; CBS Broadcasting Inc. d/b/a CBS News;

The E.W. Scripps Company o/b/o CourtTV and Scripps News; and NYP Holdings, Inc. d/b/a

New York Post; The Associated Press; Bloomberg L.P. (together, the "Media Coalition"), by and

through undersigned counsel, hereby move pursuant to Federal Rule of Criminal Procedure 47 to

intervene in this matter for the limited purpose of opposing Defendant Senator Robert

Menendez's request to maintain under seal the unredacted version of his Memorandum of Law

In Support of His Motions to Dismiss Based on Lack of Venue and Duplicity, and His Severance

Motion, *see* ECF Nos. 136, 137, 251-1 ("Severance Motion"). In support of this Motion, the

Media Coalition relies on the accompanying Memorandum of Law In Support of Media

Coalition's Motion to Intervene and Unseal Defendant Senator Robert Menendez's Severance

Motion.

As explained therein, the Media Coalition's intervention in this matter is proper in order

to vindicate the press's and the public's constitutional and common law rights of access to

judicial records, and Senator Menendez's request to maintain his Severance Motion under seal is

without basis in law or fact.  The Media Coalition therefore respectfully requests that the Court

grant its Motion to Intervene, and further that the Court deny Senator Menendez's Letter Motion

Seeking Leave to Maintain Redacted Portions Under Seal, ECF No. 251, order the unredacted

version of his Severance Motion to be immediately filed on the public docket, and provide any

other relief the Court deems just and proper.


Dated:  April 5, 2024                                          Respectfully submitted,

                                                               BALLARD SPAHR LLP

                                                               /s/ *Joseph Slaughter*
                                                               Joseph Slaughter
                                                               Jacquelyn Schell
                                                               Isabella Salomão Nascimento
                                                               Anna Kaul
                                                               1675 Broadway, 19th Floor
                                                               New York, NY 10019
                                                               slaughterj@ballardspahr.com
                                                               schellj@ballardspahr.com
                                                               salmanascimentoi@ballarspahr.com
                                                               kaula@ballardsphr.com

                                                               *Counsel for the Media Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2024, I directed that a true and correct copy

of the foregoing **MEDIA COALITION'S MOTION TO INTERVENE AND UNSEAL**

**DEFENDANT SENATOR ROBERT MENENDEZ'S SEVERANCE MOTION** and

accompanying memorandum of law be served via U.S. Mail and electronic mail upon the

following counsel of record:

> Christina A. Clark
> U.S. Department of Justice, National Security Division
> 950 Pennsylvania Ave NW
> Washington, DC 20530
> Christina.clark3@usdoj.gov
>
> Daniel Charles Richenthal
> Eli Jacob Mark
> Lara Elizabeth Pomerantz
> Paul Michael Monteleoni
> United States Attorney's Office – Southern District of New York
> One St. Andrew's Plaza
> New York, NY 10007
> Daniel.richenthal@usdoj.gov
> Eli.mark@usdoj.gov
> Lara.pomerantz@usdoj.gov
> Paul.monteleoni@usdoj.gov
>
> *Counsel for the United States*
>
> Adam Fee
> Paul Hastings LLP
> 1999 Avenue of the Stars, Ste. 2700
> Los Angeles, CA 90067
> adamfee@paulhastings.com
>
> Avi Weitzman
> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> aviweitzman@paulhastings.com
>
> Robert David Luskin
> Paul Hastings LLP

2050 M Street NW
Washington, DC 20036
robertluskin@paulhastings.com

Jacob Moshe Roth
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
yroth@jonesday.com

*Counsel for Defendant Sen. Robert Menendez*

Danny Christopher Onorato
David Schertler
Mark J. MacDougall
Paola Pinto
Schertler Onorato Mead & Sears, LLP
555 – 13th Street NW, Suite 500 West
Washington, DC 20004
donorato@schertlerlaw.com
dschertler@schertlerlaw.com
mmacdougall@schertlerlaw.com
ppinto@schertlerlaw.com

*Counsel for Defendant Nadine Menendez*

Andrew James Marino
Elena Cicognani
Jessica L. Guarracino
Lawrence S. Lustberg
Anne Michelle Collart
Christina LaBruno
Ricardo Solano, Jr.
Gibbons P.C.
One Gateway Center
1145 Raymond Plaza West
Newark, NJ 07102
amarino@gibbonslaw.com
ecicognani@gibbonslaw.com
jguarracino@gibbonslaw.com
llustberg@gibbonslaw.com
acollart@gibbonslaw.com
clabruno@gibbonslaw.com
rsolano@gibbonslaw.com

*Counsel for Defendant Wael Hana*

4

Marc E. Kasowitz
Ann M. St. Peter-Griffith
Daniel J. Fetterman
Fria Rohinton Kermani
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019
MEKcourtnotices@kasowitz.com
astpetergriffith@kasowitz.com
dfetterman@kasowitz.com
fkermani@kasowitz.com

*Counsel for Defendant Jose Uribe*

Cesar De Castro
Seth Hugh Agata
Shannon Michael McManus
The Law Firm of Cesar de Castro, P.C.
The District
111 Fulton Street – 602
New York, NY 10038
cdecastro@cdecastrolaw.com
sethagata@gmail.com
smcmanus@cdecastrolaw.com

Valerie Alice Gotlib
Gotlib Law, PLLC
225 Broadway, Suite 2815
New York, NY 10007
valerie@gotliblaw.com

*Counsel for Defendant Fred Daibes*


        */s/ Joseph Slaughter*
        Joseph Slaughter