UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>                Defendants. | Case No. 1:23-cr-490 (SHS) |

**MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD TO DEFENDANT NADINE MENENDEZ**

    Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, David Schertler, Danny C. Onorato, Mark MacDougall and Paola Pinto, with the written consent of Defendant Nadine Menendez respectfully move the Court for leave to withdraw as counsel of record for Ms. Menendez. The circumstances associated with the withdrawal of undersigned counsel for Ms. Menendez are set forth in the accompanying Sealed Declaration of undersigned counsel.

Dated: April 5, 2024

                                                  Respectfully Submitted,

                                                  _____/s/_____
                                                  David Schertler, Esq.
                                                  Danny Onorato, Esq.
                                                  Mark MacDougall, Esq.
                                                  Paola Pinto, Esq.
                                                  Schertler Onorato Mead & Sears
                                                  555 13th Street, NW, Suite 500 West
                                                  Washington, DC  20004
                                                  Tel.: 202-628-4199
                                                  Fax:  202-628-4177

dschertler@schertlerlaw.com
donorato@schertlerlaw.com
mmacdougall@schertlerlaw.com
ppinto@schertlerlaw.com
*Counsel for Defendant Nadine Menendez*