UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  (S4) 23-Cr-490 (SHS)

    -v-  :

ROBERT MENENDEZ, NADINE MENENDEZ,  :  ORDER
WAEL HANA, and FRED DAIBES,
    :
    Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on April 11 at 11:00 a.m. in Courtroom 23A for the Court to render its decisions on the pending motions.

Dated: New York, New York
      April 9, 2024

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.