**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -against- <br><br> ROBERT MENENDEZ et al., <br><br> Defendants. | Case No. S4 23-cr-490 (SHS) |

**SENATOR ROBERT MENENDEZ'S**
**NOTICE OF FILING**

**PAUL HASTINGS LLP**

Adam Fee
Avi Weitzman
Robert D. Luskin
200 Park Avenue
New York, N.Y. 10166
(212) 318-6000

*Attorneys for Defendant Robert Menendez*

Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. § 5, Paragraph 25 of the Protective Order Pertaining to Classified Information (ECF No. 234), and the April 1, 2024 CIPA Order (ECF No. 266) entered in this case, Defendant Senator Robert Menendez hereby provides notice that on April 10, 2024, Senator Menendez filed a CIPA Section 5 Notice under seal through the designated Classified Information Security Officer assigned to this matter for service by hand to the Government and the Court.

Dated:  April 10, 2024                                    *s/ Adam Fee*

**PAUL HASTINGS LLP**

Adam Fee
Avi Weitzman
Robert D. Luskin
200 Park Avenue
New York, N.Y. 10166
(212) 318-6000

*Attorneys for Defendant Robert Menendez*