# SCHERTLER ONORATO MEAD & SEARS

April 10, 2024

<u>**VIA ECF**</u>

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS
           Nadine Menendez's Motion to Join Notices Filed By Co-Defendants

Dear Judge Stein:

     Defendant Nadine Menendez, through counsel, moves to join the CIPA Section 5 Notices filed by codefendants Wael Hana and Senator Robert Menendez. Specifically, Ms. Menendez joins the notices referenced in ECF Nos. 303 (Notice by Wael Hana) and 304 (Notice by Senator Robert Menendez).

                                      Respectfully,

                                      /s/ Danny Onorato
                                      Danny Onorato
                                      David Schertler
                                      Paola Pinto
                                      *Counsel for Nadine Menendez*