THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

April 11, 2024

*Via* ECF

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Menendez, et al.,* 23 Cr. 490 (SHS)

Dear Judge Stein,

Defendant Fred Daibes moves, through counsel, to join the CIPA Section 5 Notices filed by co-defendants Wael Hana and Senator Robert Menendez. Specifically, Mr. Daibes joins Mr. Hana's Notice at ECF No. 303 and Senator Menendez's Notice at ECF No. 304.


Respectfully submitted,

    /s/

César de Castro
*Counsel for Fred Daibes*


cc:    All Counsel (*via* ECF)