

Lawrence S. Lustberg

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: +1 973-639-6285
llustberg@gibbonslaw.com

April 11, 2024

**VIA ECF**

The Honorable Sidney H. Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **United States v. Robert Menendez, et al., Case No. 1:23-cr-00490-SHS**

Dear Judge Stein:

     As the Court is aware, this Firm represents Defendant Wael Hana in the above captioned matter. On April 10, 2024, counsel for Senator Robert Menendez filed a Notice of Filing pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), ECF No. 304. Mr. Hana, through counsel, joins Senator Menendez's CIPA Section 5 Notice referenced in ECF No. 304.

Respectfully submitted,

*s/Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq.

cc: All counsel of record (*via ECF*)