UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        (S4) 23-Cr-490 (SHS)

      -v-                                        :

ROBERT MENENDEZ, NADINE MENENDEZ,  :        ORDER
WAEL HANA, and FRED DAIBES,

                                     :

                Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court received ECF document numbers 318, 319, 320, and 321 earlier today. The
parties are directed to continue to attempt to negotiate a stipulation of simply the necessary facts.
The Court sees no reason why an appropriate stipulation cannot be reached. In the interim, the
government is not required to produce 3500 material and trial exhibits. The court has no current
intention of severing additional defendants from the May 6 trial. The parties are to report by
tomorrow at 1:00 p.m. whether they have reached agreement.

Dated: New York, New York
      April 15, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.