*Docket rule*

# Ballard Spahr
LLP

------------------------

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Joseph Slaughter
Tel: 646.346.8028
Fax: 212.223.1942
slaughterj@ballardspahr.com

April 15, 2024

Hon. Sidney H. Stein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Menendez et al.*, No. 23-cr-00490 | Media Coalition Motion to
Unseal (ECF Nos. 282, 283)

Dear Hon. Stein:

We write on behalf of the Media Coalition[1] which, at the Court's direction, filed a motion on April 5, 2024, seeking the unsealing of certain redacted information contained in Defendant Robert Menendez's Severance Motion. *See* ECF Nos. 282, 283.

Per the Court's order of April 1, 2024, any opposition to the Media Coalition motion was due on April 10, 2024. ECF No. 269. That date has come and gone, and no opposition has been filed. Accordingly, the Media Coalition respectfully requests that the Court grant its motion as unopposed, and order Senator Menendez to file an unredacted copy of his Severance Motion on the docket immediately.

While the Media Coalition is mindful that this is a very active and high-profile case, and that there has been a lot of activity on the docket over the past week, we respectfully

---

[1] The Media Coalition consists of: NBCUniversal Media LLC d/b/a NBCUniversal News Group; Cable News Network, Inc.; American Broadcasting Companies, Inc. d/b/a ABC News; Gannett Satellite Information Network, LLC d/b/a Bergen Record; Politico, LLC; Fox News Network, LLC; New Jersey Globe; WP Company LLC d/b/a The Washington Post; CBS Broadcasting Inc. d/b/a CBS News; The E.W. Scripps Company o/b/o CourtTV and Scripps News; NYP Holdings, Inc. d/b/a New York Post; The Associated Press; and Bloomberg L.P.

Hon. Sidney H. Stein
April 15, 2024
Page 2

request that the Court not allow this important First Amendment issue to go unresolved, given the lack of opposition and the importance of the relief sought.

Very truly yours,

Joseph Slaughter

JS/mm