UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | (S4) 23-Cr-490 (SHS) |
| -v- | : | |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES, | : | ORDER |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court will hold a pretrial conference on April 17, 2024, at 10:00 a.m. in Courtroom 23A to discuss the proposed stipulation and the timing of the trial.

Dated: New York, New York
      April 16, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.