

April 17, 2024

<u>*VIA ECF*</u>

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

Re:   <u>United States v. Menendez et al.</u>, No. S4 23 Cr. 490 (SHS)

Dear Judge Stein:

Pursuant to the Court's Order during the April 17, 2024, pretrial conference, we hereby file the attached April 16, 2024, email correspondence. Its accompanying attachment will be submitted for filing under seal.

                                                          Very truly yours,

                                                          <u>/s/ *Avi Weitzman*</u>
                                                          Avi Weitzman
                                                          Adam Fee

                                                          *Attorneys for Defendant Robert Menendez*