UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES, | : | <u>ORDER</u> |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Each defendant is directed to appear in person at the 10:30 a.m. conference tomorrow.

Dated: New York, New York
       April 18, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.