

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

April 19, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Robert Menendez, et al.*,
    S4 23 Cr. 490 (SHS)

Dear Judge Stein:

The Government respectfully writes in the above-captioned matter to notify the Court and the defendants that the Government has filed with the Classified Information Security Officer a classified motion *in camera* and under seal, but not *ex parte*, pursuant to Section 6(a) of the Classified Information Procedures Act.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ Eli J. Mark
     Eli J. Mark
     Daniel C. Richenthal
     Assistant United States Attorneys
     (212) 637-2431/2109

     MATTHEW G. OLSEN
     Assistant Attorney General
     National Security Division

By:  s/ Christina A. Clark
     Christina A. Clark
     Trial Attorney
     (202) 307-5791

cc: (by ECF)

    Counsel of Record