UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court has reviewed the Government's classified, *ex parte* supplemental Section 4 CIPA submission filed on April 15, 2024, and has previously held 1) an *in camera, ex parte* Section 4 hearing with the Government on March 28, 2024, with respect to the Government's *in camera, ex parte* filing on February 9, 2024, and 2) an *in camera, ex parte* Section 4 hearing with defendants on April 4, 2024, concerning the Government's *in camera, ex parte* filings on February 9, 2024, and March 29, 2024. The Court granted the Government's motion for a protective order with respect to classified materials on April 17, 2024. (ECF No. 332.) The Court now finds that no additional Section 4 conferences are needed at this time.

On April 19, 2024, the Government, pursuant to Section 6(a) of CIPA, requested the Court to conduct an *in camera* hearing to make all determinations concerning the use, relevance, or admissibility of the classified information that defendants, in their submissions pursuant to Section 5 of CIPA on April 10, 2024, state that they reasonably expect to disclose at trial. The parties are directed to attempt to agree on the use of the classified information at issue in advance of the *in camera* Section 6(a) CIPA hearing to take place on Tuesday, April 23, 2024, at 2:30 p.m. in Courtroom 6B.

Dated: New York, New York
April 22, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.