UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - *v.*- | :   S4 23 Cr. 490 (SHS) |
| ROBERT MENENDEZ, *et al.*, | : |
| Defendants. | : |

---------------------------------------------------------------x

IT IS HEREBY ORDERED THAT, at the Government's request, Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States v. Robert Menendez, et al.*, S4 23 Cr. 490 (SHS), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, May 13, 2024.  Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

SO ORDERED:

Dated: April __, 2024
       New York, New York

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE