AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cr-490 |
| ROBERT MENENDEZ, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wael Hana.

Date: 04/23/2024

s/ Kelsey A. Ball
*Attorney's signature*

Kelsey A. Ball (5493788)
*Printed name and bar number*
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

*Address*

kball@gibbonslaw.com
*E-mail address*

(973) 596-4753
*Telephone number*

(973) 639-8359
*FAX number*