**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 23-490 (SHS) |
| ROBERT MENENDEZ, *et al.*, | *Document Electronically Filed* |
| Defendants. | |

**DEFENDANT WAEL HANA'S NOTICE OF FILING**

 

                                                     **GIBBONS P.C.**
                                                   One Gateway Center
                                                   Newark, New Jersey 07102
                                                   (973) 596-4500

Pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. §§ 1-16, Paragraph 25 of the Protective Order Pertaining to Classified Information (ECF No. 234), and the Court's oral instruction during the April 24, 2024 pretrial conference, Defendant Wael Hana hereby provides notice that on April 24, 2024, Mr. Hana, through counsel and jointly in behalf of Defendants Senator Robert Menendez and Fred Daibes, filed a letter brief in opposition to the Government's CIPA § 6(a) motion through the designated Classified Information Security Officer assigned to this matter for service by hand to the Government and the Court.

Dated:  April 24, 2024

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg

*s/ Anne M. Collart*
Anne M. Collart

*s/ Christina M. LaBruno*
Christina M. LaBruno

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500