

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 26, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    ***United States v. Robert Menendez, et al.*,**
           **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

     The Government respectfully writes in the above-captioned matter to notify the Court and the defendants that the Government has filed with the Classified Information Security Officer a classified submission *in camera* and under seal, but not *ex parte*, in support of its motion pursuant to Section 6(a) of the Classified Information Procedures Act.

                     Respectfully submitted,

                     DAMIAN WILLIAMS
                     United States Attorney

        By:    s/ Eli J. Mark
                     Eli J. Mark
                     Daniel C. Richenthal
                     Assistant United States Attorneys
                     (212) 637-2431/2109

                     MATTHEW G. OLSEN
                     Assistant Attorney General
                     National Security Division

        By:    s/ Christina A. Clark
                     Christina A. Clark
                     Trial Attorney
                     (202) 307-5791

cc:    (by ECF)

      Counsel of Record