UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ et al.,<br><br>Defendants. | Case No. S4 23 Cr. 490 (SHS) |

### SENATOR ROBERT MENENDEZ'S
### NOTICE OF MOTION FOR RULE 15 DEPOSITIONS

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith and the Declaration of Avi Weitzman (the "Weitzman Declaration") and Exhibits thereto, Senator Robert Menendez hereby moves this Court for an Order pursuant to Federal Rule of Criminal Procedure 15 permitting Senator Menendez to take depositions of the individuals identified in the Weitzman Declaration, and granting such other relief as the Court deems just and proper.

Dated: April 26, 2024

Respectfully submitted,

/s/ *Adam Fee*

**PAUL HASTINGS LLP**

Adam Fee
Avi Weitzman
Robert D. Luskin
200 Park Avenue
New York, N.Y. 10166
(212) 318-6000

*Attorneys for Defendant Robert Menendez*