# Exhibit B

# (Menendez April 24 Rosenbaum Notice)

# PAUL HASTINGS

April 19, 2024

Daniel C. Richenthal
Paul M. Monteleoni
Eli J. Mark
Lara Pomerantz
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:   *United States v. Menendez et al.*, No. S4 23 Cr. 490 (SHS)

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), and in accordance with the agreement reached between the parties on April 2, 2024, and the Court's Order of earlier today, Senator Menendez hereby provides notice that he anticipates calling the following witnesses at trial in this matter.  This notice is subject to the confidential "Protected Material" provisions of the Court's protective order.

Dr. Karen B. Rosenbaum

Senator Menendez anticipates calling Dr. Karen B. Rosenbaum MD, DFAPA, as an expert witness, pursuant to Rule 16(b)(1)(C). Dr. Rosenbaum's qualifications are set forth in her curriculum vitae, which is attached.

Dr. Rosenbaum is expected to testify at trial that Senator Menendez experienced two significant traumatic events that resulted in the development of ████████████████████████ . In particular, Dr. Rosenbaum is expected to testify that Senator Menendez suffered intergenerational trauma stemming from his family's experience as refugees, who had their funds confiscated by the Cuban government and were left with only a small amount of cash that they had stashed away in their home. Dr. Rosenbaum is also expected to testify that Senator Menendez experienced trauma when his father, a compulsive gambler, died by suicide after Senator Menendez eventually decided to discontinue paying off his father's gambling debts.

Furthermore, Dr. Rosenbaum is expected to testify that the ████ Senator Menendez developed as a result of these traumas was never treated. The ████ and lack of treatment resulted in a fear of scarcity for the Senator and the development of a longstanding coping mechanism of routinely



April 19, 2024
Page 2

withdrawing and storing cash in his home. Dr. Rosenbaum's conclusions are also based on here experience and research that demonstrates that such coping mechanisms are a common response to scarcity among trauma victims, especially for those who suffer from intergenerational trauma.

In addition to her experience and research, Dr. Rosenbaum's conclusions are based on evaluations she conducted of Senator Menendez, as well as a review of discovery produced in the case, including photographs of the cash seized from Senator Menendez's home, Senator Menendez's bank records, and photographs taken of the interior of Senator Menendez's home, as well as her review of relevant scientific literature.

*4/24/2024*

Russell Richardson

Senator Menendez anticipates calling Russell Richardson, CPA, CFE, as an expert witness pursuant to Federal Rule 16(b)(1)(c).  Mr. Richardson's qualifications are set forth in his curriculum vitae, which is attached.

Mr. Richardson is expected to testify that Senator Menendez's spending habits throughout the relevant time were consistent with his income and compensation as a U.S. Senator and from a rental property he owns; that is, that Senator Menendez lived within his means.  He is also expected to testify that Senator Menendez did not, during the relevant time, regularly make extravagant purchases nor did he excessively transfer funds or items of value to any other person (including his wife, Nadine Menendez).

Mr. Richardson is expected to testify that his conclusions are based upon review of records of Senator Menendez's depository accounts, credit card statements, tax returns, financial disclosures and related financial documents, interview(s) with the Senator, and Mr. Richardson's training and experience as a forensic accountant.

Senator Menendez reserves the right to supplement this notice with notice of additional potential expert witnesses and/or additional information concerning the witnesses disclosed herein.

Truly yours,

/s/ *Adam Fee*

Adam Fee
Avi Weitzman

*Attorneys for Defendant Robert Menendez*

# KAREN B. ROSENBAUM MD, DFAPA

THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY
DIPLOMATE IN PSYCHIATRY
WITH CERTIFICATION IN THE
SUBSPECIALTY OF FORENSIC PSYCHIATRY



NEW YORK, NY 10010
T
F
@GMAIL.COM

## CURRICULUM VITAE

### EDUCATION:
Barnard College, Columbia University, 1989-1993
New York, NY
B.A., Psychology

Manhattan School of Music, 1989-1991
New York, NY
Piano, Minor in Music

Columbia University, 1995-1997
New York, NY
Post-Baccalaureate, Pre-medical Program

University of Chicago, Pritzker School of Medicine 1998-2002
Chicago, IL
Doctor of Medicine, June 2002

### POST-GRADUATE TRAINING:
New York Presbyterian Hospital-Cornell, Payne Whitney Clinic, 2002-2006
New York, NY
Residency training program in psychiatry, Completed June 2006

UCLA Medical Center 2006-2007
Los Angeles, CA
Forensic Psychiatry San Fernando Valley Fellowship Program

### LICENSES AND CERTIFICATIONS:

The University of the State of **New York** Education Department Office of the
Professions State Medical License #230257

Medical Board of **California** State Medical License #A94808

State of **Illinois** Department of Financial and Professional Regulation Medical License #036 150719

**Texas** State Medical Board License #S6291

**Washington** State Department of Health Medical License #60998459

Diplomate, American Board of Psychiatry and Neurology Certificate # 57354, issued May 2007, renewed May, 2017

Diplomate, American Board of Psychiatry and Neurology in the subspecialty of Forensic Psychiatry Certificate # 1788, issued May, 2009, renewed May, 2017

Diplomate, American Board of Addiction Medicine # 2014284 , issued January 2015

## HONORS AND AWARDS:
### College:
| | |
|---|---|
| 1989-1993 | Dean's List |
| 1993 | Phi Beta Kappa |
| 1993 | Magna Cum Laude |

### Medical School:
| | |
|---|---|
| 1999 | University of Chicago Pritzker School of Medicine NIH Summer Research Award |
| 1999-2002 | Joseph Collins Foundation Scholarship Award (one per year) |
| 2000 | Presidential Poster Session, American Geriatrics Society Meeting, Nashville, TN |
| 2001-2002 | Calvin Fentress Senior Research Award |

### APA:
| | |
|---|---|
| 2023 | Distinguished Fellow of the APA (DFAPA) |

## ACADEMIC APPOINTMENTS:
| | |
|---|---|
| 2015- present | Clinical Assistant Professor of Psychiatry, New York University Langone Medical Center, New York, NY |
| 2010- present | Attending Faculty, New York Presbyterian Hospital, Weill Cornell |

Medical Center, New York, NY

2010- 2015          Adjunct Assistant Professor of Psychiatry, New York University
                    Langone Medical Center Medical Center, New York, NY

2008-2010           Assistant Professor of Behavioral Sciences, Albert Einstein College
                    of Medicine, New York, NY

## HOSPITAL APPOINTMENTS:

2010-present        Assistant Attending Psychiatrist, New York Presbyterian Hospital,
                    Weill Cornell Medical Center, New York, NY

2009-2014           Attending Psychiatrist, Woodhull Hospital, New York University
                    Medical Center, Queens, NY

2007-2009           Attending Psychiatrist, Bronx Lebanon Hospital Center, Albert
                    Einstein College of Medicine, Bronx, NY

## PROFESSIONAL EXPERIENCE:

2015-present        Attending, Private Practice Rotation, Forensic Psychiatry
                    Fellowship, New York University Langone Medical Center, New
                    York, NY

2012-present        Forensic Psychiatry Expert, Article 18b Panel, Assigned Counsel
                    Plan, New York NY

2009-2014           Attending Psychiatrist, Woodhull Hospital, New York University
                    Langone Medical Center, New York, NY

2009-present        Forensic Psychiatrist, Park Dietz and Associates, Newport Beach,
                    CA, Forensic psychiatric evaluator and consultant for cases in New
                    York

2008-present        Adult and Forensic Psychiatrist in Private Practice, New York, NY

2007-2009           Attending Psychiatrist, Bronx Lebanon Hospital, Albert Einstein
                    Medical Center, Bronx, NY

2007- 2009          Forensic Psychiatric Evaluator, Bronx TASC Mental Health Court,
                    Bronx, NY

2007                Forensic Psychiatrist, Metropolitan State Hospital, UCLA
                    Department of Forensic Psychiatry, Norwalk, CA

2006                Emergency Psychiatrist, UCLA Olive View Medical Center, Sylmar,
                    CA

2006                Staff Psychiatrist, Twin Towers Correctional Facility, Los Angeles
                    County, Los Angeles, CA

2006                Forensic Psychiatric Consultant, UCLA-Olive View Medical Center,
                    Sylmar, CA

2006                Forensic Psychiatric Consultant, Mental Health Courthouse, Los

3

Angeles, CA

<u>TEACHING EXPERIENCE:</u>

| | |
|---|---|
| 2024 | Attending, Mock Trial Experience, for Forensic Fellowship Program for NYC Fellowships (NYU, Albert Einstein, UMDNJ, and Columbia) |
| 2020-present | Guest Lecturer, Forensic Fellowship Program at Case Western Reserve, Ohio, Lecture on Asylum Evaluations. Zoom |
| 2020 | Lecturer, NYU Medical Students Forensic Psychiatry Interest Group, Insanity Defense. New York, NY |
| 2020 | Guest Lecturer, Forensic Fellowship program for UCLA, Case Presentation of an Insanity Defense. Los Angeles, CA |
| 2017-present | Lecturer, Forensic Psychiatry Curriculum, 2nd and 3rd year residents, (Violence Risk assessment, Insanity Defense) New York Presbyterian Hospital, Weil Cornell. New York, NY |
| 2014-present | Lecturer, Forensic Fellowship Program for NYU, Albert Einstein, UMDNJ, and Columbia (Insanity Defense, Partial Defenses, Role of Forensic Expert, Intoxication), New York, NY |
| 2014-2016 | Lecturer, Child and Adolescent Fellows at NYU on Bullying and Anti-Bullying Legislation, New York, NY |
| 2012-present | Supervisor, to Forensic Psychiatry Fellows at NYU as part of their Private Practice Forensic Psychiatry experience, New York, NY |
| 2011-2014, 2021 | Supervisor, to Forensic Psychiatry Fellows for Intensive Trial Advocacy Program (ITAP) at Cardozo Law School, New York, NY |
| 2011-2014 | Course Instructor, Weil Cornell Medical School. Six-week Case History Class in to third year medical students as part of psychiatry clerkship, New York, NY |
| 2009-2018 | Lecturer, Addiction Fellowship, NYU, Lectured NYU Forensic and Addiction Fellows on Diminished Capacity and Criminal Responsibility in issues of Substance Use, New York, NY |
| 2009-present | Module Leader, for the NYU Forensic Fellowship Program Didactics: Insanity Defense Module and Neuroscience in Forensic Psychiatry, New York, NY |
| 2009 | Lecturer, First year psychiatric residents at Albert Einstein College of Medicine, The Homicidal/Violent Patient: Introduction to Risk Assessment and Management. Bronx, NY |
| 2008 | Course Instructor, Maimonides Medical Center, Taught a four-week course on Forensic Psychiatry to third and fourth year psychiatry residents, New York, NY |

| | |
|---|---|
| 2008 | Lecturer, Bronx Lebanon Hospital Center, Lectured to first and second year residents on Social Anxiety Disorder, Bronx, NY |
| 2007-2009 | Supervisor, Albert Einstein Medical College, Supervised Fellows in the Albert Einstein Medical College Forensic Fellowship Program during their four-month rotation evaluating inmates for potential diversion into treatment programs through the TASC agency in Bronx, NY |
| 2002 | Preceptor, for a group of four medical students in Physical Diagnosis, University of Chicago, Pritzker School of Medicine, Chicago, IL |
| 2002 | Assistant teacher, for the first year medical student course in Introduction to Behavioral Sciences at the University of Chicago, Pritzker School of Medicine, Chicago, IL |
| 2002 | Assistant teacher, for an undergraduate course in genetics and biological correlates of mental illness at the University of Chicago, Chicago, IL |
| 1997 | Assistant teacher, Biology Laboratory for premedical undergraduates and post-baccalaureate students, Columbia University, New York, NY |

## RESEARCH EXPERIENCE:

| | |
|---|---|
| 2006-2007 | UCLA Forensic Fellowship Program<br>Project: Stalking Behavior as an Element of Paraphilic Rape |
| 2005-2006 | New York Presbyterian Hospital, Cornell and Columbia, New York State Psychiatric Institute<br>Project: Symptoms of Personality Disorder and Attrition during a Controlled Trial of Treatment for Bulimia Nervosa |
| 1999-2002 | University of Chicago, Pritzker School of Medicine, Section of Geriatric Medicine<br>Project:  Informed consent for patients with dementia using linguistics model |
| 1996-1998 | St. Luke's-Roosevelt Hospital Center, Department of Medicine, Division of GI Immunology<br>Projects:  Body composition and nutrition in controls and patients with chronic disease |

1995-1996    St. Luke's-Roosevelt Hospital Center, Department of Medicine
             Body Composition Unit
             <u>Project</u>:  Body composition assessment in ballet dancers

1993-1995    Columbia Presbyterian Medical Center, New York State Psychiatric
             Institute, Late Life Depression Clinic, Dept. of Clinical
             Psychopharmacology
             <u>Project:</u> Safety and Efficacy of Paxil in patients with heart disease and
             depression

1992-1993    Columbia Presbyterian Medical Center, New York State Psychiatric
             Institute, Department of Behavioral Medicine,
             <u>Project</u>:  Interactions of hormones, mood and the menstrual cycle

1991-1992    Barnard College, Department of Psychology
             <u>Project</u>:  Effects of acetylcholine on spatial memory in rats

## <u>COMMITTEE ASSIGNMENTS:</u>
<u>National and Regional:</u>

2024-2025      Program Chair of the American Academy of Forensic Sciences (AAFS)
               Annual Meeting in Baltimore, MD
2023-2024      Member of Advisory Panel for the Second Annual PsychSummit
2023-2024      Assistant Program Chair of the AAFS Annual Meeting in Denver, CO
2022-present.  Program Committee, American Psychiatric Association (APA)
2022           Program Co-Chair of the American Academy of Psychiatry and the Law
               (AAPL) 53rd Annual Meeting in New Orleans, LA
2021-2023      **Vice-president** of AAPL
2021-present   Co-chair, Media and Public Relations Committee of AAPL
2021-present   Task Force member, Understanding Disparities in Evaluations and
               Addressing our Biases in Forensic Practice (AAPL)
2024-present
2018-2021;     Board of Directors, American Academy of Forensic Sciences (AAFS)
2020-2021      Secretary of AAPL
2020           Co-chair of the Government Affairs Committee of AAPL
2019-present.  Member of New York County Psychiatric Society (NYCPS) Forensic
               Committee
2018-2021      Member of Nominating Committee, AAFS
2018-2020      Member of Nominating Committee, AAPL

| | |
|---|---|
| 2018-2020 | Councilor, AAPL |
| 2018-present | Member, Addictions Committee, AAPL |
| 2018-present | Member, Government Affairs Committee, AAPL |
| 2018-2021 | Member, Media and Public Relations Committee, AAPL |
| 2015-2019 | Member, Peer Review Committee, AAPL |
| 2015-2018 | Chair, Psychiatry and Behavioral Section for AAFS |
| 2013-2015. | Secretary, Psychiatry and Behavioral Section for AAFS |
| 2011-2017 | Chair, Liaison to Forensic Sciences Committee, AAPL |
| 2013, 2015 | Councilor, Society of Adolescent Psychiatry, New York Chapter |
| 2011-present | Member, Cross Cultural Committee, AAPL |
| 2010-present | Member, Ethics Committee, AAPL |
| 2010-2011 | Program Chair, Section on Psychiatry and Behavioral Sciences for the AAFS, 63rd Annual Scientific Meeting, Chicago, IL |
| 2008-2011 | Member, Early Career Forensic Psychiatry Committee, AAPL |
| 2007 | California Representative, Department of Government   Relations of the APA, to promote the political mission of the APA in Washington D.C during Advocacy Day |

Medical School:

| | |
|---|---|
| 2001-2002 | Co-founder, Humanism in Medicine Group sponsored by Arnold P. Gold Foundation |
| 1999 | Transition Team Leader, First Year Orientation University of Chicago, Pritzker School of Medicine |

Hospital:

| | |
|---|---|
| 2007-2009 | Residency Applicant Committee, Bronx Lebanon Hospital Center |
| 2007-2009 | High Risk Assessment Committee, Bronx Lebanon Hospital Center |
| 2004-2005 | Co-leader of Residency Council, Cornell Payne Whitney Residency Program |

## MEMBERSHIPS/POSITIONS IN PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 2023 | Distinguished Fellow, American Psychiatric Association (APA) |
| 2022-2023 | Fellow, American Psychiatric Association (APA) |
| 2021-2023 | Vice-Preseident, American Academy of Psychiatry and the Law (AAPL) |

2020-2021      Secretary, AAPL

2018-2021      Board of Directors, American Academy of Forensic Sciences (AAFS)

2017-2019      Councilor, AAPL

2016-2018      Chair, Psychiatry and Behavioral Science section of AAFS

2015-present   Fellow, Psychiatry and Behavioral Science section of AAFS

2014-present   Member, American Society of Addiction Medicine (ASAM)

2010-2011      Program Chair, Psychiatry and Behavioral Science section of AAFS

2008-2015      Member, Psychiatry and Behavioral Science section of AAFS

2005-present   Member, AAPL

2003-2022      Member, APA

OTHER PROFESSIONAL ACTIVITIES:

2024           Resource Physician, Major League Baseball (MLB) Rookie Program

2021-present   Editorial Board, Journal of Forensic Sciences (JFS)

2020           Certificate in Global Mental Health: Trauma and Recovery, Harvard
               Medical School Course, November 11, 2019-May 21, 2020

2020-present   Reviewer for Australasian Psychiatry

2019-present   Editorial Board, Journal of American Psychiatry and the Law (JAAPL)

2019-present   Editorial Board, Newsletter of American Psychiatry and the Law

2019-present   Reviewer for the Journal of Immigrant and Minority Health (JOIH)

2019           Training and certification in providing medical and psychological
               documentation for torture survivors seeking asylum by Weil Cornell

8

Center for Human Rights (WCCHR) partnered with Physician for Human Rights (PHR)

2018-present: Reviewer for the Journal of American Psychiatry and the Law (JAAPL)

2016-2018:   Contemplative Psychotherapy Course at Nalanda Institute; Certificates in Mindfulness Training and Compassionate Care Training

2015-2018:   Chair of the Psychiatry and Behavioral Science Section of AAFS

2014-2015:   Secretary of the Psychiatry and Behavioral Science Section of AAFS

2010-present: Reviewer for the American Academy of Forensic Sciences Journal

2008-2010:   Two-year Psychodynamic psychotherapy course at Columbia Psychoanalytic Center/Certificate

2004-2005:   New York Psychoanalytic Institute, One Year Introductory course

2001-2002:   Asthma Educator, University of Chicago Hospitals

1998-2000:   Pianist, chamber group for various memorial services including Memorial Service for Anatomy, Pediatric Memorial Services, and Adult Memorial Services at the University of Chicago Hospitals

1994-1998:   Volunteer Advocate, Rape Crisis Intervention Program, Mount Sinai Medical Center

## PUBLICATIONS:

### Original Reports:

**Rosenbaum KB**, Rosmarin D: The Boundaries of Critiquing a Colleague. *Journal of American Academy of Psychiatry and the Law* **49(4):** 470-472, 2021

Fernando EF, **Rosenbaum KB**, Friedman SH: Showtime's *The Affair*: the Rashomon effect, eye witness testimony, and lack of reliability in homicide. *Australasian Psychiatry* **28(4):** 431-432, 2020

**Rosenbaum KB**, Darby WC: Weinstock R: Ethical Responsibilities of Physicians: Capital Punishment in the 21st Century. *Psychiatric Annals* **45**: 615-21, 2015

**Rosenbaum K**, Wang J, Pierson Jr. RN, Kotler DP.  Time-dependent variation in weight and body composition in healthy adults.  Journal of Parenteral and Enteral Nutrition, 2000.  Mar-Apr; 24(2):52-5.

Kotler DP, **Rosenbaum K**, Wang J, Pierson Jr. RN.  Studies of body composition and fat distribution in HIV infected and control subjects.  Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology, 1999.  Mar; 20(3):228-37.

Kotler DP, **Rosenbaum K**, Allison D, Wang J, Pierson Jr. RN.  Validation of bioimpedance analysis as a measure of change in body cell mass as estimated by whole body counting of potassium in adults.  Journal of Parenteral and Enteral Nutrition, 1999.  Nov-Dec; 23(6):345-9.

<u>Reviews, Books and Book Chapters:</u>

**Rosenbaum KB,** Friedman SH: Femme-Fatale Frauds: A Review of *Inventing Anna* and *the Dropout. J Am Acad Psychiatry Law* **50**(3): 490-492. 2022

**Rosenbaum KB**, Holmberg T. Negligent Psychotherapy. In Ash P, Frierson R, Friedman SH (Eds): Malpractice and Liability in Psychiatry. Springer: 2022

Friedman SH, **Rosenbaum KB**: Forensic Psychiatrist Gets *Too Close. J Am Acad Psychiatry Law* **50**(1): 164-166. 2022

**Rosenbaum KB**, Friedman SH: Nine Perfect Strangers Review. *Psychiatric Times.* October 20, 2021. Available at: https://www.psychiatrictimes.com/view/nine-perfect-strangers

**Rosenbaum KB**, Friedman JB, Friedman SH: Jeffrey Epstein: Filthy Rich: Sexual Assault Survivors and the Justice System. *J Am Acad Psychiatry* Law **49**: 144-145, 2021

**Rosenbaum KB,** Friedman SH: Little Fires Everywhere: Arson, Surrogacy, and Safe Havens. *J Am Acad Psychiatry Law* **48**: 574-575, 2020

**Rosenbaum KB**, Friedman SH: 'The Undoing': A Dramatization of 'You Should Have Known.' *Clinical Psychiatry News and Current Psychiatry*. January 14, 2021. Available

at: https://www.mdedge.com/psychiatry/article/234593/business-medicine/undoing-dramatization-you-should-have-known?channel=52

Hicks C, Friedman SH, **Rosenbaum KB**: Trauma versus Immorality: A Review of *The Sinner. J Am Acad Psychiatry Law* **48**: 418-419, 2020

Beda A, **Rosenbaum KB**, Friedman SH: Munchausen's Syndrome by Proxy, Medical Child Abuse, and *Darling Rose Gold. J Am Acad Psychiatry Law* **48**: 419-421, 2020

**Rosenbaum KB**: Review of: Behavioral Forensics: Using Applied Behavioral Analysis in Psychological Court Evaluations. *Journal of Forensic Sciences.* August 4, 2020. Available at: https://doi.org/10.1111/1556-4029.14530

**Rosenbaum KB**, Friedman SH: 'Defending Jacob' and defending psychiatry. *Clinical Psychiatry News and Current Psychiatry.* July 24, 2020. Available at: https://www.mdedge.com/psychiatry/article/226007/schizophrenia-other-psychotic-disorders/defending-jacob-and-defending?channel=52

Friedman SH, **Rosenbaum KB**: 'After Life' and before good treatment. *Clinical Psychiatry News and Current Psychiatry.* June 1, 2020. Available at: https://www.mdedge.com/psychiatry/article/223105/depression/after-life-and-good-treatment

**Rosenbaum KB**, Friedman JB, Friedman SH: *Unbelievable*: Myths and Realities of Sexual Assault. *J Am Acad Psychiatry Law* **48**: 138-139, 2020

**Rosenbaum KB**, Friedman SH, Galley N: The Act. *J Am Acad Psychiatry Law* **47**: 534-6, 2019

Friedman, SH, **Rosenbaum KB**: Escape at Dannemora. *J Am Acad Psychiatry Law* **47**: 532-3, 2019

Friedman SH, **Rosenbaum KB**: 'Joker' filled with mental illness misconceptions. *Clinical Psychiatry News and Current Psychiatry.* October 23, 2019. Available at https://www.mdedge.com/psychiatry/article/210740/mixed-topics/joker-filled-mental-illness-misconceptions

**Rosenbaum KB**, Friedman SH: Leaving Neverland: HBO's Controversial Documentary. *J Am Acad Psychiatry Law* **47**: 395-6, 2019

11

**Rosenbaum KB**: Forensic Psychiatrists Explore True Crime and Family Murder. *Psychiatric Times*. June 4, 2019
Available at https://www.psychiatrictimes.com/film-and-book-reviews/forensic-psychiatrists-explore-true-crime-and-family-murder

**Rosenbaum KB**, Friedman SH: You (the Novel and the Television Series). *J Am Acad Psychiatry Law* **47**: 267-8, 2019

**Rosenbaum K**, Galley N, Friedman SH: Review of Sharp Objects (The Novel and the Series). *J Am Acad Psychiatry Law* **47**: 127-8, 2019

**Rosenbaum KB**, Friedman SH: Review of Showtime's The Affair. *J Am Acad Psychiatry Law* **47**: 130-1, 2019

**Rosenbaum KB**, Lewin RM: Cultural Assessment, in *Clinical Handbook of Adolescent Addiction*. Edited by Rosner R. Hoboken, NJ: Wiley-Blackwell, 2013, pp 199-213

**Rosenbaum KB**: Review of: Personality Traits, 3ʳᵈ ed. *Journal of Forensic Sciences*, **56**: 274, 2011

**Rosenbaum K** Eating Disorders, in S. Ferrando (Ed.) *Psychiatry-In-Review*. New York, NY: Educational Testing and Assessment Systems, 2006


## Newsletter Articles:

**Rosenbaum KB**: Park Dietz, MD, PhD: A Forensic Psychiatrist's Journey. AAPL Newsletter **49**(1) Winter 2024

**Rosenbaum KB**: Bryan Stevenson, JD: American Justice: Mercy, Humanity and Making a Difference. AAPL Newsletter **48**(1) Winter 2023

**Rosenbaum KB**, Ross N, Guina J, Scott C: Improv-ing the Forensic Interview. AAPL Newsletter **48**(1) Winter 2023

Friedman SH, Ross N, Landess J, **Rosenbaum KB**, Michaelson K, Nesbit A, Dupre J, Kaempf A, Seeber R, Glezer A: Pregnancy Termination: Medico-Legal and Forensic Implications. AAPL Newsletter **47**(3) Fall 2022

**Rosenbaum KB**, Hall R: The 53ʳᵈ Annual AAPL Program Preview of The Whole Truth: Recognizing Gender and Culture in Forensic Psychiatry. AAPL Newsletter **47**(2) Spring 2022

**Rosenbaum KB**: Addressing Sexual Violence and Gender Discrimination: Moving from Institutional Betrayal to Institutional Courage: Jennifer J. Freyd, PhD. AAPL Newsletter **47**(1), Winter 2022

**Rosenbaum KB**, Friedman SH, Hall R, Cerny-Suelzer C. Taking the BITE out of Disinformation and Cult Effects in the Time of COVID. **47**(1), Winter 2022

**Rosenbaum KB**: Anthony Giamberdino, MD: Trudging the Road to Happy Destiny. *AAPL Newsletter* **46**(1), Winter 2021

**Rosenbaum KB,** Kambam P, Pozios VK, Wagoner R, Friedman SH: Effects of Media on Psychiatrist and Patient Wellness. *AAPL Newsletter* **46**(1), Winter 2021

**Rosenbaum KB,** Cerny-Suelzer C, Friedman SH, Wasser T: Television and Podcast Series: Teaching Forensic Psychiatry and using Narrative Medicine through True Crime and Fiction. *AAPL Newsletter* **45**(3), Fall 2020

**Rosenbaum KB,** Thompson C, Scott C, Trestman RL, Champion M: Forensic Psychiatry Liaison to Policy-Makers: New Mental Health Laws. *AAPL Newsletter* **45**(3), Fall 2020

**Rosenbaum KB**: Stephen A. Young, MD: The Unique Practice Environment of the Foreign Service. *AAPL Newsletter* **45**(1), Winter 2020

**Rosenbaum KB**, Friedman SH, Cerny-Suelzer C, Weiss K: Entertainment Reviews: Fluff or Forensic Teaching Tool? *AAPL Newsletter* **45**(1), Winter 2020

**Rosenbaum KB**: Game of Thrones and The Origins of AAPL at the APA. *AAPL Newsletter* **44**(3), September 2019

Freitas C, **Rosenbaum KB**, Candilis P, Bechtel D, Knoll J: An Autopsy of Mass Shootings.  *AAPL Newsletter* **44**(1), January 2019

**Rosenbaum KB**: AAFS goes to Cuba: An Exploration of Forensic Sciences in Havana. *AAPL Newsletter* **43**(3), September 2018

**Rosenbaum KB**, Prabhu M: Responses to New Executive Orders on Immigration. *AAPL Newsletter* **43**(1), January 2018

**Rosenbaum KB**, Pouncey, C: The Goldwater Rule and Presidential Mental Health: Pros and Cons APA Symposium on May 21, 2017, Updates from the APA. *AAPL Newsletter* **42**(3), September 2017

**Rosenbaum KB**: Ethical Issues in Psychodynamic Practice, Updates from the APA. *AAPL Newsletter* **42**(1), January 2017

**Rosenbaum KB**, Dwyer RG, Barton DJ, Federoff PJ: Internet Crimes Against Children A Forensic Analysis. *AAPL Newsletter* **42**(1), January 2017

**Rosenbaum KB**, Wagoner R, Lopez-Leon M: Designer Drugs: Legal and Forensic Aspects. *AAPL Newsletter* **41**(1), January 2016

**Rosenbaum KB**, Prahbu M, Torres F, Simpson A, Friedman SH: Spiritual or Psychotic? Culture and Forensic Psychiatry. *AAPL Newsletter* **39**(1), January 2015

<u>Proceedings of Meetings and Courses:</u>

2023   Panel Presentation: Balance, Bias, Boundaries: Psychotherapy and Forensics. American Academy of Psychiatry and the Law (AAPL) Annual Meeting. Chicago, IL October 21, 2023

2023   Panel Presentation: Forensic Mental Health Legislation: Balancing our Obligation. AAPL Annual Meeting. Chicago, IL October 22, 2023

2023   Panel Presentation: Cult Leaders: The Fine Line Between Mental Illness and Opportunism. San Francisco, CA. American Psychiatric Association (APA) Annual Meeting. May 21, 2023

2023   Panel Presentation: Cult Leaders: Understanding Munchausen's by Proxy or Factitious Disorder Imposed on Another: Child Abuse by Another Name.  APA Annual Meeting. San Francisco, CA. May 20, 2023

2022   Panel Presentation: Challenges and Solutions in Forensic Professional Development. AAPL Annual Meeting. New Orleans, LA. October 26, 2022

2022   Panel Presentation: Munchausen's by Proxy: Child Abuse by Another Name. AAPL Annual Meeting. New Orleans, LA October 27, 2022

2022   Workshop: Improv-ing the Forensic Interview. AAPL Annual Meeting. New Orleans, LA. October 28, 2022

2022   Panel Presentation: The BITE of Cults in Our Culture in the Age of COVID. APA Annual Meeting. New Orleans, LA. May 22, 2022

2021   Panel Presentation: Taking the BITE out of Disinformation and Cult Effects in the Time of COVID. AAPL Annual Meeting, online. October 23, 2021.

2021   Panel Presentation: More Human than Otherwise: How COVID Unmasks Our Shared Humanity. AAPL Annual Meeting, online. October 21, 2021.

2021   Panel Presentation: Stigma and Mental Illness: Using the 2019 film *Joker* to illustrate portrayals of mental illness in popular culture. American Psychiatric Association (APA) On Demand Presentation for the annual meeting.

2021   Grand Rounds: Using Pop Culture as a Teaching Tool: Family Murder and Showtime's The Affair. Albert Einstein College of Medicine-Montifiore Medical Center. New York, held over Zoom. January 28, 2021

2020   Panel Presentation: Effects of Media on Psychiatrist and Patient Wellness. American Academy of Psychiatry and the Law (AAPL) Annual Meeting, online. October, 2020

2020   Panel Presentation: Television and Podcast series: Teaching Forensic Psychiatry and using Narrative Medicine through true-crime and fiction. American Psychiatric Association (APA) On Demand Presentation for the annual meeting.

2019   Panel Presentation: Forensic Psychiatry, Liaison to Policy Makers: New Mental Health Laws Bill No. A00118 New York State. AAPL Annual Meeting, Baltimore, MD

2019   Panel Presentation: Showtime's the Affair and Netflix's Adaptation of You: What can we learn about Forensic Psychiatry? AAPL Annual Meeting, Baltimore, MD

2019   Panel Presentation: Showtime's The Affair: An exploration of the Rashomon Effect through themes of Homicide, Matricide, and "Suicide" Media Presentation, American Psychiatric Association (APA) 175th annual meeting. San Francisco, CA.

2019   Interdisciplinary Symposium: Insane or Just Bad? Anatomy of the Insanity Defense. American Academy of Forensic Sciences. (AAFS) Annual Meeting, Baltimore MD

2019   Grand Rounds: An Insanity Defense Case Report, Mid-Hudson Forensic Psychiatric Center, New Hampton, NY

2018   Grand Rounds: Not Guilty by Reason of Insanity Case Report, Auckland Regional Forensic Services/Mason Clinic, Auckland, New Zealand

2018   Panel Presentation: Societal, Political, and Legal Implications of Mass Shootings
and    Mental Illness. AAPL Annual Meeting, Austin, Tx

2018  Course in Violence Risk Assessment, New York University, Counseling and Wellness Development Day 2018. New York, NY

2018 Presentation: Compassionate Care for the Criminal Courts American Academy for Forensic Sciences Annual Meeting Seattle, WA

2017 Panel Presentation: The Goldwater Rule: Time to Move On? AAPL Annual Meeting, Denver, CO

2017 Panel Presentation: Responses to the New Executive Orders on Immigration. AAPL Annual Meeting, Denver, CO

2017 Presentation: Internet Crimes Against Teens: A Forensic Analysis, American Society for Adolescent Psychiatry, 2017 Annual Meeting, New York, NY

2017 Panel Presentation: Internet Crimes Against Children: A Forensic Analysis, American Academy of Forensic Sciences (AAFS ) 69th Annual Meeting, New Orleans, LA

2016 Panel Presentation: Internet Crimes Against Children: A Forensic Analysis, AAPL

Annual Meeting, Portland, OR

2016 Panel Presentation: Ethical Responsibilities of Physicians: Capital Punishment in the 21st Century. AAFS 68th Annual Meeting, Las Vegas, NV

2015  Panel Presentation: Designer Drugs: Dangers, Detection, and Defenses. Liaison with Forensic Sciences and Addiction Committees. AAPL Annual Meeting, Ft. Lauderdale, FL

2015 Panel Presentation: High time for Medical Marijuana? Considerations for Providers. AAPL Annual Meeting, Ft. Lauderdale, FL

2015  Panel Presentation: Death Penalty and the Forensic Psychiatrist, Capital Punishment and Forensic Psychiatry: Ethical Implications. International Academy of Law and Mental Health XXXIVth Congress, Vienna, Austria

2015  Panel Presentation: Murder of Passion: A Move to Extreme Emotional Disturbance.  AAFS 67th Annual Meeting, Orlando, FL

2014  Panel Presentation: Spiritual or Psychotic? Culture and Forensic Psychiatry. AAPL Annual Meeting, Chicago, IL

2014  Panel Presentation: Mental Disability Issues Under the Americans With Disabilities Act. Psychological Issues in Employment Law 2014. Practising Law Institute. New York City and Live Webcast

2014  Panel Presentation: Delusions of the Devil or Malingered Psychosis? Cultural Considerations in Forensic Evaluations. AAFS 66th Annual Scientific Meeting, Seattle, WA

2014 Workshop: Virtual Evidence of Human Behavior: Technology as Co-Conspirator; Cyberbullying: The Impact of Technology on Bullies and their Targets. AAFS 66th Annual Scientific Meeting, Seattle, WA

2013  Panel Presentation: Drug Addiction As A Defense. Defense Association of New York CLE Event, New York, NY

2013  Presentation: Anti-bullying Legislation: Have the laws gone too far or are they still insufficient to combat bullying? AAFS 65th Annual Scientific Meeting,

17

Washington D.C

2012   Panel Presentation: Race, Culture and Socio-Economic Status: Three Heads of Bias in Forensic Psychiatry Cross Cultural Issues Committee AAPL Annual Meeting, Montreal, CANADA

2012   Presentation: Anti-bullying Legislature in Adolescents. American Society for Adolescent Psychiatry (ASAP), New York, NY

2012   Panel Presentation: Cybertherapy: Fad or Future of Mental Health Care? AAFS 64th Annual Scientific Meeting, Atlanta, GA

2011   Panel Presentation: Bullying, An Update: What you need to know when called to consult, Child & Adolescent Psychiatry Committee. AAPL Annual Meeting, Boston, MA.

2011   Panel Presentation: Facebook Friend or Foe: Cyberbullying, Stalking, and the Practical and Forensic Applications of Social Networking Sites and Technology Facilitated Crime. AAFS 63rd Annual Scientific Meeting, Chicago, IL

2010   Panel Presentation: The Psychopathic Mother: Identification, Risk Assessment, and… Treatment? AAFS 62nd Annual Scientific Meeting, Seattle, WA

2009   Forum: The Underbelly of the Bronx: Diversion or Incarceration?  In Young Forensic Scientists  Forum AAFS at a glance:  Experience the Forensic Sciences. AAFS 61st Annual Scientific Meeting, Denver, CO

2008   Panel presentation: Stalking as an Element of Paraphilic Rape and Sexual Sadism.  AAFS 60th Annual Scientific Meeting, Washington D.C

2008   Panel presentation: Sex, Insanity, Competency, and Dangerousness: Forensic Psychiatry Landmark Cases:  Impact on Defense and Prosecution Legal Strategies: Catch and Release? If you did the Deed-What Happens Next? AAFS 59th Annual Scientific Meeting, Washington  D.C

2007   Panel presentation: Profile of a Hebephile, ASAP Annual Meeting, Santa Monica, CA

2007   Panel presentation: Diagnosis of Substance Use Disorders and Intervention in a

Forensic Population, AAFS 58th Annual Scientific Meeting, San Antonio, Texas

2006   Grand Rounds presentation: Personality Pathology and Attrition in a Controlled Trial of Treatment for Bulimia Nervosa. New York Presbyterian Hospital-Cornell, Payne Whitney Manhattan and Westchester

2006   Senior Paper Presentation: Personality Pathology and Attrition in a Controlled Trial of Treatment for Bulimia Nervosa. New York Presbyterian Hospital-Cornell, Payne Whitney Manhattan

2002   56th Annual Senior Scientific Session at the University of Chicago, Pritzker School of Medicine

1999   Student Summer Research Forum-University of Chicago, Pritzker School of Medicine

## Abstracts and Posters:

2015   Rosenbaum, K Capital Punishment and Forensic Psychiatry: Ethical Implications. Abstracts of the XXXIVth International Congress on Law and Mental Health, July, 2015

2009   Dhaliwal G, Rosenbaum K, Bajwa S, Varshney N. Psychological Autopsy of Marquis de Sade: Forensic Perspectives. American Academy of Psychiatry and the Law (AAPL) Poster Session. October, 2009

2009   Frischer K, Khadivi, A, Rosenbaum K, Rotter M, Shah S, Troneci L. Jail Diverted Patients on a Civil City Psychiatric Unit. AAPL Poster Session. October, 2009

2006   Rosenbaum, KB, Leon AC, Sysko R, Walsh BT. Personality pathology and attrition in an RCT for treatments of bulimia nervosa in primary care. American Psychiatric Association New York District Branch Awards Poster Session. April, 2006

2000   Rosenbaum K, Hougham G, Brauner D.  Assessing the ability of patients with dementia to make decisions using a linguistic model.  American Geriatrics Society, American Federation for Aging Research. May, 2000.

1998   Kotler DP, Rosenbaum K, Wang J, Pierson Jr. RN.  Alterations in body fat

distribution in HIV infected men and women.  XII International Conference on AIDS, Geneva.  June, 1998.

1998   Rosenbaum K, Wang J, Pierson Jr. RN, Kotler DP.  Time dependent variation in weight and body composition in healthy adults.  FASEB J. 12: A839, 1998.

1997   Kotler DP, Rosenbaum K, Wang J, Pierson RN Jr.  Correlation between changes in body cell mass by whole body counting and by bioimpedance analysis. FASEB J. 11:A186, 1997.

1996   Rosenbaum K, Kaufman B, Nunez C, Wang J, Gallagher D, Heymsfield SB, Warren NP, Pierson RN Jr.  Ballet dancers have lower resting metabolic rate (RMR) after adjusting for fat free mass (FFM) and body cell mass (BCM).  FASEB J.  10: A205, 1996.

**Russell Richardson, CPA, CFE**

SUMMARY

Forensic auditor/investigator with extensive experience in complex financial fraud investigations, forensic accounting and over twenty-five years of law enforcement experience. Extensive experience analyzing voluminous and highly sophisticated financial documents, accounting systems, books of original entry, financial statements, and tax returns.

EXPERIENCE

**Guidepost Solutions LLC, New York, NY**
Forensic Auditor/Investigator – Investigations and Monitoring
April 2022 – Present

- Construction Monitorship – Performed review and assessment of third party suppliers' compliance with the client's policies and procedures concerning the management of their owned and leased real estate.
- Internal Investigations – Performed multiple investigations concerning allegations of fraud by employees and prepared reports of investigation.
- Litigation Support – Reviewed records of original entry and other financial data and assisted counsel in their preparation for depositions of witnesses.

**DLA Piper, LLP, New York, NY**
Senior Financial Investigator
November 2020 – April 2022

- Proactively assisted attorneys in Criminal and Civil tax controversy matters.
- Analyzed financial documents of entities and individuals in a wide variety of industries and prepared reports documenting results.
- Conducted Asset Searches on individuals and entities.
- Provided Forensic Accounting, Investigative and Litigation Support.
- Analyzed client financial records and books of original entry.
- Conducted OFAC and Foreign government sanctions investigations and screening.
- Prepared reports of investigation.

**Office of the Special Inspector General for Troubled Asset Relief Program**, **New York, NY**
Senior Special Agent
February 2020 – November 2020

- Conducted complex financial investigations involving Troubled Asset Relief Program (TARP) funds that were distributed into various program areas - Hardest Hit Funds (HHF); Making Home Affordable (MHA) programs; Home Affordable Modification Programs (HAMP) ensuring that the recipients used the funds for their intended purposes and the programs were implemented free from fraud, waste, and abuse.
- Prepared comprehensive reports documenting the result of the investigation and various fraud schemes.

**United States Treasury, Internal Revenue Service, Criminal Investigation, New York, NY**
Special Agent
September 1995 – January 2004; April 2011 – January 2020

- Conducted complex multi-faceted investigations involving criminal tax, money laundering, bank fraud, contract fraud, organized crime, bank secrecy violations, political corruption, Ponzi schemes, as well as financial transactions designed to facilitate these activities.
- Prepared comprehensive written reports documenting schemes involving complex money laundering, criminal tax, and other financial crimes.
- Drafted indictments and search warrant affidavits relating to complex money laundering, criminal tax, and financial investigations.
- Demonstrated knowledge of complex investigative principles and techniques of investigating, including laws and legal decisions related to investigative procedures, asset forfeiture; undercover operations, the Federal Rules of Evidence, Criminal Procedures, relevant constitutional and statutory law, functions, and jurisdictions of IRS Criminal Investigation and of other Federal, State and Local agencies.
- Collaborated with the United States Attorney's Office and the Department of Justice, Tax Division
- Testified in court proceedings including Fatico hearings, bail revocation, sentencings, and Grand Juries.

**United States Treasury, Internal Revenue Service, Criminal Investigation, New York, NY**
Supervisory Special Agent
February 2004 – March 2011

- Supervised a group of twenty law enforcement personnel comprised of IRS special agents and task force officers. This group engaged in an array of investigations including organized crime, public corruption, employment tax, return preparer/refund fraud, mortgage fraud, bank fraud, money laundering, tax evasion, Bank Secrecy Act investigations, public corruption, construction related financial frauds, and asset forfeiture as it related to the underlying criminal conduct.
- Directly supervised hundreds of investigations involving a myriad of criminal statutes of Title 18, Title 26, and Title 31 of the United States Code. Many of these investigations utilized sensitive law enforcement techniques and direct and indirect methods of proof, such as Bank Deposits and Net Worth.
- Represented IRS-CI by speaking at various industry events hosted by internal and external stakeholders and discussed the fraud referral program as well as the "badges of fraud."
- Initiated and established a partnership between the New York Field Office of IRS- Criminal Investigation and the Economics Crime Unit of the Manhattan District Attorney's Office.

## EDUCATION

**State University of New York - Albany, Albany, NY**
Bachelor of Science – Accounting 1992

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants
Association of Certified Fraud Examiners