UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, : 23-Cr-490 (SHS)

-v- :

ROBERT MENENDEZ, NADINE MENENDEZ, : ORDER
WAEL HANA, and FRED DAIBES,
 :
　　　　　　Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　Defendants shall file their oppositions, if any, to the government's Motion in Limine to Preclude Certain Proffered Expert Testimony [Doc. No. 367] on or before Tuesday, May 7, 2024.

Dated: New York, New York
　　　　May 3, 2024

　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.