UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, AND FRED DAIBES,<br><br>            Defendants. | Case No. S4 23-cr-490 (SHS)<br><br>**DECLARATION OF AVI WEITZMAN** |

I, Avi Weitzman, declare under oath as follows:

1.  I am a partner at Paul Hastings LLP, counsel to Robert Menendez.

2.  I submit this Affidavit in support of Senator Menendez's Memorandum of Law in Opposition to the Government's Motions *in Limine* to Preclude Certain Proffered Expert Testimony.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an email sent from counsel to Senator Menendez to counsel for the Government on April 3, 2024.

4.  Attached hereto as **Exhibit B** is a true and correct copy of an email sent from counsel for Senator Menendez to counsel for the government on April 29, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that I executed this Declaration on May 7, 2024.

Dated: May 7, 2024

By: /s/ *Avi Weitzman*
Avi Weitzman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone:  1(212) 318-6000

*Attorney for Defendant Robert Menendez*