# Exhibit A

| | |
|---|---|
| **From:** | Weitzman, Avi |
| **To:** | Daniel Richenthal; Christina Clark; Eli Mark; Lara Pomerantz; Paul Monteleoni |
| **Cc:** | Fee, Adam J.; PH-MenendezTeam |
| **Subject:** | Menendez - Notice |
| **Date:** | Wednesday, April 3, 2024 4:02:01 PM |

Dear Counsel:

On behalf of Senator Menendez, and pursuant to the confidential "Protected Material" provisions of the Court's protective order, we hereby advise that, although Senator Menendez does not intend to present a defense under Fed. R. Cr. P. 12.2, in an abundance of caution, we are providing notice of an expert forensic psychiatrist who examined Senator Menendez and will testify regarding events that preceded and explain his conduct with respect to the storage of cash in his residence.  We do not believe that such testimony is required to be noticed at this time under Rule 12.2 as the testimony will not concern a mental disease, defect, or condition that bears upon the Senator's mental state with respect to the charged crimes.  We will provide a summary of the expert opinions as required by Fed. R. Cr. P. 16(b)(1)(C) on or <u>before April 16, 2024</u>, as agreed by the parties.

Regards,
Avi