# SCHERTLER ONORATO MEAD & SEARS

**MEMO ENDORSED**

May 6, 2024

*Handwritten endorsement:* May 8, 2024 — The last day for new counsel for Mrs. Menendez to file their notice of appearance is extended to June 3. The June 3 status conference for new counsel is adjourned to June 10 at 9 A.M. So ordered. Sidney H. Stein, U.S.D.J.

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

Nadine Menendez asks this Court for an extension of time for her to find new counsel to represent her in the above-captioned matter. For the medical reasons with which the Court is familiar, Ms. Menendez has been unable to devote the time and attention necessary to hire new counsel. She requests that the date for her to inform the Court of her new counsel be extended from the current date of May 10, 2024 to June 3, 2024. We note that the Court has scheduled a pre-trial conference in Ms. Menendez's matter for 10:00 am on June 3, 2024. We would ask that that conference also be docketed for the ascertainment of counsel for Ms. Menendez.

Respectfully submitted,

/s/David Schertler
David Schertler
Danny Onorato
Paola Pinto
*Counsel for Nadine Menendez*

ATTORNEYS AT LAW | 555 13TH STREET, NW
SUITE 500 WEST
WASHINGTON, DC 20004 | 202.628.4199
202.628.4177 FAX
WWW.SCHERTLERLAW.COM