UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -*v.*-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana," and
FRED DAIBES,

                  Defendants.

S4 23 Cr. 490 (SHS)

## VERDICT SHEET

Please indicate your verdict with a check mark ( √ ).

**COUNT ONE:**        **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:    Guilty _____        Not Guilty _____

    If you find Robert Menendez not guilty of the conspiracy as charged in Count One, please proceed to Count Two. If you find Robert Menendez guilty of the conspiracy charged in Count One, please indicate below the one or more objects of the conspiracy charged in Count One as to which you unanimously agree Robert Menendez conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

WAEL HANA:        Guilty _____        Not Guilty _____

    If you find Wael Hana not guilty of the conspiracy as charged in Count One, please proceed to Count Two. If you find Wael Hana guilty of the conspiracy as charged in Count One, please indicate below the one or more objects of the conspiracy charged in Count One as to

which you unanimously agree Wael Hana conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

FRED DAIBES:            Guilty _____            Not Guilty _____

   If you find Fred Daibes not guilty of the conspiracy as charged in Count One, please proceed to Count Two. If you find Fred Daibes guilty of the conspiracy as charged in Count One, please indicate below the one or more objects of the conspiracy charged in Count One as to which you unanimously agree Fred Daibes conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

**COUNT TWO:**            **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:    Guilty _____            Not Guilty _____

   If you find Robert Menendez not guilty of the conspiracy as charged in Count Two, please proceed to Count Three. If you find Robert Menendez guilty of the conspiracy as charged in Count Two, please indicate below the one or more objects of the conspiracy charged in Count Two as to which you unanimously agree Robert Menendez conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

WAEL HANA:			Guilty _____		Not Guilty _____

    If you find Wael Hana not guilty of the conspiracy as charged in Count Two, please proceed to Count Three. If you find Wael Hana guilty of the conspiracy as charged in Count Two, please indicate below the one or more objects of the conspiracy charged in Count Two as to which you unanimously agree Wael Hana conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

FRED DAIBES:			Guilty _____		Not Guilty _____

    If you find Fred Daibes not guilty of the conspiracy as charged in Count Two, please proceed to Count Three. If you find Fred Daibes guilty of the conspiracy as charged in Count Two, please indicate below the one or more objects of the conspiracy charged in Count Two as to which you unanimously agree Fred Daibes conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

**COUNT THREE:**     **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

If you find Robert Menendez not guilty of the conspiracy as charged in Count Three, please proceed to Count Four. If you find Robert Menendez guilty of the conspiracy as charged in Count Three, please indicate below the one or more objects of the conspiracy charged in Count Three as to which you unanimously agree Robert Menendez conspired (select as many as you unanimously agree on):

\_\_\_\_\_Assisting Egypt or Egyptian Officials

\_\_\_\_\_Assisting IS EG Halal

\_\_\_\_\_Benefitting Uribe and Uribe's Associates

\_\_\_\_\_Disrupting Mr. Daibes' federal prosecution

\_\_\_\_\_Assisting the Government of Qatar

**COUNT FOUR:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT FIVE:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Five, please proceed to Count Six. If you find Robert Menendez guilty of the offense charged in Count Five, please indicate below the one or more purposes of the bribery charged in Count Five on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal

**COUNT SIX:**              **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:          Guilty _____          Not Guilty _____

If you find Wael Hana not guilty of the offense charged in Count Six, please proceed to Count Seven. If you find Wael Hana guilty of the offense charged in Count Six, please indicate below the one or more purposes of the bribery charged in Count Six on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal


FRED DAIBES:          Guilty _____          Not Guilty _____

If you find Fred Daibes not guilty of the offense charged in Count Six, please proceed to Count Seven. If you find Fred Daibes guilty of the offense charged in Count Six, please indicate below the one or more purposes of the bribery charged in Count Six on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal


**COUNT SEVEN:**              **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:          Guilty _____          Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Seven, please proceed to Count Eight. If you find Robert Menendez guilty of the offense charged in Count Seven, please indicate below the one or more purposes of the honest-services fraud charged in Count Seven on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal

WAEL HANA:                Guilty _____         Not Guilty _____

If you find Wael Hana not guilty of the offense charged in Count Seven, please proceed to Count Eight. If you find Wael Hana guilty of the offense charged in Count Seven, please indicate below the one or more purposes of the honest-services fraud charged in Count Seven on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal

FRED DAIBES:              Guilty _____         Not Guilty _____

If you find Fred Daibes not guilty of the offense charged in Count Seven, please proceed to Count Eight. If you find Fred Daibes guilty of the offense charged in Count Seven, please indicate below the one or more purposes of the honest-services fraud charged in Count Seven on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal

**COUNT EIGHT:**          **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:          Guilty _____         Not Guilty _____

ROBERT MENENDEZ:          Guilty _____         Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Eight, please proceed to Count Nine. If you find Robert Menendez guilty of the offense charged in Count Eight, please indicate below the one or more purposes of the extortion under color of official right charged in Count Eight on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Obtaining benefits for Egypt

\_\_\_\_\_Assisting IS EG Halal

**COUNT NINE:**           **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:          Guilty _____         Not Guilty _____

WAEL HANA:                Guilty _____         Not Guilty _____

**COUNT TEN:**      **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:     Guilty _____      Not Guilty _____

**COUNT ELEVEN:**      **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty _____      Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Eleven, please proceed to Count Twelve. If you find Robert Menendez guilty of the offense charged in Count Eleven, please indicate below the one or more purposes of the bribery charged in Count Eleven on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Benefitting Fred Daibes

\_\_\_\_\_Benefitting Qatar

**COUNT TWELVE:**      **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:     Guilty _____      Not Guilty _____

If you find Fred Daibes not guilty of the offense charged in Count Twelve, please proceed to Count Thirteen. If you find Fred Daibes guilty of the offense charged in Count Twelve, please indicate below the one or more purposes of the bribery charged in Count Twelve on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Benefitting Fred Daibes

\_\_\_\_\_Benefitting Qatar

**COUNT THIRTEEN:**      **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty _____      Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Thirteen, please proceed to Count Fourteen. If you find Robert Menendez guilty of the offense charged in Count Thirteen, please indicate below the one or more purposes of the honest-services fraud charged in Count Thirteen on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Benefitting Fred Daibes

\_\_\_\_\_Benefitting Qatar

FRED DAIBES:            Guilty _____            Not Guilty _____

If you find Fred Daibes not guilty of the offense charged in Count Thirteen, please proceed to Count Fourteen. If you find Fred Daibes guilty of the offense charged in Count Thirteen, please indicate below the one or more purposes of the honest-services fraud charged in Count Thirteen on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Benefitting Fred Daibes

\_\_\_\_\_Benefitting Qatar

**COUNT FOURTEEN:**     **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____            Not Guilty _____

If you find Robert Menendez not guilty of the offense charged in Count Fourteen, please proceed to Count Fifteen. If you find Robert Menendez guilty of the offense charged in Count Fourteen, please indicate below the one or more purposes of the extortion under color of official right charged in Count Fourteen on which you unanimously agree (select as many as you unanimously agree on):

\_\_\_\_\_Benefitting Fred Daibes

\_\_\_\_\_Benefitting Qatar

**COUNT FIFTEEN:**      **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:        Guilty _____            Not Guilty _____

WAEL HANA:              Guilty _____            Not Guilty _____

**COUNT SIXTEEN:**      **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:        Guilty _____            Not Guilty _____

9

**COUNT SEVENTEEN:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____


**COUNT EIGHTEEN:**     **Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____


_____
Foreperson


_____
Date and Time