

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 10, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et al.*,
            S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully submits a proposed verdict sheet for the Court's consideration in the above-captioned matter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                            By:    <u>s/ Lara Pomerantz</u>
                                      Eli J. Mark
                                      Daniel C. Richenthal
                                      Paul M. Monteleoni
                                      Lara Pomerantz
                                      Catherine E. Ghosh
                                      Assistant United States Attorneys
                                      (212) 637-2431/2109/2219/2343/1114
                                      Christina A. Clark
                                      Special Assistant United States Attorney
                                      (202) 307-5191

cc:    (by ECF)

        Counsel of Record