UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -*v.*-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana," and
FRED DAIBES,

               Defendants.

S4 23 Cr. 490 (SHS)

## **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

WAEL HANA:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT TWO:**     **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

WAEL HANA:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT THREE:**     **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT FOUR:**         **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:   Guilty _____        Not Guilty _____

FRED DAIBES:       Guilty _____        Not Guilty _____

**COUNT FIVE:**         **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty _____        Not Guilty _____

**COUNT SIX:**          **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:         Guilty _____        Not Guilty _____

FRED DAIBES:       Guilty _____        Not Guilty _____

**COUNT SEVEN:**        **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty _____        Not Guilty _____

WAEL HANA:         Guilty _____        Not Guilty _____

FRED DAIBES:       Guilty _____        Not Guilty _____

**COUNT EIGHT:**        **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty _____        Not Guilty _____

**COUNT NINE:**         **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:   Guilty _____        Not Guilty _____

WAEL HANA:         Guilty _____        Not Guilty _____

**COUNT TEN:**     **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT ELEVEN:**     **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT TWELVE:**     **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT THIRTEEN:**     **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT FOURTEEN:**     **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT FIFTEEN:**     **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

WAEL HANA:     Guilty _____     Not Guilty _____

**COUNT SIXTEEN:**     **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT SEVENTEEN:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT EIGHTEEN:**     **Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

_____
Foreperson

_____
Date and Time