UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                               :

UNITED STATES OF AMERICA            :

                                                     :        Case No. 1:23-cr-490 (SHS)

    v.                                      :

                                                     :        **DECLARATION OF**
                                                     :        **DANIEL J. FETTERMAN**

ROBERT MENENDEZ, NADINE        :
MENENDEZ, WAEL HANA,             :
and FRED DAIBES.                           :

        Defendants.                    :

------------------------------------------------------- x

I, Daniel J. Fetterman, declare under oath as follows:

1.       I am a partner at the law firm of Kasowitz Benson Torres LLP ("Kasowitz"), attorneys for Jose Uribe, a former co-defendant in the above-captioned matter.

2.       I submit this declaration in support of Kasowitz's and Krieger Lewin LLP's Joint Motion To Quash Defendant Robert Menendez's Rule 17(c) Subpoenas & Subpoena For Trial Testimony Of Jose Uribe.

3.       Attached hereto as **Exhibit A** is a true and correct copy of the subpoena sent by counsel for defendant Robert Menendez ("Menendez") to Kasowitz on or about April 11, 2024 (the "Kasowitz Subpoena").

4.       Attached hereto as **Exhibit B** is a true and correct copy of the subpoena sent by counsel for Menendez to Krieger Lewin LLP on April 18, 2024 (the "Krieger Subpoena").

5.       Attached hereto as **Exhibit C** is a true and correct copy of the subpoena sent by counsel for Menendez to Uribe's counsel on May 2, 2024 (the "Uribe Subpoena").

6. Attached hereto as **Exhibit D** is a true and correct copy of an email from Uribe's counsel to Menendez's counsel on May 8, 2024.

I declare under penalty of perjury that the foregoing statements made by me are true and correct. Executed on May 12, 2024 in New York, New York.

*/s/ Daniel J. Fetterman*

Daniel J. Fetterman
