# Exhibit C

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Robert Menendez et al. | )  Case No.  23 Cr. 490 (SHS) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Jose D. Uribe

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan United States Courthouse 500 Pearl St., New York, NY 10007 | Courtroom No.: | 23A |
|---|---|---|---|
| | | Date and Time: | 05/13/2024 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Rider A.

Date: 05/01/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert Menendez , who requests this subpoena, are:

Adam Fee and Avi Weitzman, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166; adamfee@paulhastings.com; (310) 620-5719; aviweitzman@paulhastings.com; (212) 318-6920.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   23 Cr. 490 (SHS)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Rider A**

Any and all documents and communications including, but not limited to, emails, text messages, memoranda, and messages sent on platforms such as WhatsApp, Slack, or similar platforms, with any employee of (1) the U.S. Attorney's Office for the Southern District of New York ("USAO"), (2) the Federal Bureau of Investigation ("FBI"), (3) the Internal Revenue Service ("IRS") or other law enforcement agency, regarding:

(a) any deliberations, incentives or correspondence concerning your cooperation with the USAO, the FBI, or any other law enforcement agency in the matter of *United States v. Menendez et al*, No. S4 23 Cr. 490 (SHS), including, but not limited to, those with parties not named in the above-referenced matter;

(b) any materials you provided to the USAO, the FBI, the IRS, or any other law enforcement agency in connection with the above-referenced matter, including, but not limited to, copies of any documents or presentations made to the USAO or other law enforcement agency; and;

(c) any communications or materials you exchanged with the USAO, the FBI, the IRS, or any other law enforcement agency in connection with the representation of any form of payment made by you towards the 2019 Mercedes-Benz C300A4, VIN WDDWK8EB7KF873859 registered to Nadine Menendez, as a loan;

(d) any materials you received from the USAO, the FBI, the IRS, or any other law enforcement agency in connection with the above-referenced matter;

(e) Senator Robert Menendez, Nadine Menendez, Wael Hana, Fred Daibes, Elvis Parra, Ana Peguero or Bienvenido Hernandez.

The relevant time period for this request is June 2022 through the Present.