

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 16, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez, et al.*,
            S4 23 Cr. 490 (SHS)

Dear Judge Stein:

      The Government respectfully writes in the above-captioned matter, with consent of the defendants, to enclose a copy of those proposed opening statement slides of defendant Robert Menendez to which the Government objected, as described in the Government's letter of May 14, 2024 (Dkt. 398). These slides were previously filed under seal.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                        By:    <u>s/ Daniel C. Richenthal</u>
                                   Eli J. Mark
                                   Daniel C. Richenthal
                                   Paul M. Monteleoni
                                   Lara Pomerantz
                                   Catherine E. Ghosh
                                   Assistant United States Attorneys
                                   (212) 637-2431/2109/2219/2343/1114
                                   Christina A. Clark
                                   Special Assistant United States Attorney
                                   (202) 307-5191

Enclosure

cc:    (by ECF)

       Counsel of Record