

**Senator Bob Menendez**
United States Senator for State of New Jersey

- Won a seat on Union City Board of Education at age 20
- Previously served as Mayor of Union City and other elected positions in N.J.
- Served as U.S. Congressman in the House of Representatives (1993-2006)
- Served with distinction in U.S. Senate since 2006
- Parents fled Cuba for the U.S. in 1950s
- Grew up in a tenement in Union City, N.J.
- First in his family to go to college and graduate law school
- Raised two children: daughter Elisia (journalist) and son Rob (U.S. Congressman for N.J.)

© 2024 DOAR



**Nadine Menendez & Sen. Bob Menendez**

- Bob was married for 29 years before his divorce
- Bob and Nadine began dating in early 2018
- Nadine speaks 4 languages
- Nadine holds a B.A. and M.A. from NYU
- Bob and Nadine became engaged in October 2019
- Bob and Nadine married in October 2020
  - Bob and Nadine lived apart until April 2020
  - Bob had modest one-bedroom apartment in N.J. and D.C.
  - Bob's D.C. apartment was $1,600/month

© 2024 DOAR



**Nadine Menendez & Sen. Bob Menendez**

- Married when Bob was 66 and Nadine was 53
- Children were adults
- Separate finances
- House was in Nadine's name only
- Bob spent most of the workweek in Washington, D.C.
- Nadine mainly stayed in New Jersey
- Separate cellphone plans

© 2024 DOAR

**From:** Kopplin, Shannon (Ethics) <Shannon_Kopplin@ethics.senate.gov>
**To:** Kelly, Robert (Menendez) <Robert_Kelly@menendez.senate.gov>
**Subject:** Financial Disclosure amendment

Rob,

We reviewed the draft amendment and it looks great. We do offer one suggestion that may help the Senator avoid any misinterpretation of his report if the media picks it up. Specifically, the Senator may want to consider revising "how acquired" to "previously held" and delete the comment that the asset was a "parental gift." As drafted, it could be interpreted that is was gifts in 2020 and our understanding was that his spouse held them for some time prior to their marriage.

If we have the underlying facts incorrect, just tell me. My direct line is 4-6967.

Hope that is helpful,
Shannon

On Mar 16, 2022, at 12:53 PM, Kelly, Robert (Menendez) <Robert_Kelly@menendez.senate.gov> wrote:

Update from Ethics

**Sent:** Wed 3/16/2022 12:56:11 PM (UTC-04:00)
**Subject:** Re: Financial Disclosure amendment
**From:** "Robert Menendez" <bobmenendez154@gmail.com>
**Sent:** Wed 3/16/2022 12:56:10 PM (UTC-04:00)
**To:** "Kelly, Robert (Menendez)" <Robert_Kelly@menendez.senate.gov>

Yes, let's adopt her suggestion

SDNY_00080011_00094397

© 2024 DOAR

4

> "We are not makers of history. We are made by history."
>
> – Martin Luther King Jr.

## Constituent Services

- Members of Congress have engaged in "constituent service" activities since the earliest Congress
- Senator Menendez has a large staff of people assigned to help with constituent services
- Constituent services help with:
  - Passport expedition
  - Family visa issues
  - Administrative agency issues
  - Larger, community-wide issues that may affect a whole class of people

**Every Action Senator Menendez Took Was To Help His Constituents**

© 2024 DOAR

6

| QUID | PRO | QUO |
|---|---|---|
| THIS | FOR | THAT |
| THING OF VALUE ❌ | FOR ❌ | OFFICIAL ACT ❌ |

© 2024 DOAR

> "Diplomacy is listening to what the other guy needs. . . . You have to develop relationships with other people so when the tough times come, you can work together.
>
> — General Colin Powell



**United States Senate**
WASHINGTON, DC 20510

November 16, 2010

The Honorable Eric H. Holder
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Dear Attorney General Holder:

We are writing to once again express our concern that Hispanic and female farmers who suffered discrimination at the hands of the U.S. Department of Agriculture (USDA), are not receiving the same level of justice as African-Americans and Native Americans who suffered virtually identical discrimination. The recent settlement of the Keepseagle case further illustrates this point, as Native American victims will stand to have significantly more opportunities to redress the wrongs perpetrated against them than their fellow Hispanic and female victims. In expressing these concerns, we do not intend to address matters involved in any ongoing litigation.

As you know, the underlying facts of the claims made by African-Americans, Hispanics, females, and Native Americans, some of whom may have lost millions as a result of discrimination, are nearly identical. In the words of Timothy Pigford, the lead plaintiff in the Pigford case, Hispanics and females "suffered the same discrimination by the USDA as African American farmers." The indisputable fact remains that farmers and ranchers were denied access to USDA loans, farm benefits, and credit services due to their race, ethnicity, and gender, and were not given proper opportunity for recourse. We must not remedy the underlying discrimination in a way that compounds that discrimination by treating victims differently based on their race, ethnicity, or gender.

We are concerned that the program that you have announced regarding Hispanic and female farmers will not meet your stated objectives of parity and adequate redress, in large part because the Department of Justice (DOJ) is imposing a cap based on a number of claimants that may be drastically underestimated. The Congressional Research Service recently noted, "[T]here seems to be a consensus that many of the issues surrounding the implementation of Pigford can be attributed to the gross underestimation of the number of claims that would actually be filed." We fear DOJ is about to repeat this same mistake. Under your program, Hispanic and female farmers who were denied a loan and as a result, in the words of then-Secretary Glickman, "lost their family land, not because of a bad crop, not because of a flood, but because of the color of their skin" are likely to be eligible for a mere fraction of the $50,000 individual cap and therefore may never be able to rebuild their lives and recover their land.

Under the proposed program, the amount each victim will receive will depend on how many other victims there were, not the merits of each individual case. In a perverse way each victim will actually be punished the more the USDA discriminated, as the more valid claims there are,

Sincerely,

ROBERT MENENDEZ
United States Senator

PATRICK J. LEAHY
United States Senator

MARK UDALL
United States Senator

HARRY REID
United States Senator

MICHAEL F. BENNET
United States Senator

Menendez_USAO_02780

© 2024 DOAR

10

# Senate Resolution 390

- Thanked Qatar for helping rescue thousands of U.S. citizens and vulnerable Afghans following the Taliban's takeover of Afghanistan
- Did not involve provision of any trade, arms, or money to Qatar
- Introduced by Sen. Lindsey Graham (R – S.C.)
- Senator Menendez was not a co-sponsor
- Passed by Voice Vote
- Sen. Menendez did not communicate with anybody from Qatar regarding this resolution

© 2024 DOAR

SEPTEMBER 7, 2021

Secretary Antony J. Blinken, Secretary of Defense Lloyd J. Austin, Qatari Prime Minister and Foreign Minister Abdulrahman Al Thani, and Deputy Prime Minister and Defense Minister Mohammed Al Attiyah at a

REMARKS

ANTONY J. BLINKEN, SECRETARY OF STATE
DOHA, QATAR

SEPTEMBER 7, 2021

**SECRETARY BLINKEN:** Let me start, first of all, by saying thank you to his highness the emir for his wonderful hospitality and very good meeting last night. And to Their Excellencies the Foreign Minister Al Thani and Defense Minister Al Attiyah, thank you as well for hosting us today and for the very good conversation and dialogue that we've had.

Secretary Austin and I are very pleased and, indeed, honored to be here to express first and foremost our deep gratitude to the Qatari people. Many countries have stepped up to help the evacuation and relocation efforts in Afghan – in Afghanistan, but no country has done more than Qatar. More than 58,000 people have transited through Doha – Americans at risk, Afghans at risk, citizens of allied and partner nations. Qatar was the first stop on a journey to a more peaceful and hopeful future for so many people. You welcomed them with compassion and with generosity. When problems arose, Qatar worked hand in hand with us to address them. The men, women, and children who transited through here will not forget what you did at a pivotal moment in their lives. Neither will we.

DEFENSE MINISTER AL ATTIYAH: (Via interpreter) welcome His Excellency Secretary Blinken and His Exc we meet our colleagues from the United States of Am relations and how to improve them. Today we spoke work, Afghanistan and the evacuation, the technical a rather complex. I will leave that to my colleague and Abdulrahman. The floor is yours.

FOREIGN MINISTER AL THANI: (Via interpreter) Tha Khalid Al Attiyah, deputy prime minister and minister colleague, His Excellency Antony Blinken and His Exc

Menendez_USAO_02415

© 2024 DOAR

12