| **July 27-August 9, 2016** |
|---|---|---|---|---|

| Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|
| 7/27 | 11:30 AM | N/A | N/A | Dennis Raico and **Paul Manafort** meeting in New York, with **Steve Calk** videoconferencing in from Chicago (GX 105, 106) |
| | 4:22 PM | **Paul Manafort** | Jason Roys, Lindsey Hagan | Email: updated schedule with to-do list entry "Steve Calk 312 961 7064 Nat Ec Coun" (GX 651) |
| 7/28 | 9:38 AM | **Steve Calk** | Javier Ubarri, Jim Norini, Jim Brennan | Email: forwards scenario sheet, "I recommend we approve this deal subject to full underwrite and cross collateralization" (GX 107) |
| | 12:30 PM | Javier Ubarri | Dennis Raico, Jim Brennan, **Steve Calk**, Thomas Horn, Jim Norini | Email: "The credit committee approved this loan subject to underwriting." (GX 108) |
| | 12:42 PM | Dennis Raico | Javier Ubarri, Jim Brennan, **Steve Calk**, Thomas Horn, Jim Norini | Email: "Excellent! Please let me know when I can anticipate a Term Sheet, as I'm sure Paul and Jeff will be highly impressed to receive within 24 hours of our meeting." (GX 108, 108-A) |
| | 12:49 PM | **Steve Calk** | Dennis Raico, Javier Ubarri, Jim Brennan, Thomas Horn, Jim Norini | Email: "That is the 'term sheet'" (GX 108) |
| 7/29 | 10:56 AM | Dennis Raico | **Paul Manafort** | Email: forwards term sheet to Manafort (GX 109-B) |
| 8/3 | 4:04 PM | **Paul Manafort** | Dennis Raico | Email: "Need Steve Calk Resume" (GX 111) |
| | 5:49 PM | **Paul Manafort** | Jason Roys, Lindsey Hagan | Email: sends updated schedule with call list entry "Announce Nat Adv Comm (CALK)" (GX 652) |
| 8/4 | 8:25 AM | **Paul Manafort** | Dennis Raico | Email: "Did you ever send me Steve's resume?" (GX 112) |
| | 1:19 PM | **Steve Calk** | **Paul Manafort** | Email: sends resume, "I look forward to continuing our conversation." (GX 551) |
| | 1:25 PM | **Paul Manafort** | **Steve Calk** | Email: "Per our conversation, I want to add you to the National Economic Advisory Committee for DJT." (GX 113) |
| | 3:28 PM | **Steve Calk** | **Paul Manafort** | Email: "I am happy and willing to serve." (GX 114) |
| 8/9 | 7:14 PM | **Steve Calk** | Kellie Kennedy | Email: authorizes Kennedy to respond to WSJ reporter questions on how he was appointed; responses do not mention Manafort (GX 121, 121-A) |

GOVERNMENT EXHIBIT 2109
19 Cr. 366 (LGS)

| **November 1-14, 2016** |
|---|---|---|---|---|
| Date | Time (ET) | From | To | Detail |
| 11/1 | 11:39 AM | **Paul Manafort** | Dennis Raico, Bruce Baldinger, Jeff Yohai, **Steve Calk** | Email: "So what is the timetable to close now?" (GX 219) |
| 11/8 | 5:02 PM | Dennis Raico | Darin Judis, Raymond Marquez, Ann DiCola | Email: asks B of I employees if they should expect an approval by close of business, saying "I will need to report back to our Chairman" (GX 225) |
|  | *N/A* | *N/A* | *N/A* | *Election Night* |
| 11/9 | 12:58 AM | N/A | N/A | **Steve Calk** makes $2700 donation to Trump campaign (GX 1251) |
|  | 9:20 AM | **Paul Manafort** | Bruce Baldinger, Jeff Yohai | Email: "Got this from Steve last night: 'Paul, I hope you're having a great night. We should have your approval all wrapped up by tomorrow I am being told. . . .  Do you need me in New York?  I am ready to support in any way.'" (GX 1152) |
|  | 12:09 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 secs) (GX 901-2) |
|  | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (10 secs) (GX 901-2) |
|  | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (5 minutes, 34 secs) (GX 901-2) |
|  | 7:16 PM | Dennis Raico | Javier Ubarri, **Steve Calk** | Email: "Hello Javier, Pursuant to our conversation a few minutes ago, here is the synopsis you requested on the Manafort file." (GX 234) |
| 11/10 | 5:24 PM | Javier Ubarri | Jim Brennan, Dennis Raico, Eric Buteyn, Matthew MacDonald | Email: "If we are considering this as a portfolio loan its important that Matt or Eric looks at it." (GX 231, 231-A) |
| 11/11 | 9:14 AM | Javier Ubarri | Dennis Raico, **Steve Calk** | Email: responds to Raico synopsis with summary of options, with $9.5 million loan as least preferred option, and writes "We can do any of these options." (GX 234) |
|  | 3:22 PM | Matthew MacDonald | Dennis Raico, Javier Ubarri, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "I do not have the ability to finish the underwrite today but I would feel confident in issuing a term sheet or a commitment to the borrower" (GX 231, 230-A) |
|  | 3:36 PM | Javier Ubarri | Matthew MacDonald, Dennis Raico, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "Please don't do any more work until we get some direction from Steve" (GX 231) |
|  | 3:31 PM | **Steve Calk** | Dennis Raico | Phone call (1 sec) (GX 901-A-37) |
|  | 3:32 PM | Dennis Raico | **Steve Calk** | Phone call (12 minutes, 29 secs) (GX 901-A-37) |
|  | 4:48 PM | **Steve Calk** | Dennis Raico | Phone call (15 minutes, 29 secs) (GX 901-A-37) |
|  | 5:10 PM | Dennis Raico | **Paul Manafort**, Bruce Baldinger, **Steve Calk**, Dennis Raico | Email: "Paul, Congratulations!  Please see the attached approval term sheet." (GX 237) |
|  | Unknown | N/A | N/A | Raico journal entry: "Steve: Trump Executive Council Secretary of the Treasury -> check w/ Paul" (GX 51-2) |
| 11/12 | 2:05 PM | **Steve Calk** | **Paul Manafort** | Phone call (18 minutes, 25 secs) (GX 901-A-1) |
| 11/14 | 12:20 AM | **Steve Calk** | **Paul Manafort** | Email: attaching list of prospective roles, beginning with Secretary of Treasury (GX 244) |
|  | 1:18 AM | **Steve Calk** | **Paul Manafort** | Email: "Are you aiding in the transition in any type of formal capacity?" (GX 245, 245-A) |
|  | 1:48 AM | **Steve Calk** | Jim Brennan, Javier Ubarri, Dennis Raico | Email: "Please ensure that this loan is documented perfectly so that our lien on both properties as well as the cash account at The Federal Savings Bank are FULLY enforceable." (GX 248) |
|  | 8:20 AM | **Paul Manafort** | **Steve Calk** | Email: "Total background but involved directly" (GX 245, 245-B) |
|  | 8:22 AM | **Steve Calk** | **Paul Manafort** | Email: "Awesome." (GX 245, 245-C) |



GOVERNMENT EXHIBIT 2110
19 Cr. 366 (LGS)

| Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|
| | | | | **December 21-23, 2016** |
| 12/21 | 12:18 PM | **Steve Calk** | **Paul Manafort** | Phone call (9 mins, 26 secs) (GX 901-A-13) |
| | 1:35 PM | **Steve Calk** | Bruce Baldinger, Dennis Raico, **Paul Manafort** | Email: "Bruce, we are in no way scheduling a closing until this loan is fully structured, underwritten and approved" and "We are working very hard to help find solutions to help Paul out in his hour of need." (GX 295) |
| | 6:41 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Any progress on Stephen Calk?" (GX 611) |
| | 6:54 PM | **Steve Calk** | **Paul Manafort** | Phone call (28 secs) (GX 901-2) |
| | 7:46 PM | Anthony Scaramucci | **Paul Manafort** | Text: "Would he take under. Secretary of the Army? Are we double sure" "If so I think we can get it done" (GX 611) |
| | 7:49 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 mins, 25 secs) (GX 901-A-14) |
| | 8:15 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Yes he will def take it" (GX 611) |
| 12/22 | 12:37 PM | Dennis Raico | **Steve Calk** | Phone call (1 min, 24 secs) (GX 901-A-35) |
| | 4:24 PM | **Steve Calk** | **Paul Manafort**, Javier Ubarri, Jim Brennan, Dennis Raico, **Steve Calk** | Email: "Attached is the term sheet we discussed last evening" and "Our plan is to close this next week if I get this executed document back today by 5pm CST" (GX 299) |
| | 4:33 PM | **Steve Calk** | Dennis Raico | Phone call (3 mins, 41 secs) (GX 901-A-35) |
| | 5:32 PM | **Steve Calk** | **Paul Manafort** | Email: "I have received your signed term sheet.  May I have your authorization to [] set up your new pledge account [and] Deduct your fees" (GX 302, 302-A) |
| | 7:36 PM | **Paul Manafort** | **Steve Calk** | Email: Manafort confirms permission to set up new account and deduct fees (GX 302, 302-B) |
| | 8:37 PM | **Steve Calk** | **Paul Manafort** | Email: "Thanks very much.  Please call my cell phone if you have a moment." (GX 302) |
| | 9:48 PM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 20 secs) (GX 901-A-15) |
| 12/23 | 11:05 AM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 1 sec) (GX 901-A-16) |
| | 11:58 AM | **Steve Calk** | **Paul Manafort** | Phone call (6 mins, 40 secs) (GX 901-A-16) |



GOVERNMENT EXHIBIT 2111
19 Cr. 366 (LGS)