# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2014



## SEP

**9/15**

HO asks his secretary to seek an appointment with "the new PGA Kutesa" during HO's trip to the U.S.

GX 250

**9/22**

HO tells Jeremic that he is in New York and is "tasked" with various "missions," including meeting with Kutesa.

GX 251

**9/29**

HO introduces himself to PGA Sam Kutesa's aide and requests a meeting with Sam Kutesa.

GX 252

## OCT

**10/10**



HO meets with PGA Sam Kutesa in New York.

GX 253

Vuk Jeremic tells HO that he can confirm to Sam Kutesa "how fruitful the win-win cooperation with CEFC can be."

GX 254

GOVERNMENT EXHIBIT
2602
17 Cr. 779 (LAP)

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2014



**NOV**

**DEC**

**11/20**  **11/21**  **11/23**  **12/2**  **12/6**  **12/18**

HO directs Zhang Ya to prepare various reports.
GX 256

Zhang Ya sends draft reports to HO.
GX 257, 257-TX

HO provides a report to CEFC Chairman regarding HO's meeting with PGA Sam Kutesa in New York.
GX 258, 258-TX

HO emails Zhang Ya regarding another meeting with PGA Sam Kutesa
GX 259

HO asks Isaac Kutesa to have Sam Kutesa appoint the Chairman of CEFC as a "Special Adviser" to the PGA.
GX 260

HO provides a report to CEFC Chairman on his meeting with PGA Sam Kutesa.
GX 261, 261-TX

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2015



**JAN**

**FEB**

**1/14**

HO emails Isaac Kutesa regarding HO's interest in CEFC participating in various UN events.
GX 262

**2/3**

HO emails the PGA's aide to seek an invitation to speak at a UN event, and to meet with PGA Sam Kutesa in New York.
GX 264

**2/21**

HO emails the PGA's aide to seek another meeting with PGA Sam Kutesa in New York.
GX 266

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2015



**MAR** ● ● ● **JUL**

**3/5**

HO reiterates his request that PGA Sam Kutesa appoint the Chairman of CEFC as a Special Adviser to the PGA.          GX 272

**3/12**

HO provides a report to CEFC Chairman regarding HO's discussions with PGA Sam Kutesa in New York.          GX 277, 277-TX

**3/17**

Sam Kutesa's wife emails HO regarding business issues, including the possibility of acquiring a bank in Uganda.          GX 280

**7/29**

Ho emails the PGA's aides regarding PGA Sam Kutesa's "impending visit to Hong Kong" where he will meet with the Chairman of CEFC.          GX 281, 282

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2015



**AUG**

**SEP**

**8/2**

PGA Sam Kutesa meets with HO and CEFC Chairman in Hong Kong, and appoints the Chairman as a special honorary consultant to the PGA.

GX 287, 287-TX

Sam Kutesa completes his one-year term as PGA, and returns to Uganda as Minister of Foreign Affairs.

GX 287, 287-TX

# United States v. Chi Ping Patrick Ho - Uganda Scheme
# 2016



**2/24**

**2/28**

**2/29**

Sam Kutesa's wife emails HO, copying Sam Kutesa, to inform HO that Yoweri Museveni won reelection as President of Uganda, and to request a "contribution / donation" for Sam Kutesa's "foundation which he wishes to launch as soon as possible," and she provides the bank account information.          GX 283

HO replies to Sam Kutesa and his wife, including stating that "[w]e want to reconnect and catch up with you and renew our friendship as well as our mutual agreement and commit[]ments."
GX 284

Sam Kutesa's wife asks HO to "confirm the contribution" and advises HO of an opportunity in the "banking sector in Africa."
GX 285

# United States v. Chi Ping Patrick Ho - Uganda Scheme 2016

## MAR



**3/1** — HO provides a report to CEFC Chairman regarding "Support of Uganda President Yoweri Kaguta Museveni's 5th Re-election Campaign." GX 287, 287-TX

**3/7** — The CEFC Chairman responds to HO's report. GX 288, 288-TX

**3/26** — HO tells Sam Kutesa and his wife that "the Chairman will make good his pledge of donation to support Sam," and says that HO will attend President Museveni's inauguration along with an "entourage" of executives who can engage on projects in Uganda "from infrastructure, energy, agriculture, to finance and banking." GX 289

**3/27** — Sam Kutesa's wife asks HO about the number of people in CEFC's delegation. GX 290

HO replies that the size of the delegation "depend[s] on the number of projects the President and Sam want to engage China with. It can be anything from energy, agriculture, infrastructures, tourism, banking and finance, to stock market." GX 291

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2016

# APR



**4/8**

HO, following up on a call with Sam Kutesa's wife, emails her regarding "potential areas of investment and joint ventures in Uganda."

GX 293

**4/20**

HO describes CEFC's business deals in the Czech Republic and says that "we wish to engage Uganda as our first stop in Africa."

GX 294

Sam Kutesa's wife, copying Sam Kutesa, sends HO the invitations to President Museveni's inauguration and conveys Sam Kutesa's advice regarding a meeting with President Museveni.

GX 295

**4/24**

HO provides a report to CEFC Chairman regarding HO's upcoming attendance at President Museveni's inauguration, including a suggestion to provide Museveni with a $500,000 campaign donation in cash.

GX 296, 296-TX

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2016



| 5/4 | 5/5 | 5/7 | 5/8 | 5/9 |
|---|---|---|---|---|

Zhang Ya, copying HO, instructs a CEFC employee to "contact the bank for the matter of getting USD 500,000.00 ready on May 10th." GX 298, 298-TX

HO forwards to Zhang Ya the account information provided by the Kutesas. GX 299

CEFC wires $500,000 to the account requested by the Kutesas. GX 300, 300-TX

Zhang Ya, copying HO, directs a CEFC employee to classify the $500,000 wire under "other professional expenses." GX 301, 301-TX

HO asks a CEFC employee to inform Sam Kutesa's wife "about the remittance" and to "request a formal receipt for our accounting purposes." GX 303

HO tells Sam Kutesa's wife that he will lead the CEFC delegation and that they look forward to meeting with Sam Kutesa and President Museveni and to discussing "how CEFC the Company can play a major role in the future development of Uganda." GX 304

HO schedules meeting to discuss gifts for Ugandan officials. GX 305

HO tells Sam Kutesa's wife that they are bringing "some very 'nice' gifts to your President and to Minister Kutesa" and that they will need "special assistance with your customs procedure." GX 309, 310

Sam Kutesa's wife, copying Sam Kutesa, emails HO regarding the agenda for HO's trip to Uganda. GX 311

CEFC employee states that HO "highly expect[s] the delegation can meet some key persons at energy and financial sectors." GX 312

CEFC employee states that "the meeting with the President is our main goal on this visit." GX 313

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2016

# MAY



**5/12**

**5/13**  **5/14**

**5/15**

**5/18**

**5/19**

**5/21**

HO and CEFC delegation attend the inauguration of President Museveni.
GX 321, 321-TX

Zhang Ya forwards HO a company overview with the filename, "CEFC Company Pack 20160509-trip to Africa. PDF"
GX 406, 406-TX

HO emails Zhang Ya a list of "[m]ain points of Uganda possibilities," including in energy, infrastructure, finance, agriculture, and tourism sectors.
GX 316

HO provides a report to CEFC Chairman summarizing the trip to Uganda.
GX 333, 333-TX

HO and CEFC delegation attend dinner at Sam Kutesa's home, along with other Ugandan government officials.
GX 325, 325-TX, 326, 326-TX

Zhang Ya sends a report regarding the CEFC delegation's meeting at Sam Kutesa's residence.
GX 329, 329-TX

Kutesa's wife tells HO that Kutesa is in contact with President Déby's aide regarding a meeting with CEFC
GX 334

HO and CEFC delegation meet with Uganda's Department of Energy and Mineral Resources.
GX 324, 324-TX

HO emails Sam Kutesa and his wife regarding CEFC's involvement in Chad.
GX 330

HO and CEFC delegation meet with President Museveni.
GX 327, 327-TX, 328, 328-TX

# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2016



**MAY** ● ● ● ● ● ●    **OCT**

**5/26**

HO tells Sam Kutesa and his wife that CEFC is "very enthu-siastic" about "working with you and the Kutesa family" in "joint-ventures in Uganda," and that CEFC's "first priority" is to "acquir[e] controlling shares of Barclay Bank Africa in Uganda."                    GX 336

**5/27**

Sam Kutesa's wife, copying Sam Kutesa, replies that she is "writing to quickly [a]knowledge" HO's email before "traveling in countryside for a few days."                    GX 337

HO responds to "reiterate our decision and strategies re Africa," stating that "CEFC would like to partner with the Kutesa enterprise and would like to invest through you and with your family businesses (and the President's) who can be the local operators."    GX 338

**10/13**

Sam Kutesa's wife emails HO regarding an opportunity to acquire a Ugandan bank, Crane Bank.                    GX 340

HO writes a letter to a Ugandan Central Bank official, expressing interest in the possibility of acquiring Crane Bank.                    GX 340, 341

**10/14**

**10/25**

HO asks Zhang Ya to direct the bank acquisition matter to the attention of another CEFC executive.                    GX 344

Sam Kutesa's wife provides a letter dated June 10, 2016, signed by Sam Kutesa, thanking CEFC for its $500,000 contribution.                    GX 345

**10/27**