

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2024

**By ECF**

# MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et al.,*
           S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter, with the consent of all defendants, to request an extension of the time for the Government to file a reply in support of its motion *in limine* concerning a particular confidential source (Dkt. 402) from today to ~~this~~ noon on Wednesday, May 22, 2024. The Government does not anticipate that the pertinent witness (who is not a confidential source) with respect to this motion will testify this week.

**Request granted.**

**Dated: New York, New York\**
      **May 20, 2024**

**SO ORDERED:**

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    s/ Daniel C. Richenthal
       Eli J. Mark
       Daniel C. Richenthal
       Paul M. Monteleoni
       Lara Pomerantz
       Catherine E. Ghosh
       Assistant United States Attorneys
       (212) 637-2431/2109/2219/2343/1114

       Christina A. Clark
       Special Assistant United States Attorney
       (202) 307-5191

cc:    (by ECF)

       Counsel of Record