Redacted Selected Pages of Revised Version of GX 1302

(Filed Under Seal)