# Schertler Onorato Mead & Sears

May 30, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      **Re:** *United States v. Robert Menendez et al.*, **Case No. 1:23-cr-00490-SHS**

Dear Judge Stein:

    We represent Nadine Menendez in the above captioned matter. On April 5, 2024, we filed a motion to withdraw as counsel for Nadine Menendez (ECF No. 286). On April 11, the Court ordered Ms. Menendez to obtain new counsel. On May 29, 2024, Ms. Menendez' new counsel, Barry Coburn, entered an appearance in the case. We therefore respectfully request that the Court grant our motion to withdraw as counsel for Ms. Menendez.

                                            Respectfully submitted,

                                        /s/David Schertler
                                        David Schertler
                                        Danny Onorato
                                        Mark MacDougall
                                        Paola Pinto
                                        *Counsel for Nadine Menendez*