UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:   (S4) 23-Cr-490 (SHS)
UNITED STATES OF AMERICA           :
:   NOTICE OF
-v-                         :   DEFENDANT NADINE
:   MENENDEZ'S CONSENT
ROBERT MENENDEZ, NADINE MENENDEZ,   :   MOTION TO CONTINUE
WALE HANA, AND FRED DAIBES,           :   STATUS HEARING
:
Defendants.    :
:
---------------------------------------------------------------x

    Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves to continue her next status hearing, set for June 10, 2024. The government consents to this motion. Grounds are set forth in the accompanying memorandum in support of this motion, which is based on the Court's general supervisory authority over these proceedings.

                                    Respectfully submitted,

                                    /s/ Barry Coburn
                                  _____
                                  Barry Coburn, NYS Bar No. 5221338
                                  Coburn & Greenbaum PLLC
                                  1710 Rhode Island Avenue, N.W.
                                  Second Floor
                                  Washington, DC  20036
                                  Tel:  202-643-9472
                                  Fax:  1-866-561-9712
                                  barry@coburngreenbaum.com

                                  <u>Certificate of Service</u>

    I hereby certify that on June 2, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

                                    /s/ Barry Coburn
                                  _____