UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :     (S4) 23-Cr-490 (SHS)

    -v-                                                           :

NADINE MENENDEZ,                               :     <u>ORDER</u>

                              Defendants.           :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the defendant and with the consent of the government [Doc. No. 434], the status conference is adjourned from June 10 to June 12 at 5:00 p.m.

Dated: New York, New York
          June 3, 2024

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.