# SCHERTLER ONORATO MEAD & SEARS

May 30, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

# MEMO ENDORSED

Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

We represent Nadine Menendez in the above captioned matter. On April 5, 2024, we filed a motion to withdraw as counsel for Nadine Menendez (ECF No. 286). On April 11, the Court ordered Ms. Menendez to obtain new counsel. On May 29, 2024, Ms. Menendez' new counsel, Barry Coburn, entered an appearance in the case. We therefore respectfully request that the Court grant our motion to withdraw as counsel for Ms. Menendez.

Respectfully submitted,

/s/David Schertler
David Schertler
Danny Onorato
Mark MacDougall
Paola Pinto
*Counsel for Nadine Menendez*

**The motions to withdraw as counsel [Doc. Nos. 286 and 428] are granted.**

**Dated: New York, New York
May 30, 2024**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

ATTORNEYS AT LAW    555 13TH STREET, NW    202.628.4199
                    SUITE 500 WEST        202.628.4177 FAX
                    WASHINGTON, DC 20004  WWW.SCHERTLERLAW.COM