UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
UNITED STATES OF AMERICA

    -v-

ROBERT MENENDEZ, NADINE MENENDEZ,
WALE HANA, AND FRED DAIBES,

          Defendants.
-------------------------------------------------------------x

(S4) 23-Cr-490 (SHS)

NOTICE OF DEFENDANT NADINE MENENDEZ'S CONSENT MOTION TO WAIVE APPEARANCE AT HEARING

Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves to waive her appearance at her next status hearing, set for June 12, 2024. The government consents to this motion. Grounds are set forth in the accompanying memorandum in support of this motion, which is based on the Court's general supervisory authority over these proceedings.

                              Respectfully submitted,

                              /s/ Barry Coburn
                              _____
                              Barry Coburn, NYS Bar No. 5221338
                              Coburn & Greenbaum PLLC
                              1710 Rhode Island Avenue, N.W.
                              Second Floor
                              Washington, DC  20036
                              Tel:  202-643-9472
                              Fax:  1-866-561-9712
                              barry@coburngreenbaum.com

<u>Certificate of Service</u>

I hereby certify that on June 5, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

                              /s/ Barry Coburn
                              _____