UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                          :   (S4) 23-Cr-490 (SHS)
UNITED STATES OF AMERICA                  :
                                          :   MEMORANDUM SUPPORTING
          -v-                             :   DEFENDANT NADINE
                                          :   MENENDEZ'S CONSENT
ROBERT MENENDEZ, NADINE MENENDEZ,         :   MOTION TO WAIVE
WALE HANA, AND FRED DAIBES,               :   APPEARANCE AT HEARING
                                          :
          Defendants.                     :
                                          :
-------------------------------------------------------------x
```

Defendant Nadine Menendez, through counsel, respectfully submits this memorandum in support of her Consent Motion To Waive Appearance At Hearing.

The next status hearing for Defendant Nadine Menendez, relating to entry of her new counsel into this case and the schedule for her trial, has been set by the Court for June 12, 2024. Undersigned counsel has entered an appearance for Ms. Menendez and will appear at the hearing on June 12. Ms. Menendez, however, recently has had invasive cancer surgery, has medical equipment implanted in her body and is in intense, chronic pain. Accordingly it is respectfully submitted that her appearance should be waived at the hearing. The government kindly consents

to this request. Undersigned counsel will of course ensure that Ms. Menendez knows precisely what transpires at the hearing.

        Respectfully submitted,

        /s/ Barry Coburn

        _____
        Barry Coburn, NYS Bar No. 5221338
        Coburn & Greenbaum PLLC
        1710 Rhode Island Avenue, N.W.
        Second Floor
        Washington, DC  20036
        Tel:  202-643-9472
        Fax:  1-866-561-9712
        barry@coburngreenbaum.com

## Certificate of Service

I hereby certify that on June 5, 2024, this memorandum will be served on all counsel of record via this Court's electronic filing system.

        /s/ Barry Coburn
        _____