UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

    -v-  :

NADINE MENENDEZ,  :  ORDER

              Defendants.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant having filed a notice of consent motion to waive her appearance at the June 12, 2024, status conference [Doc. No. 443],

    IT IS HEREBY ORDERED that the motion is granted, and defendant may waive her appearance at the June 12 conference.

Dated: New York, New York
       June 5, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.