UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NADINE MENENDEZ, ET AL.,<br><br>*Defendants.* | Case No. 1:23-cr-00490-SHS |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Marc Eisenstein, Esq. hereby moves this Court for an Order for admission to practice *Pro Hae Vice* to appear as counsel for Defendant Nadine Menendez in the above-captioned action.

I am an attorney with the law firm of Coburn Greenbaum & Eisenstein, PLLC in Washington, DC and I am a member in good standing of the bars of the District of Columbia, Virginia, and Maryland. Certificates of Good Standing from those jurisdictions are attached as Exhibit A.

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached the required affidavit pursuant to Local Rule 1.3 as Exhibit B.

Dated: June 10, 2024                              Respectfully Submitted,

*Marc Eisenstein*
_____
Marc Eisenstein
DC Bar No. 1007208
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Ave., N.W.
Second Floor
Washington, DC  20036
Tel: 703-963-7164
Fax: 866-561-9712
marc@coburngreenbaum.com

## **CERTIFICATE OF SERVICE**

      I certify that on June 10, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

                                       *ls/Marc Eisenstein*
                                       Marc Eisenstein