# Exhibit B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NADINE MENENDEZ, ET AL.,

*Defendants.*

Case No. 1:23-cr-00490-SHS

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Marc Eisenstein, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

1.      I am a Partner with the law firm of Coburn Greenbaum & Eisenstein, PLLC in Washington, D.C.

2.      I am a member in good standing of the bars of the District of Columbia and the states of Virginia and Maryland.

3.      I have never been convicted of a felony.

4.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

5.      There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/10/24

Marc Eisenstein
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Ave., N.W.
Second Floor
Washington, DC  20036
Tel: 703-963-7164
Fax: 866-561-9712
marc@coburngreenbaum.com

Sworn to and subscribed before me this 10th day of June, 2024

Notary Public

PATRICIA BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2026