UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NADINE MENENDEZ, ET AL.,

　　　Defendants.

Case No. 1:23-cr-00490-SHS

## ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of Marc Eisenstein Esq., for admission to practice *Pro Hac Vice* in the above captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the states of Virginia and Maryland, and that his contact information is as follows:

> Marc Eisenstein
> Coburn Greenbaum & Eisenstein, PLLC
> 1710 Rhode Island Ave., N.W.
> Second Floor
> Washington, DC  20036
> Tel: 703-963-7164
> Fax: 866-561-9712
> Email: marc@coburngreenbaum.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nadine Menendez in the above entitled action;

IT IS **HEREBY ORDERED** that Marc Eisenstein is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
June 11, 2024

_____
Sidney H. Stein, U.S.D.J.