UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NADINE MENENDEZ, ET AL.,<br><br>*Defendants.* | Case No. 1:23-cr-00490-SHS |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sarah Schwietz, Esq. hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Nadine Menendez in the above-captioned action.

I am an attorney with the law firm of Coburn Greenbaum & Eisenstein, PLLC in Washington, D.C. and I am a member in good standing of the bar of the District of Columbia. A Certificate of Good Standing from that jurisdiction is attached as Exhibit A.

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached the required affidavit pursuant to Local Rule 1.3 as Exhibit B.

Dated: June 13, 2024                                    Respectfully Submitted,

*[signature]*

Sarah Schwietz
DC Bar No. 90008610
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Ave., N.W.
Second Floor
Washington, DC  20036
Tel: (202) 827-6737
Fax: 866-561-9712
sarah@coburngreenbaum.com

2

3

**CERTIFICATE OF SERVICE**

      I certify that on June 13, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

_____
Sarah Schwietz