# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NADINE MENENDEZ, ET AL.,<br><br>*Defendants.* | Case No. 1:23-cr-00490-SHS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Sarah Schwietz, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

1. I am an Associate with the law firm of Coburn Greenbaum & Eisenstein, PLLC in Washington, D.C.

2. I am a member in good standing of the bar of the District of Columbia.

3. I have never been convicted of a felony.

4. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2024

_____
Sarah Schwietz
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Ave., N.W.
Second Floor
Washington, DC 20036
Tel: (202) 827-6737
Fax: 866-561-9712
sarah@coburngreenbaum.com

Sworn to and subscribed before me this 13 day of June, 2024

_____
Notary Public

PATRICIA BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2026

2