UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NADINE MENENDEZ, ET AL.,

*Defendants.*

Case No. 1:23-cr-00490-SHS

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Sarah Schwietz Esq., for admission to practice *Pro Hac Vice* in the above captioned action is hereby **GRANTED.**

Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

> Sarah Schwietz
> Coburn Greenbaum & Eisenstein, PLLC
> 1710 Rhode Island Ave., N.W.
> Second Floor
> Washington, DC 20036
> Tel: (202) 827-6737
> Fax: 866-561-9712
> Email: sarah@coburngreenbaum.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Nadine Menendez in the above entitled action;

IT IS **HEREBY ORDERED** that Sarah Schwietz is admitted *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ _____

United States District Judge