

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 14, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re:  *United States v. Robert Menendez, et al.*,
     S4 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes to advise the Court that counsel for defendant Wael Hana informed the Government yesterday that Hana was withdrawing his outstanding objections, noted in the Government's letter of June 11, 2024 (Dkt. 455) to Government Exhibit 1304, the summary chart to be used in connection with the testimony of Special Agent Paul Van Wie, and the associated underlying exhibits. Defendant Robert Menendez's objections remain outstanding.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

     By:  s/ Paul M. Monteleoni
        Eli J. Mark
        Daniel C. Richenthal
        Paul M. Monteleoni
        Lara Pomerantz
        Catherine E. Ghosh
        Assistant United States Attorneys
        (212) 637-2431/2109/2219/2343/1114
        Christina A. Clark
        Special Assistant United States Attorney
        (202) 307-5191

cc:   (by ECF)

    Counsel of Record