# Senator Robert Menendez

# Presentation to U.S. Attorney's Office, Southern District of New York

September 11, 2023

CONFIDENTIAL – PRESENTATION MADE UNDER FEDERAL RULE OF EVIDENCE 408 ▮

GOVERNMENT EXHIBIT
4A-3
23 Cr. 490 (SHS)

Confidential
SUBJECT TO PROTECTIVE ORDER - PROTECTED

WS_0000006
SDNY_R19_00000327

**WAEL HANA**
## Given to Senator/Nadine

| DATE | ITEM | RECIPIENT |
|---|---|---|
| 07/19/2019 | Mortgage payment to Nationstar Mortgage (*by John Moldovan on behalf of Hana*)* | Nadine |
| 08/16/2019 | Consulting agreement entered between Strategic Int'l Business Consultants (SIBC) and IS EG Halal | Nadine |
| 08/30/2019 | $10,000 check from IS EG Halal to SIBC (*consulting fee*)* | Nadine |
| 09/28/2019 | $10,000 check from IS EG Halal to SIBC (*consulting fee*)* | Nadine |
| 11/06/2019 | $10,000 check from IS EG Halal to SIBC (*consulting fee*)* | Nadine |

*Indicates the Senator was not aware of item until this investigation began.

**CONFIDENTIAL** – PRESENTATION MADE UNDER FEDERAL RULE OF EVIDENCE 408.

4

**JOSE URIBE**
# Given to Nadine

| DATE | ITEM |
|---|---|
| 04/2019 – 12/2022 | Monthly car payments to Ray Catena Motors* |

\* Indicates the Senator was not aware of item until this investigation began.

CONFIDENTIAL – PRESENTATION MADE UNDER FEDERAL RULE OF EVIDENCE 408. 20

Confidential
SUBJECT TO PROTECTIVE ORDER - PROTECTED

WS_0000025
SDNY_R19_00000346

## Repayments at End of 2022

### 1) House Payment

- **July 19, 2019** – John Moldovan (attorney) writes check to Nationstar Mortgage on behalf of Wael Hana in the amount of **$23,568.54** to pay off outstanding balance on Nadine's mortgage.
  - *Unknown to Senator*: This payment occurs **before** the Senator and Nadine are engaged or live together and Senator has no knowledge of it until investigation.

- **November 22, 2022** – SDNY issues a subpoena to the Office of the Senator seeking information regarding payments given by Hana, among others, to the Senator or Nadine.

- **~December 2022** – The Senator learns of mortgage payment made by Hana.
  - After learning of the payment, Senator gives Nadine funds to repay the full amount.

- **December 22, 2022** – Nadine writes a check to ▮▮▮▮▮ in trust for Wael Hana" in the amount of **$23,568.54** for "full payment of Wael Hana loan."

## Repayments at End of 2022

### 2) Car Payments

- **April 2019** – Nadine purchases a Mercedes at Ray Catena Motors. Her father makes down payment and Jose Uribe makes monthly payments.
  - *Unknown to Senator.* These payments occur **before** the Senator and Nadine are engaged or live together and Senator has no knowledge of them until investigation.

- **November 22, 2022** – SDNY issues a subpoena to the Office of the Senator seeking information regarding payments given by Uribe, among others, to the Senator or Nadine.

- **~December 2022** – The Senator learns of car payments made by Uribe.
  - After learning of the payments, Senator gives Nadine funds to repay the full amount.

- **December 23, 2022** – Nadine writes a check to Jose Uribe in the amount of **$21,000.00** for "personal loan."

CONFIDENTIAL – PRESENTATION MADE UNDER FEDERAL RULE OF EVIDENCE 408.

36

Confidential
SUBJECT TO PROTECTIVE ORDER - PROTECTED

WS_0000041
SDNY_R19_00000362