UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    23-Cr-490 (SHS)

    -v-                                                        :

ROBERT MENENDEZ, WAEL HANA,    :    ORDER
JOSE URIBE, and FRED DAIBES,
                                                              :
              Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The trial in this matter will resume on Tuesday, June 18, 2024, at 9:30 a.m.

Dated: New York, New York
       June 14, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.