UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| JOSE URIBE, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The sentencing of defendant Jose Uribe is adjourned to October 29, 2024, at 11:00 a.m. The defense submission is due by October 8, an the government submission is due by October 15.

Dated: New York, New York
       June 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.