# Exhibit B



[1] Includes 2017 and 2017A series $20 and $50 bills sent by the Bureau of Engraving & Printing to Federal Reserve Banks in or after January 2018.

[2] 1B13, 19, 20, 22, 26, 28, 29, 30, 31, 32, 34, 35, 37, 41, 43, 44, 49, 58, 64, 66, 67

[3] 1B19, 22, 26, 28, 29, 30, 32, 37, 43, 66, 67

Sources: GX 1335, 1336



GOVERNMENT EXHIBIT 1340
23 Cr. 490 (SHS)