Exhibit C

**Nadine Arslanian a/k/a Nadine Menendez, JPMC Checking Account x8431**

| | |
|---|---|
| **Date account opened** | June 2, 2010 |
| **Total cash withdrawals (1/1/2016-account close)** | $777.09 (11/7/19 and 1/5/22) |
| **Total disbursements (1/1/2016-account close)** | $9,530.95 |
| **Maximum disbursement (1/1/2016-account close)** | $1,700 (9/28/2019 credit card payment) |
| **Average disbursement (1/1/2016-account close)** | $11.61 |
| **Date account closed** | January 6, 2022 |

Sources:  GX 5F-902, GX 5F-607

GOVERNMENT
EXHIBIT
1341
23 Cr. 490 (SHS)