# Exhibit A

# Email from Counsel to Robert Menendez to the Government, June 21, 2024

(Filed Under Seal)