AUSA Richenthal
SA Larkin
Geoffrey Mearns
By phone
June 19, 2024

- Remembers references to gifts, gold bars, and search of house during presentation, and some names of people, during presentation, at high level
- Remembers defense counsel saying that things found in search or car were gifts between friends or loan (specifically said about car)
- Does not remember defense counsel giving caveats about alleged facts, but rather being quite certain/phrasing as saying what occurred
- Remembers folks from USAO being extremely attentive, listening closely, cannot recall whether questions were asked, maybe a couple of question
- Remember presentation was about 1.5 hours
- Remembers Abbe asking whether USAO had any thoughts or questions, both during meeting, and at end, and saying something along lines if you can tell us more about what you are thinking/where your heads are at, we can do a better job explaining where we (defense) are at investigative-wise, referencing these kinds of meetings only occur when close to a charging decision, and if we (defense) learn more about what you are thinking about or charging, we can do a better job explaining what Menendez did.  Abbe said something like if there is anything missing, meaning, things presentation had not covered, USAO should let him know.  In sum, Abbe seemed to want to learn more about whether there were things that he had not given an explanation for, that might bear on charges.  Focus by Abbe seemed to be that scope of the presentation would be on everything that USAO cared about.
- Geoff understood goal to be to convince not to charge, knew charges had not yet occurred, but this was last step before final decision, including because he was involved in planning for future, including press conference
- Geoff does not remember details of presentation, but recalls above and cordial/friendly beginning, and the end, especially after Abbe appeared to understand that USAO was not going to be asking many questions or show its hand, tone shifted to more about Abbe seeming unhappy/advocate mode, and trying to convince USAO not to charge, to talk to him more, and not make the "mistake" of charging, with Abbe referencing what he had said as the "real story"