

GOVERNMENT EXHIBIT 10E-5 23 Cr. 490 (SHS)

United States Senate
# Financial Disclosures

## Annual Report for Calendar 2020

The Honorable Robert Menendez (Menendez, Robert)

📁 **Filed 05/17/2021 @ 2:45 PM**

---

The following statements were checked before filing:

- ☑ I certify that the statements I have made on this form are true, complete and correct to the best of my knowledge and belief.
- ☑ I understand that reports cannot be edited once filed. To make corrections, I will submit an *electronic* amendment to this report.

---

- ☐ I *omitted* assets because they meet the three-part test for exemption.

### Part 1. Honoraria Payments or Payments to Charity in Lieu of Honoraria

Did any individual or organization pay you or your spouse more than $200 or donate any amount to a charity on your behalf, for an article, speech, or appearance? **No**

### Part 2. Earned and Non-Investment Income

Did you or your spouse have reportable earned income or non-investment income? **Yes**

| # | Who Was Paid | Type | Who Paid | Amount Paid |
|---|---|---|---|---|
| 1 | Self | Pension | New Jersey Division of Pensions & Benefits<br>Trenton, New Jersey | $11,429.44 |

### Part 3. Assets

Did you, your spouse, or dependent child own any asset worth more than $1000, have a deposit account with a balance over $5,000, or receive income of more than $200 from an asset? **Yes**

| Asset | Asset Type | Owner | Value | Income Type | Income |
|---|---|---|---|---|---|

| # | Asset | Asset Type | Owner | Value | Income Type | Income |
|---|---|---|---|---|---|---|
| 1 | **Senate Federal Credit Union** (Washington, DC) *Type:* Checking, Savings, | Bank Deposit | Self | $100,001 - $250,000 | Interest, | None (or less than $201) |
| 2 | **M&T Bank** (Hoboken, NJ) *Type:* Checking, | Bank Deposit | Self | $15,001 - $50,000 | None, | None (or less than $201) |
| 3 | **Residential** *Description:* Rental Property (Union City, NJ) | Real Estate Residential | Self | $250,001 - $500,000 | Rent/Royalties, | $15,001 - $50,000 |
| 4 | **Metropolitan Life Insurance Stock** | Corporate Securities Stock | Self | None (or less than $1,001) | Dividends, | None (or less than $201) |
| 5 | **State of New Jersey Pension Plan** | Retirement Plans Defined Benefit Pension Plan | Self | Unascertainable | Other, (Age requirement distribution) | $5,001 - $15,000 Other $11,429.44 |
| 6 | **PNC Bank** (Englewood Cliffs, NJ) *Type:* Checking, | Bank Deposit | Spouse | $15,001 - $50,000 | None, | None (or less than $201) |
| 7 | **PNC Bank** (Englewood Cliffs, NJ) *Type:* Savings, | Bank Deposit | Spouse | $15,001 - $50,000 | Interest, | None (or less than $201) |
| 8 | **Marcus** (Englewood Cliffs, NJ) *Type:* Savings, | Bank Deposit | Spouse | $1,001 - $15,000 | Interest, | None (or less than $201) |
| 9 | **PNC Bank** (Englewood Cliffs, NJ) *Type:* Checking, | Bank Deposit | Spouse | None (or less than $1,001) | None, | None (or less than $201) |
| 10 | **Chase** (Englewood Cliffs, NJ) *Type:* Checking, | Bank Deposit | Spouse | None (or less than $1,001) | None, | None (or less than $201) |

## Part 4a. Periodic Transaction Report Summary

In this section, electronically filed periodic transaction report (PTR) transactions are displayed for you. Have you filed any paper-based PTRs in this period? **No**

## Part 4b. Transactions

Did you, your spouse, or dependent child buy, sell, or exchange an asset that exceeded $1,000 that was not already reported on Part 4a? **No**

## Part 5. Gifts

Did you, your spouse, or dependent child receive any reportable gift during the reporting period? **Yes**

| # | Date | Recipient | Gift | Value | From |
|---|------|-----------|------|-------|------|
| 1 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $500.00 | Miguel Ortega<br>Ridgefield, NJ |
| 2 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $500.00 | Medardo Perez<br>Fairview, NJ |
| 3 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $2,000.00 | Saro and Hilda Hartounian<br>Franklin Lakes, NJ |
| 4 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $2,000.00 | Yogi and Balpreet Grewal-Virk<br>Upper Saddle River, NJ |
| 5 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,500.00 | Dr. Abdullah Alkhan<br>Upper Grandview, NY |
| 6 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Patty and Mark Curcio<br>Franklin Lakes, NJ |
| 7 | 10/03/2021 | Self | Home goods per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Bob and Laura Garrett<br>Morristown, NJ |
| 8 | 10/03/2021 | Self | Home goods per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Raul Alarcon<br>Coral Gables, FL |
| 9 | 10/03/2021 | Self | Home goods per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Philip and Barbara Sellinger<br>Morristown, NJ |
| 10 | 10/03/2021 | Self | Home goods per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Daniel And Sandra Krivit<br>Great Falls, VA |
| 11 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $1,000.00 | Donald Scarinci<br>Allendale, NJ |

| # | Date | Recipient | Gift | Value | From |
|---|---|---|---|---|---|
| 12 | 10/03/2021 | Self | A check per Senate Ethics approval of our wedding waiver on September 11th, 2020. | $500.00 | Jamie and David Brigati Wayne, NJ |

## Part 6. Travel

Did you, your spouse, or dependent child receive any **reportable travel**? **No**

## Part 7. Liabilities

Did you, your spouse, or dependent child have a reportable liability worth more than $10,000 at any time? **Yes**

| # | Incurred | Debtor | Type | Points | Rate (Term) | Amount | Creditor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | 1999 | Spouse | Mortgage | 0 | 4.5% (30 years) | $100,001 - $250,000 | Mr. Cooper Cleveland, OH | - |
| 2 | 2007 | Spouse | Mortgage | 0 | 4.125% (30 years) | $50,001 - $100,000 | Select Portfolio Servicing Salt Lake City, UT | - |

## Part 8. Positions

Did you hold any outside positions during the reporting period? **No**

## Part 9. Agreements

Did you have any reportable agreement or arrangement with an outside entity? **Yes**

| # | Date | Parties Involved | Type | Status and Terms |
|---|---|---|---|---|

| # | Date | Parties Involved | Type | Status and Terms |
|---|------|------------------|------|------------------|
| 1 | Jan 2009 | New American Library (NAL), a division of Pemguin Group (USA) Inc.<br>New York, NY | Royalty Agreement | Pursuant to book publishing agreement will receive an advance royalties to be split with coauthor of $50,000, of which $25,000 shall be paid upon execution of the agreement and $25,000 upon delivery of completed manuscript; royalty payments of 10% of the net receipts for the first 5,000 hardcover copies sold, 12.5% for the next 5,000 hardcover copies sold and 15% for hardcover copies sold thereafter. Royalty payments be made of 7.5% and 10% on mass market, trade paperback and audio copies sold. |
| 2 | Jan 2009 | Peter Eisner c/o Sterling Lord Literistic, Inc.,<br>New York, NY | Royalty Agreement | Pursuant to collaboration agreement, coauthor shall receive the first royalty advance of $50,000. The next $50,000 earned shall be paid to me. Any monies thereafter, shall be split 50/50. I also agreed to pay reasonable travel and lodging expenses of Mr. Eisner, with any expenses over $100 approved in advance. |
| 3 | May 1986 | New Jersey Division of Pensions & Benefits<br>Trenton, New Jersey | Continuing participation in an employee benefit plan | I will continue to participate in the defined employee benefit plan for which I began receiving distributions from in calendar year 2019. |

## Part 10. Compensation

*Only required if you are a candidate or this is your first report*: Did any person or entity pay more than $5,000 to you or for services provided by you? **No**

## Attachments & Comments

*No attachments added.*
*No comments added.*