[redacted]

URIBE understood the message "I will pay him back" to mean that ARSLANIAN was going to pay back the $18k.

[redacted]