UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA : **STIPULATION**
:
    -v.- : S4 23 Cr. 490 (SHS)
:
ROBERT MENENDEZ, :
WAEL HANA, :
  a/k/a "Will Hana," and :
FRED DAIBES, :
:
             Defendants. :
:
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by Damian Williams, United States Attorney for the Southern District of New York, Eli J. Mark, Daniel C. Richenthal, Paul M. Monteleoni, Lara Pomerantz, and Catherine E. Ghosh, Assistant United States Attorneys, of counsel, ROBERT MENENDEZ, the defendant, by his attorneys, Adam Fee, Esq. and Avi Weitzman, Esq., WAEL HANA, a/k/a "Will Hana," the defendant, by his attorneys, Lawrence S. Lustberg, Esq., Anne Collart, Esq., and Ricardo Solano Jr., Esq., and FRED DAIBES, the defendant, by his attorneys Cesar de Castro, Esq., Valerie Gotlib, Esq., Seth Agata, Esq., and Shannon McManus, Esq., that:

1. If called to testify as a witness, an agent for the Federal Bureau of Investigation would testify as follows:

    a. Jose D. Uribe attended a meeting with the Government regarding this case on December 22, 2023.

    b. At that meeting, Uribe was shown a document containing the following text message, which was sent from Nadine Arslanian to Uribe on June 15, 2019:

Thank you Jose. I did not make up the figure it came straight from the mortgage company. They will not even take payments on it.

I NEVER forget when someone is there for me in bad times. NEVER . and I end up paying them back 100 fold.

I will show him the letter from the mortgage company. This is nothing to him it's everything to me plus I saved him $15,000 at least that he was willing to give Karyann And he would never seen that money back

When I feel comfortable and plan the trip to Egypt he will be more powerful than the president of Egypt.

I have never asked for anything in the last two years . What I have done as priceless I would never have asked if I wasn't in the situation I am now.

I will pay him back .

Just finished with the family making the funeral arrangements. I can't believe he still has not called me once to ask or left me a message knowing she was going into surgery on Wednesday. He and Andy know what she meant to me. Maybe that's why he's not calling it's too late now and he realizes

God for bid his mom passes away I would do everything and be there every hour of the day for him.

Thank you.

    c.   When asked about this document at that meeting, Uribe stated to the Government that he understood the message "I will pay him back" to mean that Nadine Arslanian was going to pay Wael Hana back the $18,000 for her mortgage.

FURTHER STIPULATED AND AGREED that this Stipulation, marked as Defense Exhibit HANA-_____, is admissible in evidence at trial.

Dated:     New York, New York
           _____, 2024

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

By: _____
     Eli J. Mark
     Daniel C. Richenthal
     Paul M. Monteleoni
     Lara Pomerantz
     Catherine E. Ghosh

*Assistant United States Attorneys*


By: _____
     Adam Fee, Esq.
     Avi Weitzman, Esq.

*Attorneys for Defendant Robert Menendez*

[ADDITIONAL SIGNATURES ON FOLLOWING PAGE]

By: _____
    Lawrence S. Lustberg, Esq.
    Anne Collart, Esq.
    Ricardo Solano, Jr., Esq.

    *Attorneys for Defendant Wael Hana*


By: _____
    Cesar de Castro, Esq.
    Valerie Gotlib, Esq.
    Seth Agata, Esq.
    Shannon McManus, Esq.

    *Attorney for Defendant Fred Daibes*