**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ et al.,<br><br>Defendants. | Case No. S4 23-cr-490 (SHS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul C. Gross of Paul Hastings LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and respectfully requests that all further papers and correspondence be served upon him.

Dated: New York, New York
       June 30, 2024

PAUL HASTINGS LLP

By: */s/ Paul C. Gross*
    Paul C. Gross
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 318-6781
    paulgross@paulhastings.com

*Attorney for Defendant Robert Menendez*

1