UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

    -v-  :

ROBERT MENENDEZ, WAEL HANA,  :  ORDER
JOSE URIBE, and FRED DAIBES,

              Defendants.  :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The argument scheduled for today is adjourned to 5:00 p.m.

Dated: New York, New York
       July 2, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.