UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -*v.*-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana," and
FRED DAIBES,

                Defendants.

S4 23 Cr. 490 (SHS)

## VERDICT SHEET

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**  **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond _____    Not Released on Bond _____

**COUNT TWO:**  **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond _____    Not Released on Bond _____

**COUNT THREE:**  **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT FOUR:**  **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

**COUNT FIVE:**  **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

**COUNT SIX:**  **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____     Not Released on Bond _____

**COUNT SEVEN:**  **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty _____     Not Guilty _____

WAEL HANA:     Guilty _____     Not Guilty _____

FRED DAIBES:     Guilty _____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____     Not Released on Bond _____

**COUNT EIGHT:**             **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

**COUNT NINE:**              **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

WAEL HANA:              Guilty _____        Not Guilty _____

**COUNT TEN:**               **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

**COUNT ELEVEN:**            **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

**COUNT TWELVE:**            **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:            Guilty _____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____        Not Released on Bond _____

**COUNT THIRTEEN:**          **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

FRED DAIBES:            Guilty _____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____        Not Released on Bond _____

**COUNT FOURTEEN:** **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT FIFTEEN:** **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

**COUNT SIXTEEN:** **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT SEVENTEEN:** **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT EIGHTEEN:** **Obstruction of Justice**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

_____
Foreperson

_____
Date and Time