

# IS EG HALAL GLOBAL

IS EG Halal Global: 125 River Road, Suite 301 - Edgewater NJ 07020
Email: global@iseghalal.com | Tel: +1 202 820 0800 www.iseghalal.com

## IS EG HALAL AUDIT FORM

**Establishment Information**

**Establishment Name:**
**Establishment Number:**
**Country:**
**Audit Date:**
**Audit Time:**

**Product types: (Check If applicable)**
- ☐ Beef Offal (Liver-Kidney-Heart)
- ☐ Beef Meat
- ☐ Beef Fat
- ☐ Veal
- ☐ Lamb/Mutton
- ☐ Casings
- ☐ Poultry
- ☐ Others

Please Indicate:

| Documents and Data ||
|---|---|
| **General Information:** ||
| 1- When was the establishment created? | Date: |
| 2- What are the latest developments, improvements, and modifications of the establishment? | a)<br>b)<br>c) |
| 3- Is there any change that affects the Halal Policy? | Yes ☐    No ☐<br>Description: |
| a) Establishment Management | a) Yes ☐    No ☐<br>Description: |
| b) Halal Assurance System (SOPs, documents, personnel, etc.) | b) Yes ☐    No ☐<br>Description: |
| c) Establishment Location | c) Yes ☐    No ☐<br>Description: |

1

**DEF. EXH**
**Hana - 030**

| | |
|---|---|
| 4-Has the establishment been previously audited by any Arab, Muslim, or foreign country? | Yes ☐    No ☐ |
| 5-If yes, list them. | Countries: |
| 6-Has the establishment exported to any of these countries? | Yes ☐    No ☐ |
| 7-If yes, list them. | Countries: |
| 8-What are the current exporting countries you affiliate with? | Countries: |
| 9-Has Egypt previously audited the establishment? | Yes ☐    No ☐ |
| 10-If yes, provide the date. | Date: |
| 11-Has the establishment previously exported to Egypt? | Yes ☐    No ☐ |
| 12-If yes, provide the date. | Date: |
| 13-What are the present export percentages to external and internal markets? | External Market ☐ %.  Internal Market ☐ %. |
| **Slaughtering and Processing** | |
| 14- What are the establishment's slaughtered animal species? | **Types of Slaughtered Species:** |
| 15- What are the ritual slaughters at the slaughterhouse? | ☐ Halal  ☐ Others  Name: |
| 16- When was the last time of ritual slaughter? | Date of last ritual slaughter: |
| 17- Is there any method of Stunning (Loss of Consciousness/Dizziness/Fainting) of animals? | Yes ☐    No ☐ |
| 18- If yes, **provide details.** | Details: |
| 19- How many cameras are at the stunning and slaughtering areas? | Total number of cameras: ☐  **Attach clear photos** |
| 20- Does the facility employ mechanical slaughtering methods in its operations for poultry? | Yes ☐    No ☐ |

| | |
|---|---|
| 21- Will the Halal slaughtering procedure be carried out using mechanical methods and/or manually by hand? | ☐ Mechanical methods<br>☐ Manually |
| 22- If mechanical slaughtering is utilized, what specific procedures are in place to ensure it aligns with Halal requirements? | **Clarify:** |
| **Certification and Compliance** ||
| 23-Has the establishment been previously Halal certified? | Yes ☐          No ☐<br>-If yes, attach herewith the Halal Certification |
| 24- Is the establishment ready to use exclusive chillers and freezer rooms for Halal production? | Yes ☐          No ☐ |
| 25- If no, explain how Halal and Non-Halal products will be separated. | **Clarify:** |
| 26- How has the establishment resolved the challenges of Halal production? | **Clarify:** |
| 27- What are the corrective actions taken regarding the latest Halal non-conformities? | a)<br><br>b) |
| 28- Which Halal standard is desired to be certified with? | GSO 2055-1/2015, ES 4249/2014  ☐<br>JAKIM  ☐<br>GSO 993/2015, ES7729/2014  ☐<br>OIC-SMIIC 1  ☐<br>Other: ☐ |
| **Attachments to be submitted with form** ||
| 29- <u>Please check applicable criteria and attach herewith the following:</u><br>☐  1) Halal Complaint Sheet<br>☐  2) Halal Customer Satisfaction Survey<br>☐  3) Newest Feedback of Halal Concerned Entities<br>☐  4) Qualification of Halal Responsible Manager<br>☐  5) Halal training certificate(s) of slaughtermen and staff<br>☐  6) Halal Policy Statement<br>☐  7) Last Internal Audit Report<br>☐  8) Halal Risk Report ||

| Authorized Representative Signature | | | |
|---|---|---|---|
| **Name** | | **Position** | |
| **Signature** | | **Date** | |
| **Stamp** | | | |

3