

# IS EG HALAL GLOBAL

IS EG Halal Global: 125 River Road, Suite 301 - Edgewater NJ 07020
Email: global@iseghalal.com | Tel: +1 202 820 0800  www.iseghalal.com

### Export Documentation Checklist

**Note:** All the following data must be completed in English and supplied before starting the audit

| | |
|---|---|
| **Slaughterhouse Name:** | |
| **Est. Nº** | |
| **Address:** | |
| **Country:** | |
| **Contact Person:** | |
| **Email:** | |

## Poultry Slaughterhouses

### Information of the Establishment

| | | | | |
|---|---|---|---|---|
| Number Of Hours/ Working days. | | Hour/ day | | |
| Number of working days per week. | | Days/week | | |
| How many Shifts/ Day | | Shift/ Day | | |

### Inspection Services

| | |
|---|---|
| Number of official Veterinary officers | |
| Number of Quality Inspectors | |

### Production

| | | | | |
|---|---|---|---|---|
| Slaughter Rate (Daily) | | Bird/Hour | | Bird/day |
| Number of cooling Chambers | | Chambers | | |
| Capacity of the carcasses chilling Chambers | | Tons | | |
| Packaging Capacity / Day | | Tons | | |
| Total production / month (frozen whole bird) | | Tons/Month | | N/A |
| Total production / month (frozen cuts) | | Ton/Month | | N/A |

DEF. EXH

Hana - 033

# IS EG HALAL GLOBAL

IS EG Halal Global: 125 River Road, Suite 301 - Edgewater NJ 07020
Email: global@iseghalal.com | Tel: +1 202 820 0800  www.iseghalal.com

| Capacity of the Storage | | | | |
|---|---|---|---|---|
| Number of storage chamber for Chilled Products | | Chamber | | |
| Chilled products storage total capacity | | Tons | | |
| Frozen Product storage | ☐ Inside the facility | | ☐ outside the facility | |
| Number of storage chamber for Frozen Products | | Chambers | | |
| Frozen products storage total capacity | | Tons | | Carton Box |
| Number of Static freezing tunnels | | Tunnels | | |
| Freezing Tunnels | ☐ Inside the facility | | ☐ outside the facility | |
| Total Capacity of static freezing tunnels | | Tons | | Carton Box |
| Number of fixed freezing tunnels | | Tunnel | | |
| Total Capacity of Fixed freezing tunnels | | Tons | | Carton Box |
| List of Countries you export to | | | | |

| Authorized Representative Signature | | | | |
|---|---|---|---|---|
| Name | | Position | | |
| Signature | | Date | | |
| Stamp | | | | |