

# IS EG HALAL GLOBAL

IS EG Halal Global: 125 River Road, Suite 301 - Edgewater NJ 07020
Email: global@iseghalal.com | Tel: +1 202 820 0800 www.iseghalal.com

**Please submit the following official documents: <u>(All documents need to be submitted in PDF English translated format)</u> or statement onto the facility's letterhead with clarification**

- Abattoir or Meat Plant license

- Quality Certificate or Management Quality Certificate

- 22000 ISO Certificate / HACCP Certificate / BRC Certificate

- Cleaning and disinfecting Certificate or Contract

- Laboratory reports for quality control for water, carcass, meat product, chemical and bacteriological

- Pest control certificates and contract

- HACCP Flow Chart of abattoir process from slaughter to end point (storage) with CCPs

- Veterinary Health Certificate for Exporting to Egypt template

- Customer complaint sheet

- Blue Print/Layout of slaughterhouse

- Type of Stunning machine



**DEF. EXH**

**Hana - 034**