**Global Documents needed for Halal Certification of the Establishments**

- Full data about the Establishment (name – trade name – address – Code number – etc…)

- Valid Official License

- For the Raw material
  - Certificates of analysis
  - Previous Halal accreditation audit sheet (If applicable)

- For the Imported raw material
  - Letter of authorization from the company source of raw material to the Establishment

- For packaging materials
  - Specification of the packaging material
  - Certificate proving that it is suitable for packaging foodstuff

- Results of Swabs from Surfaces, Machines of Establishment
- Results of Swabs from the workers
- For the Final Products
  - Product Technical Document
  - Certificate of Analysis and Component separation analysis
  - analysis of Pork fat for products containing raw materials from an animal product (or Just a Statement)

- In case of butter Production:-
  - Type of Strainer (gelatin sieve)
  - Natural flavoring agents used and proving that is free from alcohol
  - Whey butter analysis and proving that the animal derived enzymes are Halal

- ISO Certificates
  - ISO 9001/2015 (Quality Management system)
  - ISO 22000 (Food Safety Management System) OR
  - BRC certificate (if applicable)

- Last Audit report from the Competent Authority in your country

DEF. EXH

Hana - 035

**Global Documents needed for Halal Certification of the Establishments**

**List of Natural and Artificial Additives with E Numbers Like**

- Colors
- Nutrients
- Preservatives
- Anti-oxidants
- Materials for manufacturing processes and support for other additives such as anti-caking agents - and immunosuppressant, Forming Foam - Texture Enhancers (which include Emulsifiers – Stabilizers – Thickeners)
- Acidity regulators
- Flavor enhancers
- Coating materials
- Sweeteners
- Bleaching agents with the international number mentioned ECC No. or Serial No.

**(If not you can just send a statement)**