# Register

## Main Contact Information

First name

Last name

Name of the establishment

United States

Full postal and physical address of the head office of the applicant

Address

City

State/Province

Zip/Postal Code

Phone

Email

Alternative Email 1

Alternative Email 2

Alternative Email 3

Alternative Email 4

Alternative Email 5

Alternative Email 6

## Details of the Establishment

Check all that apply

- [ ] Meat Abattoir
- [ ] Meat Processing Plant
- [ ] Manufacturing including Animal Derived Materials
- [ ] Dairy and/or Eggs Farming or Processing
- [ ] Bakery
- [ ] Beverages
- [ ] Oils
- [ ] Spices and/or Sauces
- [ ] Flavoring
- [ ] Chemicals
- [ ] Cosmetics

DEF. EXH
Hana - 036

- ☐ Trading or Private Labeling
- ☐ Catering
- ☐ Other

Certification Category: List all that apply

- ☐ **Farming 1 (Animals)**
  Raising animals for the intent of humane slaughter to produce beef consumable products
- ☐ **Farming 2 (Dairy)**
  Utilizing the raw materials of animals to refine and produce consumable dairy products, no slaughter necessary
- ☐ **Farming 3 (Plants)**
  Growing or harvesting plants and garden products in order to produce plant based consumable foods
- ☐ **Processing 1 (Perishable animal products)**
  Production of animal products such as meat, eggs, seafood, dairy and fish
- ☐ **Processing 2 (Perishable vegetable products)**
  Production of mixed animal and plant products (prepared meals, pizza, dumplings) and strictly plant products (fruits, vegetables, nuts)
- ☐ **Processing 3 (Products with long shelf life at room temperature)**
  Production of consumable products that are stored and sold at ambient temperatures
- ☐ **Animal Feed Production**
  Production of feed from single or mixed food source for food and non-food producing animals
- ☐ **Distribution**
  Supplying food products to customers as wholesalers and retailers. Buying/Selling food products for sale or resale
- ☐ **Services**
  Providing services used in the safe production of food
- ☐ **Transport and Storage Services**
  Vehicle used to transport food products and feed. Facilities used to store food products and feed
- ☐ **Chemical and Biochemical manufacturing**
  Production of additives, pesticides, fertilizers, vitamins and minerals
- ☐ **Packaging and wrapping material manufacturing**
  Production of packaging and wrapping materials for food items
- ☐ **Other materials manufacturing**
  Products which do not fit into the other categories including leather products and cosmetics

What type of establishment?    ○ Slaughterhouse    ○ Distributor    ○ Processing Plant

Description of Product to Needed to get Certified

- ☐ Beef Meat
- ☐ Beef offals ( Liver - Kidney - Heart)
- ☐ Lamb / Mutton
- ☐ Veal
- ☐ Beef Fat
- ☐ Casings
- ☐ Meat Processing Plant (Corned Beef, Beef Luncheon, Meat Balls)
- ☐ Poultry processing Plant (Chicken Luncheon, Processed chicken, Turkey Lumcheon, Processed Turkey)
- ☐ Whole chicken
- ☐ Chicken Luncheon
- ☐ Chicken cuts
- ☐ Bovine Gelatine
- ☐ Bovine Collagen
- ☐ Collagen Fiber
- ☐ Dairy

☐ Hard Gelatin Capsule
☐ Heparin Sodium
☐ Heparin Calcium
☐ Chondroitin Sulfate Sodium

Do you receive raw materials from outside companies?    ○ YES  ● NO

## Details of the Administration Office (if any)

Full postal and physical address of the Administration Office of the establishment (if different)
_____

## Management Contact Information (if different from main contact)

Name _____    Position _____

Location of the office _____

Email _____    Phone _____

## Experience in the Halal Market

Do you currently produce Halal?    ○ YES  ○ NO

Which Halal markets have you serviced? _____

Date of the last inspection by an Egyptian authority?

Date _____    EST _____

## IS EG Halal E-platform

IS EG Halal E-platform is our official website used for the sole purpose of submitting data to obtain IS EG Halal certification. Access to the site is exclusively for the applicant and should not be shared with any other party.

Applicants will be granted access to the E-platform after agreeing to terms and conditions below.

Following review of your application, you will be sent a registration code for access to the IS EG Halal E-platform. Please check your spam folder for an email containing @iseghalal.com should you not receive a registration code within 24 hours of approval.

Please note that all email communications will be sent to the primary e-mail that you register with to the IS EG Halal E-platform.

## Terms and Conditions

By accessing the IS EG Halal E-Platform (the "Site"), you accept without limitation or qualification, the following Terms and Conditions. If you so not accept these Terms and Conditions, your access will be revoked, and you will be prohibited from using the Site.

1. This site is to be used for the sole purpose of submitting data in order to obtain certificates to verify Halal certification.
2. All data entered on this site must be accurate. If it is determined that false information was intentionally submitted, access to the site will be immediately terminated.
3. Access to this site is exclusively for the applicant and should not be shared with any other party.
4. The application shall be signed by an authorized person in the applicant's organization and shall bear the official stamp of such organization.
5. The applicant agrees to pay the invoiced fee for Halal certificates, once issued, and shall submit evidence of payment within 10 days of the date of receipt of such invoice.

## Declaration

The information given in this application form is correct to the best of my knowledge and belief, and I agree the terms and conditions. I also agree that I understand the procedure of Halal certification and extend full cooperation throughout the procedure of certification.

Name and position of the authorized authority in organization

Date

Signature of the organization

Password

Confirm Password

Registration Code

REGISTER