**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>    Defendants. | S4 23-cr-490 (SHS)<br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Rita Fishman of Paul Hastings LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and respectfully requests that all further papers and correspondence be served upon her.

Dated:  New York, New York
         July 8, 2024

PAUL HASTINGS LLP

By:  */s/ Rita Fishman*
     Rita Fishman
     200 Park Avenue
     New York, New York 10166
     Telephone:  1(212) 318-6834
     Facsimile:  1(212) 230-7834
     ritafishman@paulhastings.com

     *Attorney for Defendant Robert Menendez*