# Exhibit A



4:25

4G

## U.S. Department of State
### NONIMMIGRANT VISA APPLICATION

## Approved

Application ID or Case Number: AA00DEK7B5
Case Created:                    10-Jun-2024
Case Last Updated:               10-Jun-2024

The consular officer has approved your application subject to final processing by the consular section that is necessary to issue your visa. When that processing is complete, the status will change to "Issued". However, a final screening step must still be completed prior to issuance that could lead a consular officer to conclude that you are not eligible for a visa. If that occurs, the consular officer will notify you that your application has been denied and your status will change to "Refused".
For more information, please visit U.S. Embassy Cairo.

Close

Submit