UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    *-v.-*

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

             Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

## **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**　　　　　**Conspiracy to Commit Bribery**

ROBERT MENENDEZ:　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

WAEL HANA:　　　　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

FRED DAIBES:　　　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

           Released on Bond＿＿＿＿＿　　Not Released on Bond ＿＿＿＿＿

**COUNT TWO:**　　　　　**Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

WAEL HANA:　　　　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

FRED DAIBES:　　　　Guilty＿＿＿＿＿　　　　Not Guilty ＿＿＿＿＿

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

           Released on Bond＿＿＿＿＿　　Not Released on Bond ＿＿＿＿＿

**COUNT THREE:**        **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty_____         Not Guilty _____


**COUNT FOUR:**        **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty_____         Not Guilty _____

FRED DAIBES:        Guilty_____         Not Guilty _____


**COUNT FIVE:**        **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty_____         Not Guilty _____


**COUNT SIX:**        **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:        Guilty_____         Not Guilty _____

FRED DAIBES:        Guilty_____         Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____      Not Released on Bond _____


**COUNT SEVEN:**        **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty_____         Not Guilty _____

WAEL HANA:        Guilty_____         Not Guilty _____

FRED DAIBES:        Guilty_____         Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____      Not Released on Bond _____

**COUNT EIGHT:**   **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____


**COUNT NINE:**   **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

WAEL HANA:   Guilty_____   Not Guilty _____


**COUNT TEN:**   **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____


**COUNT ELEVEN:**   **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____


**COUNT TWELVE:**   **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____


**COUNT THIRTEEN:**   **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____

**COUNT FOURTEEN:**     **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____


**COUNT FIFTEEN:**     **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

**COUNT SIXTEEN:**     **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____


**COUNT SEVENTEEN:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____


**COUNT EIGHTEEN:**     **Obstruction of Justice**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____


     You have completed the verdict form. Please sign the verdict form and return to the courtroom.


New York, New York

July _____, 2024


_____     _____

_____     _____

_____     _____

_____     _____

_____     _____