UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

NADINE MENENDEZ,

Defendant.

(S4) 23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

In a conference dated June 12, 2024, the Court directed defendant Nadine Menendez's attorneys, Coburn & Greenbaum PLLC, to provide certain information regarding Nadine Menendez on or before July 3, 2024. No such information has been filed to date.

IT IS HEREBY ORDERED that defendant provide the requested information on or before July 17, 2024.

Dated: New York, New York
       July 11, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.