

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

July 11, 2024

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:     United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

We represent Defendant Nadine Menendez.  I write to Your Honor in response to the Order issued by the Court this afternoon (Document 507), concerning materials to be provided to the Court.  Following my in-person conference with the Court and other counsel at the end of the day on June 12, 2024, shortly after I entered my appearance in this case, I emerged with the impression that the documents in question were to be provided to the Court prior to Ms. Menendez's next status conference, on August 5, 2024.  Any misunderstanding on this point is solely my fault and I take full and complete responsibility for it.  I am out of the country through July 20, 2024 but, regardless of any such logistical issues, we will of course meet the Court's deadline of July 17, 2024.  I apologize to Your Honor and all concerned for any attendant inconvenience.  We are grateful for the opportunity to provide these materials to the Court.

Respectfully submitted,

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com