UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    23-Cr-490 (SHS)

    -v-    :

NADINE MENENDEZ,    :    <u>ORDER</u>

        Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The trial of this matter is adjourned *sine die*;

    2.    The last day for defendant's attorneys to provide the requested documents to the Court is extended to August 16, 2024; and

    3.    The time is excluded from calculation under the Speedy Trial Act from today until August 16, 2024. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       July 15, 2024

                           SO ORDERED:

                           Sidney H. Stein, U.S.D.J.