UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

               Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

## **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**          **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:    Guilty___✓___    Not Guilty _____

WAEL HANA:            Guilty___✓___    Not Guilty _____

FRED DAIBES:         Guilty___✓___    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

                Released on Bond __✓__    Not Released on Bond _____

**COUNT TWO:**          **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:    Guilty___✓___    Not Guilty _____

WAEL HANA:            Guilty___✓___    Not Guilty _____

FRED DAIBES:         Guilty___✓___    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

                Released on Bond __✓__    Not Released on Bond _____

**COUNT THREE:**                **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:        Guilty___✓_____        Not Guilty _____

**COUNT FOUR:**                **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:        Guilty___✓_____        Not Guilty _____

FRED DAIBES:                Guilty___✓_____        Not Guilty _____

**COUNT FIVE:**                **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:        Guilty___✓_____        Not Guilty _____

**COUNT SIX:**                **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:                Guilty___✓_____        Not Guilty _____

FRED DAIBES:                Guilty___✓_____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond___✓___        Not Released on Bond _____

**COUNT SEVEN:**                **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:        Guilty___✓_____        Not Guilty _____

WAEL HANA:                Guilty___✓_____        Not Guilty _____

FRED DAIBES:                Guilty___✓_____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond___✓___        Not Released on Bond _____

**COUNT EIGHT:**          **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty ___✓___          Not Guilty _____

**COUNT NINE:**          **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:     Guilty ___✓___          Not Guilty _____

WAEL HANA:              Guilty ___✓___          Not Guilty _____

**COUNT TEN:**          **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:     Guilty ___✓___          Not Guilty _____

**COUNT ELEVEN:**          **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty ___✓___          Not Guilty _____

**COUNT TWELVE:**          **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:              Guilty ___✓___          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ___✓___     Not Released on Bond _____

**COUNT THIRTEEN:**          **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:     Guilty ___✓___          Not Guilty _____

FRED DAIBES:              Guilty ___✓___          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ___✓___     Not Released on Bond _____

**COUNT FOURTEEN:**   **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty___✓___   Not Guilty _____

**COUNT FIFTEEN:**   **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:   Guilty___✓___   Not Guilty _____

WAEL HANA:   Guilty___✓___   Not Guilty _____

**COUNT SIXTEEN:**   **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:   Guilty___✓___   Not Guilty _____

**COUNT SEVENTEEN:**   **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:   Guilty___✓___   Not Guilty _____

**COUNT EIGHTEEN:**   **Obstruction of Justice**

ROBERT MENENDEZ:   Guilty___✓___   Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July ___16___, 2024



4