O6A5men1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                        23 Cr. 490 (SHS)

5    ROBERT MENENDEZ,
     WAEL HANA, a/k/a "Will Hana,"
6    and FRED DAIBES,

7              Defendants.
                                         Trial
8    ------------------------------x

9                                        New York, N.Y.
                                         June 10, 2024
10                                       9:35 a.m.

11

12   Before:

13
                      HON. SIDNEY H. STEIN,
14
                                         District Judge
15                                       -and a Jury-

16                    APPEARANCES

17   DAMIAN WILLIAMS
          United States Attorney for the
18        Southern District of New York
     BY:  PAUL M. MONTELEONI
19        DANIEL C. RICHENTHAL
          ELI J. MARK
20        LARA E. POMERANTZ
          CATHERINE E. GHOSH
21        Assistant United States Attorneys
          -and-
22        CHRISTINA A. CLARK
          National Security Division
23

24

25
```

O6A5men1

1

2                          APPEARANCES CONTINUED

3

PAUL HASTINGS LLP
4        Attorneys for Defendant Menendez
BY:  ADAM FEE
5        AVI WEITZMAN
         ROBERT D. LUSKIN
6        RITA FISHMAN

7

8

9  GIBBONS, P.C.
         Attorneys for Defendant Hana
10  BY:  LAWRENCE S. LUSTBERG
         ANNE M. COLLART
11       CHRISTINA LaBRUNO
         ANDREW J. MARINO
12       RICARDO SOLANO, Jr.
         ELENA CICOGNANI
13       JESSICA L. GUARRACINO

14

15  CESAR DE CASTRO
SETH H. AGATA
16  SHANNON M. McMANUS
         Attorneys for Defendant Daibes

17

18

Also Present:  Marwan Abdel-Rahman
19                 Bachar Alhalabi
                   Interpreters (Arabic)
20
                   Rachel Wechsler
21                 Connor Hamill
                   Braden Florczyk
22                 Paralegal Specialists, U.S. Attorney's Office

23                 Justin Kelly, DOAR

24

25

 1              (Trial resumed)

 2              THE COURT:  All jurors are here.  Bring the jury in.

 3    Put the witness on the stand.

 4              THE WITNESS:  Good morning, Judge.

 5              THE COURT:  Good morning, sir.

 6              Jury entering.

 7              (Jury present)

 8              THE COURT:  You may be seated in the courtroom.  Good

 9    morning ladies and gentlemen of the jury.  I hope you enjoyed

10    the weekend and are ready for a full week of testimony.

11              You may continue with the direct examination of

12    Mr. Uribe, Ms. Pomerantz.

13              Mr. Uribe, I remind you, sir, that you remain under

14    oath.  You understand that, correct?

15              THE WITNESS:  Yes, I do, your Honor.

16    JOSÉ DOLORES URIBE, resumed.

17              THE COURT:  Proceed, Ms. Pomerantz.

18              MS. POMERANTZ:  Thank you, your Honor.

19    DIRECT EXAMINATION (Continued)

20    BY MS. POMERANTZ:

21    Q.  On Friday we left off with you testifying of your first

22    phone call with Nadine on March 12, 2019.  Do you recall that?

23    A.  Yes, I do.

24    Q.  You testified on Friday that on that call you agreed to

25    help Nadine get a car.  Do you recall that?

1    A.  Yes, I do.

2    Q.  You testified that you understood that in exchange for the

3    car, Nadine would contact Robert Menendez to stop and kill the

4    investigations.  Do you recall that?

5    A.  Yes, I do, ma'am.

6    Q.  Did there come a time when you met up with Nadine in

7    person?

8    A.  Yes.

9    Q.  Approximately how long after the call did you meet up with

10   her?

11   A.  A couple of weeks after the call.

12   Q.  Where did you meet Nadine?

13   A.  We made at Villa Amalfi.

14          MS. POMERANTZ:  Ms. Wechsler, would you please display

15   what is in evidence as Government Exhibit 1313?

16   Q.  Mr. Uribe, does this show text messages between you and

17   Nadine?

18   A.  Give me one second, please?  Yes, it does.

19   Q.  Directing your attention to row 1, can you please read your

20   message to Nadine?

21   A.  "Hello.  When you come back, let's get together.  Maybe

22   Bob, you, and I."

23   Q.  What is the date of this message?

24   A.  March 21, 2019.

25   Q.  When you testified you spoke with Nadine on March 12, about

1  how long had it been since you spoke to Nadine on the phone?

2  A.  About nine days.

3  Q.  What were you suggesting to Nadine when you wrote:  When

4  you come back, let's get together.  Maybe Bob, you and I?

5          MR. FEE:  Objection.

6          THE COURT:  Sustained as phrased.

7          What did you intend to say when you wrote:  When you

8  come back, let's get together?  What did you mean?

9  A.  I meant I was looking for Nadine to set up a meeting

10  between herself, Senator Menendez, and myself.

11  Q.  Why?

12  A.  Because I wanted to ask Mr. Menendez what was worry me and

13  what we call the part 2 of this investigation.

14  Q.  You said part 2.  What do you mean by part 2?

15  A.  Part 2 is where the investigation into Prestige Trucking

16  Express is ongoing, and that investigation could lead into an

17  investigation to Phoenix Risk Management and my Ana Peguero.

18  Q.  Was there a part 1?

19  A.  Part 1 was the Elvis Parra and E & K Trucking.

20  Q.  Nadine responds -- let's look at the next row -- sounds

21  good.  I understand Sundays are not possible for you and I

22  think it is very admirable that you keep Sundays for your

23  family.  We will catch up on Monday.

24      Mr. Uribe, what did you tell Nadine about Sundays?

25  A.  Sundays is the day that I normally, most of the time I try

1    not to do any business, I dedicate the day for my family.  I go

2    to church.  I go see my mom at the cemetery.  And nowadays that

3    my father is in the nursing home, I spend the afternoon taking

4    care of him before we have a family meal.

5              MS. POMERANTZ:  Ms. Wechsler, if you could pull out of

6    that?

7    Q.  Now I want to take a look at rows 4 through 9, direct your

8    attention to row 4 and ask you to read your text message.

9    A.  "Morning.  Can we meet tomorrow afternoon?"

10   Q.  Nadine responds:  Yes.

11             Can you read your reply?

12   A.  "What time is good for you?"

13   Q.  She responds:  Any time after 3:30 p.m.

14             Can you read your next response?

15   A.  "Perfect.  5 p.m.  We find a place we can talk.  You and

16   I."

17   Q.  And Nadine responds:  Perfect.

18             Why were you asking Nadine to meet?

19   A.  I wanted to go over and confirm the conversation that we

20   held a couple of weeks before that, the March 12 conversation

21   where we were promising each other the car against the

22   resolution of part 1 and the stoping the possible investigation

23   against my daughter Ana.

24   Q.  What is the date of those messages?

25   A.  March 25, 2019.

O6A5men1                          Uribe - Direct

1    Q.  Now let's take a look at rows 10 through 15.  Can you read

2    your text to Nadine on row 10?

3    A.  "Morning.  Villa Amalfi 5:30 p.m."

4    Q.  Nadine responds:  OK.  See you then.

5         Can you read your response?

6    A.  "Hello.  Are we good for 5:30?"

7    Q.  Nadine responds:  I am on my way.  Five minutes away.  I

8    replied to you this morning as soon as I got your message.  Not

9    sure if you saw it.  Yes.

10   Q.  Can you read your response?

11   A.  "I am here my dear."

12   Q.  What are the date of those messages, Mr. Uribe?

13   A.  March 26, 2019.

14   Q.  Did you meet with Nadine at Villa Amalfi on March 26, 2019?

15   A.  Yes, we did.

16   Q.  Where did you and Nadine sit at Villa Amalfi?

17   A.  We sat at the bar.

18   Q.  Did you have dinner?

19   A.  No.

20   Q.  Did you have drinks?

21   A.  I had a beer and Nadine had a tea.

22   Q.  Did anyone else sit with you?

23   A.  No.

24   Q.  Had you ever met one-on-one, in person, with Nadine before

25   this day?

1   A.   Never before.

2   Q.   What did you and Nadine discuss at Villa Amalfi?

3   A.   We went over the items of the conversations we had a couple

4   of weeks before that, our promises to help each other.  She

5   complained again about how mens didn't come through in her life

6   with the promises they had made to her before, especially the

7   promises that Will had made to her.  At that point we confirmed

8   to each other, I said -- I remember saying to her, if your

9   problem is a car, my problem is saving my family and we went

10  into the agreement of helping each other.

11  Q.   Now, you said that Nadine complained about promises made to

12  her.  What did she tell you?

13  A.   She complained about the fact that she never got the car

14  that Will offered or promised.  She also complained about never

15  getting a job.  Basically the job and the car is what I

16  remember at this point.

17  Q.   What, if anything, did you tell Nadine about the situation

18  with Ana, Phoenix, and Prestige?

19  A.   Nadine in the conversation did confirm that she knew about

20  the Elvis Parra, which is what we call part 1, but she

21  acknowledged or she said that she had no idea, she was not told

22  the whole conversation about an investigation ongoing for

23  Prestige Trucking Express and Bienvenido Hernandez and that

24  that investigation could lead into an investigation into

25  Phoenix Risk Management and Ana Peguero.

O6A5men1                          Uribe - Direct

1    Q.   After you told Nadine that you would get her a car if she

2    helped you, what did she say in response?

3    A.   She would speak to the senator and she will do anything

4    that is possible can do to help me get this taken care of.

5    Q.   Did she say how Robert Menendez would help you?

6    A.   She did not go into those details.

7    Q.   Did Nadine say anything at Villa Amalfi about the kind of

8    car she wanted?

9    A.   Yes, she did.

10   Q.   What brand of car did she say she wanted?

11   A.   A Mercedes Benz.

12   Q.   What, if anything, did you tell Nadine about how you were

13   going to get her a car?

14   A.   This point we share that we had the same passion for a

15   Mercedes.   I had been driving Mercedes for a while at this

16   point and I promised her I would get in touch with my

17   salesperson at the Ray Catena Mercedes Benz dealership.

18   Q.   What is the Ray Catena Mercedes Benz dealership?

19   A.   It is a Mercedes Benz dealership located in Edison, New

20   Jersey.

21   Q.   You mentioned your salesperson.   Did you have a particular

22   salesperson at Ray Catena?

23   A.   Yes.   For years I deal with a gentleman by the name Leon.

24   Q.   Approximately how long were you at Villa Amalfi with

25   Nadine?

1    A.  About an hour's time.

2    Q.  Who paid for the drinks?

3    A.  I did.

4    Q.  And how did you pay?

5    A.  Using one of my debit cards.

6    Q.  Now, you testified that you told Nadine you would help get

7    her a car and reach out to Leon.  Did you reach out to Leon?

8    A.  Yes, I did.

9    Q.  Approximately how long after meeting at Villa Amalfi with

10   Nadine did you reach out to Leon?

11   A.  Shortly after that.  Maybe a day, maybe two days.

12   Q.  How did you reach out to Leon?

13   A.  We either called each other -- either I called Leon or I

14   sent him a text.

15   Q.  What did you ask Leon to do?

16   A.  I asked Leon that a good friend of mine was going to be in

17   touch or to please call her, and do everything possible to help

18   her get what she is looking for, the kind of car that she is

19   looking for.

20   Q.  After you spoke to Leon, what happened next?

21   A.  I understood that they got in contact to each other.

22   Q.  Did there come a time when Nadine told you she picked out a

23   car?

24   A.  Yes.

25   Q.  What brand of car?

O6A5men1                    Uribe - Direct

1    A.  She picked up a convertible Mercedes Benz black with a red

2    interior.

3    Q.  What, if anything, did Nadine tell you about financing for

4    the car?

5    A.  Leon had provided her with documents, a loan application to

6    get the financing of the car approved.

7    Q.  What, if anything, did Nadine tell you about her filling

8    out those documents?

9    A.  She said Leon gave me some documents.  I'm going to need

10   some help filling it out, something to that extent.  And I just

11   said, Hermana, go ahead and fill it out, you need to get your

12   loan approved.

13   Q.  Do you know if Nadine dot approved for financing?

14   A.  Yes.

15   Q.  How did you learn that she got approved for financing?

16   A.  She told me.

17   Q.  After she got approved for financing what, if anything, did

18   you and Nadine discuss about an initial deposit for the car?

19   A.  Nadine told me that she needed a $15,000 deposit and I

20   agreed to provide the money to her.

21   Q.  Did there come a time when you gave Nadine $15,000?

22   A.  Yes.

23   Q.  Where did you give Nadine $15,000?

24   A.  At a parking lot of a Villa Amalfi.

25   Q.  Is that the same restaurant where you met her to discuss

O6A5men1                              Uribe - Direct

1   the deal or a different one?

2   A.  The same restaurant.

3   Q.  Why did you meet Nadine in a parking lot?

4   A.  First of all, because the restaurant was closed at these

5   hours and it happened to be a common place that we had met

6   before so we picked that place.

7   Q.  Did you meet Nadine at Villa Amalfi during the day or at

8   night?

9   A.  Daytime.

10  Q.  You said you gave her $15,000.  How did you pay her

11  $15,000?

12  A.  In cash.

13  Q.  Where did you get the $15,000?

14  A.  Some of the money was sitting on -- it was in one of my

15  drawers in my desk in my office, and the balance I took from

16  one of my accounts the same morning from TD Bank.

17  Q.  You said that you got some of the money from a drawer in

18  your office; is that right?

19  A.  Yes, I did.

20  Q.  How was the cash in your office packaged?

21  A.  It was packaged in a bank envelope.

22  Q.  You said you also got cash from TD Bank?

23  A.  Yes, I did.

24  Q.  Where was the TD Bank that you went to?

25  A.  Union City, New Jersey.  8th Street and Summit Avenue in

O6A5men1                          Uribe - Direct

```
 1   Union City, New Jersey.
 2   Q.  Who withdrew the money from TD Bank?
 3   A.  I did.
 4   Q.  In what denomination was the cash you gave Nadine?
 5   A.  $100 bills.
 6   Q.  What, if anything, did you put the $15,000 in cash in when
 7   you gave it to Nadine?
 8   A.  In a bank envelope.
 9           MS. POMERANTZ:  Your Honor, at this point I would like
10   to, pursuant to stipulation Government Exhibit 1430, offer the
11   following government's exhibits:  Government's Exhibits 2B-7,
12   2B-8, 2B-9, 2B-23, 2B-24, 2B-25, 2B-26, 2B-27, 2B-28, 2B-30,
13   and 2B-36.
14           THE COURT:  Admitted, pursuant to stipulation, without
15   objection.
16           (Government's Exhibits 2B-7, 2B-8, 2B-9, 2B-23, 2B-24,
17   2B-25, 2B-26, 2B-27, 2B-28, 2B-30, 2B-36 received in evidence)
18           MS. POMERANTZ:  Ms. Wechsler, can you please pull up
19   what is in evidence as Government Exhibit 2B-10?
20   BY MS. POMERANTZ:
21   Q.  You earlier testified that you gave Nadine $15,000 in the
22   Villa Amalfi parking lot.  Can you indicate where the parking
23   lot of Villa Amalfi is located in Government Exhibit 2B-10?
24   A.  The parking lot would be located in the back of this side
25   entrance of the Villa Amalfi.
```

O6A5men1                    Uribe - Direct

1   Q.   On the left side?

2   A.   On the left side of the page, yes.

3            MS. POMERANTZ:  You can take that down and,

4   Ms. Wechsler, can you please pull up what is in evidence

5   Government Exhibits 2B-27 and 2B-28?

6   Q.   Mr. Uribe, what are these photographs?

7   A.   The parking lot of the Villa Amalfi.

8   Q.   How did you get to the parking lot?

9   A.   I drove there.

10  Q.   Was anyone with you?

11  A.   No.

12  Q.   When you got to the parking lot who, if anyone, was there?

13  A.   Nadine was there.

14  Q.   Was Nadine alone or with someone?

15  A.   She was alone.

16  Q.   Was she in a car?

17  A.   Yes, she was.

18  Q.   Was the car parked?

19  A.   Yes.

20  Q.   Now using Government Exhibit 2B-28, can you explain to the

21  jury where the car Nadine was in was parked?

22  A.   The car would be parked somewhere in this vicinity, just

23  like the red SUV there in the same -- facing the same position.

24  Q.   When you got to the parking lot, what did you do?

25  A.   I got out of the car and I handed the money -- I don't

1    quite remember if it was a single envelope or two envelopes --

2    and I wished her the best.

3    Q.  Before you handed her the money, did you park your car?

4    A.  Yes, I did.

5    Q.  Where did you park your car?

6    A.  I would park somewhere in the same area just like the SUV

7    there, somewhere in that vicinity.

8    Q.  Where was Nadine when you gave her the money?

9    A.  Sitting at her car.

10   Q.  Did she get out of the car?

11   A.  Not to my recollection.

12   Q.  When you handed her the money, what, if anything, did

13   Nadine do?

14   A.  She took the money and she thanks me for it.

15   Q.  Did she open the envelopes?

16   A.  No, she didn't.

17   Q.  Approximately how long were you with Nadine in the parking

18   lot of Villa Amalfi?

19   A.  Just a few minutes.

20   Q.  Why did you give Nadine the $15,000 in cash in the parking

21   lot?

22   A.  That was my promises to her so she can get her car and she

23   can comply with her part of the agreement.

24        MS. POMERANTZ:  Ms. Wechsler, can you please display

25   what is in evidence as Government Exhibit 1314?

1   Q.  Mr. Uribe, does this show text messages between you and

2   Nadine?

3   A.  Yes, it does.

4   Q.  I direct your attention to row 1.  Nadine writes:  Good

5   morning.  I hope you had a good weekend.  I just found out rest

6   Will left for Egypt yesterday.  I am very, very hurt and

7   disappointed by him once again, but I should not be surprised.

8        What did you understand Nadine to mean that she was very,

9   very hurt and disappointed by him once again?

10  A.  Once again, she's expecting Will to comply with some of his

11  promises to her and he didn't and she keeps complaining about

12  Will.

13  Q.  Based on your conversations with Will and Nadine, did you

14  have an understanding of how they were getting along?

15  A.  My understanding is they are -- they are friends but they

16  keep fighting each other or argument and disappointments to

17  each other, with each other.

18  Q.  What is the date of this message?

19  A.  April 1, 2019.

20  Q.  Now let's look at row 2 and I want to ask you to read your

21  response to Nadine in row 2.

22  A.  "Morning.  I don't think so.  He said he has to be back to

23  D.C. tomorrow.  In the other hand, I am worry.  I was hoping to

24  meet with you.  Nothing is going on.  I am worry but I have to

25  face whatever comes my way."

O6A5men1                          Uribe - Direct

1    Q.   What did you mean by that text message?

2    A.   Once again, time is passing by, nothing of the promises of

3    Will complying with the completion of the deal was happening.

4    There was nothing, to my understanding, that this was getting

5    to a resolution of stopping this investigation of this

6    prosecution of Mr. Parra and the investigation of Prestige, and

7    therefore stopping an investigation that could have led to my

8    daughter so I'm worried and concerned.  Nobody is doing

9    anything and I was just letting her know if she doesn't do

10   something I will face whatever God sends my way.

11   Q.   Can you please read your next two text messages to Nadine?

12   A.   "Please call MB and go get your car.  Leon said he was

13   waiting for you."

14   Q.   What does "MB" refer to?

15   A.   Mercedes Benz.

16   Q.   And who is Leon?

17   A.   The sales person at the Ray Catena dealership.

18   Q.   Let's look at the next row.  Nadine responds:  I just saw

19   your text.  Will said that he was going to go with me today.

20   That's why I didn't follow on anything up.  I didn't want him

21   to think I was going behind his back.

22        What did you understand Nadine to mean?

23   A.   Nadine didn't want to go behind Will's back.  Will is the

24   person that promised her the car and she wanted to be sure that

25   he knew that she was getting a car because I provided the car,

1   not him.

2   Q.  Let's continue looking at the next few text messages, let's

3   go a little bit further down.  I am going to ask you to read

4   your text in row 6.

5   A.  "LOL.  It was something about the last day of the month

6   event.  Call Leon and talk to him.  Please."

7   Q.  Nadine responds:  I have made arrangements to get picked up

8   at 2:30 today to go pick up the car.  Leon said the car is

9   sold.

10      Can you read the response?

11  A.  "That's a problem.  I call you shortly."

12  Q.  Then Nadine writes me back:  He just called me back and

13  said they were not approved so he sending me a link to fill.

14          MS. POMERANTZ:  Can we go down a couple more, please?

15  Q.  Mr. Uribe directing your attention to row 10, can you read

16  your message in that row?

17  A.  "OK.  Please get everything that he needs.  Just spoke to

18  him.  But maybe you want to meet this afternoon for 15 minutes

19  and we talk about the process.  Meantime, get the loan

20  approved."

21  Q.  She responds:  I just sent him everything he asked for.

22  Sure, I am home.  Can you read your response in row 12?

23  A.  "Excellent."

24  Q.  Mr. Uribe, what were you and Nadine texting about in these

25  messages?

O6A5men1                          Uribe - Direct

1    A.  The completion of the loan application and the process of

2    doing anything necessary for her to go get her car such as

3    providing for the money.

4            MS. POMERANTZ:  Ms. Wechsler, we can take that down

5    and let's please display what is in evidence as Government

6    Exhibit 1315.

7    Q.  Mr. Uribe, does this show WhatsApp messages between you and

8    Bienvenido Hernandez?

9    A.  Yes, it does.

10   Q.  In what language were your messages to Bienvenido?

11   A.  Spanish.

12   Q.  I want to look at the English translations of your

13   messages.  I want to direct your attention to row 1 and ask you

14   to please read the English translation of your message to

15   Bienvenido.

16   A.  "Talk to me.  Have you heard anything new?"

17   Q.  What were you asking Bienvenido?

18   A.  If he had gotten an update from Will Hana about the deals.

19   Q.  Let's look at row 4.  I ask you to read your English

20   translation of your message to Bienvenido?

21   A.  "I have a friend whose car is going to be delivered to her.

22   I'll tell you what she... later on."

23   Q.  Who is the friend you are referring to in this text

24   message?

25   A.  Nadine.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

1  Q.  And I want to focus on the part of the text that says:

2  I'll tell you what she... later on.

3      What did you mean to convey to Bienvenido with that

4  sentence?

5  A.  That I will convey to him whatever she said about getting

6  her car later on.

7  Q.  What is the date of your text to Bienvenido?

8  A.  April 2, 2019.

9  Q.  At this point, had you already spoken to Bienvenido about

10 the deal?

11 A.  Yes.

12 Q.  What had you told him about Nadine?

13 A.  That in the absence of Will coming through with his

14 promises of the deal, Nadine was the person that I have spoken

15 to and agreed to fulfill the commitments so she can help us

16 complete the part 1, and at this point part 2 of the deal.

17 Q.  Why did you tell Bienvenido?

18 A.  Bienvenido was very much interested that this deal is in

19 effect as of his company and himself, Prestige Trucking

20 Express, is the one in the investigation at this point.

21 Q.  I want to direct your attention to row 6.  Can you please

22 read the English translation of your message to Bienvenido?

23 A.  "Believe me, we're doing well.  That friend of yours is

24 scamming people."

25 Q.  Who are you referring to by that "friend of yours"?

O6A5men1                          Uribe - Direct

1    A.   Will.

2    Q.   What did you mean that Will is scamming people?

3    A.   At this point I am very mad at Will.  I am very upset with

4    Will.  This time and time pass by and no sign of any resolution

5    is given from him to us.  I was upset and calling him scamming

6    people.

7    Q.   What did you mean by:  Believe me, we're doing well?

8    A.   I found Nadine, Nadine and I entered into an agreement.  I

9    am doing my part of the deal.  She's already picked up her car

10   and I am willing to continue with the deal until this gets

11   fulfilled.

12   Q.   Let's look at your next text message and I ask you to read

13   the translation.

14   A.   "Good morning.  I did everything on this side.  I need 15K

15   cash this afternoon."

16   Q.   Why were you asking Bienvenido for $15,000 in cash?

17   A.   The original deal called that Will was going to get

18   proceeds -- was going to get money from Bien Hernandez and

19   Elvis Parra.  From that money, Will promised Nadine a car.

20   Nadine, Will hasn't delivered the car to her.  I took it upon

21   me to contact Nadine, cut a deal with Nadine, Nadine found her

22   car, $15,000 is the deposit, so I only thought it was fair that

23   they provide the money as being part of proceeds -- money that

24   was coming from the original deal.

25   Q.   Did Bien give you $15,000 in cash?

O6A5men1                          Uribe - Direct

```
 1   A.  No.

 2   Q.  What is the date of that message?

 3   A.  April 3, 2019.

 4   Q.  What time?

 5   A.  10:34 a.m.

 6   Q.  At some point did you tell Will about giving Nadine

 7   $15,000?

 8   A.  Yes, I did.

 9   Q.  Approximately when?

10   A.  On or about when all of this is going on.  I don't have

11   exact recollection present.

12       MS. POMERANTZ:  Let's pull back up Government Exhibit

13   1314 and let's go to the next page and look at rows 19 to 24.

14   Q.  Mr. Uribe, I direct your attention to rows 19 and 20,

15   April 3, 2019 at 3:45 p.m.  Can you please read your messages

16   to Nadine?

17   A.  "Hello.  How you doing?  I will see you tomorrow.  Did you

18   talk to Leo?"

19   Q.  Nadine responds:  I spoke to him twice this morning.  I

20   just called my insurance company and they just emailed him the

21   full insurance policy to the new car.  Leon is happy.

22       Can you read your response?

23   A.  "God bless."

24   Q.  Directing your attention to row 24 Nadine texts you:  You

25   are a miracle worker who makes dreams come true.  I will always
```

O6A5men1                              Uribe - Direct

1    remember that.

2        What did you understand Nadine to mean?

3    A.  She was appreciative that I complied with my promises to

4    her.  She found her car, she's going to go get her car, and she

5    is -- she will never forget that.  She will remember it and

6    comply, hopefully, to her part of the deal.

7    Q.  Now let's look at rows 25 to 28.  I direct your attention

8    to row 25, April 4 at 9:05 a.m.  Can you read your message to

9    Nadine?

10   A.  "Morning.  Getting ready.  I can meet you around 12:30 to

11   1.  Let me know where is good for you."

12   Q.  Nadine responds:  Yes, do you want to meet at the

13   Walgreen's parking lot by the George Washington Bridge?  If

14   it's easier, I can meet you in the parking lot of Villa Amalfi.

15       Can you read your response?

16   A.  "No idea.  We meet at parking of same place."

17   Q.  What did you mean by meet at parking of same place?

18   A.  The parking lot of Villa Amalfi.

19   Q.  What date were these messages sent?

20   A.  April 4, 2019.

21   Q.  Let's turn to the next page.  Directing your attention to

22   row 29, can you read your response to Nadine?

23   A.  Yes.

24   Q.  And below that she responds:  OK.  See you later.  Let's

25   blow up the rest of the messages, 31 through 37.  Nadine writes

1    to you:  What time works for you?

2              And you respond:  1:00 p.m.

3              And then she said:  OK.  Thank you.

4              Can you read your response in row 34?

5    A.  "Thank you, dear.  I will be leaving office shortly."

6    Q.  Directing your attention to the next row, Nadine writes:

7    I'm here.  Can you read your response, please?

8    A.  "Driving".

9    Q.  Where were you driving to?

10   A.  Parking lot of Villa Amalfi.

11   Q.  What date and time did you write that message?

12   A.  April 4, 2019, 1:06 p.m.

13   Q.  Mr. Uribe, what happened on this day, April 4, 2019?

14   A.  I handed the $15,000 deposit for the car to Nadine.

15             MS. POMERANTZ:  Now let's pull that down and let's

16   pull up Government Exhibit 1316.

17   Q.  Mr. Uribe, does this show text messages between you and

18   Nadine?

19   A.  Yes, it does.

20   Q.  I want to direct your attention to rows 1 through 8.

21   Directing your attention to row 1, can you please read your

22   text to Nadine?

23   A.  "Morning.  Blessings for a successful day."

24   Q.  What did you mean by that?

25   A.  Nadine was to get her car this morning and I was sending my

O6A5men1                              Uribe - Direct

1    blessings.

2    Q.   Direct you your attention to the next row on April 5, 2019,

3    9:48 a.m. Nadine responds:  Good morning.  Thank you.  For all

4    of us, 2019 will be a fantastic year.

5         What did you understand Nadine to mean?

6    A.   Nadine is getting her car, she is happy, I complied with my

7    end of the bargain so far, and she is somehow reassuring me

8    that she will comply with her commitment to me and we are all

9    going to have a beautiful year.

10   Q.   And you respond ah men and she writes:  Signing papers now?

11   A.   "Great".

12   Q.   What papers did you understand Nadine to be signing?

13   A.   She is signing the documents to become the owner of a

14   Mercedes Benz.

15   Q.   Directing your attention to rows 5 and 6, can you read your

16   text messages to Nadine?

17   A.   "Great.  Are you happy?"

18   Q.   What did you mean when you asked her are you happy?

19   A.   I was asking her if she was happy for getting her car.

20   Q.   Nadine responds in the next row, row 7:  I will never

21   forget this.

22        What did you understand her to mean?

23   A.   She is reassuring me that she is going to comply with her

24   commitment in the deal.

25   Q.   What date did Nadine send you this text?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1    A.  April 5, 2019.

2    Q.  What happened the day before?

3    A.  I gave her the deposit for the car.

4    Q.  Now let's look at rows 12 and 13.  On April 6, 2019 Nadine

5    writes:  Good afternoon.  Thank you again.  I have not

6    forgotten.  I am trying to see what the schedule is that we can

7    meet tonight.  I know tomorrow is not good for you.  I was

8    thinking maybe after his dinner we can have a cigar and drink.

9         Mr. Uribe, what did you understand Nadine to be trying to

10   plan?

11   A.  Nadine was trying to plan for a meeting between her,

12   Senator Menendez, and myself.

13   Q.  Who did you understand "his dinner meeting" to refer to?

14   A.  Senator Menendez.

15   Q.  Now let's look at row -- let's turn to the next page,

16   directing your attention to row 18, a series of text messages

17   between you and Nadine:  My friend, do not worry.  He probably

18   have a million things.  We can always be pick another day.

19        Did you want to meet with Robert Menendez at this point?

20   A.  Yes.

21   Q.  Why did you write:  We can always pick another day?

22   A.  Nadine had tried for some time in those days to arrange for

23   that meeting and the timing hasn't been correct, it hasn't been

24   appropriate for the busy schedule of the senator and I

25   didn't -- I didn't want her to feel no pressure, that I was

1    waiting to wait for the right time to meet.

2    Q.  Let's look at the next row.  Can you read your text to

3    Nadine?

4    A.  "I thank you for everything you do for me."

5    Q.  What were you thanking Nadine for?

6    A.  Her commitment of trying to put me in touch with

7    Mr. Menendez.

8    Q.  Now let's look at row 27.  Can you read your text to

9    Nadine, please?

10   A.  "We are good.  Please say thank you to our friend.  I owe

11   you one."

12   Q.  Who were you referring to when you wrote "our friend."?

13   A.  Senator Menendez.

14   Q.  Why did you refer to him as our friend?

15   A.  Nadine is Senator Menendez' girlfriend, she is trying to

16   put me in touch with Senator Menendez for my petitions, and at

17   this point I consider the gentleman my friend.

18   Q.  What were you asking Nadine to thank Robert Menendez for?

19   A.  Trying to fit me on his busy schedule so we can meet and I

20   can talk to him.

21   Q.  What did you mean by "I owe you one"?

22   A.  I owe her for the fact that she is doing her best to have

23   this communication between the senator and myself for these

24   meetings.

25   Q.  What was your understanding of whether the deal was moving

1  forward at this point?

2  A.  I got all my hopes that the deal was in the right

3  direction.

4  Q.  Directing your attention to the next row, row 28, Nadine

5  texts you:  Bob and I are going ho my house if you want come by

6  any dime.  He just finished his meeting.

7      What is the date and time of that text message?

8  A.  April 6, 2019.

9  Q.  Let's look at the next two rows.  She wrote:  If you are

10 dropping him him come by 41 Jane Drive Englewood Cliffs.  Can

11 you read your response?

12 A.  "My Hermana you need to rest.  We are good.  God is huge."

13 Q.  Did you meet with Robert Menendez and Nadine on April 6?

14 A.  No, I did not.

15 Q.  Did you want to meet with him at this point?

16 A.  Yes.

17 Q.  So why didn't you go?

18 A.  It was getting late at night, she had tried throughout the

19 day to get us together, time wouldn't look correct, and I

20 didn't want to be pushing.  I want the person that is -- that

21 is the only person that can help me protect my family to feel

22 comfortable, that I'm not a pushy person, that I just want to

23 be in his face and ask for something at the wrong time.

24 Q.  Directing your attention to row 29, what time was that text

25 sent from Nadine to you?

1    A.  11:12 p.m.

2    Q.  We can take that down.

3        Now, you testified about giving Nadine $15,000 in cash for

4    the initial deposit for the Mercedes.  Did you make any other

5    payments for the Mercedes?

6    A.  Yes, I did.

7    Q.  What payments did you make?

8    A.  I made monthly payments from May to later on, a number of

9    payments.

10   Q.  You said starting in May.  May of what year?

11   A.  May of 2019.

12   Q.  And approximately when did you stop making the monthly

13   payments?

14   A.  June of 2022.

15   Q.  What happened that caused you to stop making the payments

16   in June 2022?

17   A.  FBI agents showed up at my home and told me about the

18   investigation that is ongoing for me paying for this car.

19   Q.  What, if anything, did the FBI give you?

20   A.  Subpoenas.

21   Q.  And did they take anything from you?

22   A.  My cell phone.

23   Q.  I will ask you more about that later, I want to ask you

24   more about the payments themselves.  Just an approximate, about

25   how much was each monthly payment?

O6A5men1                          Uribe - Direct

1   A.  The payments were high 800, low 900s.

2   Q.  Did anyone help you make the payments?

3   A.  Yes.

4   Q.  Who?

5   A.  A good friend of mine that I do business together, trucking

6   business together, a gentleman by the name Fernando Barruos.

7           MS. POMERANTZ:  Ms. Wechsler, would you please pull up

8   for the witness what has been marked for identification as

9   Government Exhibit 2A-12?

10  Q.  Mr. Uribe, do you recognize this?

11  A.  Yes, I do.

12  Q.  Was it?

13  A.  A photo of Fernando Barruos.

14  Q.  Is this a true and accurate photo of Fernando Barruos?

15  A.  Yes, it is.

16          MS. POMERANTZ:  The government offers Government

17  Exhibit 2A-12?

18          THE COURT:  Admitted, without objection.

19          (Government's Exhibit 2A-12 received in evidence)

20          MS. POMERANTZ:  We can publish that briefly for the

21  jury.

22  BY MS. POMERANTZ:

23  Q.  Mr. Uribe, who came up with the idea of Fernando Barruos

24  helping you make payments for the Mercedes for Nadine?

25  A.  I did.

O6A5men1                           Uribe - Direct

1            MS. POMERANTZ:  We can take that down.

2    Q.  How did he help you?

3    A.  Fernando made a few payments from his account at my

4    request.

5    Q.  Why did you request him to help make the payments?

6    A.  The main reason is that I didn't want to be connected with

7    the making the payments of the car.

8    Q.  Why didn't you want to be connected?

9    A.  Because I knew it was wrong.

10   Q.  Now, you testified that he helped you make payments, I

11   believe you said it was a few payments.

12   A.  A few payments, the first few payments.

13   Q.  After the first few payments, who handled making the

14   payments?

15   A.  I did.

16   Q.  So I want to first ask you about the payments that Fernando

17   Barruos made.  Do you know where Fernando Barruos lived at the

18   time?

19   A.  Bronx, New York.

20   Q.  Did you ever visit him at his home?

21   A.  Yes, I did.

22   Q.  And when you spoke with Fernando Barruos about making the

23   first payment on the car, were you in person or on the phone?

24   A.  On the phone.

25   Q.  Where were you during the conversation?

                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

O6A5men1                          Uribe - Direct

1    A.  I was in my trucking yard in New Jersey.

2    Q.  During that conversation, where did Fernando Barruos tell

3    you he was?

4    A.  He was at his trucking yard in the Bronx.

5    Q.  And when you say a trucking yard, what is a trucking yard?

6    A.  That is the yard where we park our trucking equipment, our

7    tractor trailers.

8         MS. POMERANTZ:  Ms. Wechsler, could you please display

9    what is in evidence Government Exhibit 1317?

10   Q.  Mr. Uribe, does this show text messages between you and

11   Nadine?

12   A.  Yes, it does.

13   Q.  Now, directing your attention to row 1, can you please read

14   your text to Nadine?

15   A.  "Good morning.  Blessings for a successful day.  Any luck

16   with the carpet."

17   Q.  Does that successful or beautiful?

18   A.  Beautiful.

19   Q.  What did you mean by any luck with the carpet?

20   A.  Nadine complained, shared with me the fact she was having

21   some sort of problems with a carpet that flooded or was damaged

22   on her home.

23   Q.  Let's look at row 2.  Can you please read your text to

24   Nadine?

25   A.  "Also, please send me the invoice."

O6A5men1                          Uribe - Direct

1    Q.   What invoice were you referring to?

2    A.   The invoice for the payment of the car.

3    Q.   On what date did you text her to send the invoice?

4    A.   May 1, 2019.

5    Q.   Let's turn to the next page.

6            THE COURT:   Was this an invoice for a monthly payment

7    on the car?

8            THE WITNESS:   Yes, your Honor.   It was actually the

9    first invoice for the monthly payments.

10   Q.   Directing your attention to row 6, what is the date of

11   Nadine's message to you?

12   A.   May 1, 2019.

13   Q.   What did Nadine send you?

14   A.   The invoice for the payment of the car.

15           MS. POMERANTZ:   Let's zoom in on that exhibit.

16   Q.   Turning your attention to the left, can you read the name

17   and address?

18   A.   Nadine Arslanian.   41 Jane Drive, Englewood Cliffs, New

19   Jersey, 07632-2323.

20   Q.   What is the total amount due?

21   A.   891.26.

22   Q.   When was the total amount due by?

23   A.   May 4, 2019.

24   Q.   Why did you ask Nadine for the Mercedes invoice?

25   A.   It was my obligation to pay for the monthly payments, it

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6A5men1                          Uribe - Direct

1   was my arrangement, it was my agreement with her and I wanted
2   to comply with the agreement.
3   Q.  Now let's look at row 7.  Nadine writes:  By Saturday, can
4   I pick up the info on part two, unless you want to text it to
5   me?
6           What did you understand Nadine to mean by part two?
7   A.  The ongoing investigation into Bienvenido Hernandez,
8   Prestige Trucking Express, that could lead to an investigation
9   to Ana and Phoenix Risk Management.
10          MS. POMERANTZ:  Ms. Wechsler, we can take that down
11  and pull up Government Exhibit 1318.
12  Q.  Mr. Uribe, does this show text messages between you and
13  Fernando Barruos?
14  A.  Yes.
15  Q.  When you texted with Fernando Barruos, what language did
16  you text in, generally?
17  A.  Spanish.
18  Q.  I'm going to ask you to read through the English
19  translations of your messages.  Directing your attention to row
20  1, what did you send Fernando Barruos?
21  A.  The invoice for the payment of the car.
22  Q.  When you say the invoice for the payment of the car, which
23  invoice are you referring to?
24  A.  Payment of the cash of Nadine's car, her car.
25  Q.  When did you send Barruos the invoice?

1    A.  May 3, 2019.

2            MS. POMERANTZ:  If we can pull up side by side

3    Government Exhibit 207 -- E 207A with E 101B?

4    Q.  How do these two invoices compare?

5    A.  They are the same.

6            MS. POMERANTZ:  So we can take down E 207A and let's

7    go back to 1318.  You can zoom out.  Great.

8    Q.  I am going to direct your attention to rows 2 and 3.  After

9    you send Fernando Barruos the invoice he responds:  LOL that's

10   called power.

11           What did you understand Barruos to mean?

12   A.  At this point I asked Fernando to make the payment for the

13   invoice and I explained to him that Nadine was the senator's

14   girlfriend.

15   Q.  Do you recall if you told him why you were paying for the

16   car?

17   A.  I did not provide a reason why.

18   Q.  Now, directing your attention to row 4, can you please read

19   the English translation of your text?

20   A.  "Call and pay this using the Barruos account.  I don't want

21   to use anything with my name on it and Raisa didn't send me the

22   money orders."

23   Q.  Why didn't you want to use anything with your name on it?

24   A.  I didn't want to be connected with the payments.

25   Q.  Now let's look at row 7:  Please read the English

O6A5men1                    Uribe - Direct

1    translation of your text.

2    A.    "My sister is a fucking pain.  She doesn't understand.  She

3    thinks that that's cheating on my wife and I don't want to

4    explain.  I'll send you the money."

5                (Continued on next page)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q.  What did you mean by this text?

2    A.  If I had to explain my sister why I'm paying for a person's

3    car, the lady's car, I have to give a lot of explanation, and I

4    put in the question, she wouldn't complain about that.  And I

5    told her I want to cover up for me and I will pay him later.

6              MS. POMERANTZ:  Now let's look in the next page.

7              And Fernando replies:  I'm at the accountant's office,

8    I'll be out in 35 min.  Don't worry.  Consider it done.

9              Let's look at the next row:  Keep on doing your thing,

10   because that's been taken care of.

11   Q.  What did you understand Fernando to be saying?

12   A.  That I shouldn't be worrying about those payments being

13   made, that he will help me taking -- take care of them; he will

14   handle it for me.

15   Q.  Did there come a time when Fernando asked you for

16   additional information to make the payment?

17   A.  Yes.

18   Q.  What information did he ask you for?

19   A.  The social security on Nadine.

20             MS. POMERANTZ:  Now let's turn back, Ms. Wechsler, to

21   Government Exhibit 1317.

22   Q.  Remind us who you're texting with here.

23   A.  Those are messages between Nadine and myself.

24             MS. POMERANTZ:  Let's go to the next page.

25             I'm sorry.  Let's go to the page after this.

O6aWmen2                          Uribe - Direct

1   Q.  Directing your attention to row 12, can you please read

2   your message to Nadine?

3   A.  "Please call me.  I need some information to make the

4   payment."

5   Q.  And what's the date of this message?

6   A.  May 3, 2019.

7   Q.  What payment are you referring to here?

8   A.  First payment of, of the need -- first payment for Nadine's

9   car.

10  Q.  And what information did you need to make the payment on

11  the Mercedes for Nadine?

12  A.  Her social security number.

13              MS. POMERANTZ:  Now let's turn to the next page.

14  Q.  Directing your attention to rows 15 and 16, can you please

15  read your messages to Nadine?

16  A.  "I really -- I really need to speak to you.

17      "I really need to speak to you."

18  Q.  Why did you really need to speak to Nadine, Mr. Uribe?

19  A.  I needed her social security number.

20  Q.  And why is that?

21  A.  I needed to use that information to make a payment.

22  Q.  And on what date was the payment due?

23  A.  May 4, 2019.

24  Q.  And on what date did you send this text?

25  A.  May 3, 2019.

O6aWmen2                          Uribe - Direct

1   Q.  And how, if at all, important was it to you to pay the bill
2   on time?
3   A.  I'm entering into an agreement with Nadine.  The first
4   phone call that we had, I told her that I'm a man of my word.
5   I provided a deposit for the car.  It's time to make the first
6   payment.  I have to complete my commitment in order for her to
7   understand that if I'm a truthful person, she should be a
8   truthful person as well and comply with her part of the
9   commitment.  That's what my best hope to get out of these
10  investigations.
11          MS. POMERANTZ:  Now let's look at the next row.  And
12  let's just zoom in, the bottom.
13  Q.  Directing your attention to row 17, Nadine responds:  Just
14  got out of meeting.  Do you want to have cigar or drink with
15  Bob.
16      Mr. Uribe, who did you understand Bob to be?
17  A.  Senator Menendez.
18  Q.  Directing your attention to the next row, row 18, what was
19  your response?
20  A.  "Let's have a drink.  Where?"
21  Q.  Nadine responds Sofia.
22      What is Sofia?
23  A.  A restaurant in New Jersey.
24          MS. POMERANTZ:  And she writes to you:  I know you
25  don't like it.  Gee are at Sofia.

O6aWmen2                          Uribe - Direct

1  Q.  Directing your attention to row 22, can you please read

2  your response?

3  A.  "I'm on the way."

4  Q.  Where were you going?

5  A.  Sofia's.

6  Q.  And what's the date and time of your text message, I'm on

7  the way?

8  A.  May 3, 2019, 10:09 p.m.

9  Q.  Directing your attention to the next row, row 23, Nadine

10  writes 1548.

11      Mr. Uribe, what is 1548?

12  A.  Last four digits on Nadine's social security number.

13  Q.  And what date and time did she send that to you?

14  A.  May 3, 2019, 10:31 p.m.

15      MS. POMERANTZ:  Now let's look at the next page.

16  Q.  Directing your attention to row 24, what did Nadine send

17  you?

18  A.  She send me a picture of Nadine, Senator Menendez and

19  myself.

20  Q.  Where are you in this photograph?

21  A.  Sofia's.

22  Q.  And what's the date and time of that text message?

23  A.  May 3, 2019, 10:40 p.m.

24  Q.  So by 10:40 p.m., where were you?

25  A.  At Sofia's.

O6aWmen2                          Uribe - Direct

1   Q.  Let's look back at the prior page, briefly, row 23, where

2   Nadine sent you the last four digits of her social security

3   number.

4        What time did she send you those last four digits?

5   A.  10:31 p.m.

6             MS. POMERANTZ:  Now let's go to page 6, Ms. Wechsler.

7   Q.  Who's in this photograph, Mr. Uribe?

8   A.  Nadine, Senator Menendez, myself.

9   Q.  Where are you in this photograph?

10  A.  Sofia's.

11            MS. POMERANTZ:  Let's go to the next page.

12  Q.  Directing your attention to row 26, who is this a

13  photograph of?

14  A.  My friend Jorge Martinez, George; Nadine; and Senator

15  Menendez.

16  Q.  Where are they in this photograph?

17  A.  Sofia's.

18  Q.  Who is Jorge Martinez?

19  A.  A very good friend of mine, almost like a brother to me.

20  Q.  And why was Jorge at Sofia's?

21  A.  I ask him to come along with me to help me drive and to

22  share some good times with the senator and Nadine, spend some

23  time with us, to come along with me.

24  Q.  Directing your attention to rows 27 through 30, can you

25  read your messages to Nadine?

O6aWmen2                         Uribe - Direct

1   A.  "*Hermana*, happy Saturday.  Please send me the four numbers.

2        "4 numbers please.

3        "Is 1548?

4        "I have to process the payment."

5   Q.  Mr. Uribe, what were you asking Nadine for?

6   A.  Her social security number.

7   Q.  Why were you asking her for the four numbers if she had

8   already sent them to you?

9   A.  I didn't realize she had sent it to me prior to me getting

10  into Sofia's.

11  Q.  And what did you mean by, is 1548?

12  A.  I'm asking if that are the four digits of her -- the last

13  four digits of her social security number.

14  Q.  What did you mean by, I have to process the payment?

15  A.  It's my obligation to make payments for that car.

16  Q.  In row 27, you refer to her as *hermana*.  What does that

17  mean to you?

18  A.  She's my sister.

19  Q.  Do you typically refer to people as your sister; is that

20  unique to her?

21  A.  People that are close to me, I refer to sister, brothers,

22  cousins.

23        MS. POMERANTZ:  Now let's look at the next page.

24  Directing your attention to row 31, Nadine responds, yes.

25  Q.  Read your response.

O6aWmen2                          Uribe - Direct

1    A.   "1548."

2              MS. POMERANTZ:  You can close that, Ms. Wechsler.

3    Q.   Directing your attention to row 32 and 33, can you read

4    those messages?

5    A.   "1548.

6         *"Correcto*?"

7              MS. POMERANTZ:  Let's take a look at Nadine's

8    response.  She writes, so and then*, si*.

9    Q.   What does *si* mean to you, Mr. Uribe?

10   A.   Yes.

11   Q.   On what date were those messages?

12   A.   May 4, 2019.

13             MS. POMERANTZ:  Look at the next row.

14             Nadine writes:  Thank you for last night.  It was fun.

15   Q.   What was last night?

16   A.   The night at Sofia.

17             MS. POMERANTZ:  Now let's look at row 38 -- sorry.  37

18   and 38, please.

19   Q.   Directing your attention to row 37, can you please read

20   your message to Nadine?

21   A.   "Yes dear.  Thank you.  Please help me close all this

22   things.  I don't want to say anything last night -- I didn't

23   want to say anything last night."

24   Q.   Mr. Uribe, what things were you trying to close?

25   A.   The investigation, part one and part two.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen2                         Uribe - Direct

1    Q.   Why didn't you want to say anything at Sofia's?

2    A.   Sofia is a restaurant.  Friday night, it was clouded -- it

3    was crowded, full of people.  We were having drinks and

4    throwing jokes.  It was not the correct ambience to be asking

5    for what I need.

6    Q.   Now, directing your attention to row 38, Nadine texts you:

7    Happy *Cinco de Mayo*.  You are on my mind.  It will be done.  I

8    need the info, please, whenever you can.

9         What information did you understand Nadine to need?

10   A.   Information of part two, the deal.

11   Q.   When you say information on part two, what do you mean by

12   that?

13   A.   The names of the parties of -- being investigated, could be

14   investigated, in part two, referring to Bien Hernandez,

15   Prestige Trucking Express, Phoenix Risk Management and Ana

16   Peguero.

17   Q.   Had you previously told Nadine those names?

18   A.   Yes, I have.

19   Q.   And where had you done that?

20   A.   Over the phone and also in person at the first meeting at

21   Villa Amalfi.

22   Q.   When you were at Villa Amalfi with her, had she written

23   those names down?

24   A.   Not to my recollection.

25   Q.   And to your knowledge, did she know any of those names or

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen2                        Uribe - Direct

1   entities there?

2   A.   If you want to ask me that question again, please?

3   Q.   To your knowledge, did she know any of those names or

4   entities, have personal knowledge of those names or entities?

5   A.   No, she did not.

6        MS. POMERANTZ:   Let's pull Government Exhibit 1318

7   back up.   And let's go to page two.

8   Q.   Mr. Uribe, remind us who these text messages are between.

9   A.   Fernando Barruos and myself.

10  Q.   And directing your attention to row 20, can you please read

11  the English translation of your text message to Fernando?

12  A.   "It's a little late.   The number is 1548."

13  Q.   What did you send Fernando?

14  A.   Last four digits of Nadine's social security number.

15       MS. POMERANTZ:   And let's go to the next page.

16  Q.   Directing your attention to row 21, can you please read the

17  English translation of your text to Fernando?

18  A.   "Please try to make the payment."

19       MS. POMERANTZ:   And let's look at rows 33 and 34.

20  Q.   Directing your attention to those rows, where Fernando

21  texts you, confirmation number 2078665, $906, what did you

22  understand Fernando Barruos was sending you here?

23  A.   Confirmation that he made the payment and the amount of the

24  payment, $906.

25  Q.   Now, you testified --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen2                          Uribe - Direct

1              MS. POMERANTZ:  We can take that down.

2   Q.  You testified that Nadine complained to you about Hana

3   promising her a car and not delivering.  Did she ever complain

4   to you about him not delivering on anything else?

5   A.  Yes, she did.

6   Q.  What did she complain about?

7   A.  That I remember of the -- Will never gave the, never gave

8   her a job at her -- at his meat company.

9   Q.  Did she complain to you about this once or more than once?

10  A.  More than once.

11  Q.  What, if anything, did Will tell you about whether anyone

12  was going to help with his meat business?

13  A.  Nadine and Senator Menendez.

14  Q.  What do you mean Nadine and Senator Menendez?

15  A.  He told me that his communications with the senator and

16  Nadine was to the purpose of they were going to help him

17  somehow put that, complete their -- his desire to have his

18  halal company in operation.

19  Q.  What, if any, details did Will tell you about how Robert

20  Menendez and Nadine were going to help him with his meat

21  business?

22  A.  He never gave me any details.

23  Q.  And did you ask?

24  A.  No.

25  Q.  Why not?

1    A.  It's none of my business.

2    Q.  Do you recall exactly when this was?

3    A.  Sometime prior to, prior to me getting the car to Nadine

4    and way prior to that, when he was doing his stories in Andy's

5    office in earlier, the 2018, to the best of my recollection.

6    Q.  Was this in the later part of your friendship with Will or

7    the earlier part?

8    A.  Later part.

9    Q.  During the whole time you knew Nadine, did you ever know

10   her to have a job?

11   A.  No.

12   Q.  Did there come a time when Nadine complained to you about

13   Will not helping her with mortgage payments?

14   A.  Yes.

15   Q.  What, if any, issues did Nadine tell you she had with her

16   home?

17   A.  She was -- she had fell behind in the payments and she was

18   about to lose her home.

19   Q.  What, if anything, did Nadine tell you about whether anyone

20   was helping her with her mortgage payments?

21   A.  She told me that Will was going to help her with her

22   mortgage payment, to bring the house, the payment mortgage up

23   to date.

24   Q.  What did Nadine sound like when she told you about her

25   mortgage issues?

O6aWmen2                          Uribe - Direct

1    A.  She was very worried.  She was very worried and anxious

2    about this.

3         MS. POMERANTZ:  Let's, Ms. Wechsler, pull up what's in

4    evidence Government Exhibit 1319.

5    Q.  Mr. Uribe, does this show text messages between you and

6    Nadine?

7    A.  Yes, it is.

8    Q.  And directing your attention to row 1, what is the date of

9    Nadine's message to you?

10   A.  June 15, 2019.

11   Q.  Now, I want to direct your attention to about halfway

12   through Nadine's message, where it says, I have one favor to

13   ask you.  So she writes:  I have one favor to ask you.  I have

14   to go see my dad now.  I am going to screenshot the

15   information.  If you could please have Wael go to a bank and

16   send an electronica wire to put the house back on normal

17   status.  If it is done by Monday morning and he can do it from

18   any bank the electronica wire, everything will be back to

19   normal status but it has to be done by Monday morning, if you

20   could maybe forward it to him if you are not seeing him or

21   around him today.

22        What did you understand Nadine to be asking you to do?

23   A.  She, she was asking me to contact Will and convey, convey

24   the payment information and ask him to please comply with his,

25   his promises to her of helping put the mortgage back in current

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen2                         Uribe - Direct

1    status.

2    Q.   Now, Nadine then continues:  He with the situation he just

3    went through should be very understanding.

4         What situation did you understand Nadine to mean?

5    A.   He lost his home.  At this point Will had lost his home in

6    Bayonne, New Jersey.

7    Q.   Nadine then wrote:  I know this is a lot to ask.  As I said

8    before I do will not forget ever.

9         What did you understand Nadine to mean?

10   A.   She's asking for help and she's reconfirming that she will

11   not forget that I'm the person helping and perhaps comply to

12   her part of the agreement with him.

13             MS. POMERANTZ:  Let's zoom out of that, please.

14   Q.   This was sent on June the 15th, 2019.  At this point, had

15   the portion of the deal involving Ana and Prestige and Phoenix

16   been resolved?

17   A.   No.

18             MS. POMERANTZ:  Let's turn to the next page.

19   Q.   Directing your attention to row 2, just generally, what did

20   Nadine send you?

21   A.   Yes.

22   Q.   What did she send you?

23   A.   Some information in regard to the amount due on the wire

24   transfer information for the payment, for her mortgage.

25   Q.   Directing your attention to row 3, can you please read your

O6aWmen2                         Uribe - Direct

1    response?

2    A.  "OK.  I will make it my business to talk to him."

3    Q.  Did you talk to Will about Nadine's mortgage issues?

4    A.  Yes, I did.

5    Q.  What did you say to Will?

6    A.  In substance, I told Will, man, if you promise somebody

7    something and you have the means to do it, just do it.

8    Don't -- don't have to worry the lady to make her cry.  Just

9    comply with your promises and get it done.

10   Q.  What did Will say in response?

11   A.  I will, brother, something to that substance.

12             MS. POMERANTZ:  Let's look at the next page.

13             Now, directing your attention to this text on June 15,

14   2019, at 6:09 p.m., Nadine texted you:  Thank you, José.  I did

15   not make up the figure.  It came straight from the mortgage

16   company.  They will not even take payments on it.

17             I never forget when someone is there for me in bad

18   times.  Never.  And I end up paying them back 100 fold.

19             And then a little further down she texted you:  When I

20   feel comfortable and plan the trip to Egypt, he will be more

21   powerful than the president of Egypt.

22             And then right below that she writes:  I have never

23   asked for anything in the last two years.  What I have done as

24   priceless.  I would never have asked if I wasn't in the

25   situation I am now.

O6aWmen2                          Uribe - Direct

1               I will pay him back.

2    Q.  Mr. Uribe, did Nadine ever tell you that she was paying

3    Will back for mortgage payments?

4    A.  No, she never did.

5    Q.  Did Will ever tell you that Nadine was paying him back for

6    mortgage payments?

7    A.  No, he didn't.

8    Q.  And directing your attention to where Nadine wrote, I have

9    never asked for anything in the last two years, based on your

10   conversations with Will and Nadine, did you understand that to

11   be true at the time?

12   A.  That was not true.

13   Q.  What had Nadine asked Will for?

14   A.  A job, fixing her carpet at her home, the car, the mortgage

15   payment.

16   Q.  And directing your attention to the part of the text where

17   Nadine wrote, when I feel comfortable and plan the trip to

18   Egypt he will be more powerful than the president of Egypt,

19   sitting here today, do you have any understanding of what

20   Nadine meant when she wrote about the trip to Egypt?

21   A.  I have no idea.

22   Q.  What, if anything, did you hear Will say about his

23   connections to the government of Egypt?

24   A.  He came to a time where we were having a cocktail one

25   afternoon at Le Jardin and I was facing Will and he expressed

O6aWmen2                        Uribe - Direct

1    out or yelled or talk, told somebody behind me to, seating on

2    the bar, that you know that I'm an agent for the government of

3    Egypt, something to that.

4    Q.  And you said it was at Le Jardin?

5    A.  Yes.

6    Q.  What is Le Jardin?

7    A.  Le Jardin is a restaurant in New Jersey.

8    Q.  And did he say this to you or to someone else in your

9    presence?

10   A.  Must to say, was saying it to somebody in my presence.

11   Q.  Do you have any understanding of what led him to say this?

12   A.  I don't know.  I don't understand what that trigger Will to

13   be saying that at that time.

14   Q.  What was his tone when he said that he was an agent for the

15   government of Egypt?

16   A.  Strong, affirmative.

17   Q.  What did you say to Will when he said that?

18   A.  Brother, what are you saying things like that here?  You

19   want me to smack you?  I could smack you right now.

20   Q.  Do you recall exactly when Will said this?

21   A.  I cannot place it in date and time, no.

22   Q.  Was this early on in your friendship or later on?

23   A.  Later on.

24   Q.  Do you recall what was happening with Will's meat business

25   when he said this to you?

O6aWmen2                          Uribe - Direct

1    A.  The business is already on the first part of the, of the
2    stage, at the beginning of his operations.
3    Q.  How, if at all, did the frequency of your interactions with
4    Will change once his meat business was running?
5    A.  Our friendship was less and less -- not our friendship.  I
6    would just, our interaction was less and less.  Now he's busy
7    and didn't have as much time to have a meal and a drink on the
8    afternoons.
9    Q.  Did you still see him, though?
10   A.  Rarely.  We found each other in, occasionally.
11         MS. POMERANTZ:  Ms. Wechsler, can you please display
12   what's in evidence as Government Exhibit 1320.
13   Q.  Mr. Uribe, does this show text messages between you and
14   Nadine?
15   A.  Yes, it does.
16   Q.  Directing your attention to rows 1 through 6, if we can
17   just take a look at row 1 first, can you read your text to
18   Nadine?
19   A.  "But you should answer calls girl.  Wael is complaining
20   that he called and you don't answer.  I am trying to help.
21   Call Wael and set the time with him.  I will be there."
22   Q.  Directing your attention to row 6, can you read your text
23   to Nadine?
24   A.  "Nadine you need to set up plan with him.  He is busy now.
25   Call him and stop all of this -- all this.  I is think he can

O6aWmen2                        Uribe - Direct

1    make 1 p.m.  Call him first."

2    Q.  Mr. Uribe, what were you texting Nadine about here?

3    A.  I'm texting her to pick up the phone when -- and talk to

4    Will.  Will complain that she never answer the phone and she

5    complain that he never answer the phone.  It's these two

6    children fighting each other, and I'm in the middle of it.

7    Q.  Now, let's look at row 9.  Can you please read your

8    response?

9    A.  "Sorry this is a bit much for me.  He says the same about

10   you.  Sorry I have 5 more people waiting here for me."

11   Q.  What did you mean by this text?

12   A.  Will is complaining about Nadine, Nadine is complaining

13   about Will.  They asked -- he asked me to be in the middle of

14   this.  I'm like a referee between the two of them.  I'm -- I

15   don't have the time.  I don't have the time to be in between

16   that conversation, this.

17   Q.  What did this relate to?

18   A.  The arrangements of making the payment on the house.

19          MS. POMERANTZ:  Let's look at the next message,

20   Nadine's response.  On June 17, 2019, at 9:55 p.m., she writes

21   you:  Sorry.  I know you have a meeting.  Good luck on the

22   meeting I think the past three months I've proved the facts.

23   Q.  Mr. Uribe, what did you understand Nadine to mean by I

24   think the past three months I've proved the facts?

25   A.  Two things.  Will doesn't comply with her promises to her

1   and that since we have started talking to each other, she

2   proved to me she had tried to put him in touch with the senator

3   and we just haven't found the right timing.

4   Q.  So the past three months, approximately when was three

5   months earlier?

6   A.  First conversation that we had in March.

7           MS. POMERANTZ:  Let's turn to the next page,

8   Ms. Wechsler.

9   Q.  Directing your attention to row 17, you text Nadine, did

10  you pick up the package from the bank.

11      Mr. Uribe, what are you referring to here?

12  A.  In this period of time, Nadine relate to me that she have

13  receive a package from the bank.  I don't have the recollection

14  whether it was a package for refinancing or a loan

15  modification.  But she needed to fill out some documents for

16  the payment to be accepted and the payment of the mortgage to

17  be accepted by the bank and the house to be back in good

18  status.

19          MS. POMERANTZ:  Let's look at row 21 on the next page.

20  Q.  You write, how about getting it to Andy.

21      Mr. Uribe, what were you suggesting Nadine get to Andy?

22  A.  The package that she has received from the bank.

23  Q.  Now directing your attention to row 22, Nadine responds:  I

24  spoke to the bank, once they get the certified funds

25  electronically sent, all goes back to normal.

1    Can you read your response?

2    A.   "I will call you early.  I don't trust the banks.  Let try

3    to meet with Wael around 4 p.m.  Make time for it."

4    Q.   What did you mean by that?

5    A.   She received a package that needed to be filled out.  My

6    recommendation or my advice to her at this point is I don't

7    think this is just about making an electronic payment without

8    agreeing to the new terms or to the modification.  Whatever the

9    package was needed some, something to be executed.  It was just

10   not about making a payment.

11          MS. POMERANTZ:  Now, Ms. Wechsler, can you zoom out of

12   that, please.

13   Q.   Now, directing your attention to row 25, rows 25 through

14   28 -- directing your attention to row 25, can you read your

15   text to Nadine?

16   A.   "I asked you please let Andy study that package."

17   Q.   Is that the package that you've been describing just now?

18   A.   Yes.

19   Q.   Nadine responds:  OK I will drop it off to him.  Thank you

20   very, very much.

21          Can you read your response?

22   A.   "Good night.  Get some rest."

23   Q.   Directing your attention to row 28, Nadine writes:  You are

24   one in a billion.  Our friend said so tonight.  He is right

25   good night.

1        Who did you understand Nadine to be referring to as our

2    friend when she wrote, you're one in a billion.  Our friend

3    said so tonight?

4    A.   Senator Menendez.

5            MS. POMERANTZ:  Let's pull that down.

6            Let's pull up Government Exhibit 1321.

7    Q.   Mr. Uribe, does this show text messages between you and

8    Nadine?

9    A.   Yes.

10   Q.   Directing your attention to row 1, can you please read your

11   text?

12   A.   "Hello.  Is the house, the house situation going?"

13   Q.   What did you mean by, how is the house situation going?

14   A.   Wanted to ask how, how it's, what's going on, what's

15   happening with the bank payment and the executing those

16   documents.

17           MS. POMERANTZ:  If we can click out of that,

18   Ms. Wechsler.

19   Q.   On what date was that text that you sent her on row 1?

20   A.   June 22, 2019.

21           MS. POMERANTZ:  Now let's look at row 5.  Nadine texts

22   you:  You've done so much for me.  I will never ever forget it.

23   That's why it's important for me to meet for 15 minutes Monday

24   evening I have to resolve part two of a problem.

25           I hope you know I will never have to repeat it the

O6aWmen2                          Uribe - Direct

1    stands always it's not just part two, but for a lifetime.  I

2    will never ever forget what kind of true person and friend you

3    are.

4    Q.  Mr. Uribe, what is the date of that text message?

5    A.  June 22, 2019.

6    Q.  What had you done for Nadine as of June 22, 2019?

7    A.  Take out the car, and I'm doing everything I can to help

8    her get the car -- the house back in good standing.

9    Q.  When she wrote, that's why it's important for me to meet

10   for 15 minutes Monday evening I have to resolve part two of a

11   problem, what did you understand her to mean?

12   A.  She needed to get information, whatever information I have

13   in regards to what we call part two, the investigation into

14   Prestige, and whatever could've led into an investigation into

15   Phoenix Risk Management and my daughter.

16   Q.  And Nadine wrote, I hope you know I will never have to

17   repeat it the stands always, it's not just part two but for a

18   lifetime, I will never ever forget what kind of true person and

19   friend you are, what did you understand her to mean?

20   A.  She will be there for me just the way I show her to be

21   there for her when she needed me.

22          MS. POMERANTZ:  Let's look at the next page.

23          Directing your attention to the first part of row 6,

24   Nadine writes:  I know you feel uncomfortable in the middle of

25   Wael and I.  And I definitely don't want you to feel that way.

1    I had already spoken to them and they assured me 100 percent

2    and are mailing me the paperwork that if by Friday the moneys

3    were electronically deposited they gave me the account number

4    at the bank all the information necessary that everything would

5    be 100 percent to perfect status.  I made that very clear at

6    Fleming's all the information were on the two pieces of paper I

7    handed over.

8    Q.  At this point, Mr. Uribe, what was your understanding as to

9    whether Will had made any payments on Nadine's mortgage?

10   A.  He has not completed the payment at this point.

11   Q.  Nadine referred to Fleming's.  Are you familiar with

12   Fleming's?

13   A.  Yes.

14   Q.  And what is it?

15   A.  A restaurant in New Jersey.

16   Q.  And where in New Jersey?

17   A.  Edgewater, New Jersey.

18   Q.  Have you been to Fleming's with anyone in this room?

19   A.  Yes.

20   Q.  And who is that?

21   A.  Will Hana.

22   Q.  And when you went to Fleming's with Will, was anyone else

23   with you?

24   A.  Nadine was present and a gentleman that works for Will at

25   that time, a gentleman by the name John -- or presented himself

O6aWmen2                        Uribe - Direct

1    working for Will.

2    Q.  About how well do you remember everything that was

3    discussed at Fleming's?

4    A.  Very vague.

5    Q.  What, if anything, do you recall Nadine complaining about

6    to Will?

7    A.  First, first part of that meeting, that meal, it was a

8    fistfight between Will and Nadine.  One complain about one, the

9    other one complaining about the other.  One isn't happy with

10   this, the other isn't happy with that.  She complains about my

11   job, my car.  You don't do anything for me.  You don't comply

12   with me.  You don't come through for me.

13   Q.  Based on your conversations with Will and your interactions

14   with Nadine and Will, what did you observe about their

15   relationship?

16   A.  Two friends that are very unhappy with each other.

17   Q.  Did Will ever complain about Nadine to you?

18   A.  Yes.

19   Q.  And what did he complain about?

20   A.  That she only cares about money.

21   Q.  Now, you testified, I believe, on Friday that Elvis Parra

22   was sentenced to probation.  Is that right?

23   A.  Yes.

24   Q.  At that time did you know whether he had received other

25   plea offers in his case?

O6aWmen2                          Uribe - Direct

```
 1   A.  Prior to his probation, he was being offered jail time.
 2   Q.  Now, approximately when was Elvis sentenced?
 3            MR. FEE:  Objection.  Foundation.
 4            THE COURT:  If you lay a foundation, that's fine.
 5   BY MS. POMERANTZ:
 6   Q.  Now, based on -- did you have an understanding of when
 7   Elvis was sentenced?
 8   A.  June of 2019.
 9            MR. FEE:  Same objection.
10            THE COURT:  Do you know what the sentence was for,
11   sir?  Why was he being sentenced?
12            THE WITNESS:  He was being sentenced for his criminal
13   investigation.
14            THE COURT:  Was there a trial?
15            THE WITNESS:  No.
16            THE COURT:  How did it resolve itself?
17            THE WITNESS:  He was offered probation.
18            THE COURT:  Did he agree to plead guilty?
19            THE WITNESS:  He had pled guilty before, yes.
20            THE COURT:  And do you know when he pled guilty?
21            THE WITNESS:  It was either a month before this or
22   early in June 2019.
23            THE COURT:  And did you know what he pled guilty to?
24            THE WITNESS:  I don't have a recollection of the exact
25   charges.
```

O6aWmen2                          Uribe - Direct

1              THE COURT:  All right.

2    BY MS. POMERANTZ:

3    Q.  Did there come a time --

4              THE COURT:  Why don't we at some point find a logical

5    point to break; I'll give the jury its midmorning break.

6              MS. POMERANTZ:  This is a fine time.  I was just

7    switching topics, your Honor.

8              THE COURT:  All right.  Fine.

9              15 minutes, ladies and gentlemen.

10             (Continued on next page)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O6aWmen2                          Uribe - Direct

```
 1                    (Jury not present)
 2                    THE COURT:  You may step down, Mr. Uribe.
 3                    (Witness not present)
 4                    THE COURT:  15 minutes.
 5                    MR. FEE:  Your Honor, I have just one point.
 6                    THE COURT:  Yes.  You may be seated.
 7                    Sir.
 8                    MR. FEE:  I just wanted to briefly make the record.
 9     The foundation objection, because this has happened a couple
10     times, is not to what he understands.  It's to eliciting how he
11     gained that understanding, and for instance, this, we don't
12     know how he got this information.  I assume it was from a
13     conversation with Mr. Parra.
14                    THE COURT:  That's fair enough.
15                    MR. FEE:  That's it, your Honor.
16                    THE COURT:  Ms. Pomerantz will inquire.
17                    MR. FEE:  Thank you.
18                    THE COURT:  15 minutes.
19                    (Recess)
20
21
22
23
24
25
```

1             THE COURT:  Put the witness on the stand.  Is somebody

2     getting the witness?

3             MS. POMERANTZ:  Yes, your Honor.

4             (Witness resumes the stand)

5             THE COURT:  Jury entering.

6             (Jury present)

7             THE COURT:  Please be seated in the courtroom.

8             You may continue with your direct examination,

9     Ms. Pomerantz.

10            Thank you, Marshal.

11            THE MARSHAL:  You're welcome, sir.

12    BY MS. POMERANTZ:

13    Q.  Mr. Uribe, before the break you testified about Elvis being

14    sentenced in connection with the New Jersey attorney general's

15    case.

16        Do you recall that?

17    A.  Yes, I do.

18    Q.  How did you learn that he had been sentenced?

19    A.  Elvis told me.  Elvis and Bien Hernandez.

20    Q.  Did there come a time when you saw Elvis after he had been

21    sentenced?

22    A.  Yes.

23    Q.  Where did you see him?

24    A.  We met at the Bicycle Club.

25    Q.  What is the Bicycle Club?

1    A.   It is a restaurant in New Jersey.

2    Q.   And who was Elvis with at the Bicycle Club?

3    A.   Elvis, Bien Hernandez, Will Hana, his driver Nader, and

4    myself.

5    Q.   What happened at the Bicycle Club?

6    A.   We had a drink to celebrate and congratulate Elvis for the

7    best outcome that he could have gotten.  And he was happy and

8    we were happy for him.

9    Q.   Now, you testified on Friday about a meeting at the

10   Glenpointe Marriott between you, Will, Elvis and Bien.  Can you

11   remind us what agreement was reached at that meeting?

12   A.   Yes, I can.  This is the original meeting where

13   Hernandez -- Bien Hernandez, Elvis Parra, Will, and myself get

14   together and enter into the agreement where Will was to receive

15   $200,000 to $250,000 for a good outcome of Elvis' case and

16   stopping the investigation that had been started against

17   Prestige Trucking Express, Bien Hernandez, and that

18   investigation that could have led into an investigation into my

19   daughter Ana and Phoenix Risk Management.

20   Q.   Did there come a time when Bien and Elvis paid Will?

21   A.   Yes.

22   Q.   Did they pay him before or after Elvis was sentenced?

23   A.   After.

24   Q.   How did you learn that they paid Will?

25   A.   Bien Hernandez told me.

1    Q.  And who did Bien tell you paid Will?

2    A.  Ask me again that?  I'm sorry.

3    Q.  Who did Bien tell you paid Will?

4    A.  Bien Hernandez and Elvis Parra paid Will.

5    Q.  Did Bien tell you how much they paid Will?

6    A.  $125,000.

7    Q.  Did Bien tell you how they paid Will $125,000?

8    A.  In cash.

9    Q.  Did Bien tell you where they paid Will $125,000 in cash?

10   A.  At his apartment in Edgewater, New Jersey.

11   Q.  When you say his apartment, whose apartment are you

12   referring to?

13   A.  Will's apartment.

14   Q.  Now, you said that the original deal was somewhere between

15   $200,000 and $250,000 at Glenpointe Marriott.  What was your

16   understanding of why they paid him $125,000 instead of the

17   original amount discussed?

18   A.  I was not part of the exchange of the money at this point

19   and I don't have an understanding how did they reach 125.

20   Q.  What was your reaction when you learned that Elvis and Bien

21   had paid Will at Will's apartment?

22   A.  I was, to an extent, offended and disrespected because I

23   was in the original agreement.  I'm the one that put together

24   Will and the guys, Bien and Elvis.  I'm the one that step up to

25   make this deal complete, at least part 1 of it.  They should

1    have at least showed me the respect that they were going to do

2    a meeting where Will was going to receive some of the proceeds

3    that he asked for.

4    Q.  Did there come a time when you, Elvis, Bien, and Will, met

5    again?

6    A.  Yes.

7    Q.  Where did you all feet?

8    A.  At Ventanas.

9    Q.  What is Ventanas?

10   A.  A restaurant in New Jersey.

11   Q.  Before the meeting at Ventanas what, if anything, had Will

12   told you about Bien and Elvis giving him $125,000?

13   A.  He confirmed receiving the money.

14          MS. POMERANTZ:  Can we pull up what is in evidence as

15   Government Exhibit 2B-36?

16   Q.  What is this?

17   A.  Ventanas.

18   Q.  Why did you, Elvis, Bien and Will meet at Ventanas?

19   A.  I was invited into a meal and a drink with the guys because

20   Will had an idea of putting a trucking company together among

21   the four of us.  At this point Will, his business is doing

22   well, he is progressing, and he wanted to have a trucking

23   company to transport the meat that he was buying.

24          MS. POMERANTZ:  We can take that down.

25   Q.  When you met at Ventanas, had Elvis been sentenced?

1    A.  Yes.

2    Q.  How did you get to Ventanas?

3    A.  I -- Will picked me up and we drove together.

4    Q.  When you got to Ventanas, where did you and Will go?

5    A.  We went to the entrance in Will's car, the car that Will

6    was driving, and then we couldn't -- we couldn't get together

7    with the guys.  For some reason they didn't find parking or

8    couldn't find a closer parking and we end up driving to where

9    they work, the guys meaning Elvis and Bien, and then the four

10   of us together came to the front of Ventanas in Will's car.

11   Q.  So is it that Elvis and Bien got into the car Will was

12   driving?

13   A.  Yes.

14   Q.  And where were you sitting in the car?

15   A.  I was sitting in the front in the passenger seat.

16   Q.  What, if anything, did Bien have with him?

17   A.  Bien had a package, a package -- a block -- in the form of

18   a block, wrapped in a black bag.

19   Q.  What was your understanding was in that block?

20   A.  Money.  Cash.

21   Q.  And what, if anything, did Bien say about the cash?

22   A.  Bien was handing the cash to Will as the money that he

23   agreed to pay him, and at this point they agreed to leave the

24   money underneath the seat -- the driver's seat while we went

25   inside for meal and to discuss the new business venture that

O6A5men3                          Uribe - Direct

1    Will proposed.

2    Q.  Did you know how much cash was in the bag at that point?

3    A.  No.

4    Q.  Did you all stay in the car?

5    A.  No.  We went in for dinner.

6    Q.  After dinner, whose car did you get into?

7    A.  Will's car.

8    Q.  Did Bien and Elvis get into Will's car with you when you

9    left?

10   A.  No.  They went in their car.

11   Q.  What, if anything, did you say to Will once you were in the

12   car?

13   A.  Something to the substance of, brother, I'm taking the cash

14   that's there.  I, you know, I'm paying for this car, I'm going

15   to take that cash there.

16   Q.  You said "I'm paying for this car."  What do you mean?

17   A.  I'm making payments on -- I provided the car and I'm making

18   payments for Nadine's car.

19   Q.  What did Will say in response?

20   A.  With no hesitation he just went, Take it, brother.

21   Q.  And how much of the cash did you take?

22   A.  I took all of it.

23   Q.  Did there come a time when you found out how much cash was

24   in that brick or block you described?

25   A.  Yes.

1   Q.  How did you find out?

2   A.  When I got home that night I count the money.

3   Q.  How much cash was there?

4   A.  $25,000.

5   Q.  After Elvis was sentenced to probation, what was your

6   understanding of whether part 2 of the deal was still moving

7   forward?

8   A.  My understanding is that the deal is in good progress and

9   all my hopes were up.  I was happy for Elvis.  I said that at

10  the beginning that I consider him a good friend.  And, being

11  that part 1 is done, then I didn't have doubt that part 2 was

12  going to be completed.

13  Q.  Did there come a time when you learned that Detective Lopez

14  reached out again?

15  A.  Yes.

16  Q.  How did you learn that Detective Lopez reached out again?

17  A.  Andy Aslanian told me.

18  Q.  Remind us.  At the time, who did Andy represent?

19  A.  Andy represented Phoenix Risk Management and Ana Peguero.

20          MS. POMERANTZ:  Ms. Wechsler, would you please pull up

21  what is in evidence as Government Exhibit E-401?

22  Q.  Mr. Uribe, do you recognize the -- withdrawn.

23      Let me direct your attention to the "from" line.  Who is

24  that from?

25  A.  Andy Aslanian.

O6A5men3                    Uribe - Direct

1    Q.  What is the date of his e-mail to you?

2    A.  July 29, 2019.

3    Q.  What does it say in the "to" line?

4    A.  José Uribe.

5    Q.  And subject?

6    A.  Meeting with client.

7              THE COURT:  Mr. Uribe, do you know approximately when

8    this meeting at Ventanas was?

9              THE WITNESS:  Sometime in the fall.

10             THE COURT:  Of 2019?

11             THE WITNESS:  Of 2019.

12             THE COURT:  Thank you.

13   BY MS. POMERANTZ:

14   Q.  Now, right under where it says meeting with client, do you

15   see it says attachments meeting.PDF?

16   A.  Yes, I see that.

17   Q.  Andy wrote:  Dear José, please see attached.

18             MS. POMERANTZ:  Let's look at the next page.

19   Q.  Mr. Uribe who is this e-mail from?

20   A.  It is from Suzanna Lopez -- Detective Suzanna Lopez.

21   Q.  What e-mail address is listed in the "to" line.

22   A.  Andy Aslanian's e-mail address.

23   Q.  What is the date of this e-mail?

24   A.  July 29, 2019.

25   Q.  Detective Lopez writes to Andy:  Hope all is well and that

1    you find yourself in better health.  Our office was wondering

2    if we could arrange a time to meet with your client Ana

3    Peguero.  I have cc'd our deputy attorney general if you would

4    like to speak to him directly.  Please let us know your

5    availability at your earliest convenience.

6          Mr. Uribe, what was your understanding of what Detective

7    Lopez wanted to do?

8    A.  Detective Lopez wanted to focus her investigations and

9    wanted to interview my daughter Ana.

10   Q.  Who, if anyone, did you reach out to when you learned

11   Detective Lopez wanted to interview Ana?

12   A.  Nadine.

13   Q.  How quickly did you reach out to Nadine?

14   A.  Right away.

15   Q.  Why did you reach out right away?

16   A.  I want her to know that the investigation of Prestige is

17   progressing and I want her to relay this information to the

18   senator.

19          MS. POMERANTZ:  Ms. Wechsler, can we take that down

20   and display what is in evidence as Government Exhibit 1322?

21   Q.  Mr. Uribe, does this show text messages between you and

22   Nadine?

23   A.  Yes, it does.

24   Q.  Directing your attention to rows 5 through 7, can you

25   please read your messages to Nadine?

1   A.  "Are you OK?  Can you give me a call?  Please call me.

2   It's important."

3   Q.  What is the date of your text messages to Nadine?

4   A.  July 30, 2019.

5   Q.  At the time you sent these texts, had Andy sent you

6   Detective Lopez' e-mail requesting an interview with Ana?

7   A.  Yes.

8   Q.  What did you mean by "please call me, it's important"?

9   A.  I am getting anxious.  It is important for me to relay this

10  information to Nadine so actions are taken to avoid or to stop

11  the investigations.

12          MS. POMERANTZ:  Ms. Wechsler can you please pull that

13  out?  Thank you.

14  Q.  Continuing on, directing your attention to row 8 Nadine

15  writes you:  Hi.  I'll call you in 15.

16          You respond:  OK.

17      And then Nadine responds:  I am very much looking forward

18  to catching up tomorrow.

19      Can you read your response in row 11?

20  A.  "Yes.  We go over a few things tomorrow.  Will love to see

21  you."

22  Q.  What did you mean by "we go over a few things tomorrow"?

23  A.  We go over to the fact that Detective Lopez wanted to

24  interview my daughter.

25  Q.  Let's look at your next text message in row 12.  Can you

1    please read that?

2    A.  "Good morning.  Andy don't have time to meet to around

3    5:30.  I will tell him I have to be at a meeting around 7:00.

4    Then we meet.  Works for you?"

5    Q.  "7 works for you"?

6    A.  "7 works for you."

7    Q.  Mr. Uribe, what date was that message sent?

8    A.  July 31, 2019.

9    Q.  Who does "Andy" refer to?

10   A.  Andy Aslanian.

11   Q.  Did you want to meet with Andy before or after Nadine?

12   A.  Before.

13   Q.  Why was that?

14   A.  To get his input as of the nature of the interview and the

15   details of Ms. Lopez coming back to interview Ana.

16   Q.  Let's look at rows 13 through 15.  Nadine responds:  Any

17   time that is good for you.

18        And you respond:  See you at 7.

19        And she writes back:  Sorry.  Good morning.  I just pulled

20   over to text and read yes, see you at seven.  Let me know

21   where.

22        Let's go to the next page and she writes:  Still 7:00 p.m.

23   If so, where?

24            And I will direct your attention to row 17, can you

25   read your response?

O6A5men3                          Uribe - Direct

1    A.  "I am leaving in a few.  How about Regina's."

2    Q.  And she responds:  OK.  See you there.  No rush, drive

3    safely.  And then she writes:  No rush I'm here.

4             In row 20, can you please read your response?

5    A.  "I will be there in a few."

6    Q.  At what time did you send that text?

7    A.  July 31, 2019, 7:26 p.m.

8    Q.  Mr. Uribe, sitting here today, do you remember meeting

9    Nadine at Regina's?

10   A.  I do not have a recollection.

11   Q.  Directing your attention to row 23, Nadine texted you:  I

12   am so excited about your project and locking and unlocking my

13   car.

14            Mr. Uribe, did you ever work on any project with Nadine?

15   A.  Just resolutions of part 1 and part 2.

16   Q.  What do you understand Nadine to mean by her reference to

17   locking and unlocking my car?

18   A.  I must have told her how to open her car without using the

19   control remote, just by touching the handle.

20   Q.  Do you remember exactly when you did that?

21   A.  I don't have a recollection of when, how, exact place and

22   time.

23   Q.  Is your recollection that you did in fact show her how to

24   open the car?

25   A.  Yes, I did.

1    Q.  Directing your attention to row 25, can you please read

2    your response?

3    A.  "Ha Ha Ha Ha.  We going to be friend for a long time."

4    Q.  Do you recall sending this text?

5    A.  Looking at the text now.

6    Q.  Sitting here today, what do you understand your text to

7    mean?

8    A.  I'm laughing, and at this point I considered her and I are

9    getting along fine, well, and we are going to be friends for a

10   long time.

11   Q.  Now I want to direct your attention to the next text.

12           MS. POMERANTZ:  We can take those down, Ms. Wechsler,

13   and zoom in on row 26 through 28.

14   Q.  Mr. Uribe, directing your attention to row 26 on August 1,

15   2019, 9:34 a.m., can you read your text to Nadine?

16   A.  "Buenos dias.  I don't want this people to bother my Ana.

17   Please help."

18   Q.  What did you mean by that text message?

19   A.  I wanted her to help me stop this Suzanna Lopez trying to

20   interview my Ana.  I don't want my Ana to be exposed and get

21   hurt.

22   Q.  Directing your attention to row 27, Nadine responds:  I

23   slept two hours yesterday.  I will address it first thing

24   tomorrow morning or tonight depending on when he is home.  No

25   matter what anybody else says, you have my word.  Above

1    anything else it is my priority to get it done right away.

2        Mr. Uribe, directing your attention to where she wrote "I

3    will address it first thing tomorrow morning or tonight

4    depending on when he is home," who did you understand "he" to

5    refer to?

6    A.   Senator Menendez.

7    Q.   What did you understand she was going to address?

8    A.   Part 2 of the investigation.

9    Q.   Nadine continues and I want to ask you about what you

10   understood her to mean by that last part of the text:  No

11   matter what anybody else says, you have my word.  Above

12   anything else it is my priority to get it done right away?

13   A.   In conversations Nadine mentions once or twice that people

14   don't trust her because she didn't follow up, they said she

15   didn't follow up on her promises to other people in the past,

16   but she was going to show me that she is truthful and she was

17   going to do that for me.

18   Q.   Now let's look at the next two rows.  Nadine texts you in

19   row 29:  I already made a copy at 8:30 in the morning for you.

20   I will not let you down.  Other times friends told you, I don't

21   follow up and I don't help.  I proved them wrong.  The same

22   faith you had in me all the years, believe in it, you are

23   family, and I have never said that.

24       Mr. Uribe, sitting here today, do you recall in the first

25   sentence she says I already made a copy at 8:30 in the morning

1    for you.  Do you recall what copy Nadine was referring to?

2    A.  No.

3    Q.  What did you understand Nadine to mean by the same faith

4    you had in me all the years?

5    A.  I know she don't have an understanding since we were

6    acquaintance, and wouldn't be until March 2019 when we first

7    started talking to each other I had no asked her for anything

8    in the past.

9    Q.  Now, Nadine, directing your attention to the last sentence

10   of her text she says:  You are family and I have never said

11   that.  Were you close to Nadine before the spring of 2019?

12   A.  No.

13   Q.  At this point did you consider Nadine to be family?

14   A.  I call her Hermana and she called me Hermano.  We consider

15   each other family.

16   Q.  And why is that?

17   A.  We made an agreement.  I stood up, stand up, stood up for

18   my agreement, my part of the agreement and she had showed me

19   that she's doing the best she can to comply with her share of

20   it.

21        MS. POMERANTZ:  Let's get out of that and let's look

22   at the next row.  Sorry, let's look at row 30.

23   Q.  Mr. Uribe, can you read your text message to Nadine on

24   August 1, 2019?

25   A.  "Gracias.  We need to make things go away.  These guys are

O6A5men3                          Uribe - Direct

1    going to go crazy if anything goes wrong."

2    Q.  What did you mean by we need to make things go away?

3    A.  We need to stop this investigation.

4    Q.  Which guys were you referring to as were going to go crazy

5    if anything goes wrong?

6    A.  Bien Hernandez and Elvis Parra.

7    Q.  What did you mean that Bien and Elvis would go crazy if

8    anything goes wrong?

9    A.  At this point Elvis already got his sentencing, they paid

10   Will a portion of money, and Prestige is under investigation.

11   They will go crazy with this, is my understanding.

12   Q.  Now let's look at the next row.  Directing your attention

13   to row 31, August 1, 2019 at 12:03 p.m.  Can you please read

14   your text to Nadine?

15   A.  "Andy already answered to that woman.  Shit.  We need to

16   move fast."

17   Q.  Who are you referring to by "that woman"?

18   A.  Detective Lopez.

19   Q.  What did you mean by "we need to move fast"?

20   A.  We need to do whatever is needed to stop this investigation

21   and move fast.

22   Q.  Let's continue reading, and if we can blow up the texts

23   from row 32 to the end of the page?

24        Directing your attention to row 32, Nadine texts you:  I

25   called Bob.  He is still in the hospital in D.C.  He had to

O6A5men3                        Uribe - Direct

1    have some tests done and an MRI.  He will be home first thing

2    tomorrow.  I will address it first thing tomorrow and have the

3    phone calls go out.

4         What did you understand Nadine was going to address,

5    Mr. Uribe?

6    A.  The reserving of Ms. Lopez, the investigation ongoing that

7    she was going to interview my daughter, and she was going to

8    bring her two actions, it was going to start processing, doing

9    whatever she needs to do to get this stopped.

10   Q.  What did you understand Nadine to mean "by she would have

11   the phone calls go out"?

12   A.  She will make phone calls to stop the investigation and

13   start the process of stopping this investigation.

14   Q.  Now, directing your attention to row 33, can you please

15   read your text to Nadine?

16   A.  "I called Andy at 11:00 a.m. and he already send e-mail

17   asking what do they want.  We still can stop this.  Thank you."

18   Q.  What did you mean by "we still can stop this"?

19   A.  Can still do whatever is needed to do for this

20   investigation to stop and leave my family alone.

21   Q.  Now, directing your attention to row 35, can you read your

22   text to Nadine?

23   A.  "Good and blessed day.  Call me when you have an update.  I

24   don't want to bother you."

25   Q.  Mr. Uribe, what did you mean by this?

O6A5men3                              Uribe - Direct

1    A.  I asked her to start the process to get this thing moving.

2    I am asking for an update, whenever she is available or

3    whenever it is appropriate for her.  I didn't want to be

4    bothering her.

5    Q.  Looking back at row 32, she wrote to you:  He will be home

6    first thing tomorrow.  I will address it first thing tomorrow

7    and have the phone calls do out.

8         What was your understanding of how she was going to

9    address this?

10   A.  She was going to be talking to Senator Menendez and he

11   will, going to start getting phone calls going out.

12   Q.  Now let's look, turn to the next page.  I direct your

13   attention to row 41.  Can you please read your message to

14   Nadine?

15   A.  "Hermana, do you know when we are getting together?  I

16   really hate to bother you both.  You have a million things to

17   do."

18   Q.  What is the date of your text to Nadine?

19   A.  August 5, 2019.

20   Q.  When you wrote, "I really hate to bother you both," who

21   were you referring to?

22   A.  Nadine and Senator Menendez.

23   Q.  Why were you asking Nadine when you were getting together?

24   A.  I needed to get -- I needed to relay, directly to the

25   senator, what is that that I need him to do for me and my

1    family.

2    Q.   So who are you asking to get together with?

3    A.   Nadine, senator, and myself.

4    Q.   Let's turn to the next page.  Directing your attention to

5    row 42, Nadine texts you:  Good morning.  I was thinking about

6    you yesterday and today.  Friday night was the only night I saw

7    him.  He had to go down to Texas with a few senators for the

8    border and yesterday he had an emergency with his son.  Today

9    he has five events in south Jersey, will be home by 10:00 p.m.

10   I already left him a message this morning not knowing he had

11   five events today.  I will try definitely for tomorrow night.

12        Pausing there for a moment,s Mr. Uribe, who is the "he" you

13   understand Nadine to be referring to here?

14   A.   Senator Menendez.

15   Q.   Now, I direct your attention to the last paragraph in this

16   text message.  She writes you:  We spoke about it Friday fight

17   and early this morning.  He said it would have been so, so easy

18   if we had wrapped both together.  Will you be available around

19   9:00 p.m. tomorrow?  I know he had a 7:00 p.m. meeting.  He

20   should be done by 9:00 p.m.

21        Now, directing your attention to where Nadine wrote:  "We

22   spoke about it."  What did you understand she meant by "we"?

23   A.   Senator Menendez and her.

24   Q.   When Nadine said he said it would have been so, so easy if

25   we had wrapped both together, who did you understand she meant

O6A5men3                              Uribe - Direct

1    by "he"?

2    A.   Senator Menendez.

3    Q.   What did you understand Nadine to mean by:  He said it

4    would have been so, so easy if we had wrapped both together?

5    A.   If he would have had -- if the senator have the knowledge

6    of part 1 and part 2 from the very beginning, it would have

7    been easier to get a resolution at the same time.  Just like

8    Elvis got his probation, probably the whole investigation would

9    have been finished with.

10   Q.   Let's keep reading.  We can x out of that, please.

11        Nadine writes in row 43, she wrote:  Giovanni's Bicycle

12   Club in Englewood Cliffs?  They have an outdoor patio.  I will

13   check tonight when he gets home and let you know, but I think

14   that around 9, the 9:30 would work.  I know his meeting I

15   believe is in Demarest, which is close by.

16        Can you read your response to Nadine in row 44?

17   A.   "Perfect.  I will clear tomorrow night.  I really

18   appreciate everything you do for me.  We going to be a good

19   peaceful family for a long time."

20   Q.   What date did you send that text?

21   A.   August 5, 2019.

22   Q.   What did you mean by "I really appreciate everything you do

23   me."

24   A.   Nadine is doing everything she can to try to accommodate me

25   within the senator's schedule and I appreciate that.

1    Q.  You wrote:  I will clear tomorrow night.

2           What did you understand was happening the following

3    night?

4    A.  We were hoping to get together, that the senator find the

5    time to meet with me.

6    Q.  What did you mean by:  We going to be a good peaceful

7    family for a long time?

8    A.  Things are working out for Nadine at this point, she had

9    her car, I believe her home is already in good standing, and I

10   am looking for peace.  I needed peace to continue on with my

11   life and don't have to think about people wanting to

12   investigate my family.

13   Q.  Let's look at row 45.  Nadine responds on August 6, 2019:

14   Yes, we are.  I just saw your text.  I have been up for the

15   last two hours thinking of how much harm one man can knowingly

16   and willingly cause with not two thoughts about the results or

17   the families he is hurting.  My priority is tomorrow.

18       Nadine refers to one man knowingly and willingly causing

19   harm.  Who do you understand to be the one man Nadine was

20   referring to?

21   A.  Will Hana.

22   Q.  What did you understand Nadine to mean by this text?

23   A.  The fact that Will didn't relay the entire terms of the

24   deal, the part 1 and the part 2, made it difficult or just

25   preventing for the part 1 and part 2 to be finished and

1  complete both at the same time, so when he got his good result,

2  part 2 wouldn't be finished at this time or could have been

3  finished at that time as well.

4  Q.  What did you understand Nadine to mean by my priority is

5  tomorrow?

6  A.  Tomorrow she was going to make it a priority for us to

7  meet.

8  Q.  Now let's look at row 46 at your response.  Can you please

9  read your response to Nadine?

10  A.  "Good morning.  Please work on this.  I don't want these

11  people to hurt my daughter."

12  Q.  What were you asking Nadine to do when you wrote please

13  work on this?

14  A.  Work on stopping this investigation, protect my family.

15  Q.  When you wrote:  I don't want these people to hurt my

16  daughter; who are you referring to by these people?

17  A.  Suzanna Lopez.

18  Q.  And were you referring to as my daughter?

19  A.  Ana Peguero.

20  Q.  Let's look at the row below at Nadine's response.  Row 47

21  Nadine responds:  Can you please get whatever information Andy

22  has before tonight?

23      Mr. Uribe, what information did you understand Nadine to be

24  referring to?

25  A.  Any information that was available to Andy as of what is

1    Ms. Lopez looking for, what she was targeting to.

2    Q.  Let's look at your response, two rows down, directing your

3    attention to row 49, can we read your response?

4    A.  "Hello.  Are we good to 9:30 p.m.?"

5    Q.  Let's look at Nadine's response.  She writes:  He just got

6    out.  Come over.  42 Jane Drive, Englewood Cliffs.

7         Let's look at the next page.  She wrote, in row 51:

8    41 Jane.

9         Mr. Uribe, do you recognize the address 41 Jane Drive in

10   Englewood Cliffs, New Jersey?

11   A.  That is Nadine's home.

12   Q.  As of August 6, 2019, had you been to that address?

13   A.  No.

14   Q.  Let's look at the next text, sorry let's look back at 51.

15        What time did Nadine send you that text?

16   A.  10:28 p.m.

17   Q.  And in row 52 Nadine texts you:  He is 2 min away and he

18   said have José come over.

19        Who did you understand "he" to refer to?

20   A.  Senator Menendez.

21   Q.  What is the date of Nadine's text to you?

22   A.  August 6, 2019.

23   Q.  And what time did she send that text?

24   A.  10:32 p.m.

25   Q.  Let's look at row 53.  Nadine texts you:  I guess tomorrow

1    we will meet.

2         What is the time of that text message?

3    A.  11:58 p.m.

4    Q.  On what day?

5    A.  August 6, 2019.

6    Q.  Let's look at rows 54 through 59.

7         Directing your attention to rows 54 and 55, can you please

8    read your messages?

9    A.  "Good morning.  I came home like around noon, 9:35 to eat.

10   My sister send me some food.  I passed out after that.  I am so

11   sorry.  I was tired.  Are you mad at me?"

12   Q.  Looking at row 54, what time did you send that text to

13   Nadine?

14   A.  6:45 a.m.

15   Q.  Directing your attention to rows 56 and 57, Nadine texts

16   you:  Never.  Of course not.  I could never be upset with you.

17   When I find out his schedule, I will let you know for tonight.

18   Q.  Whose schedule did you understand her to be referring to?

19   A.  Senator Menendez' schedule.

20   Q.  Can you read your text in row 58?

21   A.  "I was so tired, dear.  Very tired.  I am sorry".

22   Q.  Did you meet with Robert Menendez and Nadine on the night

23   of August 6, 2019?

24   A.  No, I didn't.

25   Q.  Why not?

1    A.  I ate and I fell asleep.

2    Q.  Now I'm going to direct your attention to the next row, row

3    60.  Can you please read your text to Nadine?

4    A.  "Do not push him.  I know he is very busy."

5    Q.  When you say do not push him, whom were you referring to by

6    "him"?

7    A.  Senator Menendez.

8    Q.  What did you mean by do not push him, I know he is very

9    busy?

10   A.  A busy person, don't try being crazy about meeting with

11   him.

12   Q.  What is the date of your text to Nadine?

13   A.  August 7, 2019.

14   Q.  Did you want to meet with Robert Menendez that night?

15   A.  Yes, ma'am.

16   Q.  So why did you say not to push him?

17   A.  I'm asking a busy person to make time in his life to help

18   me with my problems or my worries.  I wanted to find the right

19   time to express what I want him or need for him to do for me

20   and my family.

21   Q.  In row 61 Nadine texts you:  Please call me when you have a

22   free minute.  Let's look at row 62.  What did Nadine send you

23   in row 62?

24            MS. POMERANTZ:  If you can zoom in on that please,

25   Ms. Wechsler?

O6A5men3                          Uribe - Direct

1   A.  She sent me an address of a restaurant on Route 17, New

2   Jersey.

3   Q.  Is this Il Villaggio?

4   A.  Yes, it is.

5   Q.  Let's look at row 63.  Nadine texts you one minute later:

6   See you at 8:00 p.m.

7          MS. POMERANTZ:  If we can go to the next row?

8   Q.  Can you read your response to Nadine?

9   A.  "Gracias".

10  Q.  Looking at her text back to you?  She writes:  We are in

11  the back corner table.

12          Which back corner table did you understand Nadine to

13  be referring to?

14  A.  That is the same table that we met before, earlier.

15  Before.

16  Q.  You said it is the same table we met at before.  Where are

17  you referring to?

18  A.  At Il Villaggio.

19  Q.  And what is the date of that text message?

20  A.  August 7, 2019.

21  Q.  What is the time?

22  A.  8:03 p.m.

23  Q.  Who did you meet at Il Villaggio on August 7, 2019?

24  A.  I met Nadine, Senator Menendez, and myself.

25          MS. POMERANTZ:  Can we pull up what is in evidence as

1    Government Exhibit 2B-22?

2    Q.  Mr. Uribe, just remind us, what is this?

3    A.  That is the inside of Il Villaggio.

4    Q.  Can you indicate on Government Exhibit 2B-22 where you,

5    Robert Menendez, and Nadine sat?

6    A.  At the back table behind this waiter stand in the corner.

7    There is a table somewhere in behind that area.

8    Q.  Is that where you sat when you met with them the prior

9    time?

10   A.  Yes.

11   Q.  At Il Villaggio?

12   A.  Yes, it is.

13   Q.  What did you, Nadine, and Robert Menendez do at

14   Il Villaggio?

15   A.  We had dinner.

16   Q.  What, if anything, did you talk to Robert Menendez about at

17   Il Villaggio?

18   A.  We started talking about some family values, something

19   about his kids, some about mine, how much I care for my family

20   and my son and daughters, and I also at this point get to ask

21   him for the first time and explaining what was that that worry

22   me so much, the existing investigation of a company, Prestige

23   Trucking Express, the gentleman Bien Hernandez, and that I was

24   told or I had learned that this investigation could lead into

25   an investigation into Phoenix Risk Management and my daughter

1 Ana.

2 Q. Now, did Elvis Parra's name come up at Il Villaggio?

3 A. Yes, it did.

4 Q. Who brought up Elvis Parra's name?

5 A. I did.

6 Q. When you brought up Elvis Parra's name, how did Robert

7 Menendez respond?

8 A. He respond if any case of a person that known about what I

9 was talking about, he knew about the circumstances surrounding

10 Elvis Parra and Elvis.

11    MR. FEE:  Object.  Strike as non-responsive.  That is

12 a statement.

13    THE COURT:  Just a moment.  I will grant that motion

14 and the jury will disregard the answer.

15    When you brought up Elvis Parra's name, did Senator

16 Menendez say anything in response?

17    THE WITNESS:  Senator Menendez expressed something to

18 the liking of knowing of that case and the investigation toward

19 Mr. Parra.

20 BY MS. POMERANTZ:

21 Q. Did Robert Menendez ask you any questions about who Elvis

22 Parra was?

23 A. No.

24 Q. Did E & K Trucking come up?

25 A. Yes.

1   Q.  Who brought it up?

2   A.  I did.

3   Q.  Did he ask you any questions about what E & K Trucking was?

4   A.  No.

5           THE COURT:  What did you say when you brought up E & K

6   Trucking?

7           THE WITNESS:  To the substance, something that that

8   investigation that I understood Will to talk to you about in

9   the past included the names of Elvis Parra and this case with

10  the New Jersey authorities and the New Jersey attorney

11  general's office.  Something to that substance on doing.

12  Q.  Based on your conversation with Robert Menendez at

13  Il Villaggio, did you have an understanding as to whether he

14  had done anything on behalf of Elvis Parra?

15          MR. FEE:  Objection.  Foundation.

16          THE COURT:  I will allow it.  Let me ask a prior

17  question.

18          Mr. Uribe, you testified just now that you told

19  Senator Menendez that you understand Will had talked to him in

20  the past about Elvis Parra and this case with the New Jersey

21  authorities around the New Jersey attorney general's office; is

22  that correct?

23          THE WITNESS:  Yes, I did, your Honor.

24          THE COURT:  And what, if anything, did Senator

25  Menendez respond to you when you said that?

1          THE WITNESS:  I can't remember word by word, your

2   Honor.  My understanding, he is responding somewhere in

3   understanding that he knew about it and that he had complete

4   knowledge of the initial investigation and the final result of

5   such investigations.

6          THE COURT:  Did he say that that in substance?

7          THE WITNESS:  Yes, he did.

8          MR. FEE:  Your Honor, I move to strike all of it as

9   characterization.

10          THE COURT:  I will allow it.

11          MS. POMERANTZ:  I'm sorry, your Honor?

12          THE COURT:  I will allow it.  You may proceed.

13   BY MS. POMERANTZ:

14   Q.  Based on your conversation with Robert Menendez at

15   Il Villaggio, did you have an understanding as to whether

16   Menendez had done anything on behalf of Elvis?

17          MR. FEE:  Objection; foundation.

18          THE COURT:  Sustained.

19   Q.  Mr. Uribe, you testified that you brought up Elvis and

20   E & K Trucking to Mr. Menendez at Il Villaggio; is that right?

21   A.  Yes, I just did.

22   Q.  What was Mr. Menendez' response when you testified that he

23   didn't ask you questions about who Elvis was or what E & K was;

24   correct?

25   A.  Correct.

1    Q.  What did --

2              THE COURT:  To the best of your recollection, tell us

3    what he said.

4              THE WITNESS:  Best of my recollection somewhere in the

5    substance that he knew of the names, that he knew that there

6    was an investigation, and that he was asked by Will and Nadine

7    to get a better resolution for them.

8    Q.  Did you mention any other names to Robert Menendez at

9    Il Villaggio?

10   A.  I mentioned the name of Elvis -- I'm sorry.  I mentioned

11   the name Bien Hernandez, Prestige, my Ana, and Phoenix Risk

12   Management.

13   Q.  When you brought up those names, how did Robert Menendez

14   respond?

15   A.  Again, in substance something like he was not told anything

16   about that at the beginning of the inquiries into Elvis and

17   E & K.

18   Q.  What did you explain to him about why you were bringing up

19   those names?

20   A.  I was worried that these authorities were handling an

21   investigation that could have reached to my daughter.  My

22   daughter didn't like this, of course.  She was very anxiety on

23   the whole process and it was hurting my girl.  It was hurting

24   my daughter and I asked him to please find out if there was

25   anything in there that he could -- whether there was an

1    investigation or not into her.  And I asked him also, please,

2    see if there is anything in his power, don't let these people

3    hurt my daughter.

4    Q.  What, if anything, did Robert Menendez say in response?

5    A.  He would look into it it.

6    Q.  Just to be clear, what did you ask him to do?

7    A.  Please, Mr. Menendez, if there is anything about an

8    investigation that could lead to my daughter and this

9    investigation would hurt my daughter.  And if there was

10   anything in his power to stop this investigation I would be

11   grateful forever to please do that for me and my family.

12   Q.  Do you recall using any particular words when you spoke to

13   Robert Menendez at Il Villaggio?

14   A.  I asked him to help me get peace for me and my family.

15   Q.  Did he specify what he was going to do?

16   A.  No.

17           THE COURT:  Was this conversation in English or in

18   Spanish, sir?

19           THE WITNESS:  I don't have an exact recollection but

20   it is in both languages, your Honor.  We both speak English and

21   Spanish.

22           THE COURT:  Do you remember what language that

23   conversation was in?

24           THE WITNESS:  I don't have the recollection.

25           THE COURT:  OK.    (Continued on next page)

O6aWmen4                           Uribe - Direct

1    BY MS. POMERANTZ:

2    Q.  You testified earlier that when you met with Robert

3    Menendez and Nadine at Sofia's, in May 2019, you didn't bring

4    up the investigation.  Can you describe the environment at Il

5    Villaggio?

6    A.  Loud.  People were drinking and smoking cigar, and we were

7    telling jokes.  We were laughing, having some fun.

8    Q.  And were you just describing Il Villaggio or Sofia?

9    A.  That was Sofia's.

10   Q.  Can you describe how that environment at Sofia's compares

11   to the environment at Il Villaggio?

12   A.  Il Villaggio, that was a dinner.  The place was not

13   crowded.  It was quiet and private.

14   Q.  Why did you bring up the investigation to Robert Menendez

15   at Il Villaggio?

16   A.  It was the right place to be asking for what was worrying

17   me.

18   Q.  Who paid for dinner at Il Villaggio?

19   A.  I did.

20   Q.  After the dinner at Il Villaggio, what was your

21   understanding of the status of the deal?

22   A.  Elvis is done, as he got a good resolution, and I have the

23   almost hope that I was in the right way to provide that peace

24   for my family.

25   Q.  You previously said that you began making car payments on a

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

O6aWmen4                          Uribe - Direct

1   Mercedes for Nadine in May of 2019.  By the time of this dinner

2   in August, about how many payments had you made?

3   A.  Four to five payments.

4   Q.  Did you tell Robert Menendez at this dinner that you had

5   been making payments on the Mercedes for Nadine?

6   A.  No, we did not talk about that.

7   Q.  Did you ever tell Robert Menendez that you had been making

8   payments on a Mercedes for Nadine?

9   A.  I never talked to Mr. Menendez about making payments for

10  the car.

11  Q.  Why not?

12  A.  It was -- I have no reason to believe that he didn't know I

13  was making those payments.

14  Q.  And why do you say that?

15  A.  Just my understanding that at this point he would have

16  known that I'm making the payments on the car.

17  Q.  Did you have --

18          MR. FEE:  Objection.  Nonresponsive, your Honor.

19          THE COURT:  Sustained.

20          What was the basis of your understanding, sir, that he

21  knew you were making the payments on the car?  Why did you

22  believe he knew you were making payments on the car?

23          THE WITNESS:  Your Honor, in this point, I provided

24  the car.  I made the payments.  Nadine have try a number of

25  times to accommodate meetings between me and the senator.  The

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  senator seem to be reluctant and agreeing to try to meet with

2  me; just the timing hasn't been appropriate.  I saw he, or I

3  felt he's -- she's trying her best and he's not denying it.

4  The only reason why she's trying this is because I'm doing --

5  I'm complying with my part of the deal.  I have no doubt to

6  believe that Mr. Menendez knew I was making payment for the

7  car.

8            THE COURT:  All right.  Thank you.

9  BY MS. POMERANTZ:

10 Q.  What, if anything -- withdrawn.

11      Did Nadine ever tell you not to tell Robert Menendez that

12 you were making payments on her Mercedes?

13 A.  No.

14 Q.  Did she ever tell you not to talk about certain topics with

15 Robert Menendez?

16 A.  She never did.

17 Q.  Did she ever tell you not to use certain words with Robert

18 Menendez?

19 A.  Never.

20 Q.  Did she ever give you instructions about how to handle your

21 conversations with him?

22 A.  No.

23 Q.  Did she ever tell you to keep any secrets from him?

24 A.  No, she never did.

25 Q.  Now, you testified earlier that you made monthly payments

O6aWmen4                          Uribe - Direct

1    for Nadine's Mercedes from May 2019 to June 2022. Can you

2    remind us who helped you make the initial payments?

3    A.   Fernando Barruos.

4    Q.   Did there come a time when you started making the payments

5    on Nadine's Mercedes instead of Barruos?

6    A.   Yes.

7    Q.   And why was that?

8    A.   Came to a few payments -- when he had made a few payments

9    on the car, one of the payments was late, after I ask him to do

10   it for me.  Then I was advised at that, or it came to my

11   knowledge by Nadine that the, she got phone calls about it,

12   payments being late.  I got worried.  I didn't want these

13   payments to be late.  I didn't want her to feel that I'm not a

14   man of my word, that I'm going to comply with the part of the

15   deal.  And the only way I could get her to help me with what I

16   want is to fulfill my part of it.

17            MS. POMERANTZ:  Ms. Wechsler, can you please pull up

18   what's in evidence as Government Exhibit 1323.

19   Q.   Mr. Uribe, does this show text messages between you and

20   Fernando Barruos?

21   A.   Yes, it does.

22   Q.   Now, I want to direct your attention to row 10.  Can you

23   please -- what's the date of this text message?

24   A.   August 3, 2019.

25   Q.   Can you please read the English translation of your text?

O6aWmen4                           Uribe - Direct

A.  "The same song and dance every day.  Please pay for the

woman's car."

Q.  Mr. Uribe, when you wrote the same song and dance every

day, were you referring to the payments for the Mercedes or

something else?

    If you need to take a look up at the other texts, let me

know.

A.  Yes, I need to do that.

    OK.  Ms. Lara, please ask me your question again, please.

Q.  When you wrote the same song and dance every day, were you

referring to the payments for the Mercedes or something else?

A.  Something else.

Q.  What were you referring to?

A.  Fernando and I do have a trucking company together.  We're

both truckers and we share loads and help each other.  I gave a

few of my loads, and one of the drivers was a gentleman by the

name Gabriel, and he was always late in picking up these loads.

Or once he pick up the load, he fall asleep, don't reply to

dispatch that the -- we are in the schedule or we being late or

his time of arrival.  So this gentleman falling asleep on my

loads all the time was the same song every day.

Q.  Now, what did you mean by, please pay for the woman's car?

A.  I asked him to make sure that, to pay for the car -- or

Nadine's car.

Q.  And Fernando replies, OK.  What was your understanding as

O6aWmen4                           Uribe - Direct

1  to what Fernando was saying OK to?

2  A.  He was going to make the payment.

3         MS. POMERANTZ:  Now let's look at Government Exhibit

4  1324.

5  Q.  Mr. Uribe, does this show text messages between you and

6  Fernando Barruos?

7  A.  Yes, it does.

8  Q.  Let's turn to, let me direct your attention to row 1.  Can

9  you read your text?

10  A.  "Did you make the car payment last month?"

11  Q.  What car payment were you referring to?

12  A.  Nadine's car.

13         MS. POMERANTZ:  And let's look at Fernando's response

14  in the next line.  Two lines down, Fernando replies:  Shit.  I

15  don't think so.  Let me check.

16  Q.  Mr. Uribe, let's look at your response.

17     Can you read the English translation of your response to

18  Fernando?

19  A.  "I just got a call from the cousin."

20  Q.  And when you wrote that you just got a call from the

21  cousin, who were you referring to?

22  A.  This is when Nadine call me and tell me that she got a call

23  about a late payment.  I must be typing fast, and I use the

24  word "cousin," *primo*.

25  Q.  When you say -- let's look at the original Spanish text.

1    It says *el primo*.  What does that mean to you?

2    A.  Translation would be the cousin.

3    Q.  And is that masculine or feminine?

4    A.  Masculine.

5    Q.  And why did you refer to Nadine here as *el primo*?

6    A.  Must have made mistake while typing.

7            THE COURT:  What was your mistake?

8            THE WITNESS:  Calling her, Nadine a *primo*.  At least I

9    would have said *la prima*.

10            THE COURT:  If I understand it, you're saying the

11    mistake was using the masculine instead of the feminine?

12            THE WITNESS:  Yes, your Honor.

13            THE COURT:  OK.  But saying, if you had said *el prima*,

14    that would not have been a mistake.

15            THE WITNESS:  If I would have said, your Honor, *la

16    prima*.

17            THE COURT:  Sorry.  *La prima*.

18            THE WITNESS:  *La prima*, it wouldn't be a mistake.

19            THE COURT:  OK.  Thank you.

20    BY MS. POMERANTZ:

21    Q.  And you said that you spoke with Nadine?

22    A.  Yes.

23    Q.  And what did you speak with her about?

24    A.  She had just let me know that the, she got a call about a

25    late payment.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen4                          Uribe - Direct

1   Q.  What did you do when she told you that she got a call about

2   a late payment?

3   A.  I acted as fast as I can to contact Barruos and be sure

4   that these payments are being brought up to date.

5              MS. POMERANTZ:  Let's turn to the next page.

6              I want to direct your attention to row 6.  You write:

7   Use this card, please.  It's the month of July.  That was the

8   English translation.

9   Q.  What did you mean by, it's the month of July?

10  A.  The July payment hasn't been made and we in August already,

11  we into August already.

12  Q.  And what were you asking Fernando to do?

13  A.  Process the payment using one of my debit cards from one of

14  the companies that I own.

15  Q.  What did you send Fernando a photograph of?

16  A.  A debit card from Frank & Son Logistics.

17  Q.  And what is Frank & Sons Logistics?

18  A.  One of the companies that I control and manage.

19  Q.  What kind of company was it?

20  A.  A trucking company.

21  Q.  And what were you telling Fernando to use to make the

22  payment on the July bill for the Mercedes for Nadine?

23  A.  The debit card from Frank & Son.

24             MS. POMERANTZ:  Let's look at Fernando's response.  It

25  says OK.

O6aWmen4                           Uribe - Direct

1   Q.  Can you please read your, the English translation of your

2   reply to Fernando?

3   A.  Referring to which row?

4   Q.  In row 8.

5   A.  "I didn't come through.  But let's keep going."

6   Q.  What did you mean by that?

7   A.  I'm -- I'm -- I'm -- I failed.  I asked him to take care of

8   something.  Now the account is past due.

9   Q.  When you say you failed, what do you mean by that?

10  A.  The payment was not being made on time.

11          MS. POMERANTZ:  Let's look at the next page.

12          Fernando writes, in rows 9 through 11:  I really

13  forgot about it.  I remember that you sent me the message.  My

14  bad.

15  Q.  Can you please read the English translation of your

16  response to Fernando Barruos in row 12?

17  A.  "I told her my brother was on vacation and that he forget.

18  Just confirm that you did it and I will call for her -- I

19  will -- and I call her and apologize."

20  Q.  When you wrote, I told her, who does that refer to?

21  A.  Nadine.

22  Q.  When you wrote, just confirm that you did it and I'll call

23  her and apologize, what did you mean?

24  A.  I will ask her to excuse me for being late on the payments.

25  Q.  And who were you going to say that to?

1    A.   Nadine.

2    Q.   Now let's keep reading.  In row 13, Fernando Barruos

3    responds, OK.  Directing your attention to row 14, can you

4    please read your response?

5    A.   "Did you pay online?  I can make the payment.  I am home."

6    Q.   Why did you write, I can make the payment, I'm at home?

7    A.   I asked Fernando to do the payments a couple of times now.

8    He forgot to make one of the payments.  If I am being a pain

9    asking, and he started helping, then I will take my

10   responsibility and making those payments.  I'm home now and I

11   can jump into a laptop and make the payment online.

12   Q.   Directing your attention to rows 15 and 16, Fernando

13   Barruos responds, it's done, done.

14        What did you understand him to mean?

15   A.   That he had made the July payment.

16   Q.   Directing your attention to row 17, can you please read the

17   English translation of your response?

18   A.   "Good.  I'll pay next month tomorrow and get this out of

19   the way."

20   Q.   What did you mean by that text?

21   A.   He cover one payment -- he process one payment.  I will

22   take the payments -- the following payment I will make myself,

23   be sure that it's on time.

24   Q.   Why, if at all, did you want to make sure the bill was paid

25   on time?

O6aWmen4                          Uribe - Direct

1    A.  I have an agreement.  I have a commitment.  And I need her

2    to comply with her end of the bargain.  How would she do that

3    if I going to return one of those other means that don't come

4    through on their promises?

5    Q.  You testified earlier that you met with Robert Menendez and

6    Nadine at Il Villaggio on August 7, 2019.  What's the date of

7    these text messages?

8    A.  August 16, 2019.

9    Q.  You testified earlier that you asked Fernando to make the

10   payments because you didn't want them connected to you.  Why

11   did you tell him to pay with your card?

12   A.  First of all, he might not have the money.  He couldn't

13   have no money, couldn't tell me.  So there, use one of my

14   cards.

15       And two, at this point I believe that the deal is in good

16   standing and I need it to be in good standing.  Can't fail.  I

17   couldn't fail her.  I need her and I need what she could do for

18   me, and I needed this to be done.

19           THE COURT:  Who is she?

20           THE WITNESS:  Ms. Nadine.

21           MS. POMERANTZ:  Judge, I'm at a logical breaking

22   point.

23           THE COURT:  All right.  Why don't we do that.

24           Ladies and gentlemen, please be back at two.  Enjoy

25   your lunch.    (Continued on next page)

1           (Jury not present)

2           THE COURT:  2 o'clock.

3           MR. FEE:  Your Honor, I have one quick issue on the

4    transcript.

5           THE COURT:  Yes, sir.

6           MR. FEE:  I'll wait.  I'll let the witness exit.

7           (Witness not present)

8           THE COURT:  You may be seated in the courtroom.

9    Sir.

10          MR. FEE:  Your Honor, it was during your exchange with

11   Mr. Uribe, where I heard a word very clearly that I did not see

12   in the real time.  I just wanted to see if the government

13   agrees.

14          THE COURT:  The reporters clean up the real time.

15   Sometimes what's there is not how the transcript will read, but

16   go ahead.

17          MR. FEE:  OK.  He said -- you asked him:  What was the

18   basis of your understanding, sir, that he knew you were making

19   the payments on the car?  Why did you believe he knew you were

20   making the payments on the car?

21          The real time reads -- and I understand the point,

22   your Honor, that they clean it up.  I just want to do this in

23   open court:

24          "Your Honor, in this point, I'm provided the car.  I

25   made the payments.  Nadine have try a number of times to

O6aWmen4                          Uribe - Direct

accommodate meetings between me and the senator.  The senator

seem to be agreeing to try to meet with me; just the timing

hasn't been appropriate."

            I heard very clearly, and conferred with others on my

side who did, that the senator seemed to be reluctant to try to

meet with me, and that word "reluctant," I believe, he did say

and is important.  I just want to make sure.

            THE COURT:  Yes.

            What's the position?

            MR. RICHENTHAL:  I think that is what the witness

said.

            THE COURT:  Reluctant?

            MR. RICHENTHAL:  I believe.  But I would trust the

court reporter to clean it up with the actual record.  He may

have also said accommodate.  He may have said reluctant to

accommodate, but I'm going on memory.  I think the word

"reluctant" was said.  I don't recall exactly where it was in

the sentence.

            THE COURT:  Well, it sounds like both sides believe he

said reluctant.

            MS. POMERANTZ:  Your Honor, I'm not sure.  We're happy

to look at the transcript, and I can also try to clarify.

            THE COURT:  All right.  Let's see.  The reporter will

do it as her notes read.  Talk to each other tonight about it.

Let's see where we go, but we have on the record that it sounds

O6aWmen4                          Uribe - Direct

1   like both sides think it was reluctant.  Let's let the reporter

2   do her job.

3           MR. FEE:  Agreed, your Honor.

4           THE COURT:  OK.  Thank you.  2 o'clock.

5           (Luncheon recess)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O6aWmen4                              Uribe - Direct

                         AFTERNOON SESSION

1                              2:00 p.m.

2

3          (Jury present)

4          THE COURT:  Please be seated in the courtroom.

5          You may continue with your direct examination.

6    BY MS. POMERANTZ:

7    Q.  Mr. Uribe, before the lunch break, you testified about

8    meeting with Robert Menendez and Nadine at Il Villaggio on

9    August 7, 2019.  Did there come a time when you saw Robert

10   Menendez again?

11   A.  Yes.

12   Q.  Where did you see Robert Menendez?

13   A.  I met him at Nadine's home.

14   Q.  Where is that home?

15   A.  Englewood Cliff, New Jersey.

16   Q.  How did that meeting get set up?

17   A.  Nadine set up the meeting.

18          MS. POMERANTZ:  Ms. Wechsler, can we please display

19   what's in evidence as Government Exhibit 1325.

20   Q.  Mr. Uribe, does this show text messages between you and

21   Nadine?

22   A.  Yes, it does.

23   Q.  Directing your attention to row 1, can you please read that

24   text?

25   A.  "*Hola*.  Please don't forget about me.  I will never forget

1    about you."

2    Q.   What did you mean by, please don't forget about me?

3    A.   Please remember that I'm -- that I have an investigation

4    that I want over with.

5    Q.   What did you mean by, I will never forget about you?

6    A.   I will sustain the term of my agreements with her.

7    Q.   What do you mean by that?

8    A.   I will keep making those payments on the car.

9            THE COURT:  Sir, if you'll move the microphone closer

10   to your mouth -- again, it's directional; that's right -- that

11   would be helpful.

12           THE WITNESS:  Thank you, your Honor.

13           THE COURT:  Of course.

14   BY MS. POMERANTZ:

15   Q.   What's the date of the text message in row 1 to Nadine?

16   A.   September 3, 2019.

17   Q.   You testified earlier that you met with Robert Menendez and

18   Nadine on August 7, 2019, at Il Villaggio.  About how long

19   after that meeting did you send this text?

20   A.   Couple of weeks later.

21   Q.   What, if anything, did you understand that Robert Menendez

22   and Nadine had done with respect to part two in that time?

23   A.   I don't have a -- a detail description of what they doing.

24   I have no updates.

25   Q.   Why did you send this text, *hola*, please don't forget about

1     me, I will never forget about you, on September 3, 2019?

2     A.  I'm hoping for something to happen soon where I can get my

3     peace and the protection for my family.

4     Q.  I'm going to direct your attention to row 2.  September 3,

5     2019, at 9:45 p.m., Nadine responds:  You have been the main

6     concern for the past 3 days.  Without me bringing you up.

7         Mr. Uribe, what did you understand Nadine to mean?

8     A.  They are -- they, Nadine and Mr. Menendez -- have been

9     worry about me, concern about what I ask, and they are trying

10    to get me help.

11    Q.  Directing your attention to Nadine's next text to you, in

12    row 3, she writes:  You will never be forgotten.  That's a

13    promise.

14        What did you understand Nadine to mean?

15    A.  They will never forget about me and my worries, and she

16    promised me that.  She confirmed that to me.

17    Q.  Please read your response to Nadine in row 4.

18    A.  "I need peace."

19    Q.  What did you mean by, I need peace?

20    A.  I needed this to go away.  I need investigations to finish

21    so I can have peace, knowing that my family's safe.

22    Q.  Mr. Uribe, did you refer to needing peace once or more than

23    once when you texted with Nadine in 2019?

24    A.  More than once.

25    Q.  Did you also refer to needing peace when you spoke in

1   person with Robert Menendez and Nadine at Il Villaggio?

2   A.  Yes, I did.

3   Q.  Let's continue with the text messages, and I want to direct

4   your attention to row 7.  On September 5, 2019, at 7:50 p.m.,

5   Nadine texts you, he says at my house.

6        Who did you understand "he" to refer to?

7   A.  Senator Menendez.

8   Q.  And remind us.  What was your understanding of the

9   relationship between Robert Menendez and Nadine at this time?

10  A.  They are boyfriend and girlfriend.

11  Q.  I'm going to direct your attention to rows 8 and 9.  Can

12  you please read your responses to Nadine?

13  A.  "What address?

14       "Are we eating?  I am at my office.  Let me know what time

15  is good."

16  Q.  In row 10, Nadine responds:  No we will have cigars and I

17  have Grand Marnier but no beer.  41 Jane Drive Englewood

18  Cliffs.  I will text you when we are on our way.  Should be by

19  9:30 p.m.  Thank you for making it.

20       Mr. Uribe, when Nadine texted you 41 Jane Drive, Englewood

21  Cliffs, what did you understand her to be texting you?

22  A.  Her home address.

23  Q.  Directing your attention to rows 12 and 13, can you read

24  your response to her?

25  A.  "I stop at the Marriott.

```
1         "I am here."

2    Q.  At what time did you write, I stop at the Marriott?

3    A.  9:03.

4    Q.  What time did you write, I am here?

5    A.  10:16 p.m.

6    Q.  Is that on September 5?

7    A.  September 5, 2019.

8    Q.  When you wrote I am here, where were you?

9    A.  At her home.

10   Q.  Had you been to 41 Jane Drive before that day?

11   A.  No, I have not.

12   Q.  Have you been to 41 Jane Drive once or more than once?

13   A.  This is the first time.

14   Q.  Have you been since then?

15   A.  No.

16   Q.  How did you go to 41 Jane Drive on September 5, 2019?

17   A.  I drove there.

18   Q.  Did you go alone or with someone else?

19   A.  By myself.

20   Q.  Where did you park when you got to 41 Jane Drive?

21   A.  I parked out on the street.

22   Q.  Why did you park on the street?

23   A.  I didn't realize at that time that the driveway for the

24   property was on the side.

25   Q.  When you say on the side, you mean the side of the house?
```

1  A.  It's a corner property, on the side of the house, yes.

2  Q.  Where did you go after you parked?

3  A.  I was directed by Nadine to go to the, to the parking area,

4  to the garage, on the side of the house.  And she went and met

5  me there.

6  Q.  Were any cars parked in the driveway?

7  A.  Nadine's black Mercedes was there, and the senator car was

8  also there.

9  Q.  You said you met Nadine in the driveway.  Where did you go

10  after you met her in the driveway?

11  A.  They went -- we went through, like, couple of steps, little

12  hallway that connected driveway into a small patio.  Then I

13  follow her to a door that leads into her kitchen, into the

14  house kitchen.

15  Q.  What, if anything, did you bring with you?

16  A.  A bottle of Grand Marnier.

17  Q.  And what's Grand Marnier?

18  A.  It's a brandy.

19  Q.  And why did you bring a bottle of Grand Marnier if she said

20  she would have Grand Marnier?

21  A.  Extending a courtesy.

22  Q.  You said you went into the kitchen after you walked from

23  the driveway to the backyard patio, into the kitchen.  What

24  happened in the kitchen?

25  A.  After a few minutes, Senator Menendez came into the

1   kitchen.  We shake hands.  We salute each other, and then we

2   went back to the patio.

3   Q.  And who went to the patio?

4   A.  Senator Menendez and myself.

5   Q.  And where was Nadine?

6   A.  Inside the house.

7   Q.  What was Nadine's demeanor when you walked to the backyard

8   with Robert Menendez?

9   A.  The same person that welcome me to her home.

10  Q.  About how long were you alone with Robert Menendez in the

11  backyard?

12  A.  Give and take an hour.

13  Q.  You testified that you texted Nadine I'm here at 10:16 p.m.

14  About what time did your conversation with Robert Menendez end?

15  A.  Give and take an hour after that.

16  Q.  What, if anything, did Robert Menendez tell you while you

17  were in the backyard?

18  A.  One of the reasons why I was invited into the home is for

19  me to provide a, confirm the information about part two, to lay

20  down those data because at the next day, Mr. Menendez had a

21  meeting with some New Jersey officials at his New Jersey

22  office.

23          MR. FEE:  Your Honor, move to strike that as

24  nonresponsive to the question, your Honor.

25          THE COURT:  Sustained.  The jury will disregard it.

O6aWmen4                              Uribe - Direct

    1    BY MS. POMERANTZ:
    2    Q.  What, if anything, did Robert Menendez tell you while you
    3    were in the backyard?
    4    A.  He will -- we talked about, that confirm the information
    5    because he had a meeting the next morning with New Jersey
    6    officials.
    7    Q.  Did he say where the meeting was?
    8    A.  At his Newark office in New Jersey.
    9            THE COURT:  To the best of your recollection, sir,
   10    tell this jury what he said.
   11            THE WITNESS:  Best of my recollection, we always
   12    started -- the few minutes I have one-on-one with Mr. Menendez,
   13    we always talk about family values and what family means to me,
   14    to him and mine to myself.  Then later on he asked me that he
   15    needed to get confirmation or for me to confirm what is my
   16    worries, who is the parties that have me worried, and that he
   17    had a meeting the next morning with some officials in New
   18    Jersey.
   19            THE COURT:  And did he say what that meeting was for?
   20            THE WITNESS:  He did not detail -- he did not detail
   21    what his meeting was going to be about with this official.
   22            THE COURT:  So you had no idea -- I'm sorry.
   23            So he didn't say anything about the purpose of that
   24    meeting?
   25            THE WITNESS:  You are correct, your Honor.

O6aWmen4                          Uribe - Direct

1            THE COURT:  OK.

2   BY MS. POMERANTZ:

3   Q.  Mr. Uribe, from your conversation with Robert Menendez on

4   the patio, what was your understanding of what the meeting

5   related to?

6            MR. FEE:  Objection, your Honor.  She's asking for a

7   characterization of the meeting.

8            MS. POMERANTZ:  Your Honor, this relates to the letter

9   we filed last week.

10            THE COURT:  Just a moment.

11            Did you have an understanding of what that meeting was

12   about, the meeting the next day?

13            THE WITNESS:  Best of my understanding, your Honor, is

14   that the Senator Menendez was to meet with some authorities in

15   New Jersey, and the part of his meeting with these authorities,

16   he was going to inquire about what was worrying my life.

17            THE COURT:  And what was that understanding based on?

18            THE WITNESS:  The fact that Mr. Menendez asked me to

19   write down the names of the parties that were on my worries.

20            THE COURT:  OK.  Did you write down names for him?

21            THE WITNESS:  Yes, I did.

22            THE COURT:  What names did you write down?

23            THE WITNESS:  Bien Hernandez, Prestige Trucking

24   Express, Ana Peguero, Phoenix Risk Management, your Honor.

25   BY MS. POMERANTZ:

 1  Q.  Mr. Uribe, where did you write these names down?

 2  A.  In a piece of paper.

 3  Q.  Did you have the piece of paper, or did someone give it to

 4  you?

 5  A.  Someone gave it to me.

 6  Q.  Who gave you the piece of paper?

 7  A.  Nadine did.

 8  Q.  And where were you when she gave you the piece of paper?

 9  A.  Sitting in a -- in the backyard from Mr. Menendez.

10  Q.  What happened that led Nadine to bring you a piece of paper

11  in the backyard?

12  A.  Mr. Menendez allow -- called for Nadine by something like

13  *mon amour*, and he also rang a bell, little bell that he had on

14  the table.

15  Q.  After he rang the little bell and called out *mon amour*, did

16  Nadine bring you a piece of paper?

17  A.  Yes, she did.

18  Q.  And after that, where did Nadine go?

19  A.  She went back into her home.

20  Q.  When you were writing those names on a piece of paper, was

21  Nadine there?

22  A.  She was not.

23  Q.  What happened after you wrote down the names on the piece

24  of paper?

25  A.  Mr. Menendez fold the piece of paper and put him in his

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen4                                Uribe - Direct

1    pants pocket.

2    Q.  And what happened next?

3    A.  At this time Mr. Menendez suggested that I should be going.

4    He -- we just had a glass of Grand Marnier, and he advised me

5    that area was -- has a lot of cops and it will be smart for me

6    not to be drinking and driving in that area.

7    Q.  Now, Mr. Uribe, you testified that you gave Robert Menendez

8    the names on a piece of paper.  What did you ask him to do in

9    the backyard?

10   A.  One more time I ask Mr. Menendez that my bigger concern is

11   the ongoing investigation into Prestige Express, to please find

12   out if that investigation will finally lead to my daughter Ana

13   Peguero and Phoenix Risk Management, and I beg him to please do

14   anything on his power to stop anything that could cause harm to

15   my family.

16   Q.  Now, after you were in the backyard and it came time to

17   leave, where did you go?

18   A.  We went out to the, to the driveway, same way we came in.

19   Q.  Who went out to the driveway?

20   A.  At this point, Nadine, the senator, myself.

21   Q.  And what, if anything, happened in the driveway?

22   A.  Nadine show Senator Menendez have I told her to -- how I

23   taught her how to opening her car without using the control

24   remote.

25   Q.  To take a step back, while you were in the backyard,

O6aWmen4                          Uribe - Direct

1   besides the Grand Marnier, did you or Robert Menendez smoke

2   anything?

3   A.  Mr. Menendez smoke a cigar.

4   Q.  Why did you go to meet with Robert Menendez on September 5,

5   2019?

6   A.  Nadine invited me to her home.  I got the opportunity to

7   explain one more time what is that that I needed or was looking

8   for Mr. Menendez to do for me and my family, and I couldn't

9   miss that opportunity.

10  Q.  What, if any, other business did you have with Robert

11  Menendez?

12  A.  None.

13  Q.  During this conversation in the backyard, did you tell

14  Robert Menendez that you had been making payments on the

15  Mercedes for Nadine?

16  A.  We did not talk about payments on the car.

17  Q.  And why didn't you bring it up?

18  A.  Once again, I don't have any doubt that Mr. Menendez has

19  knowledge of me making the payments.  He did not bring the

20  topic and I didn't bring it neither.

21         MR. FEE:  Your Honor, I'd move to strike.  The

22  first --

23         THE COURT:  No.  I'll allow it.  You can cross.

24  BY MS. POMERANTZ:

25  Q.  When you say you had no doubt that Robert Menendez knew

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen4                          Uribe - Direct

1    that you paid for the Mercedes, what do you mean?

2    A.  I'm sitting on a -- on Nadine's patio, talking to

3    Mr. Menendez, asking for help for my family.  I don't think I

4    would have gotten there if I am not the one complying with part

5    one of my agreement with Nadine.

6    Q.  When you say complying with part one of my agreement with

7    Nadine, what do you mean?

8    A.  I'm sorry.  I take that back.  Complying with my commitment

9    to Nadine as the agreement we sealed on March 12 of 2019, at

10   the Villa Amalfi.

11   Q.  Now, you testified that you sat with Robert Menendez in the

12   backyard for about an hour on September 5, 2019.  Before you

13   met with him that night, did Nadine ever tell you not to tell

14   Robert Menendez that you were making payments on her Mercedes?

15   A.  No.

16   Q.  Before you met with him that night, did Nadine tell you not

17   to talk about certain topics with him?

18   A.  No.

19   Q.  Did Nadine ever tell you to keep any secrets from Robert

20   Menendez before you met with him that night?

21   A.  No.

22   Q.  Did she ever tell you to hide anything from him before you

23   met with him that night?

24   A.  No.

25            MS. POMERANTZ:  Ms. Wechsler, let's pull up Government

1  Exhibit 1325.

2  Q.  Mr. Uribe, remind us who these messages are between.

3  A.  Nadine and myself.

4           MS. POMERANTZ:  Now, I want to direct your attention

5  to row 14, if we can blow that up.

6  Q.  September 6, 2019, at 11:57 a.m., can you please read your

7  text to Nadine?

8  A.  "Morning.  Thank you for everything you do for me.  I am

9  praying today's meeting is in God's hand."

10          MS. POMERANTZ:  Let's turn to the next page.

11  Q.  I'm going to direct your attention to row 15.  At 1:06 p.m.

12  on September 6, 2019, Nadine texts you:  I didn't sleep one

13  hour.  He hasn't been sleeping well at all for a week.  I am

14  praying as hard as you are.  I am sure all will be perfect.

15      Mr. Uribe, when had you met with Robert Menendez?

16  A.  The night before that.

17          MS. POMERANTZ:  And if we can blow up 14 and 15,

18  Ms. Wechsler, please, together.

19  Q.  When you texted Nadine, thank you for everything you do for

20  me, what did you mean?

21  A.  The fact that she welcome me to her home and, once again, I

22  have the attention of Mr. Menendez and the fact that there was

23  a meeting going on that could be the peace I'm looking for and

24  the safe for my family.  That was priceless to me.

25  Q.  When you wrote, I am praying today's meeting is in God's

O6aWmen4                        Uribe - Direct

1   hand, what meeting were you referring to?

2   A.  The meeting that Mr. Menendez was holding with this New

3   Jersey authorities at his office.

4   Q.  And to be clear, how did you learn about that meeting?

5   A.  I was told about that meeting by Mr. Menendez.

6           THE COURT:  You said the meeting at his office.  Had

7   he told you the night before that the meeting was going to be

8   at his office?

9           THE WITNESS:  Your Honor, I didn't remember asking --

10  I didn't know you telling -- I didn't know you have an office

11  in New Jersey, sir, and he did confirm.

12  BY MS. POMERANTZ:

13  Q.  Now, directing your attention to row 15, what did you

14  understand Nadine to mean when she wrote:  I didn't sleep one

15  hour.  He hasn't been sleeping well at all for a week.  I am

16  praying as hard as you are.  I am sure all will be perfect?

17  A.  Because we both were having problem getting some sleep and

18  that she was hoping and praying that we have a good result out

19  of the meeting.

20  Q.  And when Nadine wrote he hasn't been sleeping well at all

21  for a week, who did you understand "he" to refer to?

22  A.  Senator Menendez.

23  Q.  Did there come a time when you learned more about Robert

24  Menendez's meeting with public officials?

25  A.  Yes.

1    Q.  Who reached out to you about the meeting?

2    A.  Nadine did.

3    Q.  Did she reach out to you by -- in person or by phone?

4    A.  By phone.

5    Q.  And did you have a phone call with her?

6    A.  Yes, I received a phone call from Nadine.

7    Q.  And what did she say when she called you?

8    A.  She directed me to meet with Senator Menendez at his

9    apartment building in New Jersey.

10   Q.  Did you go to his apartment building?

11   A.  Yes, I did.

12   Q.  Had you been to his apartment building before?

13   A.  Never before.

14   Q.  How did you know how to get there?

15   A.  Nadine gave me the address, and I drove there.

16   Q.  Did you go alone or with someone else?

17   A.  By myself.

18   Q.  And when you got to his apartment building, what did you

19   do?

20   A.  I remember parking outside.  I didn't know the building has

21   parking area for visitor.  I ran to the main entrance.  Passing

22   the main entrance, I saw Mr. Menendez in the lobby, talking to

23   the receptionist.

24          MS. POMERANTZ:  Ms. Wechsler, can you please pull up

25   what's in evidence as Government Exhibit 2B-23.

1   Q.  Mr. Uribe, what is this?

2   A.  The outside of the apartment building of Mr. Menendez.

3           MS. POMERANTZ:  Let's pull up what's in evidence as

4   Government Exhibit 2B-24.

5   Q.  What's this?

6   A.  The reception area.

7   Q.  Can you point out about where you first saw Robert Menendez

8   in Government Exhibit 2B-24?

9   A.  Somewhere in this vicinity.

10  Q.  Now, once you entered the lobby and saw Menendez, where did

11  you and Robert Menendez go?

12  A.  Looking from the inside of the building, like, facing the

13  reception station, we would move to the left window panel, to

14  the front of the entrance.

15          MS. POMERANTZ:  Let's pull up what's in evidence as

16  Government Exhibits 2B-25 and 2B-26.  Let's pull those up side

17  by side.

18  Q.  What are we looking at here?

19  A.  The window panel to the left where we -- Mr. Menendez and I

20  stood up and spoke for a few minutes.

21          MS. POMERANTZ:  Can we also pull up 2B-23.

22  Q.  When you're saying to the left, do you mean that facing the

23  outside of the building, it's to the left of the area where you

24  were standing and speaking with him?

25  A.  Correct.

1          MS. POMERANTZ:  Can we make 2B-23 bigger just so you

2    can indicate where you were standing.

3    A.  We were standing this window panel here, in that area.

4          MS. POMERANTZ:  You can take that down.

5          THE COURT:  Can you tell us where this apartment

6    building is located?  What city is it in?

7          THE WITNESS:  Don't have the city.  Could be West New

8    York, your Honor.

9          THE COURT:  OK.

10          THE WITNESS:  I don't have that.

11          THE COURT:  Thank you.

12   BY MS. POMERANTZ:

13   Q.  In what state was it located?

14   A.  New Jersey.

15   Q.  Just to be clear, had you been there before that day?

16   A.  Never before.

17   Q.  Have you been there since?

18   A.  No.

19   Q.  And how did you know where to go?

20   A.  Nadine gave me the address.

21   Q.  What did Robert Menendez say to you by those windows?

22   A.  In very short substance, that thing that you asked me

23   about, it doesn't seem to be anything there.

24   Q.  What did you understand him to be saying?

25   A.  He had a chance to inquire about my worries to whoever he

1   had meeting with and his office, and without giving me a final,

2   kind of told me that there was no indication of an

3   investigation against my family.

4   Q.  When you said without giving you a final, do you mean he

5   didn't give you a final answer?

6   A.  He did not give me a final answer.

7   Q.  About how long was the conversation?

8   A.  Couple of minutes, the most.

9   Q.  What was your understanding of the status of part two after

10  the conversation?

11  A.  Prestige is still under investigation.  Ana, we grew hopes

12  there was nothing against my daughter.

13          MS. POMERANTZ:  Ms. Wechsler, can you please display

14  what's in evidence as Government Exhibit 1329.

15  Q.  Mr. Uribe, does this show text messages between you and

16  Jorge Martinez?

17  A.  Yes.

18  Q.  And just remind us.  Who is Jorge Martinez?

19  A.  A good friend of mine that share some time with us at the

20  Sofia's, a few months before.

21  Q.  Mr. Uribe, directing your attention to row 1, can you

22  please read your first text message to Jorge?

23  A.  "Brother pray for me.  On my way to big meeting with the

24  *amigo*."

25  Q.  What did you mean when you wrote -- withdrawn.

1        Who is the *amigo*, Mr. Uribe?

2    A.   I'm referring to Mr. Menendez as *mi amigo* in this text.

3    Q.   What did you mean by, brother pray for me?

4    A.   Pray that I get a good news, that I get my peace and my

5    family's fine.

6    Q.   On what date and time was this text sent?

7    A.   September 6, 2018.

8    Q.   And what time?

9    A.   2:25 p.m.

10   Q.   At this point what, if anything, had you told Jorge about

11   your arrangement with Robert Menendez and Nadine?

12   A.   I don't think I have discussed the arrangements except for

13   the fact that he, being my brother, knew that I was very

14   worried and that my best hopes is that Mr. Menendez was going

15   to do a miracle for me and my family.

16   Q.   Now, let's look at row 2.  Jorge responds:  Wow.  Nice

17   brother.  Good luck.

18       Can you please read your response back to Jorge in row 3?

19   A.   "He called me to his apartment after meeting with others."

20   Q.   Who does "he" refer to?

21   A.   Senator Menendez.

22   Q.   Mr. Uribe, did Robert Menendez himself call you on the

23   phone?

24   A.   No, he did not.

25   Q.   So what did you mean?

1    A.  To be an expression saying that I received a call from

2    Nadine but that his request to meet me there, to meet him

3    there.

4    Q.  And you wrote, he called me to his apartment after meeting

5    with others.  Again, who did you understand he met with?

6    A.  Some New Jersey officials again.

7    Q.  What were you doing when you were texting Jorge?

8    A.  I was driving.

9    Q.  Now, let's look at row 4.  On September 6, 2019, at 2:28

10   p.m., Jorge responds, excellent brother it looks good.

11       Can you read your response in row 5?

12   A.  "I don't know.  Hope it's good news."

13   Q.  What did you mean by that?

14   A.  I didn't know what he -- sorry, what Mr. Menendez was going

15   to tell me.  I was hoping that I got a good news that

16   everything is over.

17   Q.  At what time did you send that text?

18   A.  2:28 p.m.

19   Q.  And had you yet met with Robert Menendez at his apartment?

20   A.  Not yet.

21   Q.  And George, excuse me, Jorge responds, in row 6, at 2:29

22   p.m., yes, it will be good news.  Two thumbs up emoji.

23       Can you read your response to Jorge in row 7?

24   A.  "I think it is good meeting no final but positive."

25   Q.  What did you mean by this text message?

O6aWmen4                          Uribe - Direct

1    A.   Try to relate that Mr. Menendez says something that he was

2    promising, but he did not give me a final that everything being

3    finished and done.

4    Q.   On what date was this text sent?

5    A.   September 6, 2019.

6    Q.   And at what time?

7    A.   2:45 p.m.

8    Q.   At this point had you met with Robert Menendez?

9    A.   Yes, I had.

10   Q.   And Jorge responds in row 8, yes remember always positive

11   brother.

12        Can you please read your response in row 9?

13   A.   "He feels is very positive."

14   Q.   Who were you referring to when you wrote "he" in that text?

15   A.   Senator Menendez.

16   Q.   And what did you mean by, he feels is very positive?

17   A.   He relate to me that it looks promising, that he feels --

18   he feels that it was no harm against my family at this point.

19   Q.   Now, at what time did you send that text to Jorge?

20   A.   2:46 p.m.

21   Q.   On what date?

22   A.   September 6, 2019.

23        MS. POMERANTZ:  Let's take that down, Ms. Wechsler,

24   and let's pull up Government Exhibit 1325.

25        Let's go to page 2, and if we can zoom in on the last

1    two rows, rows 17 and 18.

2    Q.  Directing your attention, Mr. Uribe, to row 17, can you

3    please read your text to Nadine on September 6, 2019, at 2:47

4    p.m.?

5    A.  "I am positive."

6    Q.  What did you mean by, I am positive?

7    A.  I am positive that everything is going to work out well and

8    this nightmare was about to finish.

9    Q.  Did you send this text to Nadine before or after you met

10   with Robert Menendez?

11   A.  After.

12   Q.  Now, directing your attention to row 18, can you please

13   read your text message to Nadine on September 6, 2019, at 4:28

14   p.m.?

15   A.  "I forgot to thank you."

16   Q.  What did you mean by I forgot to thank you?

17   A.  Should I have say thank you before for making this happen

18   for me.

19           MS. POMERANTZ:  You can take that down, Ms. Wechsler.

20   Q.  Mr. Uribe, you testified that Nadine called you and told

21   you to go meet with Robert Menendez at his apartment building

22   on September 6, 2019.  Did Nadine tell you not to talk about

23   certain topics with Menendez before you met with him that day?

24   A.  No.  No.

25   Q.  Did she ever tell you to keep any secrets from him before

O6aWmen4                          Uribe - Direct

1    you met with him that day?

2    A.  No.

3    Q.  Did she ever tell you to hide anything from him before you

4    met with him that day?

5    A.  No.

6    Q.  You just testified about a text that you sent that said no

7    final but positive.  While you were waiting for peace, as you

8    refer to it, who did you communicate with about part two?

9    A.  I will need you to rephrase that question for me.

10   Q.  While -- after your meeting with Robert Menendez in the

11   apartment building, while you were waiting for peace --

12   withdrawn.

13        Did you have peace after your meeting with Robert Menendez

14   in the apartment, at his apartment building lobby?

15   A.  I haven't gotten my peace yet, no.

16   Q.  And why do you say that?

17   A.  Because I didn't get a final as to the investigation being

18   stop and over with.

19   Q.  While you were waiting for peace, who did you communicate

20   with about part two?

21   A.  I text few times with Nadine.

22   Q.  Why did you communicate, text with Nadine while you were

23   waiting for peace?

24   A.  Hoping to get an update that, and get a final on this.

25   Q.  Did there come a time when you got the peace you were

O6aWmen4                          Uribe - Direct

1   looking for?

2   A.  Yes, yes, yes, it came a time.

3   Q.  And what happened?

4   A.  One afternoon I receive a phone call from 202 number, from

5   a telephone number area code 202.  I was home, and I answered

6   the call.  And at this time Senator Menendez says, this is

7   Senator Menendez, José.  We salute each other.

8   Q.  And what did he say on that call?

9   A.  That thing that you asked me about, there's nothing there.

10  I give you your peace.

11  Q.  What did you understand him to be talking about?

12  A.  My family was safe and I was in peace.  I was happy.

13  Q.  And when you say your family was safe, did you understand

14  him to be talking about the investigation that you've been

15  referring to as part two?

16  A.  Yes, Ms. Lara.

17  Q.  Did Menendez call your cell phone or another phone?

18  A.  My cell phone.

19  Q.  And I believe you said he called from a 202 number?

20  A.  Yes, ma'am.

21  Q.  What, if anything, did Robert Menendez say about where he

22  was calling from?

23  A.  His office in Washington, Miss.

24  Q.  And where were you when he called you?

25  A.  I was home.

1    Q.  What were you doing?

2    A.  I was hide in a chair to go back to the office.

3    Q.  What was your understanding of the status of part two after

4    you got this phone call from Robert Menendez?

5    A.  Everything was over and my family was safe.

6            MS. POMERANTZ:  Ms. Wechsler, can we please display

7    what's in evidence as Government Exhibit 1326.

8    Q.  Mr. Uribe, does this show text messages between you and

9    Nadine?

10   A.  Yes, it does.

11   Q.  I want to direct your attention to the first row.  Can you

12   please read your text to Nadine?

13   A.  "*Buenos dias hermana*.  Happy and blessed week.  I always

14   text you on Monday in case you have an update.  I just need

15   peace.  Sorry to bother you."

16   Q.  Mr. Uribe, what's the date of this text message?

17   A.  September 28, 2019.

18   Q.  I'm sorry.  I couldn't hear you.

19   A.  September 28, 2019.

20   Q.  And if you can look at the date, do you see if it says

21   September or October?

22   A.  I'm sorry.  October 28, 2019.

23   Q.  What did you mean by, I always text you on Monday in case

24   you have an update?

25   A.  Per conversations with Nadine, I understood that Senator

O6aWmen4                           Uribe - Direct

1   Menendez go to Washington to work during the weekdays, and

2   comes the weekend he spends his time in New Jersey with her.

3   Q.  Was there a particular time of week you typically checked

4   in with Nadine?

5   A.  Usually on Mondays.

6   Q.  And why was that the case?

7   A.  Understanding that Mr. Menendez is back from -- back to

8   Washington after spending the week with Nadine.

9   Q.  What did you mean by, I just need peace?

10  A.  I wanted to be in peace.  I want to finish all of this.  I

11  want this to be over with.

12  Q.  I'm going to direct your attention to rows 4 and 5.  Can

13  you please read your text messages in those rows to Nadine?

14  A.  "I just got a call and I am a very happy person.

15       God bless you and him for ever."

16  Q.  In your text to Nadine where you wrote, I just got a call

17  and I am a very happy person, what call were you referring to?

18  A.  The call I received from Mr. Menendez.

19           THE COURT:  Is that the call that you've just

20  testified about?

21           THE WITNESS:  Yes, it is, your Honor.

22  BY MS. POMERANTZ:

23  Q.  That's the call from the 202 number?

24  A.  Yes, Ms. Pomerantz.

25  Q.  Were you expecting Robert Menendez's call that day?

O6aWmen4                          Uribe - Direct

1   A.  No.

2   Q.  Why were you a very happy person?

3   A.  This investigation is over.  I got a confirmation that it's

4   over.  My family's safe.  I got peace.  I was happy.

5   Q.  What's the date of that text message in row 4?

6   A.  October 29, 2019.

7   Q.  Directing your attention to row 5, where you wrote, God

8   bless you and him for ever, who does "him" refer to?

9   A.  Senator Menendez.

10  Q.  Why were you blessing them?

11  A.  He help me get my peace and save my family.  They help me

12  get my peace and save my family.  I was -- I was sending as

13  many blessings as I could.

14  Q.  What's the date of that text message?

15  A.  October 29, 2019.

16  Q.  Did there come a time when you saw Robert Menendez and

17  Nadine after the phone call from Robert Menendez from that 202

18  number?

19  A.  Yes.

20  Q.  Where did you see them?

21  A.  I saw them at the River Palm.

22  Q.  What is the River Palm?

23  A.  It's a restaurant in New Jersey.

24          MS. POMERANTZ:  Can we pull up what's in evidence as

25  Government Exhibits 2B-7 and 2B-8.

1          THE COURT:  Another restaurant?

2          MS. POMERANTZ:  Yes, your Honor.  You should know

3    about New Jersey.

4    Q.  Mr. Uribe, what are these?

5    A.  Those are pictures of the River Palm.

6          MS. POMERANTZ:  We can take those down.

7    Q.  About how long after the phone call you received from

8    Robert Menendez did you meet at River Palm?

9    A.  Few days later.

10   Q.  Did anyone else -- who went to River Palm?

11   A.  Jorge came with me, Jorge Martinez; Nadine; Senator

12   Menendez; and myself.

13   Q.  Who organized the gathering at River Palm?

14   A.  Nadine called me.  Nadine called me.

15   Q.  What did you do at River Palm?

16   A.  We had dinner.

17         MS. POMERANTZ:  Ms. Wechsler, can you please pull up

18   what's in evidence as Government Exhibit E109-A.

19   Q.  Mr. Uribe, what is this?

20   A.  A picture of Senator Menendez, Nadine, Martinez and myself

21   at the River Palm.

22   Q.  What are you all holding in this photograph?

23   A.  Glass of Champagne.

24   Q.  Do you recall who bought the Champagne?

25   A.  It was send us by -- from another table.

O6aWmen4                          Uribe - Direct

1    Q.   Who paid for the meal at River Palm?

2    A.   Jorge Martinez did, did.

3    Q.   Did the New Jersey attorney general's investigation come up

4    at the River Palm?

5    A.   No.

6    Q.   What, if anything, did Nadine show you at that dinner at

7    the River Palm?

8    A.   An engagement ring.

9    Q.   Why did you go to the River Palm that night?

10   A.   Courtesy, a thanks-full person want to spend time with the

11   people that gave me my peace.  You see I'm with my brother

12   George.  And by the way, George and the senator always were

13   throwing joke at each other.  Just the right place to be that

14   day.

15                (Continued on next page)

16

17

18

19

20

21

22

23

24

25

O6A5men5                        Uribe - Direct

1    BY MS. POMERANTZ:   (Continuing)

2    Q.  What do you mean by that?

3    A.  Do you want to ask me that again, please?

4    Q.  You said it was the right place to be that day.  What do

5    you mean by that?

6    A.  Wanted to thank them for what they did and I wanted to

7    share their happiness for being engaged.

8    Q.  You just testified about going to the River Palm a few days

9    after that October 2019 phone call from Robert Menendez.  Did

10   the COVID pandemic start a few months later?

11   A.  Yes.

12   Q.  Directing your attention to the summer of 2020, did you see

13   Nadine in person?

14   A.  Yes.

15   Q.  Where did you see her?

16   A.  At Segovia's.

17   Q.  What is a Segovia's?

18   A.  A restaurant in New Jersey.

19         MS. POMERANTZ:   Let's pull up what is in evidence as

20   Government Exhibit 2B-9.

21   Q.  Mr. Uribe, what is this?

22   A.  Outside of Segovia's.

23   Q.  At Segovia's, who else was with Nadine?

24   A.  Senator Menendez, Nadine's daughter, and myself.

25   Q.  Had you met Nadine's daughter previously?

O6A5men5                        Uribe - Direct

1   A.  No.

2   Q.  Who did you sit with at Segovia?

3   A.  Nadine, her daughter, the senator.

4   Q.  Can you just point out on 2B-9 where you sat at Segovia

5   with Robert Menendez, Nadine, and Nadine's daughter?

6   A.  This area of Segovia during the pandemic didn't have this

7   completed structure, it was an open area with tables.  We sat

8   in the table where Mr. Menendez was sitting against the wall

9   and he would be facing the parking lot, I'm in the opposite

10  direction.

11  Q.  And you mentioned her daughter.  Is her daughter an adult?

12  A.  Yes.

13  Q.  What did you, Robert Menendez, Nadine, and Nadine's

14  daughter, do at Segovia?

15  A.  We had dinner.

16  Q.  Did there come a time when someone left the table?

17  A.  Yes.

18  Q.  Who left the table?

19  A.  Nadine and her daughter.

20          MS. POMERANTZ:  We can take that down, Ms. Wechsler.

21  Q.  Where did they go?

22  A.  They went to the bathroom.

23  Q.  When Nadine and her daughter left the table, did you and

24  Robert Menendez speak?

25  A.  Yes.

1   Q.  What, if anything, did Robert Menendez say to you when

2   Nadine and her daughter left the table?

3   A.  He said:  I saved your ass twice.  Not once, but twice.

4   Q.  In what language did he say that to you?

5   A.  Spanish.

6   Q.  Do you remember any particular words Robert Menendez used

7   in Spanish?

8   A.  *Culito.*

9   Q.  What does *culito* mean to you?

10  A.  Ass.

11  Q.  What did you understand Robert Menendez to mean when he

12  said that he saved your ass twice.  Not once, but twice.

13  A.  He managed to get part 1 and part 2 done.

14  Q.  What else, if anything, did Robert Menendez say to you

15  while Nadine and her daughter weren't at the table?

16  A.  In substance, something like I didn't have to do much.  I

17  relayed to these people that what is this prosecution against

18  hard-working Latinos.

19  Q.  What language did Robert Menendez say that to you in?

20  A.  Spanish.

21  Q.  And what did you understand Robert Menendez to be saying to

22  you?

23  A.  The senator found the right people to speak to to relay and

24  convey the message of the prosecution against Latinos, and that

25  message stopped the investigation that could have hurt my

1    daughter.

2    Q.  How is Robert Menendez sitting when he made these

3    statements to you at the table?

4    A.  I remember the senator was sitting against the wall.  His

5    hands were crossed either on top of the table or close to the

6    table on his belly and sitting in a peaceful demeanor.

7    Q.  What, if anything, did you observe about his demeanor --

8    I'm sorry.  Let me take a step back.

9        These statements that you just described, did he say, the

10   second one, did he say that in Spanish or in English?

11   A.  At this point we are talking in Spanish.

12   Q.  What did you observe about Robert Menendez' demeanor when

13   he made these statements, in Spanish, to you?

14   A.  Any person that was proud and confident, I would say, that

15   he managed to get this done.

16   Q.  What, if anything, did you say in response to him?

17   A.  Best of my recollection:  I thank you.

18   Q.  Did there come a time when Nadine and her daughter returned

19   to the table?

20   A.  Yes.

21   Q.  What happened after they returned?

22   A.  Probably have a laugh or two and we asked for the bill and

23   we left.

24   Q.  Who paid the bill at Segovia's that night?

25   A.  I did.

1           MS. POMERANTZ:  Ms. Wechsler, can we display what is

2     in evidence as Government Exhibit 1327?

3     Q.   Mr. Uribe, does this show text messages between you and

4     Nadine?

5     A.   Yes, it does.

6     Q.   Now, directing your attention to row 3, can you read your

7     text to Nadine on August 8, 2020?

8     A.   "Hermana, George house is by Segovia and we can have a

9     drink and cigar, very private.  I will love to meet you there.

10    Call me when you can talk."

11          MS. POMERANTZ:  You can pull that down, Ms. Wechsler.

12    Q.   In the next row you write:  Sister call me, please.

13          Nadine responds:  Bob is still not home.  We cannot go

14    there tonight but maybe we can meet you later for a drink.  If

15    I knew two hours ago we could have met you for dinner but he

16    made dinner plans already.

17          Can you reed your reply in row 7?

18    A.   "How about Segovia.  George how is around the block.  Come

19    over.  I bring the drink."

20    Q.   What are you texting about with Nadine in these messages on

21    August 8, 2020?

22    A.   Getting together for a drink at Segovia.

23    Q.   And she writes, in row 11, on August 8, at 8:55 p.m.:  OK.

24    Bob is on call but might be home next week so maybe you come

25    over on a weeknight.

1           And you respond:  OK.

2       I want to now direct your attention to rows 13 through 15.

3   Nadine texts you:  Are you free for dinner tonight?

4       Can you read your response?

5   A.  "Hello sister.  What are you doing?  I am super busy but I

6   am also hungry."

7   Q.  On what date did you send that text?

8   A.  August 10, 2020.

9   Q.  Nadine responds, directing your attention to row 15:  Bob

10  made a reservation.  See you 7:45.

11      Let's look at the next page.  Can you read your response?

12  A.  "On my way.  I am here.  Hello Hermana.  Please --"

13  Q.  I'm going to pause you there.  When you wrote "I am here",

14  where were you?

15  A.  Segovia.

16  Q.  What is the date of these messages?

17  A.  August 10, 2020.

18  Q.  I want to direct your attention to row 22, I am going to

19  direct your attention to the second part of the text.  Nadine

20  writes:  Thank you very much for Monday.  Sabine thinks her tip

21  has a great sense of humor.

22          What date was that message sent?

23  A.  August 12, 2020.

24  Q.  And Mr. Uribe she writes:  Thank you very much for Monday.

25          What happened on Monday?

1   A.  We had dinner at Segovia.

2   Q.  And what is your understanding as to why she was thanking

3   you?

4   A.  Having dinner.

5   Q.  What did you understand Nadine to mean by Sabine thinks her

6   tip has a great sense of humor?

7   A.  Nadine's daughter is the -- it should be Tio, "tip"

8   shouldn't be here -- thought it was fun.

9   Q.  The "tip" should have been Tio, what is Tio?

10  A.  Uncle.

11  Q.  And who is Sabine?

12  A.  Nadine's daughter.

13  Q.  Is this the adult daughter you are referring to?

14  A.  Yes.

15  Q.  Let's look at your response in row 25.  Can you read your

16  response?

17  A.  "It was nice meeting her.  I am her Tio."

18  Q.  Had you met Sabine before Segovia?

19  A.  No.

20  Q.  So why did you say you were her Tio?

21  A.  Nadine is my sister, her daughter would be my niece.  And

22  I'm the Tio.

23  Q.  Now, I want to direct your attention back up to row 18.

24  You texted Nadine:  Hello Hermana.  Please see if we can talk

25  to the lady at department of INS.

1          What were you referring to when you wrote "lady at

2    department of INS"?

3    A.   Lady in this case is the commissioner of the department of

4    insurance for the State of New Jersey.

5    Q.   Had you previously talked about your insurance license with

6    Nadine?

7    A.   I had mentioned it.

8    Q.   What had you told her?

9    A.   That years ago I lost my license and since then we made

10   some effort to try to get assistance from the department or

11   some sort of guidance as to how to renew or reinstate my

12   license and I was not able to get anybody's attention to guide

13   me properly.

14   Q.   You referred to the commissioner of the New Jersey

15   Department of Insurance; is that right?

16   A.   Yes.

17   Q.   Had you previously met the commissioner?

18   A.   Yes, I did.

19   Q.   Approximately when?

20   A.   The early part of the year.

21   Q.   Where did you meet her?

22   A.   I was in a ribbon cutting ceremony for an inaugural of a

23   new section of hospital in Passaic or Paterson, New Jersey.

24   Q.   Did you show up on your own or were you invited to that

25   ribbon cutting ceremony?

O6A5men5                          Uribe - Direct

1    A.  Nadine invited me to the ceremony.

2    Q.  Did you meet the commissioner there?

3    A.  Yes, I did.

4    Q.  Who introduced you?

5    A.  Senator Menendez.

6    Q.  What, if anything, did you say when they introduced you?

7    A.  In substance something like I would like you to meet

8    Mr. Uribe.  The only reason why he is here is because he is a

9    good man and he has some issues with his license.

10   Q.  Were you able to get your insurance license reinstated?

11   A.  No.

12   Q.  Now, you testified earlier that you pled guilty to federal

13   charges.  In what month and year did you first learn that there

14   was any federal investigation involving you?

15   A.  June of 2022.

16   Q.  How did you learn of an investigation into you?

17   A.  FBI agents showed up at my house.

18   Q.  Did the FBI agents give you something?

19   A.  They gave me subpoenas.

20   Q.  I'm going to ask you about that in a minute.  Did they take

21   anything from you?

22   A.  They took my cell phone.

23   Q.  When you say they gave you subpoenas, what kind of

24   subpoenas?

25   A.  Grand jury subpoenas.

O6A5men5                          Uribe - Direct

1          MS. POMERANTZ:  Ms. Wechsler, can you pull up for just

2    the witness, the parties, and the Court, what has been marked

3    for identification as Government's Exhibits 11E-1 through

4    11E-7?  If you can scroll through those so Mr. Uribe has a

5    chance to look at them?

6    Q.  Mr. Uribe, did you have a chance to review those?

7    A.  I looked at them, yes.

8    Q.  Have you looked at those before today?

9    A.  No.

10   Q.  I'm sorry?  Have you reviewed these documents before today?

11   A.  Before today?

12         THE COURT:  Before today.  Have you seen these

13   documents before today?

14         THE WITNESS:  Yes, I have.

15         THE COURT:  All right.

16   Q.  Do you recognize these?

17   A.  Yes.

18   Q.  And what are they?

19   A.  Grand jury subpoenas.

20   Q.  Are these true and accurate copies of the grand jury

21   subpoenas you received in June 2022?

22   A.  Yes, they are.

23         MS. POMERANTZ:  Your Honor the government offers

24   Government's Exhibits 11E-1 through 11E-7.

25         THE COURT:  Hearing no objection, they are admitted.

O6A5men5                         Uribe - Direct

1          (Government's Exhibits 11E-1 through 11E-7 received in

2     evidence)

3          MS. POMERANTZ:  Ms. Wechsler, can we please publish

4     Government Exhibit 11E-1 for the jury?

5     BY MS. POMERANTZ:

6     Q.  Directing your attention to the date; do you see that?

7     A.  June 16, 2022.

8     Q.  Do you see the "to" line.  What does it say?

9     A.  José D. Uribe.

10    Q.  What does it say on the "Re" line?

11    A.  Grand jury subpoena.

12    Q.  Let's go to page 2, directing your attention to the top of

13    the page.  What type of subpoena does it say this is?

14    A.  Grand jury subpoena.

15    Q.  What does it say right below that?

16    A.  United States District Court, Southern District of New

17    York.

18    Q.  Let's turn to page 4.  Directing your attention to:

19    Materials to be produced.

20          Can we blow up no. 2, Ms. Wechsler?

21    Q.  Mr. Uribe, can you please read no. 2?

22    A.  Any and all records, photographs, recordings, or other

23    documents relating to any payments, services, acts, favors, or

24    anything of value given by any person, or received by any

25    person from, U.S. Senator Robert Menendez and/or Nadine

1   Arslanian, a/k/a Nadine Menendez.

2   Q.  Mr. Uribe, what did you understand the grand jury to be

3   investigating?

4   A.  My payments for Nadine's car.

5        MS. POMERANTZ:  We can take that down, Ms. Wechsler.

6   Q.  Did there come a time when you saw Nadine after the FBI

7   went to your house and took your phone and served you with

8   grand jury subpoenas?

9   A.  Yes.

10  Q.  Approximately how many weeks later did you see Nadine?

11  A.  About a month later.

12  Q.  Where did you see Nadine?

13  A.  She came to my office in Union City.

14  Q.  What office are you referring to?

15  A.  The office of Phoenix Risk Management and my other

16  businesses.

17  Q.  What kind of building is your office in?

18  A.  Commercial building.

19  Q.  Is it just your office in the building or are there more

20  than one office?

21  A.  There is more than one office.

22       MS. POMERANTZ:  Let's pull up what is in evidence as

23  Government Exhibit 2B-30?

24  Q.  Mr. Uribe, what is this?

25  A.  The office building where my office is at.

1    Q.  When you say your office, are you referring at this time,

2    is that Phoenix?

3    A.  Phoenix and my other businesses are there.

4    Q.  Can you up point out on Government Exhibit 2B-30 where your

5    office is located?

6    A.  It was -- this is like office entrance that goes into the

7    first level.  My office is two doors down and then there is the

8    stairs that takes you to the second floor.

9    Q.  Now, you testified you saw Nadine outside your office.  How

10   did you end up seeing her outside of your office?

11   A.  The gentleman walked into my office one afternoon and said

12   to me, walked right up to the front of my desk and said to me

13   there is a friend of yours outside that wants to speak to you.

14   Q.  What did the man look like?

15   A.  Latino, late 50s, early 60s, white hair.

16   Q.  Had you met the man before?

17   A.  No.

18   Q.  What language did he speak?

19   A.  Spanish.

20   Q.  After the man told you someone was waiting outside for you,

21   at that point did you have an understanding of who was there?

22   A.  No.

23   Q.  After he told you somebody was waiting outside for you,

24   what did you do?

25   A.  I stood up from my desk and walked outside to see who

O6A5men5                          Uribe - Direct

1   wanted to see me.

2   Q.  And who did you see when you walked outside?

3   A.  I walked outside, crossed over to the other side, to the

4   other end of the driveway, there was a car there, and Nadine

5   was sitting in the front passenger side.

6   Q.  Can you indicate on 2B-30 where you saw the car that Nadine

7   was in?

8   A.  The car would be parked somewhere in this area.

9   Q.  Did you and Nadine speak?

10  A.  Yes.

11  Q.  Where did you speak?

12  A.  She was sitting on the passenger side and I was standing

13  outside the car and we talked.

14  Q.  Did she get out of the car?

15  A.  No, she didn't.

16  Q.  What, if anything, did Nadine say to you?

17  A.  She told me something like, Hermano, you know what's going

18  on?  We need no talk.

19  Q.  What did you say in response?

20  A.  I have suggested that we get together that afternoon at the

21  Glenpointe Marriott.

22  Q.  Did you and Nadine meet at the Glenpointe Marriott that

23  afternoon?

24  A.  Yes, we did.

25  Q.  Is that the Glenpointe Marriott you testified about meeting

1    with Will, Bien, and Elvis?

2    A.   Yes, it is.

3    Q.   Where in the Glenpointe Marriott did you meet Nadine?

4    A.   One of the lounges.

5         MS. POMERANTZ:   Can we pull up Government Exhibit

6    2B-5?

7    Q.   Can you indicate on Government Exhibit 2B-5 where you and

8    Nadine met?

9    A.   We sat at this table.

10   Q.   Are you referring to the table by the window?

11   A.   Table by the window, yes.

12        MS. POMERANTZ:   We can pull that down, Ms. Wechsler.

13   Q.   What, if anything, did you say to Nadine about the FBI at

14   the Glenpointe Marriott?

15   A.   They came to my house, they gave me a bunch of subpoenas,

16   they took my cell phone.

17   Q.   What, if anything, did Nadine say in response?

18   A.   Something like, Hermano, I get sick every time I look at

19   these papers.  She said something like, I don't know what's

20   going on.  And she also mentioned that she couldn't get in

21   touch with me before because she lost her cell phone at Grand

22   Central Station one afternoon or something like that.

23   Q.   You said that she said she felt sick when she looked at the

24   papers?

25   A.   Yes.

1   Q.  Was that in the context of your conversation about the

2   grand jury subpoenas?

3   A.  Yes.

4   Q.  What, if anything, did Nadine ask you?

5   A.  What was I going to say if the FBI asked me why was I

6   paying for the car.

7   Q.  What did you say in response?

8   A.  I was going to say that a good friend of mine was in a

9   financial situation, that I was helping a friend until she is

10  financially recovering and she was able to pay me back.

11  Q.  What did Nadine say in response to you?

12  A.  Something like, It sounds good.

13  Q.  Mr. Uribe, at any point between when you gave Nadine the

14  $15,000 in cash and you started speaking to her about paying

15  for her Mercedes Benz in 2019 and this meeting at the

16  Glenpointe Marriott in 2022, had you and Nadine ever discussed

17  that the payments you made for her Mercedes were a loan?

18  A.  We never discussed it being a loan.

19  Q.  Before you and Nadine spoke at the Glenpointe Marriott, did

20  you and Nadine ever discuss that she would pay you back for the

21  money you paid on the car?

22  A.  We never did.

23  Q.  Before you and Nadine spoke at the Glenpointe Marriott, had

24  Nadine ever attempted to pay you back for the car?

25  A.  No.

1   Q.  Were the payments you made on the car a loan?

2   A.  It was not.

3   Q.  So why did you suggest to Nadine when she asked you what

4   you would say to the FBI, that you would say the payments you

5   made were a loan?

6   A.  I wanted to cover up my wrongdoings and I thought I was

7   going to get away with it.

8   Q.  After you and Nadine spoke at the Glenpointe Marriott, did

9   Nadine ever pay you money?

10  A.  Yes.

11  Q.  How did she pay you?

12  A.  She sent me a check.

13          MS. POMERANTZ:  Ms. Wechsler, would you please pull up

14  for just the witness what's been marked for identification as

15  Government Exhibit 3B-1A.  Let's go to the second page.

16  Q.  Mr. Uribe, do you recognize this?

17  A.  Yes, I do.

18  Q.  And what is it?

19  A.  A copy of the check that I received from Nadine.

20          MS. POMERANTZ:  The government offers Government

21  Exhibit 3B-1A.

22          THE COURT:  Admitted without objection.

23          (Government's Exhibit 3B-1A received in evidence)

24          MS. POMERANTZ:  Let's publish that for the jury,

25  Ms. Wechsler.

1    BY MS. POMERANTZ:

2    Q.  Mr. Uribe, directing your attention to the top right corner

3    of the letter, what is the date?

4    A.  December 23rd, 2022.

5    Q.  And do you see it says:  Dear Mr. Lewin?

6    A.  Yes, I do.

7    Q.  Who is Mr. Lewin?

8    A.  He was my attorney at the time.

9    Q.  Does he currently represent you?

10   A.  No.

11   Q.  And the letter says:  Enclosed you will find a check

12   no. 1365 made out to José Uribe in the amount of $21,000 which

13   I am forwarding you.

14       Do you see that, Mr. Uribe?

15   A.  Yes, I do.

16   Q.  Whose signature do you see on this letter?

17   A.  Nadine Menendez.

18   Q.  How did you get the letter and the check?

19   A.  It was sent in formal overnight payment from my attorneys

20   at the time, Mr. Lewin, to my home.

21   Q.  Let's turn to the next page.  What is this?

22   A.  Copy of the check that I received.

23   Q.  Directing your attention to the top left corner, can you

24   read the name and address?

25   A.  Nadine Menendez, 41 Jane Drive, Englewood Cliffs, New

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1    Jersey, 076732-2323.

2    Q.  What is the date of the check?

3    A.  December 23rd, 2022.

4    Q.  How much is the check for?

5    A.  $21,000.

6    Q.  In the bottom left of the check, what does it say?

7    A.  Personal loan.

8    Q.  Were the payments you made on the Mercedes a personal loan?

9    A.  No.

10   Q.  What did you do with this check?

11   A.  I deposited the check.

12   Q.  Did you deposit the check because you in fact believed it

13   was a repayment of a loan?

14   A.  No.

15   Q.  What's your understanding of how Nadine calculated the

16   amount of $21,000?

17   A.  I have no idea.

18   Q.  How does the $21,000 compare to the amount you spent on the

19   car?  Is it more or less?

20   A.  Less.

21   Q.  Did you speak with Nadine after receiving this check?

22   A.  No.

23           (Counsel conferring)

24           MS. POMERANTZ:  Judge, I don't know if you would like

25   me to keep going.  This would be a good time for a break.

O6A5men5                          Uribe - Direct

1              THE COURT:  Let's take a 15-minute break, afternoon

2    break.

3              (Continued on next page)

O6A5men5                          Uribe - Direct

```
 1                  (Jury not present)

 2                  THE COURT:  You may step down, sir.

 3                  (Witness steps down)

 4                  THE COURT:  15 minutes.

 5                  (Recess)

 6                  (Witness resumes the stand)

 7                  THE COURT:  Jury entering.

 8                  (Jury present)

 9                  THE COURT:  You may be seated in the courtroom.  You

10      may continue with your direct examination.

11      BY MS. POMERANTZ:

12      Q.  Mr. Uribe, you testified earlier that FBI agents showed up

13      at your home in June 2022.  Did you speak with the FBI then?

14      A.  Yes.

15      Q.  For a long time or a short time?

16      A.  Short time.

17      Q.  Why did that conversation end?

18      A.  I asked to be represented by an attorney.

19      Q.  Did you hire a lawyer?

20      A.  Yes, I did.

21      Q.  After you hired a lawyer, were you charged with federal

22      crimes?

23      A.  Yes.

24      Q.  Approximately when were you charged with federal crimes?

25      A.  September of 2023.
```

1   Q.  Between June 2022, when you were first approached by the

2   FBI and September 2023, when you were charged with federal

3   crimes, did you meet with federal prosecutors?

4   A.  Yes, I did.

5   Q.  How many times?

6   A.  Once.

7   Q.  What was the topic of that had meeting?

8   A.  General topic was my tax liabilities and failure to file

9   taxes and to pay for taxes on some of the companies I manage,

10  own, and control.

11  Q.  Did you talk at that meeting?

12  A.  I did not.

13  Q.  Who talked at that meeting?

14  A.  The prosecutors.

15  Q.  Generally, what do you remember the prosecutors saying?

16  A.  The prosecutors showed me a number of transactions, bank

17  statements, invoices, deposits into my accounts, and the tax

18  return that has not been filed.

19  Q.  At that time were you represented by the same lawyers you

20  have now?

21  A.  No.

22  Q.  After that meeting with prosecutors, did you decide to

23  cooperate at that time?

24  A.  I did not.

25  Q.  After that meeting but before you were charged in

1    September 2023, did your lawyers speak with the prosecutors

2    about you?

3    A.  Yes, they did.

4    Q.  Did there come a time when you authorized your lawyers to

5    tell the prosecutors about the payments you made related to the

6    Mercedes for Nadine?

7    A.  Yes.

8    Q.  What did you authorize them to say about those car

9    payments?

10   A.  That the payments for the car was me helping a friend in a

11   financial situation and that when that friend was to do better,

12   she was going to pay me back.

13   Q.  Was that true?

14   A.  No.

15   Q.  Were the payments on the Mercedes for Nadine a loan?

16   A.  They were not.

17   Q.  Why did you authorize your lawyers to tell the prosecutors

18   that the car payments were a loan?

19   A.  I didn't think I was going to be charged with federal

20   crimes, I didn't want to be telling on my friends, and I

21   thought I was going to get away with it.

22           THE COURT:  When you say "telling on your friends,"

23   what do you mean?

24           THE WITNESS:  The other people that were part of the

25   investigation, your Honor.

O6A5men5                              Uribe - Direct

1      THE COURT:   What is "telling"?

2      THE WITNESS:   Telling the truth that the car payments

3   were not a loan.

4   Q.  Did you authorize your lawyers to provide information to

5   the prosecutors?

6   A.  Yes, I did.

7   Q.  Before your lawyers provided information to the

8   prosecutors, did they tell you what they were going to say?

9   A.  Yes, they did.

10  Q.  Did you authorize them to make those statements to the

11  prosecutors?

12  A.  Yes, I did.

13  Q.  After the conversation you authorized your lawyers to have

14  with the prosecutors, were you charged with federal crimes?

15  A.  Yes.

16  Q.  At the time you were charged with federal crimes, what did

17  the charges against you relate to?

18  A.  Bribery of U.S. official and conspiracy to commit bribery.

19  Q.  Were you charged with any tax crimes in September of 2023?

20  A.  No.

21  Q.  Were you charged with obstruction of justice in September

22  of 2023?

23  A.  No.

24  Q.  After you were charged in September 2023, did you switch

25  lawyers?

1    A.   Yes, I did.

2    Q.   After switching lawyers, did you decide to cooperate?

3    A.   Yes, I did.

4    Q.   Without telling us about any conversations between you and

5    your new lawyers, why did you decide to cooperate at that time?

6    A.   I decided to cooperate with the intention of getting a

7    better sentence for myself and by me giving the opportunity to

8    explain my doings I can tell these prosecutors or show these

9    prosecutors that my family had no wrongdoings and it was all on

10   me.

11   Q.   About how long after you were charged with federal crimes

12   did you first meet with prosecutors?

13   A.   Probably two months after that.

14           THE COURT:  Would that be November?

15           THE WITNESS:  Yes, your Honor.

16           THE COURT:  Of '23?

17           THE WITNESS:  Yes, your Honor.

18           (Continued on next page)

19

20

21

22

23

24

25

O6aWmen6                         Uribe - Direct

1   BY MS. POMERANTZ:

2   Q.  Approximately how many times have you met with prosecutors

3   since then?

4   A.  Over 10 to 15 times.

5   Q.  Who attended those meetings with the prosecutors?

6   A.  Some of those meetings were attended by FBI agents,

7   prosecutors and IRS agent.

8            THE COURT:  And your lawyer?

9            THE WITNESS:  And my lawyers.

10           THE COURT:  And you?

11           THE WITNESS:  And myself.

12           Thank you, your Honor.

13  BY MS. POMERANTZ:

14  Q.  During those meetings, were you asked to tell the

15  prosecutors about all the crimes you committed?

16  A.  Yes, I have.

17  Q.  Did there come a time when you pled guilty to criminal

18  charges?

19  A.  Yes.

20  Q.  In connection with your guilty plea, did you enter into a

21  cooperation agreement with the government?

22  A.  Yes, I did.

23  Q.  How many crimes did you plead guilty to?

24  A.  Seven crimes.

25  Q.  Is that more crimes or fewer crimes than you were charged

O6aWmen6                          Uribe - Direct

1    with in September 2023?

2    A.  More crimes.

3    Q.  Did you plead guilty to conspiracy to commit bribery,

4    conspiracy to commit honest services wire fraud and honest

5    services wire fraud, Mr. Uribe?

6    A.  Yes, I did.

7    Q.  Is that plea based on the criminal activity you testified

8    about here on Friday and today?

9    A.  Yes.

10   Q.  And did you plead guilty to conspiracy to commit

11   obstruction of justice and obstruction of justice?

12   A.  Yes, I did.

13   Q.  What made you guilty?

14   A.  Making a cover-up story with Nadine to justify the car

15   payment.

16   Q.  Did you plead guilty to tax evasion?

17   A.  Yes, I did.

18   Q.  And what did you do that made you guilty?

19   A.  Failed to file and pay for taxes in companies, ones that I

20   owned and others that I control and manage.

21   Q.  You testified earlier about Phoenix Risk Management.  Did

22   you plead guilty to failing to file tax returns and failing to

23   pay taxes for Phoenix Risk Management for tax years 2016

24   through 2021?

25   A.  Yes, I did.

1   Q.  Did you plead guilty to failing to file tax returns and pay

2   taxes just for Phoenix Risk Management or other companies as

3   well?

4           MR. FEE:  Objection to leading, your Honor.

5           THE COURT:  Sustained.

6           Were there other crimes that you pled to, sir, that

7   you pled guilty to?

8           THE WITNESS:  Yes, there's other crimes.

9           THE COURT:  What were they?

10          THE WITNESS:  Wire fraud.

11  BY MS. POMERANTZ:

12  Q.  On the tax evasion, Mr. Uribe, you mentioned other

13  companies.  Were those companies in your name or in the name of

14  other individuals?

15  A.  One is under my name.  The other ones are under other

16  individuals.

17  Q.  Putting aside the one company not in your name, why did you

18  plead guilty to tax evasion if the companies were not in your

19  name?

20  A.  These were company that I manage and control.

21  Q.  Mr. Uribe, do you owe money to the IRS?

22  A.  Yes, I do.

23  Q.  Have you started paying the IRS?

24  A.  Yes, I have.

25  Q.  Do you intend to fully pay the IRS?

1    A.   It is my intention.

2    Q.   Now, you said just a moment ago that you pled guilty to

3    wire fraud, is that right?

4    A.   That is correct.

5    Q.   What made you guilty?

6    A.   I applied for a loan with an institution using a fake tax

7    return that I created.

8    Q.   What kind of loan was it?

9    A.   It was a commercial loan to buy equipment for my trucking

10   company.

11   Q.   And how did you get that loan?

12   A.   I got that loan through Santander Bank by using a tax, the

13   fake tax return.

14   Q.   What did you use the proceeds for the first loan on?

15   A.   I purchased two trailers.

16   Q.   When you say two trailers, what do you mean?

17   A.   Trailers are the equipment that is used to haul the

18   merchandise for my trucking business.

19   Q.   Did you get one loan or more than one loan?

20   A.   I got two loans in total.

21   Q.   What was the second loan?

22   A.   Second loan is an SBA loan, or was an SBA loan.

23   Q.   What is an SBA loan?

24   A.   A loan that is provided by the small business

25   administration.

O6aWmen6                              Uribe - Direct

1    Q.  What did you --

2              THE COURT:  In connection with that loan, did you also

3    utilize a false tax return?

4              THE WITNESS:  I did not, but I used the figures from

5    the tax return to enter the information online.

6              THE COURT:  You used the figures from the false tax

7    return that you used for the first loan?

8              THE WITNESS:  Yes, your Honor.

9              THE COURT:  All right.  And they were false.

10             THE WITNESS:  Correct, your Honor.

11             THE COURT:  OK.

12   BY MS. POMERANTZ:

13   Q.  What did you use the proceeds for that second loan on?

14   A.  SBA was a loan -- I didn't use it.  I used it in occasions,

15   actually, to made the payments on the trailer, make some of the

16   payments on the trailer using those funds.

17   Q.  When you pled guilty to wire fraud relating to loans, did

18   it relate to one loan or both of those loans?

19   A.  Both of the loans.

20   Q.  What is the status of the loans?

21   A.  They are paid in full.

22   Q.  Approximately when did you repay the loans?

23   A.  January -- January of 2024.

24   Q.  Is that this year or the year before?

25   A.  The year before.  January of 2023.

O6aWmen6                          Uribe - Direct

1    Q.  Why did you plead guilty to those seven crimes?

2    A.  Because I was guilty.

3    Q.  You testified on Friday that you pled guilty for crimes

4    relating to Inter America.  Was that in state court or federal

5    court?

6    A.  State court.

7    Q.  What were you charged with?

8    A.  Insurance fraud and theft by deception.

9    Q.  What did you plead guilty to?

10   A.  Both charges.

11   Q.  And what did you do that led to those charges?

12   A.  I committed a number of wrongdoings to, led to insurance

13   fraud, one them's being placing policies with an unauthorized

14   agent, insurance company in the state of New Jersey, without

15   that company being a authorized company to issue policies in

16   the state.  I failed to, to do my diligence of verifying

17   validity of that company.

18   Q.  Did you issue certificates of insurance to certain clients

19   but then fail to make payments for certain clients to insurance

20   carriers?

21          MR. SOLANO:  Objection.

22          THE COURT:  Sustained.

23   BY MS. POMERANTZ:

24   Q.  What else did you do that led to those charges?

25   A.  Among other charges, I failed to request a renewal for one

O6aWmen6                              Uribe - Direct

1  of my client's policy at a proper time, and that led to, to the

2  insured not having coverage.

3  Q.  Is that one or more than, one client or more than one

4  client?

5  A.  At least on that, on that instance, at least one client

6  that I remember of right now.

7  Q.  Why did you plead guilty?

8  A.  Because I was guilty.

9  Q.  And remind us.  After you pled guilty, what happened to

10  your insurance license?

11  A.  I lost my insurance license and the lost the license of the

12  agency.

13  Q.  Did you continue to participate in the insurance business?

14  A.  Yes, I did.

15  Q.  For about how long?

16  A.  For over ten years.

17          THE COURT:  What year did you plead guilty to

18  insurance fraud and theft by deception in -- was it New York

19  State court?

20          THE WITNESS:  It was in New Jersey, your Honor.

21          THE COURT:  New Jersey.  What year?

22          THE WITNESS:  2011.

23          THE COURT:  All right.  Thank you.

24  BY MS. POMERANTZ:

25  Q.  After you pled guilty, what was your understanding as to

O6aWmen6                              Uribe - Direct

1    whether you were allowed to continue participating in the

2    insurance business?

3    A.  I was not allowed.

4    Q.  How did you continue working in the insurance business if

5    your license had been revoked and you had pled guilty to

6    insurance fraud?

7    A.  I was acting at the insurance adviser and general manager

8    for the agencies form by my son Omar Contreras that was later

9    transferred to my daughter Ana Peguero.

10   Q.  Are you referring to Phoenix, Mr. Uribe?

11   A.  Phoenix Risk Management, yes, ma'am.

12   Q.  Who was running Phoenix's insurance business?

13   A.  I was.

14   Q.  Were you allowed to be running Phoenix's insurance

15   business?

16   A.  No, ma'am.

17   Q.  Were you charged with a federal crime for practicing

18   insurance after being convicted of insurance fraud?

19   A.  No, ma'am.

20   Q.  To your understanding, will the Court be able to take that

21   into account when you're sentenced?

22   A.  Yes, ma'am.

23   Q.  And you testified that you pled guilty to tax evasion for

24   the tax years 2016 through 2021.  Did you also tell prosecutors

25   about failing to cause income to be reported on your individual

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen6                                    Uribe - Direct

1    tax returns and tax returns for companies before 2016?

2    A.  Yes, I did.

3    Q.  You testified earlier, on Friday, that you got divorced in

4    approximately 2009, is that right?

5    A.  Yes, it is.

6    Q.  And after you got divorced, did you sign individual tax

7    returns indicating that you were married?

8    A.  Yes, I did.

9    Q.  And until approximately when did you do this?

10   A.  2022.

11   Q.  Did you tell prosecutors about that during your meetings

12   with them?

13   A.  Yes, I did.

14   Q.  To your understanding, will the Court be able to take that

15   into account when you're sentenced?

16   A.  Yes, the Court can take it into account.

17          MS. POMERANTZ:  Please pull up for just the witness

18   what's been marked for identification as Government Exhibit

19   12D-1.

20   Q.  Do you recognize this document, Mr. Uribe?

21   A.  Yes, I do.

22          MS. POMERANTZ:  Ms. Wechsler, let's turn to the last

23   page, please.

24   Q.  Mr. Uribe, do you see your signature?

25   A.  Yes, I do.  Yes, I do.

O6aWmen6                          Uribe - Direct

1    Q.  Before you signed it -- and what is this document?

2    A.  My cooperation agreement.

3    Q.  Before you signed this cooperation agreement, did you

4    review it with your attorney?

5    A.  Yes, I did.

6            MS. POMERANTZ:  Your Honor, the government offers

7    Government Exhibit 12D-1.

8            THE COURT:  Admitted without objection.

9            (Government Exhibit 12D-1 received in evidence)

10           MS. POMERANTZ:  You can pull this up for the jury,

11   Ms. Wechsler.

12   Q.  Mr. Uribe, are you testifying here today pursuant to the

13   cooperation agreement?

14   A.  Yes, I am.

15   Q.  Under this agreement, what is your understanding of what

16   you are required to do?

17   A.  I required to tell the truth, be available for meetings as

18   necessary, provide any information and documentation available

19   to me and to not commit other crimes.

20           MS. POMERANTZ:  We can take that down, Ms. Wechsler.

21   Q.  If you hold up your end of the cooperation agreement, what

22   is your understanding as to what the government will do?

23   A.  The government will issue me a 5K1 letter.

24   Q.  What's your understanding of what that 5K1 letter will

25   contain?

1    A.  Will contains the good things that I have done and also my

2    wrongdoings.

3    Q.  When you say the good things, what do you mean?

4    A.  That I have cooperated, that I have attended the meetings,

5    that I have told the truth.

6    Q.  When you say your wrongdoings, what do you mean?

7    A.  My crimes.

8    Q.  What is your understanding of who that 5K1 letter goes to?

9    A.  To the judge.

10   Q.  What's your understanding as to whether the government will

11   recommend any particular sentence for you?

12   A.  The government will make no recommendations.

13   Q.  You said will make no recommendations?  I just want to make

14   sure I heard you correctly.

15   A.  Yes, ma'am.

16   Q.  Have you been sentenced yet for the crimes that you pled

17   guilty to committing?

18   A.  Not yet.

19   Q.  What's the maximum sentence you could face?

20   A.  95 years.

21   Q.  Has anyone made you any promises about the sentence you

22   will receive?

23   A.  No.

24   Q.  What sentence are you hoping to get?

25   A.  A lenient sentence, better than 95 years, and with a lot of

1    hope no incarceration.

2    Q.  Sitting here today, do you know what sentence you are going

3    to get?

4    A.  No, ma'am.

5    Q.  Who decides what your sentence will be?

6    A.  The judge.

7    Q.  What is your understanding of what happens if you lie at

8    this trial?

9    A.  My cooperation agreement will be taken apart, and I can go

10   to jail.

11   Q.  To the best of your understanding, does the outcome of this

12   trial have any bearing on whether the prosecutors submit the 5K

13   letter to the judge?

14   A.  It doesn't have any bearing.

15   Q.  If you tell the truth and the defendants are found not

16   guilty, to the best of your understanding, will you still get

17   that 5K letter from the government?

18   A.  That is my hope.

19   Q.  If you lie at this trial and the defendants are convicted,

20   to the best of your understanding, will you still get that 5K

21   letter from the government?

22   A.  I will not.

23   Q.  What is the only thing you have to do at this trial?

24   A.  To tell the truth.

25            MS. POMERANTZ:  No further questions, your Honor.

O6aWmen6                          Uribe - Cross

1            THE COURT:  All right.  Thank you.

2            Is there any cross-examination of this witness?

3            MR. SOLANO:  Yes, your Honor.

4            THE COURT:  Mr. Solano, your witness.

5            MR. SOLANO:  Good afternoon, your Honor.

6            THE COURT:  Good afternoon, sir.

7    CROSS-EXAMINATION

8    BY MR. SOLANO:

9    Q.  Sir, I want to review some of the things that you testified

10   about on Friday.

11       You testified that you agreed to provide a car to Nadine

12   Arslanian because you thought she can get Senator Menendez to

13   help you get a better resolution in the Parra criminal matter

14   and stop ongoing investigations that could lead to your

15   daughter or your family members, right?

16   A.  Yes, I did.

17   Q.  And that's the reason that you said you paid

18   Ms. Arslanian's -- excuse me.  Strike that.

19       And that is the reason you said you paid for

20   Ms. Arslanian's car, correct?

21   A.  Yes, I -- yes, it is, one of the reasons.

22   Q.  And in fact, when you were just being asked questions about

23   pleading guilty, when you pled guilty in this courtroom several

24   months ago, you said that you had an agreement to, quote,

25   provide Nadine with a Mercedes-Benz in return for Senator

1   Menendez using his power and influence as United States senator

2   to get a favorable outcome, and that favorable outcome was in

3   that same investigation you testified about a lot, correct?

4   A.  Yes.

5   Q.  You did not mention anything in response to that

6   questioning about a payment to Will Hana of any amount,

7   200,000, 225,000, 125,000, correct?

8           MS. POMERANTZ:  Objection, your Honor.

9           THE COURT:  Sustained as to form.  Just ask it

10  directly.

11          MR. SOLANO:  Will do.

12  Q.  When you were asked what it is that you did to be guilty of

13  bribery, did you state anything about a payment to Mr. Will

14  Hana?

15  A.  I did not state the name of Mr. Hana directly.  However, my

16  statement does indicate that I have entered into agreements

17  with Nadine Menendez and other individuals to provide Nadine

18  that car in return for the influence and help of Mr. Menendez.

19  Q.  OK.  Thank you, but I wasn't asking about whether or not

20  you agreed with Ms. Menendez and others.  What I was asking is

21  if you said anything about a cash payment to Mr. Hana.  Yes or

22  no?

23  A.  I cannot answer your question with a yes or no, as Mr. Hana

24  is part of the agreement.

25          MR. SOLANO:  OK.  I want to show you what's been

O6aWmen6                                    Uribe - Cross

1   marked as Hana Exhibit 47.

2          Could we bring that up, Mr. Kelly.  And if we could

3   show it just to the witness, your Honor and the attorneys in

4   the room, specifically page 32.

5          It's not working?  OK.  We'll go back to that in a

6   minute then.

7   Q.  Sir, you say that in early 2018, Mr. Hana overheard you

8   talking to Andy Aslanian about the Parra case and, in

9   substance, said something to you of, quote, for the sum of

10  about 200,000 to 250,000 he got a way to make these things go

11  away.

12         Do you remember that testimony?

13  A.  Yes, I do.

14  Q.  And according to you, he mentioned, your words, Nadine

15  Arslanian and Senator Menendez, right?

16  A.  That is correct.

17  Q.  And to be sure, no one else heard this conversation because

18  it was just the two of you, correct?

19  A.   It was the two of us in the original conversation, correct.

20  Q.  And Andy Aslanian at the time was the attorney for Ana

21  Peguero and Phoenix, correct?

22  A.  That is correct.

23  Q.  I have a couple of follow-ups.

24         First of all, Mr. Aslanian was not a part of this

25  conversation, correct?

1    A.   He was not part of the conversation.

2    Q.   During that conversation in the hallway, you testified that

3    Will, quote, did not mention any avenues that were being taken

4    to get a resolution, right?

5    A.   He did not mention the way in which he was going to get

6    this done through Senator Menendez and Nadine.

7    Q.   Correct.  So there was no discussion of a car, correct?

8    A.   The discussion of the car came in later, come in other

9    conversations.

10   Q.   OK.  I'm trying to take this one at a time.

11        At this initial conversation where you're saying to this

12   jury that there was an agreement, there was no discussion of a

13   car, correct?

14   A.   The original conversation, sir, it is not an agreement.  It

15   is Mr. Hana offering what he could do in exchange for money.

16   Q.   OK.  At some point there's another meeting that you have

17   with, according to you, Mr. Hana, Mr. Parra and Bienvenido

18   Hernandez, and you discuss this promise by Mr. Hana, correct?

19   A.   I agree.

20   Q.   And you testified that during this meeting, again,

21   Mr. Hana, quote, did not discuss the avenues that were going to

22   be taken to execute the resolution of the case.  Do you recall

23   that?

24   A.   I do recall that.

25   Q.   And so, again, during this meeting where you're having

1   discussions, there's no mention of a car, correct?

2   A.  I can no attest sitting here right now as of to the car for

3   Nadine came on that original agreement deal, where Mr. Parra

4   and Mr. Hernandez are present.  But later on, and there's a

5   sequence conversations that I had with Mr. Hana, he expressed

6   to me the fact that he -- that was his obligation from the

7   money he was going to receive to provide Nadine with a car.

8   Q.  OK.  So my question is none of this is discussed at this

9   meeting with you, Mr. Hana, Mr. Parra and Mr. Hernandez,

10  correct?

11          MS. POMERANTZ:  Your Honor, objection, just to vague.

12          THE COURT:  What meeting are you referring to?

13  BY MR. SOLANO:

14  Q.  So, the meeting that we were just talking about that you

15  are claiming happened with Mr. Hana, Mr. Parra, Mr. Hernandez,

16  in that meeting, there was no discussion of a car, correct?

17  A.  At such meeting, there was no discussion, to the best of my

18  recollection, that the car was to be provided to Nadine.

19  Q.  Thank you.

20      In 2018, you testified you saw Senator Menendez twice, once

21  at a fund-raiser and then at a dinner where it was just you,

22  him and Mr. Hana, correct?

23  A.  I agree.

24  Q.  The deal that you had discussed with Mr. Hana outside of

25  Mr. Aslanian's office and whatever arrangement you had

O6aWmen6                        Uribe - Cross

1    discussed in that meeting with Mr. Hana, Mr. Hernandez and

2    Mr. Parra, those discussions never come up at this fund-raiser,

3    correct?

4    A.   They did not come at the fund-raiser, no, sir.

5    Q.   I think you said or testified on Friday that Senator

6    Menendez talked to you or to the group about what a fine group

7    of businesspeople were there, correct?

8    A.   I remember saying it to me.  I don't remember saying to the

9    entire group.

10   Q.   Fair enough.

11        And the group were mostly truckers, is that correct?

12   A.   That is correct, sir.

13   Q.   Latino truckers, to be specific?

14   A.   Mostly Latinos, one or two could be American.  Not Latino.

15   Q.   Do you recall whether there was a discussion about the fact

16   that the Latino truckers were being audited by the New Jersey

17   department of transportation more than others?

18   A.   No, that was no such conversation at that fund-raiser.

19   Q.   OK.  The second time you saw Senator Menendez, you said,

20   was at a dinner at some point between July and October of that

21   year at a restaurant called Il Villaggio, correct?

22   A.   I agree.

23   Q.   And you can't put any more specifics on it other than July

24   and October of 2018, correct?

25   A.   You want to rephrase that question for me?

O6aWmen6                        Uribe - Cross

1   Q.   Sure.

2        You don't have any more specifics on what date or when this

3   dinner occurred, only that it was between July 2018 and October

4   of 2018, correct?

5   A.   I don't remember saying that the Villaggio dinner was in

6   October.

7   Q.   OK.   Do you know when it occurred?

8            THE COURT:   Do you know when the Villaggio --

9            THE WITNESS:   I don't have any specific on the time,

10  your Honor.   I know it happen after the fund-raiser, sometime

11  after the fund-raiser.

12           MR. SOLANO:   Fair enough.

13  Q.   And I think you testified that you assumed that Will and

14  Senator Menendez had some kind of deal and that there were

15  some, in your words, quote, some sorts of agreements that they

16  were working something to get it which I don't have details of.

17  Do you recall that testimony?

18  A.   If you don't mind, sir, I would like you to repeat the

19  question again.

20  Q.   Absolutely.

21       Leading up to this dinner at Il Villaggio, you testified on

22  Friday you had assumed that Will and Senator Menendez had some

23  kind of deal that there was, quote, some sort of agreements and

24  they are working something to get it which I don't have details

25  of.   Do you recall that testimony?

1    A.   What I recall on that testimony, sir, would be something to

2    the extent that at this point Will had already confirmed that

3    his avenues or the method or his way to get this deal done was

4    by his connections with Nadine Menendez and the senator.

5    Q.   And, but you didn't have any details of that, correct?

6    A.   Not that he told me step by step, one, two, three, four,

7    five, the steps to follow to get to the resolution.

8    Q.   I'm sorry.  Could you repeat the answer?  I did not quite

9    catch that.

10   A.   At this point Will has not discussed with me the steps that

11   were going to be taken, one, two, three, four, to finish.

12   Q.   OK.  So it's fair to say you have no idea what Mr. Hana and

13   Senator Menendez had spoken to up until this point?

14   A.   I have no idea, as I was not part of those conversations.

15   Q.   Likewise, you had no idea what Mr. Hana and Nadine

16   Arslanian had spoken to up until this point?

17   A.   Except for the statements that Mr. Hana has said to me in

18   regards to his help with the establishing his companies and

19   that he has spoken to her about the, providing the car for

20   helping with the resolution of this investigations.

21   Q.   And when do you think that happened?

22   A.   Somewhere in between the original agreement at the

23   Glenpointe Marriott to any moment after that, even to the

24   fund-raiser at this point; Mr. Hana and I had that kind of

25   conversation.

O6aWmen6                              Uribe - Cross

1    Q.   And can you remind us --

2    A.   Best of my recollection.

3    Q.   I'm sorry.  I did not mean to speak over you.  Go ahead.

4    Finish.

5    A.   Best of my recollection, sir.

6    Q.   Could you just remind us.  When was that meeting at the

7    Glenpointe Marriott?

8    A.   Earlier 2018.

9    Q.   Do you know the month?

10   A.   April.

11   Q.   You testified that in this meeting that you had with

12   Senator Menendez, you and Mr. Hana, that the dinner was

13   quote/unquote pointless.  Do you recall that?

14   A.   Yes, I do.

15   Q.   And by that you meant that there was no progress being made

16   for Senator Menendez assisting you in getting Mr. Parra off the

17   hook and stopping and killing the investigation of your

18   daughter, Ana, correct?

19   A.   That is correct.

20   Q.   And when you were asked by the prosecutor what was

21   discussed, that is why your answer was, quote, it was not a

22   meeting of substance, nothing was discussed there of value.  It

23   is just for people having dinner.  What does pointless mean?

24   Nothing to my interest, where what I need to protect my family

25   was discussed there.  Do you recall that?

O6aWmen6                            Uribe - Cross

1    A.  Yes, I do.

2    Q.  In short, your interest in protecting your family by

3    stopping these investigations wasn't discussed at all during

4    this dinner with Senator Menendez and Mr. Hana?

5    A.  That is correct.

6    Q.  It was just a dinner?

7    A.  And they talk about stuff, but I don't recall and I don't

8    recall it because it was not interest to me.

9    Q.  And in fact, what you observed, your best description was

10   that Mr. Hana looked like, quote, somebody that is looking to

11   kiss ass to Mr. Menendez.  Do you recall that testimony?

12   A.  I used those terms.  I recall the testimony, yes.

13   Q.  And that's what Mr. Hana was doing, he was kissing his ass,

14   is that fair?

15   A.  I would like you to rephrase that question to me, please.

16   Q.  I said from your perspective, that's what Mr. Hana was

17   doing, he was kissing Senator Menendez's ass?

18   A.  From my perspective the conversation was of not substance

19   to what was of interest to me.

20   Q.  Right --

21   A.  -- saying that.

22           THE COURT:  What did you mean when you apparently said

23   that Mr. Hana was kissing Senator Menendez's ass?  What did you

24   mean by that?

25           THE WITNESS:  Mr. Hana was clearly just -- I hope I'm

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O6aWmen6                          Uribe - Cross

1   using the right term, alluding or embracing Mr. -- senator's

2   position, to the statement such as this is my senator, this is

3   my senator, yes, Mr. Senator.  This what I'm trying to say.

4               THE COURT:  All right.  Thank you.

5   BY MR. SOLANO:

6   Q.  And you didn't talk about the car or any promise of a car,

7   correct?

8   A.  You are correct.

9   Q.  And there was no discussion of a bribe, correct?

10  A.  You are correct.

11  Q.  Going back quickly to the fund-raiser, you organized the

12  fund-raiser, correct?

13  A.  I was the person to offer the fund-raiser for the campaign,

14  but the person that actually organized the fund-raiser was a

15  young lady by the name Samantha that was put in touch with me

16  by Senator Menendez office or somebody she represent there

17  being the person in charge of organizing fund-raisers.

18  Q.  And you had some role in getting contributions and

19  fund-raising money for this campaign contributions, correct?

20  A.  With all due respect, sir, I did not understand your first

21  word.

22  Q.  That was fair.

23      Did you have a role in raising campaign contributions for

24  this fund-raiser?

25  A.  Yes, I had a role.

O6aWmen6                              Uribe - Cross

1    Q.   And I think you testified you raised about $50,000?

2    A.   We did raise -- I, we did raise total $50,000.

3            THE COURT:  When you say we, who --

4            THE WITNESS:  When he said --

5            THE COURT:  -- who is we?

6            THE WITNESS:  I like to include the persons that had

7    the courtesy to contribute to the campaign, as invited, sir.

8            THE COURT:  But was it you who was asking them to

9    contribute?

10           THE WITNESS:  Your Honor, yes, I did.

11           THE COURT:  All right.

12   BY MR. SOLANO:

13   Q.   And you yourself donated or contributed, I should say,

14   $5,000, correct?

15   A.   Yes, I did.

16   Q.   Do you recall that Mr. Hana contributed zero dollars to

17   this fund-raiser?

18           MS. POMERANTZ:  Objection.

19           THE COURT:  Do you know how much Mr. Hana contributed?

20           THE WITNESS:  Sitting here right now, your Honor, I

21   don't have the recollection of Mr. Hana contributing.

22           THE COURT:  OK.  Thank you.

23           MR. SOLANO:  Thank you.

24           And then you have these meetings in 2018 that we just

25   discussed and you discussed on Friday, and then in January

1  2019, you have the following text exchange with Mr. Hana that I

2  want to show you and that you testified about.

3           Could we put up GX 1310, please.

4           Sorry, your Honor.

5           THE COURT:  No problem.  Take your time.

6  BY MR. SOLANO:

7  Q.  If we could focus on the second page, starting with line 5,

8  and we don't need to zoom in, unless, Mr. Uribe, you need to

9  see better.

10 A.  No, I'm fine.

11 Q.  OK.

12 A.  Thank you.

13 Q.  See in the beginning where you have, at line 5, Howard

14 called Buen to meet today do you what's going on, your text

15 from you to Mr. Hana, correct?

16 A.  Yes.

17 Q.  And then you say you called, not Howard -- or no Howard.

18      And then you go down again, if you could fast forward to

19 line 10, you again text Mr. Hana, yes, you call for a meeting

20 today.  Howard didn't called anybody.

21      Next line Mr. Hana responds yes.  And then you follow up

22 with you are crazy.  Why didn't you tell me.

23      Do you see those?

24 A.  I'm looking at it, sir.

25 Q.  Yeah.  And then a couple of minutes later, you text

O6aWmen6                           Uribe - Cross

1   Mr. Hana, next time you want to call for meeting, please talk
2   to me before anybody else.  This is very serious and if you are
3   to do something we talk about it first brother.
4        Do you see that?
5   A.  I just read it.
6   Q.  And you're mad or upset because you don't want Will calling
7   meetings that you don't know about and that are not going to
8   have any substance, correct?
9   A.  I wouldn't say that at this point I have a recollection of
10  what was my demeanor, but definitely I was not happy that a
11  meeting's being called upon where my time will be used without
12  asking me if I do have time for a meeting.
13  Q.  OK.  And then you testified on Friday that one of the
14  things is that nothing is being talked about and it's just
15  going to be a waste of our time when I don't have the time.
16       Do you recall that?
17  A.  I wouldn't say it that way.  I would say rather than if he
18  doesn't have an update where the items of the investigations
19  and the resolutions of these investigations is to be discussed,
20  I can no other business deal going on with Mr. Hana or anybody
21  else on that.
22  Q.  Fair enough.
23       You were upset, you didn't want to waste your time if the
24  meeting was not going to discuss resolving your daughter's
25  case?

1    A.  The ongoing case that could have led to my daughter, I

2    would say that, sir.

3    Q.  OK.  You were afraid the meeting wasn't going to discuss

4    that case, and so you weren't interested in attending, correct?

5    A.  You are correct.

6    Q.  In fact, on Friday I think you thought it was going to be,

7    quote, just some bullshit line to have a drink and you weren't

8    going to be there for that?

9        Do you recall that?

10   A.  Yes, I do.

11   Q.  And so the next thing you do is you decide to speak

12   directly to Nadine Arslanian, correct?

13   A.  We are doing a transaction here of about two months' time.

14   It will be hard for me to say what was the next thing I did

15   after that --

16   Q.  OK.

17   A.  -- as to Mr. Hana.

18          MR. SOLANO:  I don't have any more questions,

19   actually, Mr. Kelly.  You can put this exhibit down.

20   Q.  Do you recall saying that you have reached out to Andy

21   Aslanian to ask for Nadine's phone number?

22   A.  I don't -- I don't recall saying that I reach out to Andy.

23   I said more likely that I got the number from Andy.

24   Q.  Fair enough.

25       And you did that because you had, quote, lost hope for Will

O6aWmen6                          Uribe - Cross

 1   and, quote, decided to talk to Nadine directly, end quote, as

 2   your testimony on Friday said, correct?

 3   A.  Yes.

 4   Q.  And when you say you lost hope for Will, what you meant is

 5   that you had given up the idea that he could help you with your

 6   case or the investigation that could ultimately lead to your

 7   daughter Ana, correct?

 8   A.  I will say that at this point I don't see any good results

 9   out of the Will being the one doing the deal after so many

10   months has passed by.

11   Q.  And you were able, as you just mentioned a few minutes ago,

12   you were able to get the number from of Andy Aslanian, who you

13   had known longer than Will, actually, correct?

14   A.  I will ask you to please rephrase that question again.  I

15   didn't understand the end of it.

16   Q.  Sure.

17       You had known Mr. Aslanian longer than Will, correct?

18   A.  Yes.

19   Q.  And so you felt comfortable when you asked him, however it

20   happened, getting Nadine's number from him, correct?

21   A.  Correct.

22   Q.  And so Will didn't even know you were doing that, correct?

23            MS. POMERANTZ:  Objection.

24            THE COURT:  Did Will know you were doing that, sir?

25            THE WITNESS:  I don't recall telling Will I going to

O6aWmen6                          Uribe - Cross

1    ask Andy to give me the number, to give me Nadine's number.

2    BY MR. SOLANO:

3    Q.  You start to have conversations with Nadine, as we've seen

4    over the last day-plus and various text messages, and

5    ultimately, in 2019, you promise her a car, correct?

6    A.  Yes, I did.

7    Q.  And the deal was that you promised her a car because you

8    thought she could help you help your family?

9    A.  I promised Nadine a car, sir, out of continuation of the

10   deal that was established between her and Will and Will have

11   failed to comply with his end of the deal and I have the almost

12   interest that this deal gets complete.

13   Q.  OK.  And so you promised Nadine the car, correct?

14   A.  Yes, I did.

15   Q.  And the Leon at Ray Catena that we heard about, the

16   Mercedes-Benz dealership, that was your contact, correct?

17   A.  It's a gentleman that I know, I respect for many, many

18   years.

19   Q.  And you're the one who puts him in touch with Nadine,

20   correct?

21   A.  Yes.

22   Q.  And you're the one that provides the $15,000 cash payment

23   deposit for that car, correct?

24   A.  Yes, sir.

25   Q.  And we saw numerous text messages, but you are the one that

O6aWmen6                          Uribe - Cross

1   Nadine Arslanian thanks for getting her the car, correct?

2   A.  I happen to be the person that help her get a car.

3   Q.  And then after you do that and she gets the car, for the

4   next several years, at the beginning, Fernando Barruos makes

5   some of the -- helps you make some of the payments on the car,

6   correct?

7   A.  I asked Fernando to help me with that, yes.

8   Q.  And then at some point, in August, you take over the

9   payments yourself?

10  A.  That is correct.

11  Q.  And from August until June of 2022 -- from August of 2019

12  until June of 2022, when you received the grand jury subpoenas

13  that you just testified about, you are the one making the

14  payments on this car, correct?

15  A.  That is correct.

16         MR. SOLANO:  If we could pull up Government Exhibit

17  1315, please, and specifically line 6.

18  Q.  If you see here, on line 6, April 2, 2019, there's a text

19  from you to Mr. Hernandez, and I'll just pause there to ask,

20  this is around the time that you had gotten Nadine her car,

21  correct?

22  A.  That is correct.

23  Q.  And you text Mr. Hernandez:  Believe me, we're doing well.

24  That friend of yours is scamming people.  And you testified

25  this morning that that friend is a reference to Mr. Hana,

O6aWmen6                          Uribe - Cross

1    correct?

2    A.   That is correct.

3    Q.   And so Mr. Hana went from my brother, my brother to your

4    friend, Mr. Hernandez, correct?

5    A.   Yes.

6    Q.   And by this point, I think the explanation you gave is that

7    you were very upset with Will, the time passed by and no sign

8    of any resolution on giving us, from him to us.  I think you

9    meant he's not giving you any sign of a resolution, correct?

10   A.   Yes.

11   Q.   And then you testified later this morning that you found

12   out that Bien Hernandez and Elvis Parra paid Will $125,000 in

13   cash at some point, correct?

14   A.   That is correct.

15   Q.   And you have no -- well, do you know when that happened?

16   A.   I cannot place it on a day and time, sir.

17   Q.   Right.

18        In fact, you weren't there to see it happen, correct?

19   A.   I was not there.

20   Q.   And your reaction to that was, your testimony, to an extent

21   offended and disrespected because I was in the original

22   agreement, I'm the one that put together Will and the guys,

23   Bien and Elvis.  I'm the one that stepped up to the -- I'm the

24   one that stepped up to pay -- I'm sorry.  I'm the one that

25   stepped up to make this deal complete, correct?

O6aWmen6                          Uribe - Cross

1   A.  At least continue, yes.

2   Q.  And do you recall being asked how, if at all, did the

3   frequency of your interactions with Will change once his meat

4   business was running, and you answered our friendship was less

5   and less, not our friendship, I would say our interaction was

6   less and less?

7       Do you remember that?

8   A.  I did say that a few minutes ago.

9   Q.  And you remember that his meat business started in

10  approximately May of 2019?

11  A.  Best of my recollection.  I don't have any specific date

12  and time with the openings and the starting of the first date

13  of businesses, sir.

14  Q.  But that's the best of your recollection?

15  A.  Best of my recollection.

16  Q.  So at some point after around that time is when your

17  interactions with Will would have gone less and less, correct?

18  A.  Interactions, yes, to the fact that he was now busy at his

19  business and didn't have time to share a beer and a drink.

20          MR. SOLANO:  Right.  And in fact, if we can turn to

21  Government Exhibit 1316, Mr. Kelly, lines 20 to 24.

22  Q.  This is a text exchange between you and Ms. Arslanian,

23  where she starts off by texting you at 11:00 at night, are you

24  at Sofia with Will, and that's Mr. Hana, correct?

25  A.  Yes, it is.

O6aWmen6                        Uribe - Cross

1    Q.  And you respond:  I am leaving.  Tomorrow's another day.

2    Then you tell her:  I am with him I his car.  And she tells you

3    she's going to call you, and you write back I cannot talk.

4         So you're not even including Will in your interactions with

5    Nadine at this point, correct?

6              MS. POMERANTZ:  Objection.

7              THE COURT:  I'll allow it.

8              MR. SOLANO:  I could ask again.

9    Q.  In this interaction, you're excluding Will from the

10   conversation, correct, with Nadine?

11             THE COURT:  You're talking about the texts that are up

12   here?

13             MR. SOLANO:  Yes, your Honor.

14             THE COURT:  Lines 20 to 24, is that it?

15             MR. SOLANO:  Yes, your Honor.

16             THE COURT:  OK.

17             Sir, in lines 20 to 24, are you involving Will at all?

18   Is Will part of those texts back and forth?

19             THE WITNESS:  Your Honor, this are texts between

20   Nadine and myself.

21             THE COURT:  All right.

22   BY MR. SOLANO:

23   Q.  And the last question on this time frame and area is, you

24   remember testifying that in 2018 Will was studying, correct;

25   you said it several times?

O6aWmen6                          Uribe - Cross

1   A.  I saw it at his office writing notes, and he told me he was

2   doing some studies.

3   Q.  Related to his meat business?

4   A.  That's what he -- best of my recollection, that's what he

5   said.

6           MR. SOLANO:  Thank you.

7           Your Honor, I know we're a few minutes late.  I'm

8   about to turn to another subject that will take longer than

9   five minutes, so it would be a good time to break.  Or I'm

10  happy to do what your Honor prefers.

11          THE COURT:  That's all right.  It's five of.  Why

12  don't we all give each other five minutes.

13          I can do better than that, ladies and gentlemen.  Be

14  here tomorrow at 9:45, because I need to meet with the lawyers

15  at 9:30.  But we'll be ready for you at 9:45 tomorrow morning.

16  All right?

17          Enjoy the evening.  Keep an open mind.  You have not

18  heard all of the testimony.

19          (Continued on next page)

20

21

22

23

24

25

O6aWmen6

1                    (Jury not present)

2                    THE COURT:  You may step down, Mr. Uribe.

3                    (Witness not present)

4                    THE COURT:  All right.  Counsel, let's meet at 9:30

5     for a discussion on the government's letter of last night, June

6     9, and Mr. Lustberg's response of this morning.

7                    All right.  9:30 tomorrow.

8                    MR. WEITZMAN:  Your Honor, one quick matter?  I

9     apologize.

10                   THE COURT:  Yes, sir.

11                   MR. WEITZMAN:  There's one or more defense witnesses

12    who will likely be away, traveling outside the country and

13    unavailable during the time that we anticipate the defense

14    case --

15                   THE COURT:  You may be seated in the courtroom.

16                   MR. WEITZMAN:  -- during the time that we anticipate

17    the defense case proceeding.

18                   THE COURT:  When do you anticipate the defense case

19    proceeding?

20                   MR. WEITZMAN:  We have not received notice from the

21    government yet, but our best guess, based on their witness

22    list, is that it's likely the last week of June/the first week

23    of July.  Now, if the government says that's incorrect, we'd

24    accept that, but that's what we're --

25                   THE COURT:  Just a moment.  June 24 is the last week

O6aWmen6

1    in June.

2            MR. WEITZMAN:  Yes.  This is based on our assumption

3    as to which witnesses they're calling.  We actually don't know

4    which witnesses they're calling, and also, we have two days

5    next week that are not trial days.

6            That said, we've asked the government as to one of the

7    witnesses, who we know is unavailable starting June 24, and

8    whose name has come up frequently last week, we asked the

9    government if we can take him out of turn and call him in the

10   defense case.  This is a witness who previously had been

11   noticed as a government witness, but the government has

12   recently identified this witness as no longer being a

13   government witness.

14           THE COURT:  All right.  Go ahead.

15           MR. WEITZMAN:  And so the request, your Honor, is that

16   we be permitted if we do not believe we can call him in the

17   defense case to take him out of turn so that --

18           THE COURT:  How long is he going to be away, and why

19   is he going to be away?

20           MR. WEITZMAN:  He leaves on June 17 on a longstanding

21   family trip abroad.  I understand it's for two weeks.

22           THE COURT:  So he's gone, let's assume, through the

23   28th, June 17 to 28.

24           MR. WEITZMAN:  It may be --

25           THE COURT:  If you need to talk to somebody -- you

O6aWmen6

```
 1    keep turning around, if you need to talk to somebody, go ahead.

 2              MR. WEITZMAN:  We believe he's returning on July 1.

 3              Now, again, we don't know if the defense case will

 4    continue into that week or not, but in an abundance of caution,

 5    we'd request that we be permitted to take him out of turn later

 6    this week.

 7              THE COURT:  You want to take a defense witness prior

 8    to the government resting.

 9              MR. WEITZMAN:  Yes, your Honor.

10              THE COURT:  Is that what you want to do?

11              MR. WEITZMAN:  He's an important witness, who was

12    previously a government witness, and now the government has

13    informed us that they no longer intend to call him.

14              THE COURT:  All right.  This obviously will depend in

15    substantial part on the length of the government case.

16              Where do we stand, government?

17              MR. RICHENTHAL:  I think that we were only advised of

18    one witness, not more than one, but be that as it may --

19              THE COURT:  Wait.  I'm sorry.  You were only advised

20    of one witness, not more than one what?

21              MR. RICHENTHAL:  I thought Mr. Weitzman referenced two

22    witnesses in his remarks.  Be that as it may, my answer would

23    be the same, which is let us confer as a team about where we

24    are in terms of witness order and timing, confer with the

25    defense and circle back.  Needless to say, we have a lot of
```

O6aWmen6

1    concern about interrupting our case for a defense witness.

2              THE COURT:  I would think so.

3              MR. RICHENTHAL:  But maybe this is something that can

4    be worked out either in that respect or video testimony.  Who

5    knows?  But let's confer both amongst our own team and with the

6    defense team and circle back.

7              THE COURT:  All right.

8              Mr. Weitzman, did you bring this up with the

9    government before bringing it up with the Court?

10             MR. WEITZMAN:  Yes, I've raised it twice.  The first

11   time I raised it, the government said they will not consent.

12             THE COURT:  All right.  You now have an invitation to

13   talk.

14             MR. WEITZMAN:  Yes.  I raised it again last week.

15             THE COURT:  You now have an invitation to talk --

16             MR. WEITZMAN:  Thank you, your Honor.

17             THE COURT:  -- perhaps sparked by your comments here.

18   In any event, talk to each other, and we'll discuss it again

19   tomorrow morning.

20             MR. WEITZMAN:  Thank you, your Honor.

21             THE COURT:  Cooperation.

22             9:30.

23             (Adjourned to June 11, 2024, at 9:30 a.m.)

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
 1                      INDEX OF EXAMINATION

 2   Examination of:                         Page

 3   JOSÉ DOLORES URIBE

 4   Direct By Ms. Pomerantz  . . . . . . . . . .3013

 5   Cross By Mr. Solano  . . . . . . . . . . . .3187

 6                     GOVERNMENT EXHIBITS

 7   Exhibit No.                          Received

 8    2B-7, 2B-8, 2B-9, 2B-23, 2B-24, 2B-25,  . . .3023

 9            2B-26, 2B-27, 2B-28, 2B-30,

10            2B-36

11    2A-12   . . . . . . . . . . . . . . . . .3040

12    11E-1 through 11E-7  . . . . . . . . . . .3160

13    3B-1A   . . . . . . . . . . . . . . . . .3166

14    12D-1   . . . . . . . . . . . . . . . . .3184

15

16

17

18

19

20

21

22

23

24

25
```