Joan Dublin
Health Care Provider/Community Leader
935 Garfield Avenue
Jersey City, New Jersey 07304

RECEIVED AUG 26 2024
CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

August 19, 2024

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Your Honor:

I am African American healthcare professional who oversees a Health Care organization in an underserved section of my community that requires an abundance of health care services. The facilities I operate as the President and CEO provide services to over 50,000 patient visits a year.

I wanted to let you know how I came to know Bob Menendez before he was Senator, before he was Congressman – when he was just a local government representative who showed concern for the community where he lived. I saw how he took care of people, but most of all how he responded to those who were in need in our community. I saw him display compassion, concern and commitment in helping those in need…and got things done for them.

His dedication to the underserved has always inspired me to take that approach in my work, my life and my community to make that kind of commitment to those in need who come to our facilities for service. Health care services for his community has always been one of Bob's top priorities and he never failed to provide needed resources and to personally show up to support us.

When I heard about Bob's troubles, I was saddened for him, for his family and for all those he has served diligently for so many years. I'm sure Bob Menendez regrets everything that he has done that led him to his current situation and I have no doubt that for him, this is the lowest point ever in his life.

When mistakes are made, we all acknowledge that we must live with those mistakes our entire lives, and often punish ourselves more than any external forms of punishment. I know we all are responsible for our actions and the same is true for Bob. But I also know of all the people he has helped over the years, and how they have benefitted from all the good that he has done throughout

his lifetime of service. Surely the way he has uplifted his community and each individual whose life Bob has improved must count for something to help minimize the consequences which you have the power to impose. We are all saddened and disappointed with his current situation but hope that you can apply some of that same compassion Bob has shown for so many for so long when it comes to determining his fate.

Thank you for your consideration.

*Joan Dublin*

Joan Dublin, RN, MPA, ACHE.
Health Care Provider/ Community Leader