


District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein:

I met Sen. Menendez in 1998. We worked together on the medium range missile transfer for Israel that year. This began the start of one of the truest friendships I have encountered in Washington, D.C.

Senator Menendez is one of my best friends. I have had dinner with him every 3 weeks for 26 years. Ours has transcended a professional relationship, and we have supported each other through times of divorce, heartache, and professional stress.

He holds himself to a personal honor when it comes to friendship, and I do not question his commitment to those he loves. Perhaps blindness, he will trust and hold to the highest standard those close to him.

His tireless work on behalf of our nation's firefighters must be recognized. His endless advocacy on the Firefighter Cancer registry and Zadroga 911 work was done out of genuine concern for the many firefighters who have been affected. By what is now documented cancer from their PFAS gear that they wear to combat flames, his efforts led the charge to right what is a terrible wrong. He did this out of goodness and concern and for no other reason than it was the right thing to do.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experience with Sen. Menendez has been that of a brother and a friend. His concern for me through my divorce and the wellbeing of my children was that of a man who cares deeply for those he considers his true friends. The man that I have come to know is an honorable friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court can truly see the man that he is, and fairly understand that justice would not be served by a lengthy sentence. I ask for mercy and understanding for a life that has been devoted to public service, as one who holds a close personal bond with the man, I hope you see.

I want to thank you for taking the time to read this letter. I hope my voice adds perspective and wish the blessing of this season upon you.

Very truly yours,

Robb Watters
Managing Partner

1730 Pennsylvania Avenue, NW • Suite 375 • Washington, DC 20006 • P 202.296.8686 • F 202.296.3323 • madisongr.com