

U.S.A. v. Robert Menendez, 23-cr-490 (SHS)
Sentencing letter

RECEIVED
SEP 16 2024
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

September 9, 2024

Dear Honorable Judge Stein,

I am the Founder and Executive Director of The Daniel Jordan Fiddle Foundation for Adult Autism. The Daniel Jordan Fiddle Foundation is an all-volunteer run, not-for-profit organization serving adults diagnosed with Autism nationwide through our trailblazing adult autism endowment funds at universities that focus on all aspects of adult life for the diverse population diagnosed with autism. Since 2002, our organization has been the national leader in addressing the residential, vocational, employment and community life needs of the over two million individuals who are diagnosed with autism throughout their adult lives, as well as the needs and concerns of the family members of adults, and importantly valuing the roles of direct care services providers.

An integral part of our mission has been creating and advocating for much needed public policy to address the lifelong needs of individuals with autism. Bob Menendez has been a legislative leader in New Jersey and nationally by spearheading the enactment of vital legislation such as the Autism Cares Act that provides for essential support and programming. Bob has been a steadfast champion in creating national awareness about autism and in educating fellow legislators about the importance of addressing the needs of the autism community as a matter of human rights.

Thank you for your consideration in understanding the important role Bob Menendez has played in addressing the needs and creating awareness about the individual lives of millions of Americans impacted by the lifelong condition of autism.

Sincerely Yours,
Linda J. Walder

186 Seven Farms Drive, Suite F, BOX #389, Daniel Island, South Carolina 29492

BOARD OF TRUSTEES

Linda J. Walder, Esq., *Founder/President*
Frederick J. Fiddle, *Founder/Treasurer*
Vicki Ofmani, M.Ed., LDT-C, *Vice President*
Howard S. Fiddle, *Secretary*

EXECUTIVE DIRECTOR
Linda J. Walder, Esq.

CONTACT INFORMATION

p 800 249 9099
e info@djfiddlefoundation.org
www.djfiddlefoundation.org