Raul Morales, Sr.
14 Kozy Lane
Clifton, New Jersey 07013
(201) 704-5503

September 14, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein,

    I have known Senator Menendez for over 30 years. I first met him during his initial run for the New Jersey Assembly. Throughout his campaign, we connected two or three times a week to canvass in Hoboken and engage with residents. People often invited us into their homes for coffee and discussions about the issues they faced. Over time, Bob and I developed a strong friendship.

    My interactions with the Senator have always been meaningful and impactful. His dedication to public service and his unwavering commitment to his constituents have been evident in every aspect of our collaboration. One example that stands out to me is our work on advocating for subsidized housing and affordable rents. Senator Menendez has been a steadfast champion for families seeking housing, working tirelessly through various state and federal programs to address these critical needs.

    Another example of Senator Menendez's exemplary character is his role as the first Latino to serve Hudson County as a New Jersey Assemblyman, New Jersey State Senator, U.S. Congressman, and U.S. Senator. His achievements filled me with immense pride, not only because of his remarkable success but also because I understand the tremendous challenges he overcame to reach such heights. Bob is hardworking, humble, and always ready to help those in need. His dedication to his constituents and the country is unparalleled, and he has always placed the needs of others before his own.

    I do not have any personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Senator Menendez reflect a man who is devoted to

his country and his constituents, with an unwavering commitment to serving others. The man I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter and sharing my own experiences with him is to ensure that the Court is aware of the incredible good he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has contributed so much to so many people. Whatever the outcome of this case, I ask that Your Honor not lose sight of the significant impact Senator Menendez has had through decades of public service and his personal care for his family and friends.

My personal view is that this country will be far worse off if Senator Menendez is serving a sentence during these troubled times rather than advocating for those in need. I sincerely hope that the Court understands that Senator Menendez has already faced significant consequences—the public scrutiny, the loss of his office, and the lasting impact on his career. I do not believe it would be fair or just to also impose a prison sentence, especially when he can continue to contribute positively to his community.

I want to thank you for taking the time to read this letter. I hope and pray that the Court appreciates how special a man Bob has been and will continue to be to so many.

Sincerely,

Raul Morales, Sr.