UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 23-Cr-490 (SHS)

-v- :

ROBERT MENENDEZ, NADINE MENENDEZ, : ORDER
WAEL HANA, and FRED DAIBES,
:
Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The sentencing submission of each defendant is due on or before January 2, 2025;

2. The government's sentencing submission for each defendant is due on or before January 9, 2025;

3. The sentencing of Fred Daibes is adjourned to January 29, 2025, at 9:30 a.m., the sentencing of Wael Hana is adjourned to January 29, 2025, at 11:00 a.m., and the sentencing of Robert Menendez is adjourned to January 29, 2025, at 2:00 p.m.; and

4. The sentencings will take place in Courtroom 23A.

Dated: New York, New York
       September 23, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.