UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                     :          23-Cr-490 (SHS)

        -v-                                           :

ROBERT MENENDEZ, NADINE MENENDEZ,    :
WAEL HANA, and FRED DAIBES,

                                       :

                     Defendants.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court is in receipt of the government's letter dated November 13, 2024 [ECF No. 630], concerning the inadvertent inclusion of nine exhibits on the laptop provided to the jury by the parties and Robert Menendez's letter dated November 18, 2024 [ECF No. 631] requesting "[f]ull supplemental briefing" of this issue.

        IT IS HEREBY ORDERED that:

        1.     Defendants may make a further submission on this issue by noon on November 27, 2024;

        2.     The government may respond by December 6, 2024;

        3.     Any reply is due by 5:00 p.m. on December 10, 2024.

Dated: New York, New York
       November 19, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.