UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:   (S4) 23-Cr-490 (SHS)
UNITED STATES OF AMERICA                          :
:
    -v-                                           :   DEFENDANT NADINE
:   MENENDEZ'S SECOND
ROBERT MENENDEZ, NADINE MENENDEZ,                 :   SUBMISSION RE
WALE HANA, AND FRED DAIBES,                       :   MEDICAL STATUS
:   **UNDER SEAL**
            Defendants.                           :
:
---------------------------------------------------------------x

    Defendant Nadine Menendez, through counsel, pursuant to the Court's Order of August 22, 2024 (Dkt. No. 598), respectfully submits the attached supplemental statement from Ms. Menendez' treating physician. ███████████████████████████

███████████████████████████████████████████████████

███████████████████████████████

                                       Respectfully submitted,

                                       /s/ Barry Coburn

                                       _____
                                       Barry Coburn, NYS Bar No. 5221338
                                       Coburn & Greenbaum PLLC
                                       1710 Rhode Island Avenue, N.W.
                                       Second Floor
                                       Washington, DC  20036
                                       Tel:  202-643-9472
                                       Fax:  1-866-561-9712
                                       barry@coburngreenbaum.com

<u>Certificate of Service</u>

  I hereby certify that on November 18, 2024, this submission will be served on all counsel of record via email.

            /s/ Barry Coburn
            _____



## COHEN WINTERS
AESTHETIC & RECONSTRUCTIVE SURGERY

RE: Nadine Menendez

To Whom it may concern:

In regard to the ongoing care of Nadine Menendez I am writing to update you on her condition and the timing of ███████████ As you know Ms. Menedez ███████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

In Ms. Menendez's case there have been some significant delays due to several factors: ███
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████ Thirdly, she has reported to me that there has been a significant amount of media and public interest in her legal issues making leaving her house and traveling to my office difficult.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

I have referred Ms. Menendez ███████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

I have been asked to asses whether I believe medically it would be possible to begin trial in January or February. While there is no physical impairment to her being able to appear, ███
█████████████████ I can say in my experience that most women cannot focus on

*Stephanie M. Cohen, M.D., Richard Winters, M.D., F.A.C.S. and Janet Yueh, M.D.*
113 W. Essex Street, Suite 202, Maywood, NJ 07607   p 201-487-3400   f 201-487-2481   e anrsurgeon@aol.com
www.cohenwintersplasticsurgery.com

non-breast related issues in their lives until the completion procedure is finished and most will delay even minor events such as vacations, celebrations, even job changes until it is done.

Thank you for your patience,

11/12/24

Stephanie Cohen MD