UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-Cr-490 (SHS) |
| -v- | |
| NADINE MENENDEZ, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the government's letter dated November 26, 2024 in opposition to defendant's motion to adjourn her trial. The last day to file any reply letter is December 4, 2024.

Dated: New York, New York
       November 27, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.