THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 10, 2024

*Via* **ECF**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Menendez, et al.,* 23 Cr. 490 (SHS)
     <u>Daibes Reply In Support of his Motion for New Trial at ECF No 644</u>

Dear Judge Stein,

We respectfully further join in the arguments of Senator Robert Menendez and Wael Hana, docketed as ECF Nos. 651 and 652, as we did in their respective opening brief arguments.

Respectfully submitted,

 /s/

César de Castro
Shannon McManus
Seth Agata
Valerie Gotlib


cc: All Counsel (*via* ECF)