

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 10, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Nadine Menendez*,
     S4 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully encloses in the above-captioned matter a redline to the Court's jury charges as given at the trial of the defendant's co-defendants last year. This redline reflects the Government's present proposed jury charges, with footnotes to explain briefly certain of the Government's proposals or to respond briefly to certain of the defendant's apparent objections in the redline that she filed earlier this evening (Dkt. 696). The Government will provide additional authority or explanation for its proposals, or respond further to the defendant's proposals, upon request.

  The Government also respectfully reserves the right to request additional revisions or modifications to the Court's jury charges based on developments at trial, *e.g.*, to request a conscious avoidance charge (*see* Dkt. 354 (Gov't Requests to Charge) at 38-40).

Honorable Sidney H. Stein
January 10, 2025
Page 2

                                                   Respectfully submitted,

                                                  MATTHEW PODOLSKY
                                                  Chief Counsel to the Acting United States Attorney
                                                  Attorney for the United States, Acting under
                                                  Authority Conferred by 28 U.S.C. § 515

By:    <u>s/ Daniel C. Richenthal</u>
        Daniel C. Richenthal
        Paul M. Monteleoni
        Lara Pomerantz
        Catherine Ghosh
        Assistant United States Attorneys
        (212) 637-2109/2219/2343/1114

Enclosure

cc:    (by ECF)

       Counsel of Record