Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
**Attention:**
**Hon. Sidney H. Stein**

RE: Former Senator Robert Menendez

*RECEIVED JAN 14 2025 — CHAMBERS OF JUDGE SIDNEY H. STEIN, U.S.D.J.*

January 3, 2025

Dear Judge Stein

I write this letter to express my opinion regarding the sentencing of Robert Menendez.

Recently I have read reports of many asking for leniency and a term of 21-27 months. How can anyone think that a Senator, an Attorney with a very long career in public service who should know better, who has taken an oath and an Attorney, Mayor, and a Legislator to uphold the law now expect leniency.

Mr. Menendez, who has shown disrespect not only to his constituents, his office and his country expect leniency.

In a previous trial for virtually similar mis-deeds, he was lucky enough to escape punishment via a hung jury; did the Senator embrace his luck, no he continued his mis-behavior with such arrogance that he deserves no leniency at all.

I for one and I am sure I am not alone am sick of these politicians that expect preferential treatment and believe they are above getting more sweetheart treatment.

The corruption needs to stop and the only way that can happen is severe punishment, not just a slap on the wrist which they always expect.

I would like to see a sentence that says to others do not even think about it. Possibly 10-12 years.

Mr. Menendez should know better, many of his former NJ Political Associates from Hudson County have gone to jail for much less.

Thank you,

Richard Plishka