RECEIVED JAN 14 2025 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

Docket file 23cr 490 (SHS)

8 January 2025
US Courthouse, Judge Stein
500 Pearl Street
NY, NY

Judge Stein:

    I am writing this in reference to the upcoming sentencing of Robert Menendez. A recent article in the NY Times pointed out how many letters of support for Mr. Menendez you have received, most of which are from friends, family members, politicians, etc. I vehemently disagree with any minimal sentencing of Mr. Menendez, as I believe this would send a clear message that committing such crimes carries very little, if any, punishment.

    I am a naturalized citizen, came to America as a 6 year old in 1951, and waited 5 years to become a citizen. I have always believed in the concept of America's democracy, and perhaps the greatest part of that belief is in the election of public officials who are to represent the interests of their constituents. When an elected official uses his position to steal – and that's exactly what Menendez did, regardless of the excuses and attempts to color it otherwise – he not only is committing that particular crime, but even worse, he is betraying the trust given him by the people he represents.

    There are only 2 reasons why people obey laws. The first is the understanding of the need for, and the adherence to, laws - the "social contract". The 2nd reason is punishment for violation of a society's laws. As an example to other politicians who may be thinking of using their power as elected officials to steal, Menendez should go to jail for a long time. The fact that he is old, and all of the other excuses put forth for a greatly reduced sentence are simply that – excuses for an ugly criminal behavior.

    Please carefully consider what I have written. The 12 year sentence is not "draconian", as claimed by Menendez's lawyers, and if he should die in jail, so be it – he deliberately and consciously chose to break the law, and should pay the full price for his actions.

*Jaroslav V. Havel*

Jaroslav Havel