

Barry Coburn<br>
Admitted DC, MD, VA, NY<br>
202-643-9472<br>
barry@coburngreenbaum.com

January 21, 2025

**VIA ECF - UNDER SEAL**

The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

We represent Defendant Nadine Menendez.  I am submitting this letter, under seal, in order to forward to the Court a supplemental letter we have received from Ms. Menendez's treating physician, Dr. Cohen.  I know that our client's medical condition has been the subject of considerable prior discussion with the Court, but I believe I am obliged to forward this supplemental letter to Your Honor in case it affects the Court's thinking about the scheduling of our trial, in light of ███████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████ for a trial start date of March 18, 2025.

Respectfully submitted,

*/s/ Barry Coburn/*

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com