UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | 23-Cr-490 (SHS) |
|---|---|
| v. | |
| NADINE MENENDEZ, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the government's motion *in limine* regarding self-authenticating records. (ECF No. 715.) If the parties are unable to agree on the issues raised in the government's motion, defendant shall respond to the motion on or before February 3, 2025.

Dated: New York, New York
       January 27, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.