Jan 19, 2025

Honorable Sidney Stein District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007



Dear Judge Stein,

I am writing to you as an 81-year-old Vietnam veteran and retired pensioner residing in the Russian Federation. While I understand the complexities of the case against Mr. Menendez, I hope this letter may provide additional context for your consideration before sentencing.

My concern transcends Mr. Menendez's individual actions. The pervasive influence of special interests and large-scale political donations on the legislative process raises significant questions about the integrity of our government and its ability to represent the interests of ordinary citizens. The perception – and, in many cases, the reality – of quid pro quo exchanges between elected officials and wealthy donors undermines the very foundations of a representative democracy. The system, as it currently operates, often incentivizes self-serving behavior over the public good.

The significant financial contributions received by many elected officials raise serious ethical concerns. While legal campaign finance practices are in place, the scale and impact of these donations warrant careful scrutiny. The lack of transparent accountability creates an environment where the influence of money may supersede the interests of the people those officials are elected to serve.

My observation, having lived in both the United States and the Russian Federation, highlights a critical difference in the selection of legislative officials. While I recognize the inherent differences between the two systems, the potential for abuse is significantly magnified when elected officials prioritize the interests of their benefactors over the needs of their constituents. A substantial sentence for Mr. Menendez would send a strong message deterring similar actions by others. This would serve to re-establish the principle of trust and accountability that is essential to a functioning democratic system. His betrayal of that trust through personal gain should not be overlooked.

Thank you for your time

Hobbie Negaran