

January 28, 2025

<u>**VIA ECF**</u>

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Robert Menendez, et al.,* **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

On behalf of Senator Menendez, we respectfully submit the enclosed character letters received after our January 2, 2025 sentencing submission. Thank you for your consideration.

Very truly yours,

/s/ *Adam Fee*
Adam Fee
Avi Weitzman

*Attorneys for Defendant Robert Menendez*

SCARINCI | HOLLENBECK
ATTORNEYS AT LAW

New Jersey | New York | Washington, D.C.

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse, 500 Pearl St. New York, NY 10007-1312

January 14 2025

Dear Judge Stein,

Not only have I known Bob Menendez for 52 years, but he has been like a brother to me. I consider him my best friend for all these 52 years.

I met Bob when I was a Junior in High School. I was the Editor-in-Chief of the "Midnight Hiller," the school newspaper that Bob established when he was the Student Government President at Union Hill High School just three years earlier. We grew up together in Union City in the shadow of the Vietnam War and the Watergate scandal. Bob believed, and demonstrated very effectively, that there was no higher calling then public service.

Bob inspired many people, including me, with hope that it is possible to change the world. Bob said, "you change the world one community at a time, and you change the community one person at a time." For us in the 1970's, that meant communicating with people by going door to door with a vision and a plan to make life better for ordinary Americans.

It was this idealism that led me away from finishing my PhD in English Literature and, instead, pursuing a career as a lawyer. I went to law school with the ambition to represent public entities. In my 35 years as a member of the bar in NY and NJ, I have represented hundreds of NJ municipalities, agencies and public boards; and, after serving as counsel to the NJ State Assembly, chief counsel to a governor elect's transition team, and several legislative and congressional redistricting commissions, I still feel the same way today as I did after meeting and getting to know Bob Menendez.

It is possible to change the world and Bob Menendez did! He broke a glass ceiling by showing people who grew up in urban areas in small apartments like us that they can be whatever they want to be and that their example, like Bob's example, can change the world one person at a time and one community at a time.

Scarinci Hollenbeck, LLC, 150 Clove Road, 9th Floor, Little Falls, NJ 07424 | P: 201-896-4100 | F: 201-896-8660 | www.sh-law.com

Fifty years later, long after the paradigm shift in the public's attitude toward elected officials—from an attitude of high public calling to an attitude of a presumption of criminality against all elected officials-- Bob and I still hold on to the principles that let us into public service.

While Bob is no longer in the United States Senate, he remains a symbol for the American dream. Many people I know have strived for and achieved successes that they would otherwise have thought impossible if it were not for Bob Menendez's example.

Bob's life can remain a beacon of hope to many if you will allow it. He can serve in many non-governmental and non-elected capacities to bring hope and inspire people to achieve what they might otherwise think is impossible.

Bob is an outstanding speaker and, in both English and Spanish, has so much to offer people like the young 16-year-old Donald Scarinci.

I respectfully request that when you sentence him, you consider Bob's lifetime of public service and what Bob Menendez's life has meant to so many people, including me and what it could mean to countless others in the future. I beg you to consider Bob's age and the seriousness of his wife's medical condition as well.

Sincerely,

Donald Scarinci

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

January 21, 2025

**Re: Sentencing of former Senator, Robert Menendez**

To the Honorable Sidney Stein,

I write this letter in connection with the upcoming sentencing of former Senator Robert Menendez. In considering the appropriate sentence in this matter, I believe it may be helpful to the court for me to describe briefly my several decades of working with former Senator Menendez to improve the health of all New Jersey residents.

I have worked as an executive at hospitals and hospital associations in New Jersey for my entire professional career, which spans over three decades. In most of those roles, one of my responsibilities has been to interact with government officials at the federal, state and local levels on matters vital to the stability of New Jersey hospitals and the health of New Jersey residents.

In my experience, Mr. Menendez was a tireless fighter for New Jersey hospitals and the patients and communities they serve. I worked with then Congressman and later Senator Menendez on several matters in which the federal government sought to deny money and reimbursement to New Jersey hospitals that those hospitals were legally entitled to receive. In each instance, Mr. Menendez was the leader in efforts to ensure New Jersey received the funds it should receive. He largely has been responsible for New Jersey receiving billions of dollars over the past few decades in hospital and healthcare funding that the federal government would otherwise have withheld from the hospitals and residents of New Jersey. The positive impact of his efforts over the years in the healthcare area would be difficult to overstate. I feel confident in stating that there are people who are alive and thriving who would not be without Mr. Menendez's unflagging support of New Jersey healthcare providers.

On a personal level, I found that support to be unwavering when my son was diagnosed with a chronic and very difficult disease at age 10. Mr. Menendez was quick to offer any assistance or support that may be needed to assist in getting an accurate diagnosis and appropriate, cutting edge care that my son would need. I did not take him up on his offer, and my family has worked through the complicated system to get our son what he needs, but the offer, made 19 years ago, was so very meaningful to myself and my family and we are forever grateful that we know and were represented by such a caring and passionate member of Congress.

This court has a difficult job in the sentencing process. I hope my letter helps the court by shedding light on the tremendous efforts Mr. Menendez has put forth over several decades as a federal legislator working to ensure the financial stability of New Jersey hospitals and the health of the State's residents.

Sincerely,

Christine Carlson-Glazer