Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

U.S. DISTRICT COURT
FILED
FEB 07 2025
SOUTHERN DISTRICT OF NEW YORK

Caption:

United States v.

Wael Hana

Docket No.: 1:23-cr-490

Judge Sidney H. Stein
(District Court Judge)

Notice is hereby given that Wael Hana appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)
entered in this action on January 31, 2025
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   | trial [✓]   | N/A [ ].

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: January 29, 2025   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [✓]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Lawrence S. Lustberg |
| Counsel's Address: | Gibbons P.C. |
| | One Gateway Center, Newark, New Jersey 07102 |
| Counsel's Phone: | (973) 596-4731 |
| Assistant U.S. Attorney: | Daniel Richenthal |
| AUSA's Address: | U.S. Attorney's Office, Southern District of New York |
| | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| AUSA's Phone: | (212) 637-2109 |

Signature

36999  2/7/25  #605.∞  88

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Feb 7, 2025 1:07PM

WAEL HANA

| Rcpt. No: 36999 | | Trans. Date: Feb 7, 2025 1:07PM | | | Cashier ID: #SS |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #15959 | 02/7/2025 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 23CR00490-3 SHS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.