Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York



Caption:
**United States** v.

Robert Menendez, et al.,

Docket No.: 23 Cr. 490

Sidney H. Stein
(District Court Judge)

Notice is hereby given that Fred Daibes appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____
(specify)
entered in this action on 1/31/25
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✔]  Other [ ]

Defendant found guilty by plea [ ]  | trial [✔] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✔]  No [ ]  N/A [ ]

Date of sentence: January 29, 2025   N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [✔]  N/A [ ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025

Appellant is represented by counsel? Yes [✔] | No [ ]  If yes, provide the following information:

Defendant's Counsel: César de Castro

Counsel's Address: 111 Fulton Street - 602
New York, New York 10038

Counsel's Phone: (631) 460-3951

Assistant U.S. Attorney: Daniel Richenthal

AUSA's Address: 26 Federal Plaza
New York, New York 10278

AUSA's Phone: (212) 637-2109

Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Feb 10, 2025 2:28PM

ROBERT MENENDEZ

| Rcpt. No: 37040 | Trans. Date: Feb 10, 2025 2:28PM | | Cashier ID: #SS (6367) | |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203   Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** 23CR00490 SHS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.