UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :        23-Cr-490 (SHS)

    -v-                                           :

NADINE MENENDEZ,                           :        ORDER

           Defendant.              :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the government be able to display publicly any exhibit covered by the government's Motion in Limine Regarding Self-Authenticating Records [ECF 715, 747] during the pretrial conference on Wednesday, February 19, 2025.

Dated: New York, New York
       February 13, 2025

                    SO ORDERED:

                    Sidney H. Stein, U.S.D.J.