

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 2, 2025

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Jose Uribe*,
    S3 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes in the above-captioned matter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for April 24, 2025, be adjourned to a date and time convenient to the Court in or after August 2025, in light of the current status of related proceedings and the anticipated timeline of their resolution.

          Respectfully submitted,

          MATTHEW PODOLSKY
          Acting United States Attorney

     By: <u>s/ Lara Pomerantz</u>
        Eli J. Mark
        Daniel C. Richenthal
        Paul M. Monteleoni
        Lara Pomerantz
        Catherine E. Ghosh
        Assistant United States Attorneys
        (212) 637-2431/2109/2219/2343/1114
        Christina A. Clark
        Special Assistant United States Attorney
        (202) 307-5191

Honorable Sidney H. Stein
April 2, 2025
Page 2


cc:     (by ECF)

        Counsel of Record