

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

April 3, 2025

VIA ECF
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

      I am writing to the Court to follow up on our recent colloquy with Your Honor about advance defense proffers of anticipated witness testimony.  While I previously have objected on due process and fundamental fairness grounds to a requirement that only the defense provide such proffers, and very respectfully maintain that objection, I acknowledge that some authority does exist for requiring such defense proffers.  *See United States v. Graham,* 663 Fed. Appx. 622, 625-27 (10th Cir. 2016) (citing cases).  Regardless, requiring such proffers is the unambiguous ruling of the Court, and I am writing to confirm that, by no later than the end of the coming weekend, prior to resumption of trial proceedings on Monday, we will provide substantially more detailed proffers concerning anticipated defense witness testimony.  I also write to indicate that as of this time, I believe I am ethically unable to proffer anticipated defense testimony from Fred Daibes, though I hope that will change during the course of tomorrow and the coming weekend.

Respectfully submitted,

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com