

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 18, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nadine Menendez,*
             S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to file on the docket the Government's redlined version of the Court's proposed jury charge of April 15, 2025, which was discussed by the parties at the charge conference held that afternoon.

                                  Respectfully submitted,

                                  MATTHEW PODOLSKY
                                  Acting United States Attorney

                By:    <u>s/ Daniel C. Richenthal</u>
                       Daniel C. Richenthal
                       Paul M. Monteleoni
                       Lara Pomerantz
                       Catherine Ghosh
                       Assistant United States Attorneys
                       (212) 637-2109/2219/2343/1114

Enclosure

cc:    (by ECF)

       Counsel of Record