

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

May 15, 2025

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

  Re: <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>

Dear Judge Stein:

 I write in brief reply to the government's letter of this afternoon concerning Ms. Menendez's sentencing date.

 Our respectful submission is that the material we seek to develop and elicit concerning Ms. Menendez is in everyone's interest, since it relates to matters that are inarguably directly relevant to the imposition of a just sentence.  It is not that I need the additional time to write my presentence submission, but the individuals who will be gathering information and preparing reports are busy professionals who need time to provide material that will be complete and useful to the Court.  My hope is that, by requesting a reasonable period of time for them to complete their work, there would be no need to ask the Court to revisit the schedule in this case.

Respectfully submitted,

Barry Coburn