# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-five.

Before:   Richard J. Sullivan,
            Joseph F. Bianco,
            Steven J. Menashi,
                 *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2025
```

United States of America,

    Appellee,

v.

Wael Hana, Fred Daibes, Robert Menendez,

    Defendants-Appellants.

**ORDER**

Docket Nos. 25-296(L), 25-302(Con), 25-333(Con)

Defendants-Appellants Wael Hana and Fred Daibes move for bail pending appeal pursuant to Federal Rule of Appellate Procedure 9(b). The government opposes the motions.

Upon due consideration, it is hereby ORDERED that the motions are DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[Signature]*

CERTIFIED COPY ISSUED ON 05/16/2025