

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Jose Uribe*,
    S3 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes in the above-captioned matter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 4, 2025, be adjourned to a date and time convenient to the Court the week of September 29, 2025, in light of the current status of related proceedings and the anticipated timeline of their resolution.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

    By: <u>s/ Lara Pomerantz</u>
       Eli J. Mark
       Daniel C. Richenthal
       Paul M. Monteleoni
       Lara Pomerantz
       Catherine Ghosh
       Assistant United States Attorneys
       (212) 637-2431/2109/2219/2343/1114
       Christina A. Clark
       Special Assistant United States Attorney
       (202) 307-5191

Honorable Sidney H. Stein
June 9, 2025
Page 2


cc:     (by ECF)

        Counsel of Record