

# autism can
## care ▪ access ▪ navigate



Hackensack Meridian
**Children's Health**

# Autism CAN Care. Access. Navigate.

## Autism CAN Committee

**Chairs**

Commissioner Bob Gordon and Gail Gordon

**Co-Chairs**

Manny Alvarez, M.D.

Hilary and Domenic DiPiero

Lenora Gavalas

U.S. Senator Robert and Nadine Menendez

Andria and Fred Schneiderman

**Members**

Heather Choi

Jaimie Davis

Elaine Divelbliss

Shelly Fuller, Ph.D. and Frank Holtham

Theodore Knauss

Erin Pruitt

Jason Shafron

Rosemarie Sorce

David Spano

Karen and Alec Taylor

## YOU CAN MAKE A DIFFERENCE

Autism CAN is a philanthropic initiative supporting Hackensack Meridian Children's Health's mission to provide access to the highest quality care, navigate trusted resources and create specialized environments sensitive to the unique needs of children on the autism spectrum and their families.

"Your gift to Autism CAN will fund technology, program development and facility renovations to meet the behavioral and sensory needs of children on the autism spectrum. This is a vital fundraising campaign that will ensure no parent will feel alone or confused when their child needs help. Your support of Autism CAN will create a lifeline for so many families."
—**Gail Gordon, Autism CAN Committee Chair**

To learn more, please call 551-996-3720. To make a donation online, please visit **give.hackensackmeridianhealth.org/HMHAutismCAN**.




## Our Solution CAN Make a Difference

New Jersey has the highest rate of autism in the country, with one in 34 children receiving a diagnosis on the autism spectrum. A national shortage of developmental pediatricians, lack of education for primary care physicians, siloed resources for services and support and the absence of autism-friendly care locations means that children and families face an uphill battle.



### PROVIDE CARE

To address specialty physician shortages and the lack of primary care physician knowledge, Hackensack Meridian Children's Health and Autism CAN will create ECHO Autism to train primary care physicians to identify the early warning signs of autism, eliminating wait times and arming physicians with information that will help diagnose Autism Spectrum Disorder (ASD) early in life when interventions are most impactful.

### CREATE ACCESS

Autism CAN will build sensory rooms within all Hackensack Meridian *Health* Emergency Departments and provide clinician training to better address the needs of individuals with autism, helping to reduce triggers that hinder patient care.

### NAVIGATE RESOURCES

Hackensack Meridian Children's Health will develop an app-based resource to help families navigate medical and community-based systems, granting more accessibility and eliminating confusion about programs and services, while providing a community of support.

# TRANSFORMING CARE FOR CHILDREN WITH AUTISM



**NEW JERSEY HAS THE HIGHEST RATE OF AUTISM IN THE NATION.**

1 in 34 children in the state are diagnosed as being on the spectrum. Nationally, there is a shortage of developmental pediatricians, creating wait times for appointments of greater than 6 months in many cases.

The state's autism community needs greater access to care; autism education and support for Primary Care providers; help navigating medical and community systems for resources; new diagnostic and treatment modalities; and enhanced environments of care.

**AS A HEALTH CARE LEADER, HACKENSACK MERIDIAN CHILDREN'S HEALTH (HMCH) IS POISED TO BE A CHAMPION FOR CHILDREN WITH AUTISM.**

By leveraging our strength as a robust health care network, and track-record of developing innovative multi-disciplinary programs, **we will meet our community's needs by establishing an inter-professional, community centered program with 3 initial focus areas:**

1. **Build access to care through the implementation of ECHO Autism**
   This program will train Primary Care physicians to properly test and identify the early warning signs of autism, thereby eliminating prolonged wait times for consultations and services.

2. **Develop the next generation of care coordination technology**
   HMCH will develop an innovative, branded app-based tool to help families identify community resources and assist with care coordination. Families will be able to receive in-house autism expertise at their convenience.

3. **Elevate HMCH as a destination with "autism friendly" environments of care**
   In each of HMCH's facilities, the program will provide individuals with autism an environment that is sensitive to their unique needs by creating a standard toolkit and immersive training program for Emergency Department teams and building sensory rooms within all HMH Emergency Departments.

**A COMMUNITY EFFORT**

In the spirit of Hackensack Meridian *Health*'s culture — one that is creative, courageous, collaborative, compassionate and connecting — we invite you to serve on a dynamic committee as ambassadors and advocates for this cause.

For more information, please contact Amy Glazer, Executive Director of Development, Hackensack Meridian Children's Health 551-996-4161, amy.glazer@hmhn.org

> "**Our pediatrician dropped the ball entirely.**
> We were new parents, but thought we saw some issues. When we raised them with the doctor, he blew us off.
> Our pre-school teacher recognized the problems and suggested we have him evaluated. It was **six month later that we received the diagnosi**s, and he was already three.
> If we had that information at his first year check up it would have been a game changer. We had so much personal stress. **Not having anyone put a label on his condition made us unable to help our son.**"
>
> Carol, David's Mom



Hackensack Meridian Children's Health