

August 19, 2025

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax      646-225-5128
skrissoff@cozen.com

**VIA E-MAIL**

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>United States v. Nadine Menendez</u>, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

We write in connection with the public filing of Nadine Menendez's sentencing submission. Pursuant to Your Honor's procedures in this case, we are conferring with the Government regarding any needed redactions. We proposed today, to the Government, appropriate redactions to the sentencing memorandum and are awaiting their response on the same. We anticipate providing the Government with our proposed redactions to the relevant exhibits by the end of the day or early tomorrow morning.

Under Your Honor's standing order in this case, such process is to be completed within five days of providing the relevant material to the Court. We are respectfully requesting several extra days to complete this process. Unfortunately, I suffered an injury yesterday to my Achilles tendon which necessitated medical care and has rendered me non-weight bearing. While I am continuing to work, the speed of my work has been impaired. I am hopeful that the conferral process with the Government will only take a day or two, and we will file be able to file the redacted submission as soon as possible on the docket.

cc:   All AUSAs of record (via e-mail)

Respectfully submitted,

*Krissoff*

Sarah Krissoff

**A redacted sentencing submission was filed on August 22, 2025, as directed.**

**Dated: New York, New York
August 25, 2025**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

LEGAL\76761747\33 WTC   175 Greenwich Street   55th Floor   New York, NY 10007
212.509.9400   800.437.7040   212.509.9492 Fax   cozen.com