# EXHIBIT C-21

**PACICCO & COMPANY, JEWELERS, INC.**   GIA / GEMOLOGISTS

331 Broad Avenue
Leonia, NJ 07605
(201) 947-1106-07
Family Jewelers
Since 1920

Diamonds By Appointment
Antwerp International, Inc.
576 Fifth Avenue
New York, N.Y. 10036
(212) 354-6515

Robert R. Pacicco
President

August 8, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Honorable Judge Stein,

Please accept this letter as my decades old character reference of Nadine Menendez. My relationship with her spans many years of conversations about faith, family & friends. We always share moments of meeting through our mutual friendships over the years involving people, politics & policy affecting our lives & the quality of the lives of our children.

Nadine was swept up in a very bad political situation that has cost her dearly. Her life will never be the same & altered forever. The pain & suffering from incarceration pales in comparison to the rejection by associates & family members, who have known her for many years. She is "shunned' by many in politics today. Her life is secluded and very lonely. I know the essence of her being, and believe Nadine is a good person, who deeply regrets her actions. Compassion & Empathy are the feelings I have towards her. A long prison term serves no useful purpose for our society, or her community at large. Let her me a productive member in her town, volunteering to assist others. Giving back is the penance she deserves.

In closing please know that I rarely provide these letters, unless unique circumstances warrant a response. Nadine Menendez deserves your consideration, understanding and leniency. Her actions are regrettable. However, her many caring contributions to others over the years far outweigh these mistakes in an otherwise wonderful life. Her good name, family reputation, and background has suffered enormously. I ask that you consider my remarks as you contemplate an appropriate sentence for Nadine Menendez. Thank you for your time, and listening to me.

Sincerely,

Robert R Pacicco