Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States of America v.

Nadine Menendez

Docket No.: 23-CR-490

Sidney H. Stein
(District Court Judge)

U.S. DISTRICT COURT FILED SEP 23 2025 S.D. OF N.Y.

Notice is hereby given that Nadine Menendez appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on September 11, 2025.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: September 11, 2025    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Sarah Rebecca Krissoff |
| Counsel's Address: | Cozen O'Connor |
| | 3 WTC - 175 Greenwich St. |
| Counsel's Phone: | New York, NY 10007 |
| Assistant U.S. Attorney: | Daniel Richenthal |
| AUSA's Address: | 26 Federal Plaza, 37th Floor |
| | New York, NY 10278 |
| AUSA's Phone: | (212) 637-2109 |

_____Krissoff_____
Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 23, 2025 3:18PM

NADINE MENENDEZ

| Rcpt. No: 43374 | | Trans. Date: Sep 23, 2025 3:18PM | | | Cashier ID: #JE (6744) | |
|---|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | | Amt |
|---|---|---|---|---|---|---|
| CH | Check | #6657 | 09/23/2025 | | | $605.00 |
| | | | Total Due Prior to Payment: | | | $605.00 |
| | | | Total Tendered: | | | $605.00 |
| | | | Total Cash Received: | | | $0.00 |
| | | | Cash Change Amount: | | | $0.00 |

**Comments**: 23CR00490-2 SHS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.