UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,    :    23-cr-490 (SHS)

      -v-    :    <u>ORDER</u>

NADINE MENENDEZ,    :

        Defendant.    :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received today's letter from defendant's counsel requesting an almost four-month adjournment of defendant's surrender date with a status conference in September to "update the Court" on Mrs. Menendez's status at that time [ECF Doc. No. 946]. The government is directed to respond to defendant's letter by 9:00 a.m. on Wednesday, July 8; defendant is directed to inform the Court by July 6 why it filed its request for this adjournment 90 minutes prior to the close of business before a three-day federal holiday and merely eight days in advance of defendant's scheduled surrender date.

Dated: New York, New York
      July 2, 2026

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.