UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,              :        23-cr-490 (SHS)

              -v-                      :        ORDER

NADINE MENENDEZ,                       :

              Defendant.               :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On July 2 defendant's attorneys filed a multi-page request for an adjournment of defendant's surrender date to the Bureau of Prisons that contained extensive intimate details of defendant's medical condition and surgical interventions. Astonishingly, defendant's attorneys filed this document on the public record [ECF Doc. No. 946].

The Court took it upon itself to delete the document from the public docket that evening in order to protect defendant's privacy. The parties are to agree on the appropriate redactions in that document and file an agreed-upon redacted document on the public record no later than 12 noon on Wednesday, July 8, 2026.

Dated: New York, New York
        July 6, 2026

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.